RECEIPT # 57043
AMOUNT $ 150
SUMMONS ISSUED____
LOCAL RULE 4.1____
WAIVER FORM____
MCF ISSUED____
BY DPTY. CLK.____
DATE 7-30-04

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Vantage Financial Services, Inc.
    Plaintiff

v.

NonProfit Service Group and George E. Miller
    Defendants

CIVIL ACTION NO.

04-11686 WGY

MAGISTRATE JUDGE _____

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1441 *et seq*, Defendants NonProfit Service Group and George E. Miller ("Miller") remove this case from the Massachusetts Superior Court Department of the Trial Court (Suffolk County), to the United States District Court for the District of Massachusetts on the following grounds:

1. On July 13, 2004, Plaintiff Vantage Financial Services, Inc. ("Vantage") filed this case in Suffolk County Superior Court. NonProfit Service Group and Miller received a copy of the complaint in this matter by certified letter dated July 15, 2004.

2. NonProfit Service Group and Miller filed this Notice of Removal within thirty (30) days of receipt of the complaint and within one (1) year after it was filed as required by 28 U.S.C. §1446(b).

3. Vantage is a corporation organized and existing under the laws of the Commonwealth of Massachusetts with its principal place of business located in Boston, Suffolk County, Commonwealth of Massachusetts.

4. NonProfit Service Group is a corporation organized under the laws of the Commonwealth of Virginia and has a principal place of business at 1601 North Kent Street, Arlington, Virginia, 22209.

5. Miller is an individual residing at 11 Marion Avenue, McLean, Virginia.

6. Based on the allegations of the complaint, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. As a consequence of the foregoing, this case is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332(a) and which NonProfit Service Group and Miller are entitled to remove to this Court under 28 U.S.C. §1441(a).

8. Copies of all process, pleadings and orders served on the defendants in the Superior Court action are attached hereto as Exhibit "A"

Respectfully submitted,

NonProfit Service Group and
George E. Miller,

By their attorneys,

Richard L. Nahigian, Esq., BBO#: 549096
Matthew J. Griffin, Esq., BBO#641720
PEABODY & ARNOLD LLP
30 Rowes Wharf, 6th Floor
Boston, MA 02110-3342
(617) 951-2100

## CERTIFICATE OF SERVICE

I, Richard L. Nahigian, Esq. hereby certify that on this 30th day of July 2004 I served the foregoing document, NOTICE OF REMOVAL, on the following:

Laurence M. Johnson Esq.
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108

Clerk for Civil Business
Suffolk Superior Court
U.S. Post Office & Courthouse, 8th Floor
90 Devonshire Street
Boston, MA 02109

_____
Richard L. Nahigian, Esq.

PABOS2:MJGRIFF:593828_1
14794-90433

3