UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 1:04-CV-11686

| | |
|---|---|
| VANTAGE FINANCIAL SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>NONPROFIT SERVICE GROUP AND GEORGE E. MILLER,<br><br>Defendants. | **AFFIDAVIT OF SERVICE OF PROCESS** |

I, Neal J. Bingham, hereby depose and state as follows:

    1.    I am an attorney licensed to practice before the Courts of the Commonwealth of Massachusetts and I am an attorney with Davis, Malm & D'Agostine, P.C.

    2.    I am counsel for the plaintiff in this action, Vantage Financial Services, Inc. ("Plaintiff").

    3.    On July 15, 2004, I sent copies of Plaintiff's Complaint, Civil Action Cover Sheet and Summons and Order of Notice to the defendants, Nonprofit Service Group and George E. Miller, via certified mail in accordance with Mass. R. Civ. P. 4(e) and the Massachusetts Long-Arm Statute, G.L. c. 223A, § 6(9)(5).

    4.    Nonprofit Service Group received copies of the Complaint, Civil Action Coversheet and Summons and Order of Notice by certified mail on July 19, 2004 and the return receipt was signed and returned. (Copies of the United States Postal certified return receipt and the Summons and Order of Notice are attached hereto as <u>Exhibit A</u> and <u>Exhibit C</u>, respectively.)

5.  George E. Miller received copies of the Complaint, Civil Action Coversheet and Summons and Order of Notice by certified mail on July 19, 2004 and the return receipt was signed and returned. (Copies of the United States Postal certified return receipt and the Summons and Order of Notice are attached hereto as <u>Exhibit B</u> and <u>Exhibit C</u>, respectively.)

Signed under the pains and penalties of perjury this 4th day of August 2004.

_____
Neal J. Bingham

# Exhibit A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Sierra Cruz*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Sierra Cruz<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br><br>Nonprofit Service Group<br>1601 North Kent Street, Suite 1201<br>Arlington, VA 22209<br>Attn: George E. Miller, Esq. | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 1940 0005 3547 8064 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

# Exhibit B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sierra Cruz_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Sierra Cruz_ |
| 1. Article Addressed to:<br><br>George E. Miller, Esq.<br>Non Profit Service Group<br>1601 North Kent Street, Suite 1201<br>Arlington, VA 22209 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[Postmark: ROSSLYN ON VA, JUL 19 2004, USPS] |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7001 0320 0003 7772 9244 | |
| PS Form 3811, August 2001  Domestic Return Receipt | 102595-02-M-0835 |

# Exhibit C

SUFFOLK, ss.                **Commonwealth of Massachusetts**



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 04-3088-BLS

VANTAGE FINANCIAL SERVICES, INC._____, Plaintiff(s)

v.

NONPROFIT SERICE GROUP, ET AL_____, Defendant(s)

## SUMMONS AND ORDER OF NOTICE

To the above-named Defendant: s:  NONPROFIT SERVICE GROUP and GEORGE E. MILLER

You are hereby summoned and required to serve upon Laurence M. Johnson, Esq./Davis, Malm & D'Agostine plaintiff's attorney, whose address is One Boston Place  Boston, Ma  02108_____, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the complaint, to show cause re: Prayer #1 for a ~~preliminary injunction~~ and that a hearing upon such application will be held at the court house at said Boston of our said court on Wednesday, in Ctrm.6, 15th Flr.BLS sess the  fourth day of August_____ A.D. 200 4, at 2:00 o'clock ~~A.M.~~ P.M., at which time you may appear and show cause why such application should not be granted.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the fourteenth day of July_____, in the year of our Lord two thousand and four.

_____
Asst./ Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM CIV. P. 2 5M 10/2000

I hereby certify and return that on __July 15__, 200_4_, I served a copy of the within summons and order of notice, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

<u>by mailing, via certified mail return receipt requested in accordance with Mass. R. Civ. P. 4(e) and the Massachusetts Long Arm Statute, G.L. c. 223A, sec. 6(9)(5) copies of the complaint, civil action cover sheet and Summons and Order of Notice.</u>

Dated: __August 4__, . 200_4_ . _____

N.B. TO PROCESS SERVER:—
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| , 200 . |

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. __1:04-CV-11686__

Vantage Financial Services, Inc. , Plff(s).

v.

Nonprofit Service Group and George E. Miller , Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)
AND
ORDER OF NOTICE
ON
APPLICATION FOR PRELIMINARY INJUNCTION