UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No:04-11686-WGY

**VANTAGE FINANCIAL SERVICES**
**Plaintiff**

v.

**NONPROFIT SERVICE GROUP, ET AL**
**Defendant**

NOTICE OF HEARING

**YOUNG, C.J.**

TAKE NOTICE that the above-entitled case has been set for HEARING ON THE MOTIONS FOR SUMMARY JUDGMENT at 2:00 P.M. , on WED. OCT. 13, 2004. The hearing will take place at:

SUFFOLK LAW SCHOOL
120 TREMONT ST.
4TH FLOOR MOOT COURTROOM
BOSTON, MA

Opposition is due Sept. 23, 2004.
Reply brief, if any, is due Oct. 1, 2004.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**September 22, 2004**

**To: All Counsel**