UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 22 P 4:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

VANTAGE FINANCIAL SERVICES, INC.
    Plaintiff,

v.

NONPROFIT SERVICE GROUP AND
GEORGE E. MILLER,
    Defendants.

C.A. No. 04-11686-WGY

**JOINT MOTION FOR LEAVE TO EXTEND TIME
FOR SERVING OPPOSITION TO MOTION TO DISMISS AND
TRANSFER VENUE AND TO CONTINUE HEARING**

The parties hereby jointly move this Court to extend the time for filing Plaintiff's opposition to the Defendants' Motion to Dismiss and for Transfer of Venue to Eastern District of Virginia Under 28 U.S.C. § 1406(a) ("Defendants' Motion") to October 8, 2004 and to continue the hearing on the Defendants' Motion, which is presently scheduled for October 13, 2004. In support of this motion, Plaintiff states that its counsel has a number of scheduling conflicts and other commitments that have left them with insufficient time to prepare Plaintiff's opposition within the time provided by the Rules. Counsel for the defendants has graciously assented to the granting of this motion.

WHEREFORE, the parties respectfully requests that (1) Plaintiff be granted leave to file its opposition to the Defendant's Motion on October 8, 2004; and (2) the hearing on Defendants' Motion be scheduled no earlier than 13 days after the filing of Plaintiffs' opposition to afford Defendants a meaningful opportunity to prepare a reply brief.

| | |
|---|---|
| **VANTAGE FINANCIAL SERVICES, INC.,**<br>By its Attorney, | **NONPROFIT SERVICE GROUP AND GEORGE E. MILLER,**<br>By their attorneys, |
| *(signature)*<br>Laurence M. Johnson (BBO #252720)<br>Neal J. Bingham (BBO #652029)<br>Davis, Malm & D'Agostine<br>One Boston Place<br>Boston, MA 02108<br>(617) 367-2500 | *(signature)* Richard Nahigian (NJB)<br>Richard L. Nahigian, Esq. (BBO #549096)<br>Matthew J. Griffin, Esq. (BBO #641720)<br>PEABODY & ARNOLD, LLP<br>30 Rowes Warf, 6th Floor<br>Boston, MA 02110-3342<br>(617) 951-2100 |

Dated: September 22, 2004

# DAVIS MALM & D'AGOSTINE P.C.
ATTORNEYS AT LAW

FILED
IN CLERKS OFFICE
2004 SEP 22 P 4: 05
U.S. DISTRICT COURT
DISTRICT OF MASS.

Neal J. Bingham

September 22, 2004

**BY HAND**
Clerk of Court
United States District Court
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Vantage Financial Services, Inc. vs. Nonprofit Service Group And George E. Miller
     Civil Action No. 04-11686-WGY

Dear Sir and/or Madam:

Enclosed for filing please find the Joint Motion For Leave To Extend Time For Serving Opposition To Motion To Dismiss And Transfer Venue And To Continue Hearing.

Thank you in advance for your attention to this matter. If you have any questions or concerns, please do not hesitate to call.

Very truly yours,

*Neal Bingham*

Neal J. Bingham
Enclosures

cc:  Harry S. Melikian
     Laurence M. Johnson, Esq.
     Richard L. Nahigian, Esq.

F:\JOHNSON\VANTAGE\Malpractice Claim 8642-4\Correspondence\Clerk.092204.doc

Celebrating 25 Years

direct 617-589-3889 direct fax 617-305-3189
email nbingham@davismalm.com

ONE BOSTON PLACE • BOSTON • MA • 02108
617·367·2500  •  fax 617·523·6215
w w w . d a v i s m a l m . c o m