UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>Plaintiff<br><br>v.<br><br>Nonprofit Service Group and George E. Miller<br>Defendants | CIVIL ACTION NO. 04-11686-WGY |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
NONPROFIT SERVICE GROUP, INC.**

 Pursuant to Fed.R.Civ.P. 7.1, defendant Nonprofit Service Group, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Nonprofit Service Group

By its attorneys,

_____
Richard L. Nahigian, Esq., BBO#: 549096
Matthew J. Griffin, Esq., BBO#641720
PEABODY & ARNOLD LLP
30 Rowes Wharf, 6th Floor
Boston, MA  02110-3342
(617) 951-2100

PABOS2:RNAHIGI:599329_1
14794-90433