**EXHIBIT "F"**

12-3-04

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>　　　　　Plaintiff<br><br>v.<br><br>Nonprofit Service Group, Inc. and George E. Miller<br>　　　　　Defendants | CIVIL ACTION NO. 04-11686-WGY |

To:  Laurence M. Johnson, Esq.
　　 Davis Malm & D'Agostine P.C.
　　 One Boston Place
　　 Boston, MA 02108

## NOTICE OF DEPOSITION

Please take notice that, at 10:00 a.m. on January 21, 2005, at the offices of Peabody & Arnold, LLP, 30 Rowes Wharf, Boston, Massachusetts 02110, the Defendants in this action, Nonprofit Service Group, Inc., and George E. Miller, by their attorneys will take the deposition upon oral examination of Harry Melikian, pursuant to the applicable Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths.

The deponent is required to bring with him those documents set forth in the attached Exhibit "A".

The oral examination will continue from day to day until completed.  You are invited to attend and cross-examine.

NONPROFIT SERVICE GROUP,
INC. AND GEORGE E. MILLER
Defendants
By their attorneys,

_____
Richard K. Nahigian, BBO #549096
Matthew J. Griffin, BBO#641720
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated: December 3, 2004

PABOS2:MJGRIFF:602981_1
14794-90433

## EXHIBIT A

1. All documents concerning any income or payments you received as a result of the contract between Shriner's Hospitals for Children and Vantage Financial Services, Inc. that is the subject of this lawsuit, including but not limited to documents concerning commissions, bonuses and fringe benefits.

## CERTIFICATE OF SERVICE

I, Matthew J. Griffin, hereby certify that I, this 3rd day of December 2004, served by first class mail, postage prepaid, a copy of the foregoing documents upon the following counsel of record:

>Laurence M. Johnson, Esquire
>Davis Malm & D'Agostine, P.C.
>One Boston Place
>Boston, MA 02108

_____
Matthew J. Griffin

PABOS2:MJGRIFF:602993_1
14794-90433