**EXHIBIT "H"**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>　　　Plaintiff<br><br>v.<br><br>Nonprofit Service Group, Inc. and George E. Miller<br>　　　Defendants | CIVIL ACTION NO. 04-11686-WGY |

To:　Laurence M. Johnson, Esq.
　　　Neal J. Bingham, Esq.
　　　Davis Malm & D'Agostine P.C.
　　　One Boston Place
　　　Boston, MA 02108

## NOTICE OF DEPOSITION

Please take notice that, at 10:00 a.m. on March 10, 2005, at the offices of Peabody & Arnold, LLP, 30 Rowes Wharf, Boston, Massachusetts 02110, the Defendants in this action, Nonprofit Service Group, Inc., and George E. Miller, by their attorneys will take the deposition upon oral examination of Peter Demakis pursuant to the applicable Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

NONPROFIT SERVICE GROUP,
INC. AND GEORGE E. MILLER
Defendants
By their attorneys,

*/s/ signature*

Richard L. Nahigian, BBO #549096
Matthew J. Griffin, BBO#641720
PEABODY & ARNOLD LLP
30 Rowes Wharf
Boston, MA 02110
(617) 951-2100

Dated:

PABOS2:MJGRIFF:609292_1
14794-90433