UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>          Plaintiff<br><br>v.<br><br>Nonprofit Service Group, Inc. and George E. Miller<br>          Defendant | CIVIL ACTION NO. 04-11686WGY |

### AFFIDAVIT OF MATTHEW J. GRIFFIN

I, Matthew J. Griffin, hereby depose and state as follows:

1.      My name is Matthew J. Griffin.  I am a member of the bar of this court and represent the defendants Nonprofit Service Group, Inc. and George E. Miller in this case.  I submit this affidavit in support of defendants' Motion to Compel Discovery, and for Extension of Time to Complete Discovery.

2.      Attached hereto as <u>Exhibit</u> "A" is a true and accurate copy of a letter dated March 7, 2005 from me to plaintiff's counsel Laurence Johnson.

3.      On March 4, 2005, I received a telephone call from Neil Bingham, counsel for plaintiffs, informing me that neither he nor Attorney Johnson were available for the deposition of Peter Demakis, which had been noticed for March 10, 2005.  Attorney Bingham indicated that his office would provide available dates for Mr. Demakis' deposition.  To date, no alternative dates have been proposed.

2

Signed under the pains and penalties of perjury this 25th day of March, 2005.

/s/ Matthew J. Griffin
Matthew J. Griffin, Esquire

PABOS2:MJGRIFF:610831_1
14794-90433