**EXHIBIT "A"**

**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

30 ROWES WHARF, BOSTON, MA 02110
[617] 951.2100  FAX [617] 951.2125

BOSTON, MA   PROVIDENCE, RI

MATTHEW J. GRIFFIN
[617] 951.2009
mjgriffin@peabodyarnold.com

March 7, 2005

Laurence M. Johnson, Esq.
Davis Malm & D'Agostine P.C.
One Boston Place
Boston, MA 02108

Re:   Vantage Financial Services Inc. v. Nonprofit Service Group and George E. Miller
      Civil Action No. 04-11686-WGY

Dear Attorney Johnson:

I understand from speaking with Neil Bingham of your office that you are currently on vacation. Upon your return, please advise me or Richard Nahigian of your earliest availability to discuss plaintiff's outstanding discovery responses and the rescheduling of previously noticed depositions. Defendants will proceed with a motion to compel if we do not receive a timely response to this letter.

Thank you for your attention to this matter.

**This is a request for a discovery conference pursuant to Local Rule 37.1(A).**

Very truly yours,

Matthew J. Griffin

MJG/ces

PABOS2:MJGRIFF:609570_1
14794-90433