UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>                    Plaintiff<br><br>v.<br><br>Nonprofit Service Group, Inc. and George E. Miller<br><br>                    Defendant | CIVIL ACTION NO. 04-11686WGY |

AFFIDAVIT OF RICHARD L. NAHIGIAN

I, Richard L. Nahigian, hereby depose and state as follows:

1.      My name is Richard L. Nahigian.  I am a member of the bar of this court and represent the defendants Nonprofit Service Group, Inc. and George E. Miller in this case.  I submit this affidavit in support of defendants' Motion for Ninety (90) Day Extension of Scheduling Order Deadlines.

2.      At approximately 9:00 a.m. on July 12, 2005, I had a telephone conversation with Plaintiff's counsel Laurence Johnson during which he informed me that the deposition of the Plaintiff's former employee, Lawrence Lyon, which was schedule by agreement to occur at 10:00 a.m. that day would not be going forward due to a medical emergency in Mr. Lyon's family.

2

Signed under the pains and penalties of perjury this 13th day of July, 2005.

/s/ Richard L. Nahigian
Richard L. Nahigian

618606