UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>　　　　　　Plaintiff<br><br>v.<br><br>Nonprofit Service Group, Inc. and George E. Miller<br>　　　　　　Defendant | CIVIL ACTION NO. 04-11686WGY |

### AFFIDAVIT OF MATTHEW J. GRIFFIN

I, Matthew J. Griffin, hereby depose and state as follows:

1.　My name is Matthew J. Griffin. I am a member of the bar of this court and represent the defendants Nonprofit Service Group, Inc. and George E. Miller in this case. I submit this affidavit in support of defendants' Motion for Ninety (90) Day Extension of Scheduling Order Deadlines.

2.　Attached hereto as Exhibit "A" are true and accurate copies of letters dated May 3, 2005, May 9, 2005 and May 13, 2005 from defense counsel to plaintiff's counsel Laurence Johnson.

3.　Attached hereto as Exhibit "B" is a true and accurate copy of a letter dated June 3, 2005 from me to plaintiff's counsel Laurence Johnson.

4.　Attached hereto as Exhibit "C" is a true and accurate copy of a letter dated June 22, 2005 from plaintiff's counsel Neil Bingham to me.

5. On Tuesday, July 12, 2005 I received a supplemental production of documents from Plaintiffs that included, among other things, financial data that the Court had ordered to be produced in its April 27, 2005 order.

Signed under the pains and penalties of perjury this 13th day of July, 2005.

/s/ Matthew J. Griffin
Matthew J. Griffin, Esquire

618167_1