EXHIBIT___*B*_____

---

USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02

PAGE 275 TO PAGE 444

Apex Reporting (617) 426-3077

---

CONDENSED TRANSCRIPT AND CONCORDANCE

*Apex Reporting*
*P.O. Box 3*
*Boston, MA    02112*
*Phone:    (617) 426-3077*
*FAX:    (617) 426-6844*

Vantage 20758

## Page 275

```
[1]                                                    [1]
[2]                                              275 - 333
[3]
[4]
[5]              IN THE UNITED STATES DISTRICT COURT
[6]                          FOR THE
[7]                  DISTRICT OF MASSACHUSETTS
[8]
[9]    UNITED STATES OF AMERICA           :
       EX REL  LAURENCE SHAIRD           :
[10]                                      :
            Plaintiffs                    :
[11]                                      :
       vs                                 :  CIVIL ACTION
[12]                                      :  NO  97-10052 MLW
       HENRY R  LEWIS                     :
[13]   HARRY MELIKIAN  AND                :
       VANTAGE TRAVEL SERVICE  INC        :
[14]                                      :
            Defendants                    :
[15]                                      :
       vs                                 :
[16]                                      :
       AMERICAN TRAPSHOOTING              )
[17]   HALL OF FAME, ET AL                )
                                          )
[18]        Third-Party Defendants  )
[19]
[20]        THE ORAL DEPOSITION OF HARRY MELIKIAN  held
[21]   pursuant to Notice  and the applicable provisions of the
[22]   Federal Rules of Civil Procedure  before Jennifer Goguen  a
[23]   Court Reporter and Notary Public in  and for the Commonwealth
[24]   of Massachusetts  at the offices of the United States
[25]   Attorney  1 Courthouse Way  Boston  Massachusetts  on
       Friday  March 15  2002  commencing at 10 15 a m
```

## Page 277

```
[1]                       I N D E X
[2]
[3]    WITNESS                                         PAGE
[4]    Harry Melikian
[5]       Examination by Mr Levitt                      276
[6]
[7]    EXHIBITS         DESCRIPTION                     PAGE
[8]    Melikian No  23  Notice of Deposition       Approval
[9]    Melikian No  24  Notice of Deposition
[10]   Melikian No  25  Vantage Contract Summary
[11]   Melikian No  26  Account Ledger Inquiry
[12]   Melikian No  27  Handling Report
[13]   Melikian No  28  Revenue Analysis Report
[14]   Melikian No  29  Cost Query Report Summary
[15]   Melikian No  30  Sub Ledger
[16]   Melikian No  31  Crystal Means FR Journal Analysis
[17]   Melikian No  32  American Truck FR Journal Analysis
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]
```

## Page 276

```
[1]    APPEARANCES
[2]    For the Plaintiff
[3]       PETER K  LEVITT  Assistant U S  Attorney
          Office of the United States Attorney
[4]       1 Courthouse Way  Suite 9200
          Boston  MA  02210
[5]       (617) 748-3100
[6]    For Defendant Vantage Travel & Henry Lewis/Harry Melikian
[7]       BRIAN W  LECLAIR  ESQ
          Attorney at Law
[8]       12 Fox Run Lane
          Marblehead  MA  01945
[9]       (781) 631-5981
[10]   For Defendant Moose International
[11]      MICHELE MINTZ  ESQ
          Cogavin & Waystack
[12]      Two Center Plaza
          Boston  MA  02108
[13]      (617) 742-3340
[14]   For Defendant Wildlife Forever
[15]      BRIAN P  McDONOUGH  ESQ
          Riemer & Braunstein  LLP
[16]      Three Center Plaza
          Boston  MA  02108
[17]      (617) 523-9000
[18]   For the General Federation of Women's Club
[19]      SCOTT A  BELL  ESQ
          Morrison, Mahoney & Miller, LLP
[20]      250 Summer Street
          Boston  MA  02210
[21]      (617) 439-7500
[22]   ALSO PRESENT
[23]      ALAN E  DOUILLETTE  Postal Inspector
          United States Postal Service
[24]      495 Summer Street
          Boston  MA  02210
[25]      (617) 556-4423
```

## Page 278

```
[1]                     S T I P U L A T I O N S
[2]
[3]          IT IS HEREBY STIPULATED AND AGREED TO
[4]    by and between the parties and their
[5]    respective attorneys  that all
[6]    objections  except as to the form of the
[7]    questions  shall be reserved until the
[8]    time of trial  that the filing of the
[9]    deposition be waived  and  that the
[10]   witness may read and sign the deposition
[11]   without a Notary Public being present
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]
```



Vantage 20759

Page 279

[1]   P R O C E E D I N G S
[2]   (10:15 a.m.)
[3]   MR. LEVITT: This is a continuation of a [4] deposition.
Why don't we reswear the witness, if you [5] would?
[6]   H A R R Y M E L I K I A N , having been sworn by a [7]
Notary Public to tell the truth, the whole truth and [8] nothing
but the truth, testified upon his oath as [9] follows:
[10]   MR. LeCLAIR: Technically, Peter, I think it's a [11]
deposition ordered by the judge, as opposed to a [12]
continuation of a deposition.
[13]   MR. LEVITT: Okay. Well, I was going to, on the [14]
exhibits, just continue by number.
[15]   MR. LeCLAIR: I have no problem–
[16]   MR. LEVITT: Okay–
[17]   MR. LeCLAIR: –with how they're numbered.
[18]   EXAMINATION BY MR. LEVITT:
[19]   Q Mr.Melikian, in the past, you've told me that you're [20]
on some medications. Are you, have you taken any [21]
medication today?
[22]   A Yes.
[23]   Q And what have you taken?
[24]   A I've taken Lipitore and Allopurinol.
[25]   Q Do either of those medications affect your ability to

Page 280

[1] remember things?
[2]   A No.
[3]   Q Do they affect your ability to think clearly?
[4]   A Not to my knowledge, no.
[5]   Q If at any point you need a break, which you've asked
[6] for in the past, please, just let me know?
[7]   A Thank you.
[8]   MR. LEVITT: I'm going to mark this. It will be [9] Exhibit
No. 25, continuing from the prior depositions.
[10]   (The document referred to was [11] marked for
identification as [12] Melikian Exhibit No. 25.)
[13]   BY MR. LEVITT:
[14]   Q Mr.Melikian, I'm going to show you what's been
marked [15] as Exhibit No. 25. It's a Notice of Deposition for [16]
Harry Melikian; have you seen this before?
[17]   A I have not.
[18]   Q Would you turn to the fifth page of that deposition [19]
notice, the sixth page, actually; have you seen that [20] list
entitled Exhibit B?
[21]   A I have not.
[22]   MR. LEVITT: I'm going to read this into the [23] record.
"The documents which the deponent will be [24] asked to
produce for inspection and copying at the time [25] of the
deposition are as follows:

Page 281

[1] "Number one, all documents from 1991 to the [2] present
showing Vantage's actual out-of-pocket costs [3] for any and
all programs addressed in the two [4] spreadsheets provided
to all parties by Vantage's [5] counsel by letter dated
January10, 2002."
[6]   BY MR. LEVITT:
[7]   Q Did you bring those documents with you, Mr.Melikian?
[8]   MR. LeCLAIR: Peter, those documents have already [9]
been produced to the extent they exist.
[10]   BY MR. LEVITT:
[11]   Q Mr.Melikian, did you bring those documents with you
[12] today?
[13]   A Those documents have been produced, to the extent
that [14] they exist.
[15]   Q I take it your answer is no?
[16]   A That's my answer.
[17]   Q Well, did you bring them with you today?
[18]   A I don't have them, personally, with me today.
[19]   MR. LEVITT: "Number two, all documents from 1991 [20]
to the present showing Vantage's profit for any and all [21]
programs addressed in the two spreadsheets provided to [22]
all parties by Vantage's counsel by letter dated [23] January 10,
2002."
[24]   BY MR. LEVITT:
[25]   Q Did you bring those documents with you here today?

Page 282

[1]   A No.
[2]   MR. LEVITT: "Number three, all documents from [3] 1991
to the present showing Vantage's profit mark up [4]
percentage for any and all programs addressed in the [5] two
spreadsheets provided to all parties by Vantage's [6] counsel
by letter dated January 10, 2002."
[7]   BY MR. LEVITT:
[8]   Q Did you bring those documents with you here today?
[9]   A No.
[10]   MR. LEVITT: "Number four, from 1991 to the [11] present,
all Vantage Handicap Reports or equivalent [12] documents of
other names. Two examples of such Vantage [13] Handicap
Reports produced by the United States to [14] Vantage, but
not by Vantage to the United States are [15] attached hereto.
The United States presently has [16] Handicap Reports only for
1996."
[17]   BY MR. LEVITT:
[18]   Q Did you bring any of those documents with you here
[19] today?
[20]   A No.
[21]   MR. LeCLAIR: I'd note for the record, Peter, that [22] the
court didn't authorize you to engage in further [23] document
production. To the extent the documents are [24] requested
and exist, they've already been produced.
[25]   BY MR. LEVITT:

**Vantage 20760**

BSA    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02    XMAX(3)

### Page 283

[1] Q Did your counsel advise you that these documents had [2] been requested to be brought here today?

[3] A No.

[4] Q Did your counsel tell you anything about any documents [5] which were requested as part of the deposition notice?

[6] MR. LeCLAIR: Objection. I'm instructing the [7] witness not to answer. That's privileged [8] communications, Peter.

[9] MR. LEVITT: Do you think that the conveying of [10] that information is privileged?

[11] MR. LeCLAIR: I think any communication with my [12] client is privileged.

[13] BY MR. LEVITT:

[14] Q Do you know what a Vantage Handicap Report is?

[15] A I know what a handicap type report is. I don't know [16] what the actual terminology is, handicap report.

[17] Q Okay. Well, if you turn the page on Exhibit No. 25, [18] and this is Bates stamped DOJ18999, it says Handicap [19] Report, Fred Chandler; do you recognize that document?

[20] A No.

[21] Q When you say that you know the term "handicap report," [22] what do know that to be?

[23] A No. I said I know terminology of a handicap report, [24] but not in this format.

[25] Q Okay. What, what do you know the terminology of

### Page 284

[1] handicap report to be?

[2] A We have a report that would be called a T & O Report.

[3] Q What's a T & O Report?

[4] A It would show, by individual, estimated and projected [5] amounts of mail, price, cost and expected cost and [6] expected gross margin.

[7] Q And are T & O Reports kept by Vantage for individual [8] sales people?

[9] A I don't know what you mean by the word "kept."

[10] Q Does someone at Vantage produce these T & O Reports?

[11] A Yeah, they're produced.

[12] Q Who are they produced by?

[13] A They would be produced by the Finance Department.

[14] Q And you're the chief financial officer?

[15] A Of the corporation, yes.

[16] Q Who, in the Finance Department, currently produces the [17] T & O Reports?

[18] A I believe it's Kelly Wade.

[19] Q How long has she been producing the T & O reports, [20] approximately?

[21] A I'm, I'm going to say a little over a year perhaps.

[22] Q Who produced them prior to Kelly Wade?

[23] A Whoever her predecessor was in that role. They were [24] produced by a myriad of individuals because there was [25] no one person that was assigned, so whoever was in that

### Page 285

[1] role or a comparable role would have done it.

[2] Q And when you say "that role," is that defined by title?

[3] A Not necessarily. It's, basically, by function, not [4] necessarily by title.

[5] Q What is her title, Kelly Wade?

[6] A I really honestly don't know. I think she, I believe [7] her title is accounting manager of that group, but I'm [8] not certain.

[9] Q Okay. When you say the role is performed according to [10] function–

[11] A Um-hum–

[12] Q –is there a description you can give to that function [13] or a name you can give to that function?

[14] A Well, currently, it would be the person responsible for [15] the day-to-day reporting of the financials, financial [16] information. They'd be responsible for Response [17] Analysis Reports, as you know about, billings, [18] collections, that kind of thing, so I would, I would [19] call it an accounting manager. I don't know what her [20] official title is, but that's the function she [21] performs.

[22] Q So whoever, the same person who does the Response [23] Analysis Reports does the T & O Reports?

[24] A No, that's not what I said. She'd be responsible for [25] the issuance of the Response Analysis Reports. She'd

### Page 286

[1] have people that worked for her to do those.

[2] Q Okay. Who else can you recall that has been [3] responsible for T & O Reports over the years?

[4] A Again, definition of "responsible." Responsible for [5] preparing them? I don't know what you mean.

[6] Q Well, you said, well, who had the equivalent position [7] of Kelly Wade with respect to T & O Reports?

[8] A Prior to Kelly, it would have been a fellow by the name [9] of Jack Muller.

[10] (Pause.)

[11] I, I think, and I don't want to guess, there would [12] probably have been a person by the name of Kim [13] Szotfried who would have probably done it before Jack, [14] K-I-M S-Z-O-T-F-R-I-E-D.

[15] Q Can you remember anybody else?

[16] A Preparing them or – I'm not sure–

[17] Q Yes. Let me ask you.

[18] A Yeah.

[19] Q With respect to Kelly Wade, Jack Muller, Kim Szotfried, [20] did they prepare the T & O Reports or they were, or [21] were they responsible for the preparation?

[22] A They were responsible for compiling the information to [23] present the form, the report to distribute, so they [24] weren't, they were not responsible for the actual [25] preparation per se, the actual data.

Vantage 20761

## Page 287

[1] Q Who would be responsible for the actual data?

[2] A That would come from Sales Administration, normally.

[3] Q And who would it come from in Sales Administration [4] currently?

[5] A A fellow by, probably by the name of Matt Kaiser.

[6] Q Could you spell the last name?

[7] A K-A-I-S-E-R.

[8] Q Okay.

[9] A And, there's only two people, so the other one would [10] have to be Kerry, with a K, Rawdon, R-A-W-D-O-N.

[11] Q And can you recall who the predecessors were to [12] Mr.Kaiser and Mr.Rawdon?

[13] A It's Ms.Rawdon.

[14] Q Ms.Rawdon.

[15] A Well, they've been there for a little while. I mean, [16] there's been so many people. They've been there for, [17] you know, for the last several years anyways.

[18] Q Can you not recall?

[19] A Well, there were, there were other people. I mean, I [20] mean, I don't know whether they prepared them or not. [21] There were other people that were administrators, but I [22] don't know whether they prepared them or not.

[23] Q The T & O Reports, did those show the actual results of [24] the program?

[25] A No.

## Page 288

[1] Q They just showed projections, estimates?

[2] A Yes.

[3] Q How were the – strike that. Was there any document [4] that was used to track the actual results?

[5] A Yes.

[6] Q What was that?

[7] A They would, the Accounting Department would, put [8] together a cost sheet, or I don't know what the [9] terminology that they use nowadays. They'd have a [10] worksheet for each program, and it would show what the [11] actual revenues were, which was as per the Response [12] Analysis Report, which would show the revenues. That [13] would show the collections, and then there would be a [14] cost sheet.

[15] I don't know if they call it cost ledger sheet. I [16] don't know. They had some kind of a system where they [17] would then compile the actual costs, and through a [18] combination of the Response Analysis Report and the [19] cost ledger sheet, they would determine how much profit [20] was made.

[21] Q And it sounds to me, I want to make sure I'm right, [22] that what you're saying is that there was, the [23] Accounting Department would take data from several [24] different sources and put it onto one, one document; is [25] that correct?

## Page 289

[1] A Well, yes and no. The data from the Response Analysis [2] Report would be, roughly, 75 or 80 percent of what they [3] needed to determine the profit and loss, and the other [4] 25 or 30 percent would be determined by reference to [5] the cost, I guess, I don't know, cost journals, cost [6] ledger sheets, whatever they were, and those are where [7] all the actual costs went in.

[8] And then they would then take that number and [9] compare it against the revenues that were chargeable to [10] the group based upon a response analysis sheet, and [11] they would determine if there was a gain or loss on [12] that program.

[13] Q And would they produce a document that would show this [14] that could be produced to people at Vantage who want to [15] know how the program, whether the programs were [16] successful or not?

[17] A Yeah. There was a summary, well, I don't know if it's [18] an actual document per se. They would have a line [19] item, and they'd have Job No. 1, revenues, cost, [20] profit, loss, and it would be in a summary format, and [21] it would be just taking the information, again, from [22] the, the from the Response Analysis Report, and it was a [23] summary that would be used.

[24] Q Okay. And would this summary show, for example, for a [25] particular program, what Vantage's cost was, what the

## Page 290

[1] revenue was from the program and what Vantage's profit [2] was?

[3] A Yes.

[4] Q And were these done for every program?

[5] A That, I can't say. I know they were done for most [6] programs. On some of the small programs, they wouldn't [7] do it. It wouldn't, it wouldn't be time beneficial to [8] do it. They'd lump them together.

[9] Q And what was done with this information once it was put [10] together – let me be more specific.

[11] A Um-hum.

[12] Q Was this information then distributed to certain people [13] at Vantage?

[14] A There would be a, they would review them, I guess, [15] monthly or quarterly to see how the groups were doing [16] and how we were doing with those specific groups.

[17] Q And who would review these?

[18] A Well, most of the time would be the – when you say [19] "review," in what, in what scope and what detail?

[20] Q Well, I was responding to your statement that they [21] would be reviewed. Maybe, why don't, why don't we do [22] it this way. If you could tell me if there's different [23] levels of review that are done of these documents – [24] let me, let me step back.

[25] Do these reports have a name that we can refer to?

**Vantage 20762**

### Page 291

[1] A Well, they weren't really actual reports. I guess you [2] could call them, they were, they were summaries. They [3] were like program summaries, I guess you could call [4] them.

[5] Q Okay.

[6] A Not – what do they call them? I wouldn't call them [7] official reports. They were report summaries, you [8] could call them, program report summaries.

[9] Q And did they have an identifying name on them; did they [10] say something, did they say program report summaries?

[11] A It would just be a sheet. It would be, it would be [12] like an Excel spreadsheet which would be then, you [13] could discuss them and say, I would look at them from [14] a, from a global perspective.

[15] If we did ten jobs that month, and the jobs looked [16] okay, then I'd say, when I say okay, did we make what [17] we thought we'd make, a little bit less, little bit [18] more, what were the reasons, so on and so forth, and [19] then they'd go into a detail.

[20] Then I say "detail," then they'd meet with other [21] people, sales people, to determine, if they thought [22] they were going to make 25 cents, this is just [23] conversation, and they ended up making 30 cents or they [24] ended up making 10 cents, they'd have to know that. [25] That's what the meeting was all about, and it was just

### Page 292

[1] as part of that. It's the same thing as response [2] analysis. It was the, it was just an extension of the [3] Response Analysis Report.

[4] Q The, why don't we take this step by step. Who at the, [5] who, in the Accounting Department, was, let's start [6] with, responsible for these program report summaries; [7] who is, who currently is responsible for them?

[8] A I want to say Kelly, but I'm not sure if she is or not.

[9] Q Your best recollection is that it's Kelly Wade?

[10] A Yes.

[11] Q And are there other individuals in the Accounting [12] Department that you know work on these program report [13] summaries, help prepare them?

[14] A I don't want to guess. My recollection would be, I [15] know that Kelly either does them or compiles them. I [16] would assume that she has a couple other people helping [17] her with them. There's three people in the Accounting [18] Department, so I'm assuming that they would be there.

[19] Q Who's in the Accounting Department?

[20] A A fellow by the name of Jean, French fellow, Jean, [21] J-E-A-N, Felix, and Kim Szotfried again, K-I-M S–

[22] Q Anybody else?

[23] A There's a person there that's the, he's the top finance [24] person in that group at this time. His name is Wil [25] Weddleton.

### Page 293

[1] Q I didn't get the last name?

[2] A Wil Weddleton, W-E-D-D-L-E-T-O-N.

[3] Q Okay. How long has – strike that. Can you recall [4] other people from the Accounting Department who've left [5] Vantage?

[6] A Vantage? Which Vantage?

[7] Q Well, which Vantage are we talking about when you, [8] you said, you listed Kelly Wade–

[9] A That would be Vantage Financial.

[10] Q Okay. What other accounting people from Vantage [11] Financial can you recall that have left the company?

[12] A Well, we talked about Jack Muller, and then the person [13] that was there probably the longest was Frank Choiani [14] (phonetic).

[15] Q Okay. Getting back to the program report summaries–

[16] A Um-hum–

[17] Q –you mentioned that there would be meetings where they [18] would be reviewed?

[19] A Um-hum.

[20] Q You have to say–

[21] A Yes, yes.

[22] Q Who would attend those meetings?

[23] A I thought I said that before, but, generally, the sales [24] people, sales administrative people, whoever was [25] running the division and the person in the Accounting

### Page 294

[1] Department who was presenting the data and, [2] occasionally, myself if there were some major issues. [3] If there's not, I wouldn't be there. And Mary Lou, who [4] would be in Production?

[5] Q Mary Lou?

[6] A That's correct.

[7] Q What about Mr.Lewis?

[8] A Sometimes yes, sometimes no. It's, it wasn't, it [9] wasn't an absolute guarantee or necessity that he [10] be there.

[11] Q Sometimes he attended, sometimes he didn't?

[12] A Yes.

[13] Q Just like you?

[14] A Yes.

[15] Q Would you, regardless of whether you attended the [16] meeting, get a copy of the, all the program report [17] summaries?

[18] A I'd get a draft.

[19] Q Draft?

[20] A Right. In other words, I'd be looking at what their, [21] what it looked like, let's say, if you had ten jobs, [22] and I'd look at them very quickly, and if they looked [23] like they're in line, then it wouldn't, I wouldn't [24] really take any more time with it.

[25] Q But you can get, you'd get a finished product or is it,

**Vantage 20763**

BSA    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02    XMAX(6)

### Page 295

[1] when you say "draft," do you mean in draft form, not [2] finished?

[3] A Well, yeah. We'd get, you'd get a finished product [4] once it was done, and then it was discussed, then we'd [5] get a finished product.

[6] Q So you would get a finished product?

[7] A I'd get a finished product.

[8] Q And is it fair to say you would eyeball them to see if [9] there's anything out of the ordinary?

[10] A Yeah. I indicated that before, that I would look at [11] them on a global basis. I would guess that, in a given [12] month, I'd spend an hour, the problem being is that [13] there was so much turmover there, you didn't know if [14] people were going to do things right or if there were [15] going to be mistakes or something was out of whack. At [16] least, I could, hopefully, help them out.

[17] Q And do you know if Hank Lewis also got copies of the [18] program report summaries?

[19] A Probably not.

[20] Q Do you know either way?

[21] A No, I don't.

[22] Q The meetings that you alluded to, were these on a [23] regular schedule, weekly, monthly?

[24] A They were supposed to be regularly scheduled monthly.

[25] Q Were they on a certain day?

### Page 296

[1] A The answer to that is, again, they were supposed to be, [2] but it never occurred on a regular schedule.

[3] MR. LEVITT: Let me show you another document [4] which we'll mark as – you know, I think I did that [5] wrong. That, that one should be No. 24, and this one [6] should be No. 25. The first one, the deposition [7] notice, should have been No. 24.

[8] (The document previously marked for [9] identification as Melikian Exhibit [10] No. 25 was remarked as Melikian [11] Exhibit No. 24.)

[12] MR. LEVITT: Do you have your notes, Brian, from [13] the prior deposition?

[14] MR. LeCLAIR: I don't have them with me.

[15] MR. LEVITT: I think it's – why don't we, why [16] don't we take a moment?

[17] (Off the record, briefly.)

[18] MR. LEVITT: Back on the record.

[19] Let's mark this as Exhibit No. 25.

[20] (The document referred to was [21] marked for identification as [22] Melikian Exhibit No. 25.)

[23] BY MR. LEVITT:

[24] Q When you reviewed the program report summaries, what [25] were you reviewing them for?

### Page 297

[1] A Well, we would look at them to ensure that, if we [2] thought we were going to make 25 cents a unit, 30 cents [3] a unit, that they actually did, just wanted to make [4] certain that they were not doing the programs for [5] nothing. When I say "nothing," that they were making a [6] profit on every program.

[7] Q So, in order to determine that, what would you look at [8] on the program report summaries; were there certain [9] columns that you would look at?

[10] A Several. Just look at the revenues and the cost, and, [11] and then you take the units, and if there was a [12] reasonable relationship between profit, the gross [13] margin and the units, then we were in line, within [14] reason.

[15] Q Okay. When you say you look at the units, what do you [16] mean by that?

[17] A How many of the product were shipped.

[18] Q So there'd be a column that shows how many units of [19] the [19] product were shipped; is that correct?

[20] A No.

[21] Q Okay. Maybe you could explain. I'm trying to get a [22] picture of what this looks like, and I'm–

[23] A It's, it's really, okay, it's not anything that's [24] formal, so I want to just make sure that we're clear. [25] It's a summary. It's like an Excel summary, and what

### Page 298

[1] it would do is, it would show, you look for Response [2] Analysis Report to determine from how much your, revenue [3] you'd be picking up, based upon units.

[4] You would have then a cost summary sheet, and [5] you'd see the units on the Response Analysis Report, [6] and you'd see the revenue on the Response Analysis [7] Report, and then the cost sheets or cost ledgers would [8] how you the cost, and you could very quickly, on an [9] eyeball basis, without a lot of detailed work, see [10] whether it came in within reasonable expectations.

[11] Q But this summary, program report summary, would put all [12] that information together in one place; is that right?

[13] A Yeah, it would – well, it's, again, I'm using, I'm [14] using my terminology. It's not called, that's my [15] terminology.

[16] Q I understand.

[17] A Okay.

[18] Q We're, we're calling it the program report summary–

[19] A Summary, right. It would be kind of like, again, on an [20] Excel spreadsheet that we would use for discussion [21] purposes that would be brought to me to look at on a [22] top side basis, does this make sense, yes or no, go.

[23] Q And could you just tell me each list item that's on [24] this program report summary?

[25] A Okay. It would show that we had budgeted or expected,

**Vantage 20764**

## Page 299

[1] forecast, whatever word you want to use, "x" number of [2] units to be mailed, "x" number of revenues, I don't [3] even know for sure if it's revenues, but it would show [4] "x" number of units to be mailed, "x" number of margin [5] that we thought we'd recognize and the per unit margin [6] that we thought we'd recognize. That was expectations.

[7] And then it would show what really happened, you know, [8] at that point, up to that point in time.

[9] Q Okay. And when you say it would show the margin, would [10] it show the total margin or would it show the [11] percentage margin on each unit?

[12] A Well, it would show that there was, assume, [13] 10,000units, and a dollar apiece, it would have been [14] $10,000 revenue and, let's say, $5,000 or $6,000 in [15] costs. Expected profit would be $4,000.

[16] And the 10,000 units, doesn't mean 10,000 were [17] mailed. That's what was expected. It could have been [18] 9,200; it could have been, 10,006. It would show the [19] revenue based on the actual number of units shipped, [20] and it would show costs on the actual number of units [21] shipped, and it would show the gross margin on the [22] actual number of units shipped, and then it would show [23] the gross profit per unit.

[24] Q So, it would show, both, basically, the information [25] from the T & O Report, the expected—

## Page 300

[1] A Um-hum—

[2] Q —costs, revenue and profit—

[3] A Um-hum—

[4] Q —and then it would also show what actually happened?

[5] A That's correct.

[6] Q The actual cost, actual profit, actual revenue?

[7] A Um-hum.

[8] Q You have to say yes or—

[9] A Yes.

[10] Q Okay. Let me show you what's been marked as Exhibit [11] No. 25. This is a document entitled Vantage Contract [12] Summary Combined; do you recognize that document?

[13] A Yes, I do.

[14] Q What do you recognize that to be?

[15] A This is a summary of, of jobs that we furnished [16] information regarding payments made to Vantage, program [17] receipts and agreed charges to the group, and there's a [18] column that says Vantage Costs Recovered.

[19] Q Do you know—

[20] A Can't, can't read the blacked out sections.

[21] Q The blacked out section under Program Number, if you [22] look very closely, you can, you can see the program [23] numbers?

[24] A Okay.

[25] Q The blacked out section on the Vantage Costs Recovered

## Page 301

[1] side doesn't say anything?

[2] A Okay.

[3] Q The, do you know who prepared this?

[4] A It would have been Kelly and Kim.

[5] Q Kelly Wade and Kim—

[6] A Szotfried—

[7] Q —Szotfried. Were you at all involved in preparing [8] this?

[9] A I asked them to in, I asked them to obtain the numbers [10] from the Response Analysis Reports and insert them on [11] the schedule.

[12] Q When you say "the numbers"—

[13] A The amounts.

[14] Q Okay.

[15] A Of the accounts—

[16] Q You're referring to the columns under Payments to [17] Vantage, Program Receipts and Agreed Contract Charges?

[18] A Yes.

[19] Q And you asked them to prepare those from the Response [20] Analysis Reports; is that correct?

[21] A Yes.

[22] Q And who prepared the section entitled Vantage Costs [23] Recovered?

[24] A In other words, who answered yes or no?

[25] Q Correct.

## Page 302

[1] A I was responsible for that.

[2] Q And—

[3] A In consultation with the other two individuals.

[4] Q Okay. What documents did you look at to make that [5] determination, if any?

[6] A Well, most of them were pretty much, I don't want to [7] use the word "automatic," but probably much, most of [8] them were pretty simple because if you looked at the, [9] if the payments to Vantage, the logic I used is if the [10] payments to Vantage equal the agreed contract charges, [11] then absent something that was totally catastrophic, we [12] made money.

[13] Q Let's, let's talk about the ones where that's not the [14] case—

[15] A Okay—

[16] Q —where the, for example, the amateur trap shooting?

[17] A Okay.

[18] Q Where the agreed contract charges are $58,000 and [19] change and the payments to Vantage are $36,000, what [20] did you do to determine that the answer on the [21] question, Vantage Costs Recovered, should be yes?

[22] A I believe I looked at those two together, and I looked [23] at those in the context that the payments that were [24] made to Vantage were $61,766, and because they were [25] broken out, I gave you what was, I think, they gave you

**Vantage 20765**

B5A                    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02                    \MAX(9)

## Page 307

[1] Q Were there any documents from which you could have
[2] obtained that information?
[3] A Yeah. In many cases, probably, in many cases, yes. [4]
Some cases, I don't know if the documents are still [5]
available, but whatever was, if there's, if they were [6] available,
I could use them.
[7] Q What documents could you have obtained that
information [8] from?
[9] A The cost ledger sheets. I don't know if – that's what [10]
I'm calling them. I don't know if that's what, that's [11] not what,
I don't if that's what they are, but I used [12] to call the cost
ledger sheets.
[13] Q I'm going to show you a document before we, before
we [14] mark it–
[15] A Um-hum–
[16] Q –and ask you if this is what you're referring to?
[17] A Yes.
[18] MR. LEVITT: Okay. Why don't we mark this as [19] Exhibit
No. 26. This is an account ledger inquiry. [20] It's BANOOO10.
[21] (The document referred to was [22] marked for
identification as [23] Melikian Exhibit No. 26.)
[24] BY MR. LEVITT:
[25] Q So, if you had wanted to determine the actual profit

## Page 308

[1] margin on each of these programs, you could have done
[2] so by looking at documents like Exhibit No. 26? We'll [3] call
them cost ledger sheets.
[4] MR. LeCLAIR: Yes.
[5] A Cost ledger sheets, cost ledger inquiry, yes.
[6] Q But you didn't do that?
[7] A I looked at a couple of them. If they were, like I [8] said,
if they were close in terms of the relative [9] percentage of
payments to Vantage versus the agreed [10] contract charges.
[11] Q Now, the account ledger sheets, what do those show;
[12] what do those provide you in terms of information?
[13] (Pause.)
[14] Let me, let me rephrase the question. What do [15] they
show you relative to this issue of determining the [16] profit
margin?
[17] A They would show me, based upon my understanding
because [18] I don't get involved in the details, that depending
[19] upon the source of the entry, and the source of the [20]
amount, this would represent the costs that go into the [21]
prepaid production account per that job which then [22] would
be transferred out at the time the revenue was [23] recognized.
[24] Q Well, looking at Exhibit No. 26–
[25] A Um-hum–

## Page 309

[1] Q –what program is this for?
[2] A I have no clue. I don't know what number 854 is.
[3] Q The number you're referring to, 854, is in the upper [4]
righthand corner?
[5] A I'm assuming that's the sub-ledger of the program [6]
number. That's an assumption. I don't, I think that's [7] what
that means.
[8] Q Well–
[9] A Up here. I mean, that's what–
[10] Q –when you went and did this–
[11] A Yeah. I believe that's, that's the code number for the
[12] job.
[13] Q Do you know that for a fact?
[14] A That's what I'm told. Okay? That's what I, that's [15]
what I based it upon, that it was a sub-ledger for the [16] job,
and because all the accounts were prepaid [17] production, or
4.1325, do you see that number?
[18] Q Yes.
[19] A And that would mean the sub-ledger would relate to
the [20] job. That's what sub-ledgers are for.
[21] Q Well, how do you determine who the nonprofit is here
[22] just to start?
[23] A Well, I'd have to go call up the response analysis. I [24]
do it? I mean, I don't even know how to call it up. [25] I'd ask
them to give me what Job 854 is under response

## Page 310

[1] analysis, and then I'd cross-reference that to this [2] job.
[3] Q When you say "Job 854," does that correspond to a [4]
program number?
[5] A Yes.
[6] Q So it's a, 865, in your view, should correspond to the
[7] response analysis program number?
[8] A That's correct.
[9] Q And, in your view, that will, this cost ledger will [10]
show all the costs for that particular program?
[11] A Yes.
[12] Q And you reviewed the, the cost ledger report for [13]
Hofstra in connection with your preparation of that [14] Exhibit
No. 25?
[15] A I didn't, personally, review it. I asked someone what [16]
were the costs on Hofstra, and they gave me the [17]
information.
[18] Q Who did you ask?
[19] A I believe it was either Kelly or Kim.
[20] Q So you never looked at the account cost ledger?
[21] A No.
[22] Q Do you know that that's what they looked at?
[23] A Do I know personally, no. I have to make an
assumption [24] that that's what they would look at because
that's the [25] actual cost.

Vantage 20766

BSA                    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02                    XMAX(10)

### Page 311

[1]  Q Now, the cost account ledger does not show Vantage's [2] profit mark up; does it?
[3]  A The ledger that you're referring to here?
[4]  Q Exhibit No. 26.
[5]  A It does not show that, no.
[6]  Q But you've testified that program report summary does [7] show that?
[8]  A Well, it's a summary because they're taking the [9] information from the response analysis and the cost [10] ledger sheet, account ledger inquiry, A minus B equals [11] C.
[12]  Q Okay. I believe your testimony was that it was that [13] the program report summary showed the actual costs, the [14] actual profit margin and the actual revenue; is that [15] correct?
[16]  A It's a summary sheet. We're using that terminology, [17] but it's a summary sheet of what's on a Response [18] Analysis Report, what's been exculpated from the [19] account ledger inquiry sheet, and then they create a [20] report because A, minus B is equal to C, so it's a [21] derived number.
[22]  Q I understand that, but–
[23]  A Okay–
[24]  Q –I just want to make sure. Is my–
[25]  A Okay–

### Page 312

[1]  Q –is my recollection correct–
[2]  A Okay, yes–
[3]  Q –that these, what we're calling program report [4] summaries–
[5]  A A summary, yes–
[6]  Q –right – do you want to just call it a summary?
[7]  A A summary, let's call it a summary.
[8]  Q Okay.
[9]  A Program summary's fine.
[10]  Q Program summary–
[11]  A Um-hum–
[12]  Q –that the information that's contained on that [13] includes the actual costs of a program, the actual [14] revenue of a program and the actual profit to Vantage?
[15]  A That's a true statement.
[16]  Q And my question is, then, in preparing the Vantage [17] costs recovered section of the Vantage Contract Summary [18] Combined–
[19]  A Yes–
[20]  Q –why didn't you just look at the program summaries?
[21]  A It wasn't necessary, in most cases.
[22]  Q Well, you were trying to be as accurate as possible; [23] were you not?
[24]  A I wasn't trying to be accurate. I was accurate.
[25]  Q And you did that from your understanding of what the

### Page 313

[1] profit margin typically is?
[2]  A On any one – I'll repeat it again. On any case where [3] the payments to Vantage equal the agreed contract [4] charges, it's a no brainer. Okay?
[5]  On any case where it was over and above a certain [6] percentage of payments vis-a-vis the contract charges, [7] to me, it was a no brainer.
[8]  Q What percentage?
[9]  A I said before it was anywhere between 60 to 65 percent. [10] If we were, if we're collecting 65 to 67, 68 percent of [11] my money, I, I said it was a pretty good solid deal. [12] If there were some that I thought may have been on the [13] line, so to speak, I would have asked either Kelly or [14] Kim to say what, what are the real costs?
[15]  Like Hofstra, I thought was pretty close, so I [16] asked them to look at it, and sure enough, it didn't [17] quite make it.
[18]  Q Now–
[19]  A On a spot check basis, they may have spot checked a [20] couple for me.
[21]  Q Do you know that, do you know who Carolyn Emigh is?
[22]  A Yes.
[23]  Q Who is she?
[24]  A She's an economist that does, has done work for us in [25] the past.

### Page 314

[1]  Q Okay. When has she worked for, what work has she done [2] for Vantage in the past?
[3]  A She's worked on providing us some direction sometimes [4] in telling us, helped us draw up some agreements some [5] times with, with groups. She's also given us some kind [6] of advice with respect to the economic value of a [7] program, life time value of a program in terms of [8] determining what, what she would believe is, whether [9] the prospects of this group being on a long term basis, [10] being a viable group would be either good or not good [11] to pursue.
[12]  Q And I–
[13]  A Nothing of an extensive nature though.
[14]  Q Do you know that she was, that she testified in this [15] case?
[16]  A Yes, I do.
[17]  Q Okay. Do you know that she was retained by Vantage in [18] connection with this case?
[19]  A Well, she was retained, I guess, at my request through [20] Seth Perlman's office.
[21]  Q Other than her involvement in this case–
[22]  A Um-hum–
[23]  Q –how long has she been doing work for Vantage?
[24]  MR. LeCLAIR: Peter, I think we're really going [25] quite astray from the specific subject matter that the

**Vantage 20767**

BSA

USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02    XMAXit

Page 315

[1] court allowed this deposition to go on for.
[2]    MR. LEVITT: Okay. Well, if he can answer this [3] one question, we'll get back to—
[4]    THE WITNESS: Please, repeat the question.
[5]    BY MR. LEVITT:
[6]    Q The question was, other than with respect to her [7] engagement in this matter, how long has she been doing [8] work for Vantage?
[9]    A On and off for probably, I don't know, four, five, six [10] years.
[11]    Q Are you aware that Ms.Emigh used this Vantage Contract [12] Summary Combined, Exhibit No. 25, in connection with [13] her expert testimony in this case?
[14]    A Yes, I am.
[15]    Q And when you prepared the Vantage Costs Recovered [16] section, did you know that Ms.Emigh would be using [17] this document in connection with her testimony in this [18] case?
[19]    A I knew she'd be using the document. I didn't know in [20] what connection she would be using it.
[21]    (Pause.)
[22]    MR. LEVITT: I want to be clear about something, [23] so I'm going to ask this. It may be that we've covered [24] it.
[25]    BY MR. LEVITT:

Page 316

[1]    Q If you had wanted to, or if you had chosen to, in [2] answering the Vantage Costs Recovered section, could [3] you have looked at the program report summaries to [4] obtain Vantage's actual cost and Vantage's actual [5] profit?
[6]    MR. LeCLAIR: All programs or any particular one?
[7]    MR. LEVITT: For all programs.
[8]    A Not necessarily.
[9]    Q Okay. Why not?
[10]    A Because I can't tell you on some of the older ones if [11] they did that program summary. That's not a, that's [12] not something that was done many, many years ago. [13] That's a rather, when I say recent, I'm going to say we [14] just put that in place a few years back in terms of the [15] summary per se.
[16]    Q Well, let's start from there.
[17]    A Okay.
[18]    Q For the programs that go back as far as the existence [19] of the program report summaries, could you have, if [20] you'd chosen, looked at the program report summaries to [21] answer the Vantage Costs Recovered section, by actually [22] getting the actual costs of Vantage and the actual [23] profit?
[24]    A Could I have looked at the actual program summary? To [25] the extent that we had done those, and I can't tell you

Page 317

[1] how far back, it's not a long time back, we didn't – [2] okay.
[3]    So to the extent that if they were available, and [4] if they were done, I could have used them, the answer's [5] yes.
[6]    Q Did you look to determine how far back you had the [7] program report summaries?
[8]    A Didn't make, didn't cross my mind once.
[9]    Q I take it your answer's no?
[10]    A Yes, the answer's no.
[11]    Q And you didn't ask anybody else to look for them?
[12]    A No, I did not.
[13]    Q Do you know if that's what Kelly Wade or Kim Szotfried [14] looked at when they answered your question about [15] Hofstra?
[16]    A Do not know what they looked at. I'm, I don't want to [17] guess. Don't know what they looked at.
[18]    Q You don't know what they looked at?
[19]    A No, I don't.
[20]    Q Could have been the program report summaries, could [21] have been the account ledger; you're not sure?
[22]    A More than likely, it was the account ledger, but I [23] don't want to guess.
[24]    Q Well—
[25]    A Just I don't, I don't know—

Page 318

[1]    Q –I'm only–
[2]    A I don't know the answer. I don't want to guess.
[3]    Q You shouldn't guess.
[4]    A No.
[5]    Q Sitting here today, do you know when, what year the [6] program report summaries started being used by Vantage?
[7]    A Let me see.
[8]    (Pause.)
[9]    I'm trying to base it on who was, who was head of [10] the group at that time. I want to, I want to say it [11] was sometime in '97 or, late '97 or early '98. Wait a [12] minute.
[13]    (Pause.)
[14]    I would say it would have been sometime in late [15] '97 into 1998, mid to late 1997, as, as I would refer [16] to a program summary per se.
[17]    Q Do you know how those program report summaries came [18] about, whose idea they were, it was to start producing [19] them?
[20]    A Yes. Essentially, mine and Mr.Lewis'.
[21]    Q What was the reasoning behind that?
[22]    A Well, it would, didn't make sense to sit there and go [23] through a stack of Response Analysis Reports, pages and [24] pages and pages of documentation, when I say "pages," [25] one program could be four or five pages of donations

Vantage 20768

#### Page 319

[1] and all this information, and the effort was then made [2] to try to put it on one piece of paper so that you [3] could look at it without having to go through fifty [4] pieces of paper.

[5]    MR. LEVITT: Let me show you a document I'll have [6] marked as Exhibit No. 27.

[7]    (The document referred to was [8] marked for identification as [9] Melikian Exhibit No. 27.)

[10]  BY MR. LEVITT:

[11]  Q And this is entitled Handicap Report, Fred Chandler. [12] It's DOJ18999 and it's for year 1996. Would you take a [13] look at that document, please? And the date in the [14] lefthand corner is June 12, 1996.

[15]  (Pause while witness reviews document.)

[16]  A Yes, I see it.

[17]  Q Have you had a chance to look at that document?

[18]  A Yes, I have.

[19]  Q Okay. Do you know who Fred Chandler is?

[20]  A Yes, I do.

[21]  Q Who is he?

[22]  A He's a sales person.

[23]  Q Is he a sales person for Vantage Financial Services?

[24]  A Yes.

[25]  Q Have you seen this document before?

#### Page 320

[1]   A No, not like this.

[2]   Q When you say "not like this," what do you mean?

[3]   A Well, I don't, I've never heard of a Handicap Report in [4] this division unless it's a, it's a derived report from [5] some other source data.

[6]   Q I'm sorry. I, I didn't catch your answer there?

[7]   A Unless it's a derived report from some other source [8] data.

[9]   Q Okay. And have you ever heard of any discussion of a [10] Handicap Report at Vantage?

[11]  A Under a different terminology that's intermingled with [12] the word T & O Report, which is what I testified [13] earlier.

[14]  Q Okay. Looking at the various columns here on this [15] report–

[16]  A Um-hum–

[17]  Q –is the format of this report familiar to you?

[18]  A Yes.

[19]  Q And what about it is familiar?

[20]  A Well, it has similarities to the T & O Report.

[21]  Q Are there, can you describe, generally, what's similar [22] about it?

[23]  A Some of the column headings look like they're similar.

[24]  Q Which ones?

[25]  A Well, similar, but not exact. Tentative Deals, Order

#### Page 321

[1] Deals, Acquisition Deals, Tentative Mail Pieces, Order [2] Mail Pieces, Acquisition Mail. I've never used, seen [3] the terminology Average Costs; I've never seen Average [4] Profit; I've never seen Average Sales Price. Tentative [5] Revenue would be something that you would, it would be [6] familiar, Order Revenue, Acquisition Revenue. [7] Tentative Total Costs would be something that you could [8] superimpose on a T & O Report, Order Total Costs, [9] Acquisition Total Costs, Tentative Gross Margin, Order [10] Gross Margin, Acquisition Gross Margin, Total Gross [11] Margin.

[12]  Q All of that would be on a T & O Report as well?

[13]  A Well, similar. In other words, information or, in [14] other words, information that would be sim – when I [15] say "similar," it may be different wording, but they [16] would have the same effect.

[17]  Q What was your position at Vantage in 1996?

[18]  A Same as it is today.

[19]  Q What's that?

[20]  A Executive Vice President and Treasurer.

[21]  Q I'm sorry. I didn't hear you.

[22]  A Executive VP and Treasurer.

[23]  Q In 1996, what was the name of the division at Vantage [24] that did, that did direct mail fund raising?

[25]  A Well, the legal name was Vantage Financial Services,

#### Page 322

[1] Inc.

[2]   Q In 1996, what was your involvement with Vantage [3] Financial Services?

[4]    MR. LeCLAIR: Peter, I think we are, once again, [5] getting quite afield of the specific thing the judge [6] permitted this deposition on.

[7]    MR. LEVITT: Yes. I actually, I don't agree. The [8] data that's in this report is very much related to the [9] Response Analysis Report, I mean, the, the summaries. [10] I'm trying to get at since now for why it is that [11] Mr.Melikian doesn't remember this document, so that's [12] what I'm exploring right now.

[13]  MR. LeCLAIR: Well, Peter, this document isn't [14] related to the ledger.

[15]  MR. LEVITT: Well, I think it is.

[16]  MR. LeCLAIR: That's your view.

[17]  MR. LEVITT: It sure is.

[18]  Can you answer that question, Mr.Melikian?

[19]  THE WITNESS: Do you want me to answer it?

[20]  MR. LeCLAIR: If you, if – do you know what the [21] pending question is?

[22]  THE WITNESS: No, I don't.

[23]  MR. LEVITT: Okay.

[24]  BY MR. LEVITT:

[25]  Q In 1996, what was your involvement with Vantage

Vantage 20769

BSA                USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02                XMAX(13)

## Page 323

[1] Financial Services?

[2]    A Rather limited. We had an individual there that was, I [3] guess, I don't know, I guess we called him the [4] President of the division.

[5]    Q Who was that?

[6]    A That would have been, July, that would have been Dallas [7] Graves.

[8]    Q When you say your involvement was limited at that [9] time–

[10]    A Um-hum, um-hum–

[11]    Q –can you be more specific?

[12]    A I'm going to be very blunt. I was told to stay away.

[13]    Q The T & O Reports that you're familiar with, does that [14] have a, both, a section that has tentative orders and [15] actual orders?

[16]    A Yes.

[17]    Q And does it have, and by tentative, does that mean [18] estimated; is that the idea?

[19]    A No.

[20]    Q Okay. What does that "tentative" mean?

[21]    A All the, most of the information on the report is [22] estimated. The "tentative" means, is that it hasn't [23] reached the stage of a, of an agreement being signed.

[24]    Q Okay. And then the "orders" means what?

[25]    A That there's a signed contract and agreement in-house.

## Page 324

[1]    Q But it's still an estimate of actually how many [2] mailings will go out?

[3]    A That's correct.

[4]    Q Okay. There's nothing on the T & O Report that is the [5] actual historical record of what actually happened?

[6]    A I didn't say that.

[7]    Q Okay.

[8]    A Okay? What are you asking me?

[9]    Q Could – I'll ask the question.

[10]    A Okay.

[11]    Q But that was my impression. Is there anything on the [12] T& O Report that is not an estimate, but is a [13] historical record of what actually happened on the [14] program?

[15]    A Only when the estimated quantity on an [17] order was 300,000, I'm making it up, and it turned out [18] to be 283,000, that would be then inserted just for [19] that report, and then that would then vanish. Do you [20] want me to explain that to you?

[21]    Q I'd appreciate it.

[22]    A Okay. The only reason that the actuals are ever even [23] entered on the T & O Report is for the division [24] management to understand when an order is received, an [25] order which is a signed agreement, and the expectation

## Page 325

[1] is for 300,000 pieces to be mailed, and it turns out to [2] be, again, make believe, 275,000, they need to know [3] that because all this report initially does is, it's [4] salesmen's bullshit because a salesman is going to put [5] on here what's going to make him or her look good.

[6]    And, therefore, when reality hits, the report then [7] becomes more meaningful, but often times, it's a source [8] of bull.

[9]    Q So, is it fair to say that the T & O Reports are [10] revised after a program is complete?

[11]    A No. Let me be clear again–

[12]    Q Okay–

[13]    A –with you. Okay?

[14]    Q Okay.

[15]    A There's no such thing as a historical T & O Report. [16] Okay? The report is done, and then when it's updated [17] for the next round, the old report is now totally [18] obsolete, and it's gone, doesn't make any sense.

[19]    Q When you say "it's updated for the next round," do you [20] mean–

[21]    A In other words, let's say it's done on a monthly basis, [22] so if it's in January, and it's showing "x," and then [23] it's updated in February to show "y," if at that time, [24] during that period of time, whatever is that update [25] shown, if that other order is still on before they get

## Page 326

[1] a, they get a better handle on the actual number of [2] pieces, it's then inserted in that report.

[3]    For example, if the estimated quantity is 300,000, [4] and when the tape is received from the group, it shows [5] 268,000, if that item is still on that report as not [6] having been shipped, then the 300 will be replaced by [7] the actual quantity, when I say "actual," what the tape [8] quantity is–

[9]    Q The number of mailings?

[10]    A Number of pieces.

[11]    Q Number of pieces.

[12]    MR. LeCLAIR: Yes.

[13]    A But that doesn't, that doesn't always happen, and if [14] the report, if, if the window for that particular is, [15] that particular job is gone, then the T & O Report does [16] not get updated, so it is not a, I want to use the [17] term, it's not an absolute procedural issue.

[18]    And I told you why it's done, because it's [19] bullshit, because people come in and say, I'm getting [20] 300,000 units, and they end up with 250, so it's, it's, [21] at best, it's a guide for the sales manager or the head [22] of the division to see what the salesmen are doing. At [23] worst, you could tell who's working and who's not [24] working.

[25]    Q Does there ever come a time where the T & O Report is

Vantage 20770

## Page 327

[1] – strike that. After a program is actually done–

[2] A Um-hum–

[3] Q –is the T & O Report updated to show what actually [4] happened?

[5] A No. Strike that. It depends whether the, the job is [6] done within the cycle of the next report. For example, [7] if your report is being done in, let's say, June, and [8] you're writing the report for June, okay, the only [9] thing that would be done to change, the only actual [10] number that would be in here would be more than, almost [11] invariably, would be the quantity. Nothing else, [12] everything else will stay the same. And these [13] summaries I referred to earlier would be the updating [14] mechanism, not the T & O Report.

[15] The T & O Report is solely a, I guess I'd call it [16] a sales tool to just try to give an imp – I don't want [17] to use the word "impression," but to give an indication [18] on what the activity is in the marketplace for a [19] particular sales person for a particular product.

[20] Q Is it your understanding that they are updated, to the [21] extent feasible, if it turns up that they're off, that [22] your sales person has, you know, either overestimated [23] or underestimated what's going to happen?

[24] MR. LeCLAIR: Objection.

[25] THE WITNESS: Repeat it again, so I can be clear.

## Page 328

[1] MR. LEVITT: Sure–

[2] THE WITNESS: –what you're asking me.

[3] BY MR. LEVITT:

[4] Q Is it fair to say that the T & O Reports are updated [5] to, to try to more accurately reflect what actually [6] happened if it turns out that the sales person has [7] overestimated or underestimated?

[8] A The answer's–

[9] MR. LeCLAIR: Objection–

[10] A –no.

[11] Q Okay.

[12] THE WITNESS: Sorry.

[13] MR. LeCLAIR: That's okay.

[14] A The answer's no.

[15] Q I thought that you'd, I though that you'd said that–

[16] A I need to be clear–

[17] Q –it was, that they, that, at least, an attempt was [18] made to, to do that?

[19] A Right. Let me be clear.

[20] Q Okay.

[21] A The T & O Report is a snapshot at a point in time [22] which, as new information comes in, it's revised. The [23] old information now no longer is applicable, and the [24] report's no longer applicable so there's no, in other [25] words, it's, it's meaningless, the old report.

## Page 329

[1] If the information that's coming in has a material [2] impact, in other words, if someone says that the [3] estimate is 300,000, and they come in at 297,000, [4] nobody's going to change the report. Okay?

[5] But if the report says 300,000, and the report, [6] I'm making a conversation again, if the report comes in [7] at 185,000, you can be it's going to change the report [8] because someone looking at it and saying, okay, I have 3,000,000 [10] pieces of units I have to order. That's what the [12] production person knows that first quarter, second [13] quarter, third quarter, and based upon lead times and [14] when things are going to be mailed or not mailed, [15] they'll know how to order it.

[16] So, if it's off within a certain tolerance, I [17] don't know what that is, there would be no adjustment [18] made. If it's off markedly, and it would affect the [19] production schedule and the individual's performance, [20] then it would be adjusted, but it's, as a rule, it's [21] getting better, but it's still not the best.

[22] Q Now–

[23] A Does that clarify?

[24] Q Yes, it does. Thank you. The, how long have the, are [25] the T & O Reports still in use today?

## Page 330

[1] A In a different, different format. They're much more, [2] they've been, I'm going to say that they're in use. [3] They're issued less frequently than they were, say, a [4] year ago when we, we started to use them a couple years [5] ago.

[6] Q Is there a different format now?

[7] A No. It's just a little bit more, it's a little bit [8] more concise, and it's, we've tried to eliminate, [9] again, a lot of the sales fluff and to make it a little [10] bit more meaningful for the management of the division [11] and for production to be able to do their job better so [12] that they don't go blow their brains out and buy excess [13] quantities.

[14] Q How do you do that; how do you make it more meaningful; [15] what have you done to, to attempt that?

[16] A Well, what's going to happen now is that the Os, when [17] it's an order, the order cannot be now entered on here [18] for quantity unless they've confirmed it with the [19] group, in terms of quantity, so it's no more what the [20] sales person says. It's what the group then confirms.

[21] Q And how long has that system been in place?

[22] A I would say it's been better in the last 12 months. By [23] the way, I'm answering that question based upon my [24] knowledge, okay, so I'm, I've, in other words, I see [25] the report. When I say "see the report," I'm only

Vantage 20771

#### Page 331

[1] looking at it from one perspective, so that's how I see [2] it.

[3]    Q And how long have the T & O Reports been in existence [4] at Vantage?

[5]    A In the current format?

[6]    Q Well, not the—

[7]    A Or in any format?

[8]    Q Well, let's start with any format.

[9]    A I'd be guessing. I want to say, at least, for about [10] three years, we've done them, and maybe longer, three, [11] four years in a, in a format. I mean, when we first [12] started it, I would say it was very crude, but in the [13] current format or similar to that format, I would say [14] within the last couple of years. Three years, at [15] least, if not longer.

[16]    MR. BELL: Could we turn that air off? It's just [17] freezing—

[18]    MR. LEVITT: You can make it warmer over there. [19] You might press that button and see what happens. That [20] will make it warmer.

[21]    MR. BELL: Okay. Thanks.

[22]    MR. LEVITT: Sure. I turned it down when we got [23] in here.

[24]    MR. BELL: It's freezing over here.

[25]    BY MR. LEVITT:

#### Page 332

[1]    Q You said that, in 1996, your were, your involvement in [2] the Vantage Financial Services was limited?

[3]    A Yes.

[4]    Q Is that true also for the years preceding 1996?

[5]    A Well, I think I've testified before, my role was, [6] basically, advise and consent, try to help set [7] guidelines for financial integrity, try to help if the [8] individual that was heading up the division needed some [9] help or guidance or whatever.

[10]    Q Okay.

[11]    A But, generally, the, the answer would have been stay [12] out of it.

[13]    Q When did that start?

[14]    A Stay out of it?

[15]    Q Yes.

[16]    A Probably the day I walked into the company – no. I [17] would say probably, we finally had, I don't know. When [18] I said "stay out of it," that type of mentality, [19] probably 1994, 1995.

[20]    Q I'm going to ask you to take a look at this Handicap [21] Report again. This is Exhibit No. 27. If you could, [22] look at first quarter 1996, and under that, it says [23] Labels?

[24]    A Um-hum.

[25]    Q And there's a column that says Orders Mail Pieces; do

#### Page 333

[1] you see that?

[2]    A Yup.

[3]    Q Okay. It says 226,781; what do you take that to mean?

[4]    A That we have orders in-house for 226,781, and it was [5] done on 06/12, my guess is that was what was mailed [6] out, but I don't know that.

[7]    Q And this is, this Handicap Report says it's for Fred [8] Chandler; do you see that?

[9]    A Yup.

[10]    Q The two columns over, it says Average Cost .43?

[11]    A Um-hum.

[12]    Q Do you know what that means, what that refers to?

[13]    MR. LeCLAIR: Objection.

[14]    A That's what I'm saying. I don't, I, I would never [15] have, I don't understand what average cost means. I'm [16] going to, I'm going to guess it should be estimated [17] cost. I don't want to guess.

[18]    Q Okay. You don't know what the term "average cost" [19] means?

[20]    A I know what average cost means, but you're not asking [21] me that. You're asking me what that means in the [22] context of this report.

[23]    Q Well, I mean, I'm asking you with your experience at [24] Vantage–

[25]    MR. LeCLAIR: Objection–

#### Page 334

[1]    BY MR. LEVITT:

[2]    Q –to look at –

[3]    MR. LEVITT: Let me finish the question, Brian.

[4]    BY MR. LEVITT:

[5]    Q –to look at this report. You said you weren't [6] involved in this division in 1996?

[7]    A Um-hum. I said I was involved in a limited capacity.

[8]    Q Okay. That you recognize a lot of the columns here as [9] being similar to the ones on the T & O Report. I'm [10] asking you, using your experience, to tell me what you [11] think that means?

[12]    MR. LeCLAIR: Objection. You're asking him to [13] guess and speculate. He's already testified he doesn't [14] know what it means on this document.

[15]    MR. LEVITT: I'm asking if you can think about [16] that and, and give me an answer.

[17]    A I don't know what it would mean.

[18]    Q Does the, does an average cost of 43 cents for a label, [19] is that a number that is consistent with your [20] understanding of the average cost of labels in 1996?

[21]    A I can't answer the question. I don't know if it would [22] or wouldn't be. Depending on the quantity, I can't [23] tell you.

[24]    Q Well, the, the quantity, if the quantity is 226,000–

[25]    A Um-hum–

**Vantage 20772**

Page 335

[1] Q –do you have an opinion as to whether 43 cents is [2] consistent with what you've seen as an average cost?
[3] MR. LeCLAIR: Objection.
[4] A I can't answer the question.
[5] Q Okay. Why can't you answer?
[6] A Because you're asking me to, to give an opinion on [7] something that you want me to guess, and I'm not going [8] to guess.
[9] Q Well, no, I'm not, I don't want you to guess.
[10] A Okay. I don't know what the cost would have been in [11] 1996 on 226,000 labels.
[12] Q Okay. This document shows – let me give you an [13] example here. Looking at the fourth quarter 1996 for [14] labels, there's a section that says Average Cost [15] 46Cents?
[16] A Um-hum.
[17] Q Actually, let me, let me strike that. Looking at the [18] holiday cards, there's a section that says Average [19] Cost, 57 Cents, Average Profit, $1.18?
[20] A Um-hum.
[21] Q Do you see that?
[22] A I see it.
[23] Q That calculates to a profit margin of 200 percent. Is, [24] have you, is that consistent with any profit margins [25] you've seen at Vantage for holiday cards?

Page 336

[1] MR. LeCLAIR: Objection.
[2] A I don't know how you get 200 percent out of that.
[3] Q Well, if the average cost is 57 cents, and the average [4] profit is $1.18–
[5] A Um-hum–
[6] Q –you take $1.18 and divide by 57 cents, and it [7] calculates to 200 percent–
[8] A That's not–
[9] Q I've got a calculator if you'd like to take a look at [10] it.
[11] A I don't need a calculator. That's not a profit margin.
[12] Q Okay. What is, what's wrong with that calculation?
[13] A Profit margin is whatever the profit is over the [14] selling price divided by the selling price.
[15] Q Well–
[16] A You're referring to a mark up. That's not a profit [17] margin.
[18] Q Okay.
[19] A And you don't know if those numbers are right or not.
[20] Q Well, I understand that.
[21] A Okay.
[22] Q You don't know this document.
[23] A That's correct.
[24] Q And–
[25] A No, no, I don't know if those numbers are right. Go

Page 337

[1] ahead.
[2] Q I understand. Okay.
[3] A Um-hum.
[4] Q Well, let me ask it this way. As a profit mark up of [5] 200 percent–
[6] A Um-hum–
[7] Q –is that consistent with your understanding of profit [8] mark ups for holiday cards?
[9] A Based on your understanding of what the profit is, [10] profit against cost?
[11] Q Well, you said it was a profit mark up.
[12] A That's a profit mark up on cost, not the gross margin.
[13] Q Right.
[14] A Okay. And you're asking me, does that seem–
[15] Q Does that seem consistent with what you've seen at [16] Vantage?
[17] A It seems high.
[18] Q What, how high?
[19] (Pause.)
[20] What's your understanding as to what's a typical [21] profit mark up on–
[22] A On the cards–
[23] Q –holiday cards? Yes.
[24] A And your definition of "mark up"?
[25] Q Well, profit, yes, what we're talking about here,

Page 338

[1] profit mark up.
[2] A Okay. Which is profit over cost?
[3] Q Correct.
[4] A I would say that it would probably be, my understanding [5] it would be more in line with like 125 percent, under [6] the, under the methodology that you're, you're [7] proposing.
[8] Q Okay. Let's go back to the Contract Summary Combined. [9] When you looked at this–
[10] A Um-hum–
[11] Q –and made your determination as to whether Vantage [12] cost was recovered, what did you use for the, for [13] Vantage's profit in order to calculate that?
[14] A Profit as you define it or as–
[15] Q No, no. I'm asking you how you define it. I want to [16] get back to–
[17] A All right.
[18] Q I want to get to your terms.
[19] A I did, I told you that earlier. I used a basis of, [20] roughly, anywhere between a 35 percent to 45 percent, [21] in some cases probably as high as 50 percent, of profit [22] on revenue.
[23] Q You're going to have to bear with me here because–
[24] A No problem–
[25] Q –profit on revenue, is that, it is correct to call

Vantage 20773

### Page 339

[1] that gross profit?

[2]    A That's correct.

[3]    Q And where did you come up with 35 to 50 percent as your [4] basis for doing this?

[5]    A Okay. I think we discussed that before, but I'll [6] repeat it again. It's that if you look at some of the [7] Response Analysis Reports and then look at the cost [8] summaries that are then put together to make that [9] program summary that we referred to earlier, we talked [10] about, where you extract the data from the two to come [11] up with a summation on a one-page Excel spreadsheet, [12] you would find that in band, an approximate band of [13] gross profits would be anywhere from 35 to 50 percent, [14] depending upon the quantity of the mailing and the [15] product.

[16]    Q Did you look at those documents in connection with [17] preparing this report?

[18]    A I testified earlier that I did not.

[19]    Q Okay. So, my question is—

[20]    A Oh, wait a minute. I'm sorry. Tell me which documents [21] you're referring to, please, so I can answer the [22] question correctly.

[23]    Q Okay. Well, you mentioned there was, I asked you how [24] you came up with this 35 to 50 percent gross profit as [25] your benchmark for producing the Vantage Contract

### Page 340

[1] Summary Combined, and you listed several documents?

[2]    A That's correct.

[3]    Q My question is, Did you look at those documents when [4] you were preparing this Vantage Contract Summary [5] Combined?

[6]    A Now, I understand the question. Okay. I would have [7] referred to those con -- those documents only from a [8] historical perspective, did not look at them, but knew [9] from my understanding that the band in the recent [10] couple years was in that band and that that was a [11] proper band of gross profit percentage to use.

[12]    Q Okay.

[13]    A Based upon my understanding of what transpired.

[14]    Q So, is it fair to say that you, being familiar with [15] those documents, you recollected within the last couple [16] of years that was a fair band, 35 to 50 percent?

[17]    A That's correct.

[18]    Q And then you used that band in order to produce, to do [19] this report?

[20]    A That is correct.

[21]    Q Now, what did you do for the programs that were [22] conducted prior to the last couple of years?

[23]    A Well, we know what the ones, we know what we did on the [24] ones where the payments were made in full. We got the [25] contract charges. You're talking where the payments

### Page 341

[1] were less than the contract charges?

[2]    Q Sure.

[3]    A Okay.

[4]    Q Number one, number six, giving you some examples here, [5] number twelve, eighteen, twenty-one, twenty-two—

[6]    A Well, let's, let's, let's take a look at number [7] eighteen. If you collected, if you had paid 72,000 and [8] the costs were 73,000, I think it's pretty foredrawn [9] conclusion. In those cases, I would look at the [10] Response Analysis Report. Okay?

[11]    Q You did?

[12]    A No. You asked me something else. You asked me cost [13] sheets and summaries or you're asking if I looked at [14] any documentation?

[15]    Q I'm asking you what you did in order to answer the [16] column Vantage Costs Recovered for the programs that [17] were conducted outside of the last couple of years?

[18]    A I'm clear with the question now. Okay. In those [19] cases, I did refer to the Response Analysis Reports [20] that were matched up with the program numbers, looked [21] at the product, looked at the quantity of the product [22] and made, in my mind, a, I would say, a highly educated [23] understandable assumption as to what the profits were [24] on those items and then backed that profit out and the [25] postage out to determine what my profit would have

### Page 342

[1] been, and that's how I determined it.

[2]    And when I had any issues, that's when I asked the [3] young ladies to check out some of the cost sheets, but [4] I did not do that personally, as I indicated earlier.

[5]    Q Other than with respect to Hofstra, have—

[6]    A Yeah—

[7]    Q —you asked these, the women referred to earlier, to [8] review anything on any other programs?

[9]    A I'd have to look.

[10]    Q Go ahead. Take your time.

[11]    (Pause.)

[12]    A I, I believe I recall two. One was Cryptic Masons [13] Research Foundation.

[14]    (Pause.)

[15]    Another would have been Parents Without Partners.

[16]    (Pause.)

[17]    That would have been pretty much it.

[18]    Q Was that it?

[19]    A Yeah. I don't, I don't recall any other ones. I, I, [20] I'm pretty certain I do recall Cryptic Masons and [21] Parents Without Partners.

[22]    Q Who did you talk to about Cryptic Masons?

[23]    A I don't know if it was either Kelly or Kim.

[24]    Q One of the two of them?

[25]    A Yes.

Vantage 20774

**Page 343**

[1] Q And what did you ask them?

[2] A I asked them if they could tell me what the costs were

[3] on that job, on the Cryptic Masons, and whether, [4] whether the amount of money that we collected – I just [5] asked them what the costs were, and they gave me the [6] costs, and then they inserted, I think I inserted yes [7] in that one, and–

[8] Q And–

[9] A –on Parents Without Partners–

[10] Q –I'm still on Cryptic–

[11] A Go ahead.

[12] Q And did they provide that to you in writing?

[13] A No.

[14] Q Provide it to you orally?

[15] A Yeah. Basically, picked up the phone and said, can you [16] tell me if this is what the cost is?

[17] Q And did they provide it to you right away, take them [18] some time?

[19] A No. It took them some time.

[20] Q And you don't recall who you talked to?

[21] A I don't know if it was Kim or Kelly.

[22] Q And what did they tell you the costs were?

[23] A I don't remember the exact number.

[24] MS. MINTZ: Peter, can we take a quick break?

[25] MR. LEVITT: Yes. We can actually break for lunch

**Page 344**

[1] if that's acceptable to everyone, come back here at [2] 1:00p.m.

[3] (Whereupon, at 12:00 p.m., March 15, 2002, a [4] luncheon recess was taken.)

**Page 345**

[1] A F T E R N O O N  S E S S I O N

[2] (1:45 p.m.)

[3] MR. LEVITT: Back on the record.

[4] I'm just going to put this on the record, Brian. [5] I got handed to me during the lunch break a letter with [6] attachments from Mr.LeClair. The letter's dated [7] March 12, 2002, and there's FedEx pack that clearly [8] shows it should have been delivered on March 13th. It [9] was stamped received in the U.S. Attorney's office on [10] March 15th.

[11] MR. LeCLAIR: Peter, just for the record–

[12] MR. LEVITT: Sure–

[13] MR. LeCLAIR: –I checked with FedEx. FedEx says [14] it was delivered on the 13th at 10:31 a.m. and signed [15] for.

[16] MR. LEVITT: Okay. Did it say who it was signed [17] for by, by any chance?

[18] MR. LeCLAIR: Yes. Paulson? I don't remember the [19] first name, but I can–

[20] MR. LEVITT: Well–

[21] MR. LeCLAIR: –get a copy.

[22] MR. LEVITT: Well, no, that's, I mean, it's not [23] necessary. I'm, I will, I'm willing to assume that it [24] was in our, that the, that the problem was on our end.

[25] (Pause.)

**Page 346**

[1] FURTHER EXAMINATION BY MR. LEVITT:

[2] Q Mr.Melikian, earlier today we were talking about the [3] difference between profit mark up and a gross profit [4] margin; do you recall that?

[5] A Yes.

[6] Q And you were trying to educate me on that difference, [7] and I'd like to go back to that, and if you could look [8] at the Handicap Report. Could you show me on that [9] report what you would look at, I guess, first, what [10] would you look at in order to determine gross profit [11] margin?

[12] MR. LeCLAIR: Objection.

[13] MR. LEVITT: And correct me if I'm saying the term [14] wrong. I want to use your term.

[15] MR. LeCLAIR: Objection. There's been no [16] foundation that the witness would use this document for [17] that purpose.

[18] MR. LEVITT: Okay.

[19] The – oh, go ahead.

[20] THE WITNESS: What, what did, tell me the question [21] you're asking–

[22] MR. LEVITT: Well–

[23] THE WITNESS: –so I can answer it properly.

[24] MR. LEVITT: Okay. Okay.

[25] BY MR. LEVITT:

Vantage 20775

Page 347

[1] Q All I'm trying to find out is what – you've said that
you look at, when you were doing the summary reports, [3]
that you looked at, you had your baseline gross profit [4]
margin that you used which you said, I believe, was 35 [5] to
50 percent; is that correct?
[6] A Yes.
[7] Q Did you use that for all the years of the programs?
[8] A I don't remember if I used that for all the years. [9] That
was a relevant range, and if there was some [10] closeness, if
they were close, I'd then probably try to [11] go back to the
Response Analysis Reports and look at [12] them.
[13] Q Okay. The, but in terms of your, in terms of your [14]
formula, okay, did you use it regardless of what kind [15] of
program it was, whether it was a label program or [16] holiday
card; did you distinguish?
[17] A Yes.
[18] Q Okay. How did you distinguish?
[19] A Depending upon the volume and the type of program
and, [20] in some cases, when the program was undertaken,
the [21] margins would fluctuate with quantity, and the [22]
percentage would fluctuate with quantity.
[23] Q Okay. Looking at the Vantage Contract Summary [24]
Combined, which you should have in front of you, [25] Exhibit
No 25, can you show me for which nonprofits you

Page 348

[1] used a different profit margin baseline other than 35 [2] to
50 percent?
[3] A I can't recall from, I mean, just doing it, looking at [4] this
like this. I mean, I did this a while, this was a [5] while back.
[6] Q But when you did it, you did it based on simply your [7]
recollection; isn't that correct?
[8] A Well–
[9] Q Other than, other than the instances where you had a,
[10] where it was close–
[11] A Yes–
[12] Q –and you had a question.
[13] A So tell me your question again.
[14] Q Well, you've given, as your gross profit margin [15]
baseline, what you think Vantage was receiving as its [16]
gross profit margin on these programs–
[17] A Correct–
[18] Q –as 35 to 50 percent?
[19] A Okay.
[20] Q Okay. And you were clear that, about that for the last
[21] few years.
[22] A Okay.
[23] Q And my question is, you know, these programs go
back to [24] 1991, so I'd want to know what the gross profit
margin [25] you used for other years or other, or different types

Page 349

[1] of programs?
[2] A I'll look at No. 97. You asked–
[3] Q Let me just say–
[4] A Sure–
[5] Q –you don't have to go through each one–
[6] A No. I'm just giving an example.
[7] Q Fine.
[8] A Okay? I'm looking at Sequence No. 97 because that [9]
jumped out at me, U.S. Volleyball.
[10] Q Okay.
[11] A And it shows contract charges of 53,476 and program
[12] receipts of 44,207. I would have gone back and looked [13]
at the Response Analysis Report, determined if they [14] were
labels, cards, calendars or whatever when they [15] were
mailed and, to the best of my recollection, what [16] was a
range of gross profit.
[17] Now, you're asking me did that extend over a [18] period
of time? I'm going to say that I used that [19] maybe for the last
five, six years, probably the profit [20] percentages, and the
earlier years probably were [21] probably higher. Probably
made more money earlier and [22] less percent of a profit as
the years went on.
[23] Q Okay. So, you say last five or six years, you think 35 [24]
to 50 percent is–
[25] A Yeah, I'm saying about last five years–

Page 350

[1] Q Okay–
[2] A –I think is a reasonable number.
[3] Q Okay. So, '96 back, let's say, do you have a different [4]
baseline number you'd use?
[5] A I can't say for certain. I'm just, I'm saying that my [6]
best recollection would have been that we would have [7]
been having a, probably, a higher margin.
[8] Q Can you estimate it at all?
[9] A I would be purely guessing. I'm just saying it's, [10]
probably the range is higher than the 35 to 50.
[11] Q How did you know what to use for these programs that
[12] were earlier?
[13] A Well, more often than not, most of the programs that
[14] were earlier were either at the number of contracts, at [15]
the number of agreed contract charges or very close. I [16]
mean, there wasn't, if it was close, then I went back [17] and
tried to look at it.
[18] Q With respect to U.S. Volleyball–
[19] A Okay–
[20] Q –on this one, you said, you said, I think, something [21]
to the effect of, I would have gone back and looked at [22] the
response analysis and seen whether this was a [23] greeting
card label program and how many were sent out; [24] is that–
[25] A No, that's not what I said.

**Vantage 20776**

## Page 351

[1] Q Okay.

[2] A I said that's one where it was a few years back, and [3] based upon the numbers that I'm seeing, it was a pretty [4] safe assumption that it was, we would have definitely [5] covered our cost. I mean, I may have, I don't recall [6] specifically if I looked at that one or not.

[7] Q Okay.

[8] A But if, in other words, that one came out, I don't have [9] the exact percentage in my head, but I'm going to, it [10] looks like it's about 80 something plus percent. I'm [11] using the relationship between, I don't have the [12] percentages on my, on my schedule. I'm looking at 45 [13] over 53.

[14] Q And is that how you do gross profit margin?

[15] A No, no, no.

[16] Q Okay. Sorry.

[17] A No. I'm looking at the percentage of the payments to [18] the program contract charges, and then that number is [19] over 80 percent, and I said that earlier, that I was [20] looking at, you know, the cutoff or the, the curtain, [21] so to speak, would be in the 65 percent.

[22] So, if I saw then that they were under 65 [23] continuously, and it was a, it was a high end product, [24] I'd probably look at it.

[25] Q Okay. So you used 65 percent as your cutoff regardless

## Page 352

[1] of what year it was?

[2] A As a, as a reasonable benchmark.

[3] Q Okay. And you did that regardless of whether it was a [4] label program, or a holiday card—

[5] A In some cases, it would have been, it would have been [6] what I would refer to as a laydown because it would [7] have been a laydown.

[8] In other words, it would have been automatically, [9] we would have covered it because of the fact that on [10] labels, as a percentage of the charge to the customer, [11] that profit percentage would have been higher because [12] if you, for example, if you're making 40 cents or [13] 50cents on a label that's charged out at a dollar, [14] you're at the high end of the gross profit range. [15] Fifty over 100 is 50 percent.

[16] If you're making 85 cents on a calendar, and [17] that's at $2, that's at 42 percent, so, and it's, [18] again, it has a relationship as to what the [19] marketplace will bear.

[20] Q Right. Do you usually, you have a different gross [21] profit margin, for example, holiday cards than labels?

[22] A When you say "do you," do we expect a different gross [23] margin?

[24] Q Well, do you—

[25] A Or percentage—

## Page 353

[1] Q —achieve? Your, the 35 to 50 percent gross profit [2] margin baseline—

[3] A Um-hum—

[4] Q —took it that you were saying this is, it's what we [5] expect, but it's also historically what you think [6] you've achi — Vantage has achieved?

[7] A That's a correct statement.

[8] Q Based on your, that's your belief based on your [9] experience and knowledge. So, my question is, Do you [10] have a different expectation with respect to gross [11] profit margin on labels than holiday cards?

[12] A Yes.

[13] Q Okay. Can you tell me what the difference would be?

[14] A Okay. I think I just said it, but let me say it again. [15] You would have a different gross profit percentage [16] expectation where the unit charge to the customer, [17] depending upon competition and volume, was lower [18] vis-a-vis a compar — a different product.

[19] So if a label was being billed to the customer at [20] 80 cents, let's say, and they were buying 500,000 [21] labels, we would charge them the 80 cents. Let's [22] assume that we would probably pay our costs, all our [23] costs, would be 35 cents. We'd have a 45 cents profit, [24] maybe 40 cents. That's, roughly, a 50 percent mark up. [25] Okay? A 50 percent gross margin.

## Page 354

[1] On a card or a calendar, because the marketplace [2] would be very difficult, you'd probably have a calendar [3] that was probably, I'm making it up, a holiday [4] calendar, a year end calendar, at $1.75 or $1.65 on [5] which, if you didn't manufacture them properly, you [6] could end up paying as much as, it could cost you as [7] much as a buck in which case you'd make 65 over 165 [8] which is then only 40 percent.

[9] And depending upon how much you manufactured, [10] when you manufactured, in what quantity, the type of [11] product in the competition, the profit percentage would, [12] could vary considerably. I'm giving you a relevant range of [13] 35 to 50.

[14] Q Is it, is it fair to say that regardless of the type of [15] premium, being a label, holiday—

[16] A Yup—

[17] Q —card, your expectation would be that the gross profit [18] margin would still be in the 35 to 50 percent range?

[19] A Within a normal relevant range of our business, the [20] answer's yes, and that would be x'ing out what I would [21] call monsters. Let's say somebody bought 5,000,000 [22] labels. You would, obviously, take a considerably [23] lower gross margin percentage because your absolute [24] dollars would be higher.

[25] Q So, there might be situations where gross profit margin

Vantage 20777

## Page 355

[1] would be higher than 50 percent or lower than [2] 35 percent, but you're saying those, those are [3] outliers?

[4]  A  Yeah. Those are ones which are extreme situations, but [5] there would be those cases.

[6]  Q  Okay.

[7]  A  There could be those cases.

[8]  Q  Okay. And in addition, just to complete the circle, [9] you think that prior to '96, that the gross profit [10] margins, generally, I'm saying, across the board, you [11] think were higher than 35 to 40, 50 percent?

[12]  A  The range would have probably been, again, I'm, I'm, to [13] the best of my knowledge, the range would have been [14] probably more in line with 40 to maybe 60 percent.

[15]  Q  In order to determine gross profit margin, what do you [16] do?

[17]  A  You would take your sales revenue, subtract your cost [18] of sales and whatever's left is your gross profit, and [19] you divide your gross profit by your revenues.

[20]  Q  So it's –

[21]  (Pause.)

[22]  Looking at the Handicap Report–

[23]  A  Yup–

[24]  Q  –do you see on this Handicap Report–

[25]  A  Um-hum–

## Page 356

[1]  Q  –a column that you recognize as representing gross [2] profit?

[3]  A  Yes.

[4]  Q  Which column is that?

[5]  A  For tentative, it would be fifth from the right, and [6] for orders, it would be fourth from the right.

[7]  Q  Can you, can you say what those column headings are?

[8]  A  Tentative Gross Margin–

[9]  Q  Yes–

[10]  A  –and Order Gross Margin.

[11]  Q  Okay. Do you see a column that you recognize as [12] representing revenues?

[13]  A  Yes.

[14]  Q  Okay. Can you identify that column by its heading?

[15]  A  It would say either Tentative Revenue or Order Revenue.

[16]  Q  Is it –

[17]  (Pause.)

[18]  Okay. That's fine.

[19]  (Pause.)

[20]  MR. LEVITT: What exhibit are we on, Jen.

[21]  COURT REPORTER: Twenty-eight.

[22]  MR. LEVITT: Okay.

[23]  (The document referred to was [24] marked for identification as [25] Melikian Exhibit No. 28.)

## Page 357

[1]  MR. LEVITT: I'm going to show you a document that [2] has been marked as Exhibit 28. It is a Response [3] Analysis Report for American Truck Historical Society, [4] and the Bate Stamp on it is VA1203.

[5]  BY MR. LEVITT:

[6]  Q  Take a moment to, to look at that if you would?

[7]  (Pause for witness to review document.)

[8]  BY MR. LEVITT:

[9]  Q  Do you recognize that document?

[10]  A  It's a Response Analysis Report.

[11]  Q  In the summaries that you provided, the Vantage Program [12] Contract Summary, the, part of the exercise there was [13] to determine whether Vantage recovered it's costs; is [14] that correct?

[15]  A  That was the purpose as I understood it; yes.

[16]  MR. LEVITT: Okay. I want to go through – on [17] this Response Analysis Report, Exhibit 28, Section A is [18] Program Costs.

[19]  BY MR. LEVITT:

[20]  Q  Do you see that?

[21]  A  Yes.

[22]  MR. LEVITT: Okay. I apologize if the writing is [23] a little small.

[24]  BY MR. LEVITT:

[25]  Q  The Program Costs that are listed there, would you read

## Page 358

[1] those into the record, please?

[2]  THE WITNESS: Do you want me to read it totally [3] across the line?

[4]  MR. LEVITT: No, just straight down. Just the [5] description part.

[6]  A  Okay. Postage product mailing, postal sell – product [7] sell price, postage first reminder mailing, postage [8] second reminder mailing, setup sweeping PO Box, [9] sweeping PO Box fees, NCOA, permit fee, bank fee, mail [10] opening, processing fee.

[11]  Q  Okay. Am I, I correct that Vantage's gross profit [12] margin–

[13]  A  Um-hum.

[14]  Q  –is included solely in the product sell price?

[15]  A  Principally in the product sell price.

[16]  Q  Is it, also included somewhere else?

[17]  A  There is just a, an administrative fee, just a handling [18] fee on the bank fees in the processing. In other [19] words, we, we pay the actual to the bank.

[20]  Then there is a processing fee that the bank [21] charges, which we then pass on, but we include above [22] the line and below line. So, it's, essentially, a [23] wash. I just figured I'd explain that to you.

[24]  MR. LEVITT: Yes. Right.

[25]  THE WITNESS: Sorry. Sorry.

**Vantage 20778**

BSA   USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02   XMAX(22)

## Page 359

[1]   A We're charged a fee from the bank for processing the,
[2] when I say, "we", the group is charged a fee from the [3]
bank, but it's the, it's, it's a fee that the bank [4] charges, and a
bank fee, deposit fee, mailing opening [5] and processing fee.
[6]   They then bill us, and that's the actual cost, and [7] then
we turnaround and then charge back the group for [8] those
fees.
[9]   Q Okay. But there is no profit built into those fees for [10]
Vantage; is there?
[11]   A It's, there is a, when I say, "a profit", there is just [12] a
handling fee in terms, it's not really a profit. [13] It's just an
administrative fee.
[14]   Q So, with respect to those fees,—
[15]   A Um-hum.
[16]   MR. LEVITT: I'm trying to give an example.
[17]   BY MR. LEVITT:
[18]   Q Say, say those fees are $100.00?
[19]   A Um-hum.
[20]   Q Are you saying that Vantage might tack on a—
[21]   A Service fee of maybe five bucks or something.
[22]   Q Okay. For your—
[23]   A For our handling of the transaction.
[24]   Q Is there any place else where that is done?
[25]   A No.

## Page 360

[1]   Q So, other than that issue, is it correct to say that [2] the
Vantage's profit margin is worked into the product [3] sell
price?
[4]   A Yeah. I would say, 97 percent of it. Some high, high [5]
percentage.
[6]   Q Okay. And what is the other part of the product sell [7]
price? Is it, what is the—
[8]   MR. LEVITT: Maybe I can do it by example.
[9]   THE WITNESS: Um-hum.
[10]   BY MR. LEVITT:
[11]   Q If you have the product sell price as $1.25,—
[12]   A Yes.
[13]   Q —does that mean $1.25 per product?
[14]   A Per unit mailed.
[15]   Q Okay. The question I'm trying to get to is, is the [16]
product the piece of mail or is it the label, the [17] calendar, the
greeting card? Is it the whole—
[18]   A The product is the entire product package.
[19]   Q What might that, can you give me an example of what
[20] that would entail?
[21]   A Yes. A product would be a outside envelope, which [22]
would have a window so that the individual's name, in [23] the
case of a label, would show through the label.
[24]   It would include, the inside components would be [25] a,
a sheet of labels which has a written advice on the

## Page 361

[1] top so that the individual can circle the amount of [2] money
they want to donate, and/or change any [3] information on the
label.
[4]   There would be a, a letter from the organization [5]
explaining the purpose of the mailing and what the [6]
charitable activity that the fund raising effort is [7] going to be
going toward, which is called an appeal [8] letter.
[9]   In a standard package, there would be a, an [10]
envelope which would then, also, have a window, which [11]
would then be for the individual to insert the top half [12]
portion of the labels, to insert it into the package [13] and with
their check. That's a standard package.
[14]   Q And the portion of the product sell price that is not [15]
gross profit margin, could you tell me, in that [16] example, is it
all of Vantage's costs that go into [17] putting together what
you just described; including the [18] actual physical envelope,
that sort of thing?
[19]   THE WITNESS: I think, I believe I understand your [20]
question.
[21]   BY MR. LEVITT:
[22]   Q Printing, etcetera?
[23]   A Yes. The cost that would go in there are all the costs
[24] of the production of the materials; plus, all the [25] handling
of the materials, all the mailing services

## Page 362

[1] involved in the materials; plus, all the creative work [2] that
goes into creating those materials.
[3]   Q Okay. When you said, "the mailing", does that mean [4]
mail house fee?
[5]   A Yes.
[6]   Q Okay. And is that, that's a fee charged by the mail [7]
house?
[8]   A That's correct.
[9]   Q And how do you then determine—
[10]   MR. LEVITT: I take it then you've got your costs, [11] and
you know what they are.
[12]   BY MR. LEVITT:
[13]   Q How do you determine what the product sell price
should [14] be?
[15]   A We use, generally, a price list, and we factor off the [16]
range of gross profits that I told you about within [17] category,
type of product, volume, season, so on and so [18] forth.
[19]   Q When you say, "price list", what, what do you mean?
[20]   A Well, in other words, let's say that a salesman would
[21] go to a customer and, let's say that there would be a, [22]
he wants to sell a customer, the customer wants 100,000 [23]
labels, and it would be a holiday label.
[24]   If the label is a certain type of label, the, the [25] salesman
knows that they can sell that label for 85, 90

**Vantage 20779**

BSA    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02    XMAX(23)

## Page 363

[1] cents, and, and that's what the selling price would be.

[2]   Q And do you, but the sell price is part cost, part gross [3] profit margin?

[4]   A That's correct.

[5]   Q And who decides what the gross profit margin should be [6] on a particular product?

[7]   A Well, what's happened, what happens is that, basically, [8] Mr.Lewis will decide what profit, well, let me, let me [9] restate that.

[10]   He would decide what he would like to make on each [11] profit, on each unit of, of product shipped, but the [12] marketplace may not want, may not allow that profit to [13] be achieved. In many cases, sometimes it doesn't.

[14]   Q When you say, "it doesn't", does that mean—

[15]   MR. LEVITT: Well, let's strike that.

[16]   BY MR. LEVITT:

[17]   Q When you say that Mr.Lewis will decide what he wants [18] the profit margin to be, does that mean that becomes [19] the product sell price then, but then sometimes it's [20] not achieved at the end of the program; is that what [21] you mean—

[22]   A No.

[23]   Q —by that?

[24]   A No.

[25]   Q Okay.

## Page 364

[1]   A Let's assume that you're going to go into a selling [2] season, and you're looking at labels, and for 50,000 — [3] well, let's say that the minimum is 100,000. You'll [4] sell it for 90 cents. If it gets to 200,000, maybe 85 [5] cents.

[6]   That is a guideline for the salesperson to be able [7] to go out and quote a prospective customer as to what [8] we would sell them that for.

[9]   It might come back where the customer says, "Okay, [10] I'll pay that," or "No, I have to, I can only pay this [11] much of because of competition from our friends."

[12]   Q So,—

[13]   MR. LEVITT: I understand what you're saying.

[14]   BY MR. LEVITT:

[15]   Q So, so, what Mr.Lewis wants in terms of gross profit [16] margin may change in the negotiations with the party?

[17]   A That's correct.

[18]   Q Okay. Is there a standard gross profit margin that he, [19] typically, wants on these programs?

[20]   A That's what I'm saying. We, we try to work within a 35 [21] to 50 percent band.

[22]   Q And on this, again, turning your attention to Exhibit [23] 28,—

[24]   A Okay.

[25]   Q —on the program costs, at cumulative dollar section,—

## Page 365

[1]   A Um-hum.

[2]   Q —where it says, "32,482.60", what is that?

[3]   A That is the cumulative amount of charge to the [4] nonprofit organization for the product, postage, and [5] any and all fees that they've agreed to.

[6]   Q Okay. So, that is what Vantage has spent on the [7] program and is charging to the nonprofit; is that [8] right?

[9]   A Not exactly.

[10]   Q Okay?

[11]   A It's spent and/or advanced. There is a difference.

[12]   Q Okay. Could you explain that to me?

[13]   A Yeah.

[14]   Q The postage is not considered to be a cost of the [15] program, and certain other expenses are not. The NCOA [16] is not considered to be a cost. In other words, any [17] items which are not theoretically marked up are not [18] considered to be a cost. They're basically charged to [19] a, a receivable account and not to a cost account.

[20]   The costs are, essentially, the costs to produce [21] the product, to get it into the mail, exclusive of the [22] postage. That's the real cost.

[23]   Q The product sell price?

[24]   A No. Yes. No, let me, let me—

[25]   Q Okay?

## Page 366

[1]   A —unconfuse you.

[2]   If you look at the 32,000, that is the contracted [3] amount of charges that the group is obligated to pay [4] Vantage.

[5]   THE WITNESS: Is that clear?

[6]   MR. LEVITT: Sure.

[7]   A Then there would be another — I'm just gonna do this [8] rough — postage or, let's say, 4,500, 5,000; plus, [9] sweeping fees and so on and so forth.

[10]   Okay, and, let me do it the real easy way. You [11] take the 32, less the 22, and you're left with roughly [12] $10,000.00 in other charges.

[13]   Q Um-hum?

[14]   THE WITNESS: Does that make sense?

[15]   A The 32 total—

[16]   MR. LEVITT: Yeah.

[17]   A —and the 22 is for the product.

[18]   Q Right?

[19]   A The 22 is what we recognize as product revenue.

[20]   Q Um-hum?

[21]   A The rest is essentially pass throughs, which we—

[22]   MR. LEVITT: Okay.

[23]   A —don't recognize as revenues.

[24]   Q Okay. But is it correct to say that this 32,482—

[25]   A Yes.

**Vantage 20780**

### Page 367

[1]   Q –is money that Vantage has spent to get the program
[2] going, and is now charging the nonprofit?
[3]    A   Yeah. Costs spent. That's a better word. It's [4]
expended either on its own behalf or on behalf of the [5]
organization.
[6]    MR. LEVITT: I'm going to show you a document [7] here,
which will be–
[8]    REPORTER: Twenty-nine.
[9]    MR. LEVITT: –Exhibit 29.
[10]   (The document referred to was [11] marked for
identification as [12] Melikian Exhibit No. 29.)
[13]   MR. LEVITT: This is, this is the document that [14] was,
that I received today, entitled, "Cost Query [15] Report
Summary." Let me show you. It's marked as [16] Exhibit 29.
[17]  BY MR. LEVITT:
[18]   Q   Do you recognize that document?
[19]   A   Yeah.
[20]   Q   What do you recognize it to be?
[21]   A   It's a summary of payments to Vantage, contract
charges [22] and extraction of costs from a query report or, I
guess [23] we use the term ledger sheet or accounting query
[24] before.
[25]   MR. LEVITT: Yeah. I think we called it a cost–

### Page 368

[1]    A   Query or something.
[2]    Q   The same document that we were referring to earlier?
[3]    A   Essentially; correct.
[4]    Q   Essentially or–
[5]    A   Yeah, I mean, yeah, it's the same thing. It's just [6]
formatted a little differently.
[7]    Q   No, I meant the cost ledger?
[8]    A   Yes. Yes, I'm sorry.
[9]    MR. LEVITT: Okay.
[10]   A   Yeah, that's correct.
[11]   MR. LEVITT: I'll get to the ques – I do want to [12] get to
the question of whether this is the same as the [13] Vantage
Contract Summary combined, which I understand [14] it's not
exactly.
[15]  BY MR. LEVITT:
[16]   Q   Let me ask you this first, were you involved in [17]
preparing the Cost Query Report Summary, Exhibit 29?
[18]   THE WITNESS: Was I involved?
[19]   A   Yeah. I was involved, to some extent, in preparing it; [20]
yes.
[21]   Q   Okay. Who else was involved in preparing it?
[22]   A   Mr.LeClair and Kelly. I'm not sure if Kim was or not.
[23]   Q   Kelly Wade and–
[24]   A   Yeah. I'm not sure if Kim was, but I'm pretty certain [25]
Kelly was.

### Page 369

[1]   MR. LEVITT: Okay. Now, I take it from, I take it [2] that this
Cost Query Report Summary does not include [3] all of the
nonprofits and programs included in the [4] Vantage Contract
Summary combined, which was Exhibit [5] 25.
[6]  BY MR. LEVITT:
[7]    Q   Is that correct?
[8]    (Pause.)
[9]    A   Yeah. I believe this was, I'm, I'm not sure. I [10] believe
this was only the one that was involved where [11] it wasn't 100
percent.
[12]   MR. LEVITT: Okay.
[13]   A   That's how, that's who I'm reviewing the report.
[14]   THE WITNESS: Is that clear what I said?
[15]   MR. LEVITT: It is. I want to get to that because [16] it is,
it's, I'm a lit – let me, I just want to make [17] sure. I think I know
what's included here. I want to [18] make sure that it's all clear,
because, let me just [19] read the coverletter from Mr.LeClair. I
think it's [20] maybe different from what's stated here. I, I don't
[21] care. I just want to get it clear.
[22]   This says, coverletter says, "Enclosed for the [23]
deposition on Friday is a spreadsheet of Cost Query [24]
Report data we relied upon to support the spreadsheet [25]
used by Ms.Ernigh, and the Cost Query Reports for

### Page 370

[1] Shriners Hospital and a few other programs not part of [2]
the claim at the time the Cost Query Reports were [3] originally
produced." [4] It's not clear to me.
[5]    (Pause.)
[6]  BY MR. LEVITT:
[7]    Q   What's your understanding as to what is reflected on
[8] this Cost Query Report?
[9]    THE WITNESS: This here?
[10]   MR. LEVITT: Yeah.
[11]   A   These would be all the items that are on this Vantage
[12] Contract Combined Summary,–
[13]   Q   Yeah?
[14]   A   –which were not 100 percent collected.
[15]   Q   Okay. Where the agreed contract charge was not [16]
recouped?
[17]   A   No, I didn't say that.
[18]   MR. LEVITT: Okay.
[19]   A   Where, where, if the amount of payments made to
Vantage [20] were greater than $1.00 less than the agreed
contract [21] charge. Maybe that's what you're saying.
[22]   So, okay, so, where they were $1.00 less and not [23] at
100 percent. That's what's reflected on this [24] report.
[25]   Q   Okay. So, this report, basically, excludes from the

**Vantage 20781**

## Page 371

[1] Vant – the, the nonprofits reflected on the Vantage [2] Contract Summary Combined where, basically, it's [3] blacked out on the right hand column because Vantage [4] has, Vantage received it's agreed contract charges?

[5]    A See, I don't go back and check individual lines. That [6] was, that was–

[7]    Q That was the intent?

[8]    A That was the exercise.

[9]    MR. LEVITT: Okay.

[10]    A That's correct.

[11]    MR. LEVITT: Okay. Okay. And there are some [12] additional columns here that weren't on the Exhibit 25.

[13]    BY MR. LEVITT:

[14]    Q Why don't we just go through those?

[15]    The right hand column, Cost Report Bates Numbers–

[16]    A Okay.

[17]    Q –that seems self-explanatory?

[18]    A Right.

[19]    Q That is the Vantage Bates No. of a particular Cost [20] Report?

[21]    A That's what I understand; yes.

[22]    Q From where you got the information?

[23]    A That's correct.

[24]    Q Okay. Do you know–

[25]    MR. LEVITT: The Cost Query Report Summary that

## Page 372

[1] was provided to me came with attachments; okay, and the [2] coverletter says that it, "includes Cost Query [3] Reports," which we've been calling cost ledgers, "for [4] Shriners Hospital and a few other programs not part of [5] the claim at the time the Cost Query Reports were [6] originally produced."

[7]    BY MR. LEVITT:

[8]    Q Is that your understanding as to what the attachments [9] are?

[10]    A Yes.

[11]    Q Okay. And that was the intent, in any event, to [12] provide those, those that, Cost Query Reports only for [13] programs that weren't part of the damage calculation at [14] the time the original Exhibit 25 was prepared?

[15]    MR. LeCLAIR: At the time the original Cost Query [16] Reports were produced.

[17]    A Produced.

[18]    MR. LEVITT: Okay.

[19]    (Pause.)

[20]    BY MR. LEVITT:

[21]    Q Did you find what you need?

[22]    A Nah, the hell with it.

[23]    MR. LEVITT: I don't mind.

[24]    THE WITNESS: No, go ahead.

[25]    BY MR. LEVITT:

## Page 373

[1]    Q The, is it correct to say then that, in this Cost [2] Report Bates No. column, where all the Bates Nos. are [3] listed for the Cost Reports from where the cost [4] information came, that those are not necessarily [5] included in the package that I received today?

[6]    (Pause.)

[7]    BY MR. LEVITT:

[8]    Q If you know?

[9]    A I don't, I don't know.

[10]    MR. LEVITT: Okay.

[11]    A I can't answer that question.

[12]    Q Let's go to the next column of the Cost Query Report?

[13]    A Okay.

[14]    A And let's take, Amateur Trap Shooting, under the Cost [15] Query Report, it says, "38,689.13"?

[16]    A Right.

[17]    Q Is that Vantage's out-of-pocket costs for that program?

[18]    A Exclusive of the postage, which we talked about. [19] Exclusive, in other words, this is the direct cost that [20] relate to the revenue, and, and it relates to that [21] because that's the–

[22]    THE WITNESS: If you have the ledger sheet, I can, [23] I can refer to it.

[25]    MR. LEVITT: Yeah. We're going to have to look at

## Page 374

[1] a different one.

[2]    BY MR. LEVITT:

[3]    Q Let's look at, let's look at Cryptic Masons?

[4]    THE WITNESS: What number are you at?

[5]    MR. LEVITT: It's 22. Sequence No. 22, in the [6] left hand column.

[7]    THE WITNESS: Okay.

[8]    MR. LEVITT: It's Cryptic Masons.

[9]    BY MR. LEVITT:

[10]    Q There the–

[11]    MR. LEVITT: Why don't I, why don't I give you the [12] Cost Ledger Report. This is a Cost Ledger Report that [13] was produced to me today. It's VA2003. It will be [14] Exhibit 30.

[15]    (The document referred to was [16] marked for identification as [17] Melikian Exhibit No. 30.)

[18]    MR. LEVITT: Thanks. So, we'll both be looking at [19] the same thing here.

[20]    BY MR. LEVITT:

[21]    Q And in order to identify these, I take it that where it [22] says, "Sub-ledger TY", on Exhibit 30, up at the–

[23]    MR. LEVITT: I'm sorry.

[24]    BY MR. LEVITT:

[25]    Q Exhibit 30–

Vantage 20782

Page 375

[1] THE WITNESS: Um-hum. Okay.
[2] BY MR. LEVITT:
[3] Q —where it says, "Sub-ledger TY", and there is a "129"?
[4] A Yeah.
[5] Q Right there? That that—
[6] A Um-hum.
[7] Q —"129" refers to the Cryptic Masons Program Number,
[8] which is "VS129" on the spreadsheet?
[9] A Yes.
[10] MR. LEVITT: Okay.
[11] A I believe so. That's correct.
[12] Q Okay. The Cost Query Report says, on the report [13] summary, Exhibit 29,—
[14] A Um-hum.
[15] Q It says, "$26,779.85"?
[16] A Um-hum.
[17] Q Can you tell me what that represents?
[18] (Pause.)
[19] A Let's see, it looks like it represents printing of [20] materials, mailings, mail house charges, envelopes, [21] programming costs that related to the, to the list, [22] and, and anything that, if there was something that we [23] had out of our inventory. In other words, we buy [24] generic envelopes, and we'd just take them out of the [25] env – the inventory.

Page 376

[1] Q Okay. Anything else?
[2] A That's all I can see. That should agree with the [3] 26,779.
[4] MR. LEVITT: Now, let me show you another [5] document, Exhibit 31. This is a Response Analysis for [6] Cryptic Masons. It's VA0812.
[7] (The document referred to was [8] marked for identification as [9] Melikian Exhibit No. 31)
[10] BY MR. LEVITT:
[11] Q Okay. Now, this, do you recognize this document?
[12] A It's a, what do you call it? Yeah, the Response [13] Analysis for this program, it looks like.
[14] MR. LEVITT: Okay. And, in the upper left hand [15] corner, it says, "VS129".
[16] BY MR. LEVITT:
[17] Q Do you recognize that as the same program number?
[18] A Yeah.
[19] Q Okay. On the Program Cost, here, section, it says, [20] "72,603"?
[21] A Um-hum.
[22] Q Can you explain to me, maybe using the Response [23] Analysis, showing me what, what costs are excluded from [24] the Cost Query Report, which says, "26,779"?
[25] (Pause.)

Page 377

[1] THE WITNESS: Let me see?
[2] A It looks like the postage would be excluded.
[3] Q Is that what you understand is typically excluded? You [4] mentioned that earlier?
[5] A Yeah. That's what I, typically, understand is [6] excluded, but that's my understanding; that that would [7] be excluded because that's considered to be an advance, [8] not a cost.
[9] Q Okay. What else?
[10] A The only thing else on here is mail opening charges, [11] and I don't know if that's in here or not. I believe [12] that's an advance too because that's a direct charge [13] back to the group, but, again, I don't see that in [14] here. So, I would, I have to make an assumption. To [15] the best of my knowledge, it's a charge back to the [16] group.
[17] Q Well, I mean, we've got the document here?
[18] A Yeah.
[19] Q These are—
[20] THE WITNESS: Hang on. I have to look through the [21] detailed ledger.
[22] MR. LEVITT: Take, take your time.
[23] (Pause.)
[24] A The mail, I believe the mail order charges are, also, [25] direct charge backs as an advance.

Page 378

[1] Q When you say, "mail order charges", what do—
[2] A I mean, not "mail order charges". I mean, "mail [3] opening charges".
[4] Q Okay. Now, is, what is that, mail opening charges? Is [5] that a charge, does someone do that?
[6] A Yeah. They slit the envelopes open, and then take out [7] the checks, and the remittances, and key them in.
[8] Q Okay. Who does that?
[9] A It can be any one of several companies. Back then, it [10] was Boston Financial Data Services. Now, I think we [11] have someone down in Maryland, but it's, it's a, some [12] independent third party that does all that.
[13] Q So, you contract that out?
[14] A Yes.
[15] Q Okay. And then you get a bill from them?
[16] A Yes.
[17] Q Okay. Now, do you pay that bill?
[18] A Yeah. We pay it, and, just like, when, when we pay the [19] bill, we pay the bill, and it doesn't go into the [20] costs. It goes as, as an advance, and then that gets [21] paid back.
[22] Q And then you tell, then you, okay.
[23] What else do we have here? So,—
[24] A That's it, it looks like.
[25] Q —postage and mail opening—

**Vantage 20783**

### Page 379

[1] A Yeah.
[2] Q –is excluded?
[3] A Um-hum.
[4] Q So, if we subtract mail opening charges and the postage [5] from $72,000.00, we should end up with 26,000 roughly; [6] is that correct?
[7] A No. No, no, no.
[8] MR. LEVITT: Okay.
[9] A You're subtracting the postage and the mail opening [10] from the 72, and you end up with 59,000.
[11] Q Okay, and then how do we get from–
[12] MR. LEVITT: I got it. Okay.
[13] BY MR. LEVITT:
[14] Q How do we get from 59,000 to 26,000?
[15] A Okay. The 59 and the, 26,000 relates to the 59,000.
[16] Q How does it relate?
[17] A Well,–
[18] Q Is, is it correct that the–
[19] (Pause.)
[20] THE WITNESS: Go ahead. You ask the question.
[21] MR. LEVITT: Okay.
[22] BY MR. LEVITT:
[23] Q We've got a Response Analysis Report that says that the [24] program costs are 72,000, and that's what–
[25] A No. That's not what it says.

### Page 380

[1] Q Well,–
[2] A It says that that's how much the contract costs to the [3] organization.
[4] Q Okay, and–
[5] THE WITNESS: Okay?
[6] BY MR. LEVITT:
[7] Q The agreed contract charge–
[8] A Yes.
[9] Q –is 72,000?
[10] A Correct.
[11] MR. LEVITT: Okay. I was referring to the fact [12] that it's under "Program Costs" in–
[13] THE WITNESS: Okay. Clear.
[14] MR. LEVITT: –the Response Analysis Report.
[15] BY MR. LEVITT:
[16] Q So, there is the $72,000.00 agreed contract charge?
[17] A Yes.
[18] Q And the, in telling the government what, what Vantage's [19] costs, what portion of that 72,000 related to Vantage's [20] cost, you've got in here 26,000 and change; is that [21] correct?
[22] THE WITNESS: I'm–
[23] MR. LEVITT: I'm looking at the Cost Query Report.
[24] THE WITNESS: Yeah? Are you asking me if that's [25] the cost of this particular job?

### Page 381

[1] MR. LEVITT: Correct. Vantage's cost.
[2] A Yeah. To the extent, again, to my, the best of my [3] knowledge, that's what the cost is per these sheets.
[4] Q And that cost excludes postage and mail opening [5] charges?
[6] A That's correct.
[7] Q Okay. Which were paid by Vantage–
[8] A Right.
[9] Q –up front, and then–
[10] A As an advance.
[11] Q As an advance, and then–
[12] A And–
[13] Q –billed–
[14] A –paid by the group.
[15] Q Okay. If we subtract the postage and the mail opening [16] charges from the agreed contract charges, I don't know [17] this to be the case, but you said that that would equal [18] about 59,000?
[19] A Yeah, just look at the line, it says that your cards, [20] that's your revenue.
[21] Q Okay. And that, that section where it says, "cards", [22] that is, we referred to it on the Response Analysis [23] Report earlier, and it said, that was referred to as [24] the–
[25] A Product sell price.

### Page 382

[1] Q Product sell price?
[2] A Okay.
[3] Q Is that, is that what that is?
[4] A Yes.
[5] Q The product sell price? Okay. So, the product sell [6] price is 58,000 and change, and 26,000 of that, and [7] change, represents Vantage's costs; is that correct?
[8] (Pause.)
[9] A The costs associated with that, Vantage's costs [10] associated with that 58,000 is the $26,000.00 and [11] change.
[12] Q Okay. And the remainder is the profit to Vantage?
[13] A That's correct.
[14] Q Okay. So, would it be fair to say that if we wanted to [15] determine Vantage's profit for each of these [16] programs,–
[17] A Um-hum.
[18] MR. LEVITT: Let me strike that.
[19] BY MR. LEVITT:
[20] Q On a Response Analysis Report, is there anything, other [21] than postage and mail opening charges, that Vantage [22] considers an advance and not a cost?
[23] MR. LEVITT: I think you mentioned some things [24] earlier, but I want to be clear.
[25] A Yeah. I mean, the NCOA, but it's a de minimis thing.

**Vantage 20784**

## Page 383

[1] It's like, it's peanuts. Then the postage, which [2] would, also, include the sweeping fee. So, that's [3] still considered postage. That's not, so, nothing [4] other than those items.

[5]    Q But sweeping fees are considered postage?

[6]    A Yes. If the, if, if the group does, actually, the [7] sweep, then it's considered part of the postage.

[8]    MR. LEVITT: Okay.

[9]    A Because there is no markup.

[10]    Q The "sweeping" is what?

[11]    THE WITNESS: The "sweeping", do you know what [12] that is?

[13]    MR. LEVITT: I think I do, but–

[14]    A Okay. It's where the, a group that's located in [15] Oklahoma, you're not going to ask their members to mail [16] their responses to a locked box in Boston or Florida. [17] You ask them to mail it to a locked box in Oklahoma [18] under the group's control.

[19]    Then, on a predesignated basis, the Post Office [20] will sweep that mail into the group's designated [21] depository, wherever that may be; so, that the members [22] that are sending the money back, they're sending it [23] back to the group's designated PO Box in their [24] hometown.

[25]    Q Okay. Is there anything else that should be excluded

## Page 384

[1] from, that you, that Vantage considers an advance and [2] not a cost? Bank fee? Would a bank fee?

[3]    A Yeah. Like I say, we charge a de minimis markup to [4] the, to the group, and, in some cases, we don't even [5] charge enough. So, what happens is that we charge the [6] group a certain amount per unit, and sometimes we make [7] a little money and sometimes we loose a little money on [8] the bank fees and the mail opening.

[9]    On the permit fee, it's a straight pass through. [10] I'm referring back to American Truck Historical.

[11]    MR. LEVITT: Me, too.

[12]    A Okay. The permit fee is a straight pass through. [13] Sweeping fees are a straight pass through. To setup [14] the sweeping box is a straight pass through. Postage [15] is always a straight pass through, and I'm not sure we [16] do NCOA; that's something where they clean the list, a [17] list hygiene.

[18]    MR. LEVITT: Okay.

[19]    A I think we charge them a flat amount, and because we [20] give the Post Office, like, I don't know, 40 or 50 [21] million names a year, they get a, we get a discount.

[22]    Q So, anything you, anything that Vantage doesn't [23] markup you consider an advance, and do not include it in this [24] Vantage Cost–

[25]    A Cost Query, basically.

## Page 385

[1]    Q Yeah, the, the column on the Cost Query Report that [2] says, "Cost Query Report", that cost, for example, with [3] the Cryptic Masons, the 26,000,–

[4]    A Um-hum.

[5]    Q –only represents cost that Vantage marked up?

[6]    A Yes. And the only, the only question I would have is, [7] this goes back, I guess, quite a few years. I don't [8] know when this document was done, in 1993.

[9]    I would say that the, with a high degree of [10] certainty, that's the way it's done now, and the only, [11] the only exception I could think about is if there was [12] any extra services that they wanted us to perform, then [13] we would probably put it into the cost and add it into [14] the costs that they would have to pay.

[15]    Q Okay. Now, but in the Agreed Contract Charges column–

[16]    A Um-hum.

[17]    Q –for Cryptic Masons, it says, "72,000"?

[18]    A Right. That's what the contract calls for.

[19]    Q Right. And that is the same as the 72,000 on the [20] Response Analysis Report?

[21]    A Yeah.

[22]    Q So, that, unlike the Cost Query Report column, does [23] include postage, mail opening charges, anything else [24] that is an advance?

[25]    A Correct.

## Page 386

[1]    MR. LEVITT: Okay.

[2]    A Because they're obligated to pay us; right.

[3]    (Pause.)

[4]    BY MR. LEVITT:

[5]    Q This, this 72,000, well, 59, well–.

[6]    (Pause.)

[7]    MR. LEVITT: I, here is what I don't understand. [8] Okay?

[9]    BY MR. LEVITT:

[10]    Q On the Cost Query Report, the 26,000, why didn't you [11] include the 72,000 minus your $33,000.00 profit?

[12]    A Okay.

[13]    THE WITNESS: Want me to explain it?

[14]    MR. LEVITT: Yeah.

[15]    A The cost, on the Cost Query or account ledger inquiry, [16] whatever that, we're calling it, is the cost that [17] relate directly and only to the category that we refer [18] to as product sell price.

[19]    MR. LEVITT: Right. Well, I understand that.

[20]    THE WITNESS: Okay.

[21]    MR. LEVITT: Yeah.

[22]    THE WITNESS: So, I'm not sure I understand your [23] question then.

[24]    BY MR. LEVITT:

[25]    Q Well, I mean, the issue here is, I thought the purpose

**Vantage 20785**

Page 387

[1] of these Cost, the Vantage Cost Summary Combined and,
[2] now, the Cost Query Report Summary–
[3]    A   Um-hum.
[4]    Q –was to show that Vantage, in X amount of cases, [5] Vantage recovered any money it had put into this [6] program up front; okay, and that, in those cases, yes, [7] Vantage might not have gotten its agreed contract [8] charges,–
[9]    A   Um-hum.
[10]    Q –but the difference was only Vantage's profit, some [11] portion of–
[12]    A   Some portion–
[13]    Q –Vantage's profit?
[14]    A –of profit; that's correct.
[15]    Q Okay. But, if that's case, why then didn't you, also, [16] include things like postage and mail opening charges [17] and NCOA charges, permit fees and bank fees, which [18] Vantage paid up front, because those, like Vantage's [19] other, like Vantage's costs, those expenditures are [20] money that Vantage put out there, spent?
[21]    A To answer your question, those aren't cost of sales. [22] Cost of sale, under accounting principles, okay, is a [23] cost that's related only directly to the revenue to be [24] recognized.
[25]    THE WITNESS: We're, we're clear on that? Let's

Page 388

[1] make sure we are.
[2]    MR. LEVITT: I believe, I, I don't know.
[3]    THE WITNESS: Okay.
[4]    A So, in terms of cost matching principle, under [5] accounting rules, the costs that are recorded as costs [6] of sales have to be directly related to the revenues, [7] which, in this case, is the 27, to be related to the [8] 58,561 or whatever the number is.
[9]    The additional incremental contract charges are [10] those that are contracted that the group agrees to [11] reimburse us, essentially, at no or minuscule [12] administrative charges, for our out-of-pocket costs.
[13]    We're not, we don't make any profit on that. So, [14] the, the revenue or the profit, per se, is determined [15] by 58 – whatever that number is, the 58 less 2 – [16] less, let's keep it in round numbers. The 58 less 27 [17] is the, is the, what we would call our profit band.
[18]    Okay. It's revenue on product sale price, less [19] direct costs.
[20]    Q Right. I understand that your profit, in this [21] particular case, I think it's about 33,000, Cryptic [22] Masons?
[23]    A Yeah.
[24]    Q I mean, I did 59–
[25]    A The 59 less 27 is–

Page 389

[1]    MR. LEVITT: Right.
[2]    A –32.
[3]    THE WITNESS: Go ahead?
[4]    MR. LEVITT: Okay. It's 32.
[5]    So, I understand that's the profit on this [6] program, but what I, and I, and I sort of understand [7] what you're talking about when you talk about [8] accounting principles, but–
[9]    THE WITNESS: Um-hum.
[10]    MR. LEVITT: –I didn't take this to be an [11] accounting exercise. I took this to be–
[12]    THE WITNESS: I'll give you–
[13]    MR. LEVITT: –Vantage–
[14]    THE WITNESS: –the economics of it.
[15]    MR. LEVITT: No, let me, let me finish.
[16]    THE WITNESS: Okay. Sorry.
[17]    MR. LEVITT: I just want to make sure that we're, [18] that we're reading this document in the same way in [19] terms of what it's designed to achieve.
[20]    I thought this document was designed to show that, [21] in X number of cases, Vantage recouped it's [22] out-of-pocket – I don't know what word to use.
[23]    I'm going to use "expenses", but I'm going to [24] define it as everything Vantage has spent up front on a [25] program.

Page 390

[1] So, for example, in Cryptic Masons, that would [2] include the postage that Vantage paid up front,–
[3]    THE WITNESS: Um-hum.
[4]    MR. LEVITT: –the, the mail opening charges?
[5]    With respect to American Truck Historical Society, [6] it would, also, include things like sweeping PO Box [7] fees, setup sweeping PO Box fees, NCOA, permit fee, [8] bank fee, mail opening, and then the big ticket item [9] would be the portion of the product sell price that is [10] not profit.
[11]    THE WITNESS: Okay.
[12]    BY MR. LEVITT:
[13]    Q So, I thought the exercise was designed to show that [14] Vantage had recouped all of those – I'll use the word [15] expenses–
[16]    A Um-hum.
[17]    Q –but not as an accounting term, but what I'm using for [18] that, that Vantage had recouped those, but I take it [19] that you're saying that that's not what this is [20] showing?
[21]    A These are–
[22]    MR. LeCLAIR: Objection.
[23]    A What this is showing is the costs, okay, that are [24] related to the revenues, okay, and if it is confusing, [25] I'll try to unconfuse you.

**Vantage 20786**

BSA    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02    \XMAX(30)

Page 391

[1] These are the costs that relate to the revenues [2] that are going to be recognized in the program, which [3] then have a direct relationship to the amount of [4] payments that have been made by the group.

[5]  MR. LEVITT: I understand what it shows.

[6]  THE WITNESS: Okay.

[7]  MR. LEVITT: I guess I just don't understand–

[8]  BY MR. LEVITT:

[9]  Q So, it does, it does not show where, where it says, [10] "Vantage costs recovered", and there is a yes or a [11] no,–

[12]  A Um-hum.

[13]  Q –that refers only to Vantage's costs associated with [14] the product sell price; is that–

[15]  MR. LeCLAIR: Objection.

[16]  BY MR. LEVITT:

[17]  Q Is that correct?

[18]  A No.

[19]  Q Okay. What–

[20]  MR. LeCLAIR: Peter, if you simply take those [21] other items–

[22]  THE WITNESS: Let me do that. Okay?

[23]  Peter, take the 12 or 13,000 dollars of other [24] items–

[25]  MR. LEVITT: Um-hum.

Page 392

[1]  THE WITNESS: –that are there–

[2]  MR. LEVITT: Yeah.

[3]  THE WITNESS: –and subtract it from the payments. [4] Do you see the 51,979, the payments?

[5]  MR. LEVITT: Um-hum.

[6]  THE WITNESS: Okay. And subtract the thirteen and [7] a half thousand dollars of non-product sale items?

[8]  MR. LEVITT: Um-hum.

[9]  THE WITNESS: Okay?

[10]  MR. LEVITT: Yeah.

[11]  THE WITNESS: That would bring that number down [12] to, I don't know, 39, 38,000 dollars?

[13]  MR. LEVITT: Um-hum.

[14]  THE WITNESS: And the 38 then has the relationship [15] to the 26, which would then bring you your pure profit [16] on the job.

[17]  BY MR. LEVITT:

[18]  Q Do that again?

[19]  A Okay.

[20]  Q Please?

[21]  A No problem.

[22]  Q And then tell me what the significance of that is?

[23]  A Line No. 22–

[24]  Q Yeah?

[25]  A –the 5 – let's use the round number of 52,000, and–

Page 393

[1]  Q Yeah?

[2]  A The portion of the program cost that's not revenue [3] related is approximately 14.

[4]  Q Okay?

[5]  A The 14 from 52 leaves 38.

[6]  Q Right?

[7]  A The 38 is your, is the remaining cash receipts payments [8] that would relate to the product sale portion of the [9] cost, and then that would be compared against the [10] 26,779.28 to determine your profit.

[11]  So, in English, we're, basically, we're expecting [12] to make $32,000.00 in–

[13]  Q Profit?

[14]  A –profit. We ended up making $12,000.00 in profit.

[15]  Q Um-hum?

[16]  A But we still covered our costs. Even if you look at [17] your, when I say, the total costs, they were still [18] covered.

[19]  Q Cost, cost; plus expenses?

[20]  A Yeah, but you've got to be careful because–

[21]  THE WITNESS: Okay, I understand what you're [22] saying, but, okay, you're talking about everything that [23] was expended out of pocket?

[24]  MR. LEVITT: By Vantage.

[25]  THE WITNESS: Right.

Page 394

[1]  MR. LEVITT: Up front.

[2]  THE WITNESS: Yes.

[3]  A And that would still hold true.

[4]  Q Okay. Does that hold true in every case where you've [5] got a "yes" here?

[6]  A I believe it does.

[7]  Q Do you know?

[8]  A To the best of my knowledge, it does.

[9]  A And was, was, was, when it says, "yes",–

[10]  A Um-hum.

[11]  Q –is it referring to the recovery of Vantage's cost [12] plus, when we're referring to as expenses, all [13] out-of-pocket?

[14]  A I believe, yes, I believe it does.

[15]  Q So, when it says, "Vantage costs recovered", it is not [16] simply referring to the 26,779?

[17]  A That's correct. Again, the logic is clear if you look [18] at the percentages that shows percentage paid.

[19]  Q Why don't you explain that?

[20]  A Well,–

[21]  Q The 72 percent?

[22]  A Yeah. I mean, you could, I mean, many of these are 82, [23] 92, 95, and you can see where they get down to 38s and [24] 50s, they are mostly, "no."

[25]  Q Right. But the, the 72 percent indicates–

Vantage 20787

## Page 395

[1]    THE WITNESS: Remember I told you that the cutoff [2] was the 65?

[3]    MR. LEVITT: Right.

[4]    THE WITNESS: And at the 72, you're seeing that it [5] is a "yes".

[6]    BY MR. LEVITT:

[7]    Q But that 72 percent, is that–

[8]    A It's 72 percent of the contract charges.

[9]    Q The 51,000 equals–

[10]    A The 51, the 51 divided by the 72 is the 72 percent.

[11]    Q Right. So, you got 72 percent of what you had agreed [12] to get?

[13]    A To be paid; that's correct.

[14]    THE WITNESS: Is that clear?

[15]    MR. LEVITT: Yeah. Yeah. You know, I didn't take [16] a single math course in college?

[17]    THE WITNESS: Neither did I, but I did all right. [18] Didn't I? I'm only kidding.

[19]    MR. LEVITT: Yeah.

[20]    BY MR. LEVITT:

[21]    Q And just, the, so, if we were inclined to do so, we [22] could add another column here, to the right of Cost [23] Query Report–

[24]    MR. LEVITT: Well, let me, let me restate that.

[25]    BY MR. LEVITT:

## Page 396

[1]    Q Would it be an accurate, accurate from a, would it be [2] accurate if we added a column to the right of Cost [3] Query Report that said, "Additional Vantage up front [4] expenses" – if there is a better term for it that you [5] want to say, you know, if you want to say, "Vantage [6] advance expenses," – that we would then go to the [7] Cryptic Masons Response Analysis Report and we would [8] add 6,000 and change for the postage cards; the 3,000 [9] and change for the postage reminder; the one renew bulk [10] permit; pos – the 2,000 postage reminder; the mail [11] opening charges, took, I think you said was about [12] 13,000?

[13]    A Right.

[14]    THE WITNESS: Tell me what you want to do again?

[15]    MR. LEVITT: Okay.

[16]    If, what I wanted, what I would want to do is, and [17] I want to make sure that it's, it would be accurate [18] from your perspective, is add a column here to the [19] right of Cost Query Report.

[20]    BY MR. LEVITT:

[21]    Q What is, what's the term you use for these past [22] through charges, NCOA, permit fee, bank fee?

[23]    A Those are, basically, reimbursable outlays.

[24]    Q Okay. And we called it Vantage's reimbursable outlays, [25] that column, we could then go to a Response Analysis

## Page 397

[1] Report and simply add up all those items that you've [2] identified; postage, sweeping fees, NCOA, permit fee, [3] bank fee, mail opening, processing fee?

[4]    We could add those up and put them in that column?

[5]    THE WITNESS: Are you asking me, what are you [6] asking me?

[7]    BY MR. LEVITT:

[8]    Q Well, would that be a, a, an accurate endeavor from [9] your perspective?

[10]    MR. LEVITT: I'm not saying whether it's useful or [11] not.

[12]    BY MR. LEVITT:

[13]    Q I'm just saying, you know, using the term of Vantage [14] reimbursable outlays, you know, for this other that did [15] not get into this report, if I wanted to do that – I [16] guess the best way to say it – what, what would I put [17] in there?

[18]    A Well, you would put in there like what we put in here [19] for the, the Cryptic Masons.

[20]    You'd put in any, any outlay, reimbursable outlay [21] that's not a direct cost of sale.

[22]    Q Okay. So, for Cryptic Masons that would be what?

[23]    A That's the 13 or 14,000 that we talked about.

[24]    Q In the Response Analysis Report?

[25]    A Correct.

## Page 398

[1]    Q Okay. And that, just to be clear for the record, that [2] 13,000 is what? Postage?

[3]    A Primarily postage. It's 90 percent, 95 percent of the, [4] 95 percent of the items are going to be postage.

[5]    Q Postage, mail opening charges?

[6]    A Mail opening charges.

[7]    Q In a different case, like American Truck Historical [8] Society?

[9]    A You might have a few other things, like a permit fee [10] and sweeping fees.

[11]    Q Okay. NCOA?

[12]    A Yes.

[13]    Q Bank fee, mail opening?

[14]    A Those are going to be small. The 95 percent of that [15] number is going to be postage.

[16]    Q Okay. As a shorthand, is it fair to say that [17] everything on the Response Analysis under that Program [18] Cost that is not product sale price?

[19]    A Generally, yes, but sometimes they may ask for other [20] services for which we do add a markup, and it's [21] considered revenue.

[22]    Q Can you tell me what those are?

[23]    A Yes.

[24]    Q The ones you can remember?

[25]    A Yes. I mean, it's happened recently, but not too

**Vantage 20788**

BSA                USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02               XMAX(32)

### Page 399

[1] often, where we would sell the group a certain number [2] of pins, lapel pins, and that, they would ask us to, [3] they would ask us that, let's say that the group size [4] is 40,000.
[5]     They would ask us to print, manufacture 45,000. [6] The 40,000 would go to the members or donors, as a [7] gift, and then they would purchase the 5,000 extra pins [8] for their own use or, you know, to give them out as [9] they feel.
[10]     So, they were never mailed. They were just, [11] basically, given to them.
[12]     Q Anything else?
[13]     A The only other thing I can think about, but it's, [14] again, it's rare. I don't recall it happening in the [15] last few years, but it's, again, I've only seen it very [16] infrequently, and that's if they want something special [17] with their computer work, and it's, basically, their [18] files; so, what happens is that, what I, what I don't, [19] what we don't want to do is continue to just spend [20] money and then, on their behalf, when they ask us to do [21] computer models, so on and so forth, for their, their [22] profile of their, their donor, and then we give it to [23] them, and then we just, we just charge them. We just [24] add that into the, into the revenue mix, but there is a [25] direct cost, and that would be on the cost sheet.

### Page 400

[1] Those two items would be on the cost sheet.
[2]     Q Okay. Those, those would be in the Program Costs?
[3]     A In the Program Costs, and on this Account Que – [4] Account Ledger Query.
[5]     Q Oh, they would be?
[6]     A Yeah. Because what's happening is they're not passed, [7] they're not pass throughs, they're not reimbursable [8] pass throughs.
[9]     MR. LEVITT: Okay.
[10]     A So, it, conceptually, that's my terminology. I think [11] it's a good terminology. If it's a reimbursable pass [12] through, it shouldn't be on here as a cost of sale.
[13]     Q Could you say what "here" is?
[14]     THE WITNESS: I'm sorry.
[15]     MR. LEVITT: That's okay.
[16]     A Here would be on the Account Ledger–
[17]     MR. LEVITT: Right.
[18]     A –Inquiry Sheet.
[19]     Q Okay. All right. Going back to the Cost Query Report [20] Summary and the Vantage Contract Summary Combined, [21] those two documents – Exhibit 29 and Exhibit 25, I [22] believe it is – when, let's look at the Vantage [23] Contract Summary Combined, Exhibit 25, and just look at [24] Amateur Trap Shooting as an example?
[25]     A Um-hum.

### Page 401

[1]     Q When you take a line item for a program, that first [2] program is VS106, and you say–
[3]     A Um-hum.
[4]     Q –payments to Vantage 36,000,–
[5]     A Um-hum.
[6]     Q –agreed contract charge is 58,000, that shortfall of [7] 22,000, does that get tacked onto the next program, [8] LM26–
[9]     A Five.
[10]     Q –5?
[11]     A It, they're obligated to pay whatever they owe us.
[12]     THE WITNESS: So, when you mean, "that shortfall", [13] I'm not sure what you mean by that. Could you tell me [14] what you mean?
[15]     BY MR. LEVITT:
[16]     Q Well, I mean, it says that your contract charges are [17] 58,000?
[18]     A Okay.
[19]     Q They paid you 36,000?
[20]     A Um-hum.
[21]     Q So, what happens to the 22,000?
[22]     A They still owe us the money.
[23]     Q Okay?
[24]     A And I can't recall, without looking at specific [25] documentation, what–

### Page 402

[1]     Q Well,–
[2]     A –the rela–
[3]     THE WITNESS: Are you asking a specific question [4] or–
[5]     MR. LEVITT: Let me, yeah.
[6]     THE WITNESS: –a general?
[7]     MR. LEVITT: Let me ask you a specific question.
[8]     BY MR. LEVITT:
[9]     Q If they paid that 22,000,–
[10]     A Um-hum.
[11]     Q –would it show up under this Payments to Vantage [12] column?
[13]     A Yes.
[14]     Q Now, the next, LM265 says, "Payments to Vantage, [15] 25,000"?
[16]     A Um-hum.
[17]     Q And the agreed contract charges were 21,000?
[18]     A Um-hum. Yes.
[19]     Q Why would the former be paid than the latter?
[20]     A Why would they pay more?
[21]     MR. LEVITT: More than they agreed to pay.
[22]     A Again, because they're obligated to pay what they [23] didn't pay on the other program.
[24]     Q Okay. So, they owed you 22,000, and they get another [25] program, and, basically, they paid 4,000 of that?

**Vantage 20789**

BSA    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02    XMAX(13)

### Page 403

[1] A Um-hum. That's correct. Yes.

[2] Q Okay. And then there was $18,000.00 leftover; correct?

[3] A Yes. Some, approximately. That's correct.

[4] Q Okay. If that $18,000.00 was paid, would that appear [5] somewhere in the payments to Vantage column?

[6] A Yes.

[7] MR. LEVITT: Turn, on the Vantage Contract Summary [8] Combined to the second to the last page, and towards [9] the bottom of the page, there is a column that says, [10] "Shriners Hospital Combined".

[11] BY MR. LEVITT:

[12] Q Do you see that?

[13] A Yes.

[14] Q And it says there that the agreed contract charges were [15] twenty-four million, six hundred and twenty-five [16] thousand dollars and change?

[17] A Yes.

[18] Q And that the program receipts were twenty-three tho – [19] twenty-three million, eight hundred and thirty-four [20] thousand dollars and change; is that correct?

[21] A Yes.

[22] Q And Shriners has paid Vantage twenty million, six [23] hundred and sixteen thousand dollars and change; [24] correct?

[25] A Yes.

### Page 404

[1] Q And how much does that mean that Shriners got to keep [2] of the program receipts?

[3] A Well, I don't know what they got to keep, but so far [4] they haven't paid us roughly four million, the roughly [5] four million that they owe us, which they can pay at [6] anytime they want.

[7] Q Okay. Well, the program receipts are twenty-three [8] million?

[9] A Um-hum.

[10] Q And they paid to you twenty million?

[11] A Twenty-one million, but they paid, they paid, [12] basically, this, I mean, that schedule could be [13] outdated within a matter of two days.

[14] Q Okay. Here is my question, just–

[15] THE WITNESS: Go ahead?

[16] BY MR. LEVITT:

[17] Q Taking this as a snapshot,–

[18] A Yes.

[19] Q –okay, which I take it, it is?

[20] A Yes.

[21] Q The program has resulted in – I'll roundup, [22] twenty-four million dollars in program receipts; okay?

[23] A Yes.

[24] Q And Shriners has paid to Vantage twenty-one million?

[25] A Fair number.

### Page 405

[1] Q My question is, where is that three million at that [2] time?

[3] A I'm not that familiar with the Shriners' contract. All [4] I know is that they, my understanding of the agreement [5] is that they're allowed, they have some kind of [6] obligation, I guess, that they have to withhold some [7] money as the program goes on, and they have to pay the [8] entire amount due at the end of the contract term, [9] which is, I believe is July 1 of 2003, and that the [10] contract is due and payable in full at that time, but I [11] think there is something, and, again, I don't know this [12] for a fact, but there is something in their bylaws, I [13] believe, that they have to retain a certain portion of [14] each payment, as the program goes along, that they keep [15] in, like, an escrow account. I don't know what it's [16] for, and then at the end of the program, which is, I [17] guess, another year away, all that then is paid to [18] Vantage, but they have an unconditional obligation to [19] pay the entire amount.

[20] I don't know what the purpose of this set aside is [21] or not, but that's what I, that's what I understand it [22] is.

[23] Q Okay. When you say that they have an "unconditional [24] obligation to pay the full amount", that's your [25] understanding of the contract?

### Page 406

[1] A Yes.

[2] Q The, okay, so, you, you think the three million is [3] somewhere in escrow; is that–

[4] A Yes. That's my understanding. That's my, that's what [5] I understand.

[6] Q Okay. Do you know, on that agreed contract charges, [7] that twenty-four million, how much of that would [8] represent gross profit to Vantage?

[9] A I'd be guessing.

[10] Q Well, I thought you know that your typical gross profit [11] margin is 35 to 50 percent?

[12] A This is a combination of three different types of [13] programs. It's acquisition, it's donor, and it's, it's [14] a membership program. So, it's acquisition, then [15] donor, and then go back and forth. So, it's, you would [16] have to look at each line item, but that's just, I [17] don't want to guess, but if it's 35 percent, you'd be [18] talking 35 percent of twenty-five million. It's [19] roughly eight million dollars.

[20] MR. LEVITT: Well, I'm not asking you to guess. I [21] mean, I–

[22] THE WITNESS: I, I'm not going to guess.

[23] MR. LEVITT: Right.

[24] THE WITNESS: I'm just saying that if it was at 35 [25] percent–

**Vantage 20790**

## Page 407

[1]    MR. LEVITT: Well, I understand that, but–

[2]    THE WITNESS: Okay.

[3]    BY MR. LEVITT:

[4]    Q My, well, I mean, I thought that you've, and maybe it, [5] maybe it wasn't clear, but I thought that, basically, [6] you said that, certainly, today,–

[7]    A Um-hum.

[8]    Q –that your profit margin range is between 35, your [9] understanding is the gross profit margin ranges between [10] 35 and 50 percent regardless of what type of program it [11] is?

[12]    A Yeah. Within that range. That, that's a true [13] statement.

[14]    Q Okay. So, is it fair to say that the range of the [15] profit margin, with respect to this twenty-four [16] million, is between 35 percent and 50 percent, but you [17] just don't know where in that range?

[18]    A I, I would expect it to be in the lower band of that [19] range because of the enormous volume.

[20]    Q Turning to the second page of the, of Exhibit 25, [21] Advantage Contract Summary Combined sheet, Children's [22] Aid International?

[23]    A Um-hum.

[24]    Q Do you see that?

[25]    A Um-hum.

## Page 408

[1]    Q The top line item says that Vantage's agreed contract [2] charges were ninety-one and a half thousand?

[3]    A Um.

[4]    Q Do you see that?

[5]    A I do.

[6]    Q And that the payments to Vantage were approximately [7] seventeen and a half thousand?

[8]    A Um-hum. Yes, they do.

[9]    Q And you put in there that it's your view that Vantage's [10] costs were not recovered; okay? Yes?

[11]    A That's correct.

[12]    Q And the next line is agreed contract charges, 16,000 [13] and change, and payments almost 9,000, 8,900?

[14]    A Um-hum.

[15]    MR. LEVITT: Again, you say, "Vantage's costs [16] recovered?" "No."

[17]    BY MR. LEVITT:

[18]    Q When you made that determination, were you adding [19] together the 91,000 and 16,000 on the right hand, and [20] the 17,000 and the 8,000 on the left hand, or were you [21] looking at the individual line item?

[22]    A I was looking indiv – because those are distinct [23] programs. They're both, they look like they're both [24] LV. I can't read what, yeah, it looks like they're [25] both LV programs.

## Page 409

[1]    MR. LEVITT: Um-hum.

[2]    A They're distinct programs.

[3]    MR. LEVITT: Okay.

[4]    (Pause.)

[5]    BY MR. LEVITT:

[6]    Q Why wouldn't you be looking, since when we discussed [7] the Amateur Trap Shooting–

[8]    A Um-hum.

[9]    Q –and the 24,000 that was owed after the first, the [10] 22,000 that was owed after the first mailing–

[11]    A Yes.

[12]    Q –program; do you recall that?

[13]    A Yes.

[14]    Q And there was a second mailing?

[15]    A Yes.

[16]    Q Where the payments to Vantage exceeded the [17] contract charges by 4,000?

[18]    A Yes.

[19]    Q And you testified that that 4,000 went to reducing the [20] 22,000 that was owed on the previous program?

[21]    A Yes.

[22]    Q Okay. So, why isn't this treated the same way with [23] Children's Aid International, aggregating the programs [24] in terms of, you know, ultimately, how much of program [25] costs are, the agreed contract charges are being

## Page 410

[1] recouped, whether it's on Program 1 or Program 2?

[2]    A Let me explain. The first program was a, a disaster. [3] We only paid, were paid $17,000.00. We then tried to, [4] I'm, I'm now, I don't know this specifically, but I'm [5] just, based upon my reading of the, of the, of the [6] summary, I don't specifically recall, but my, my [7] thought process would be that we went back to the [8] individuals who donated the first time on another [9] program, that's why it's called a D804,–

[10]    Q Um-hum?

[11]    A –and tried to do another program.

[12]    Each one stood on its own, but, as you can see, [13] the second program didn't even cover the second [14] program. So, there was nothing to apply to the first [15] program.

[16]    MR. LEVITT: And here is where the question comes [17] in from my perspective, with respect to the third [18] program.

[19]    THE WITNESS: Go ahead?

[20]    BY MR. LEVITT:

[21]    Q Now, you've got contract charges for 21,000, and [22] you've got payments to Vantage of 19,000. So, you say, [23] yes, our, Vantage's costs were recovered?

[24]    A Yes.

[25]    Q Do you see that? But in aggregate, on the three

**Vantage 20791**

BSA            USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02            XMAX(35)

Page 411

[1] programs, Vantage's agreed contract charges are, I'm [2] rounding down this time, 128,000–.

[3]    A  Right.

[4]    Q  –and the payments are 44,000, which doesn't rise to [5] your 65 percent bench mark?

[6]    A  Okay.

[7]    MR. LEVITT: So, I don't understand why you're [8] saying that Vantage's costs are recovered on any of [9] these programs.

[10]   THE WITNESS: Do you want me to answer?

[11]   MR. LEVITT: Yes.

[12]   A  Okay. These are three, essentially, stand alone [13] programs. I can't read it. It looks like it's LV515, [14] LV604 and LV659. Okay?

[15]   The first program was undertaken, and, again, this [16] is to the best of my knowledge and recollection. The [17] second program was undertaken, and, again, from reading [18] what I'm seeing, the third program was undertaken, and [19] each program initially stands on its own, and if there [20] is incremental funds available, they're applied to the [21] next previous program.

[22]   So, in my opinion, there is that, the Program No. [23] LV659 did cover its costs because it's a stand alone [24] program and not a continuation of any other program. [25] The other two programs did not.

Page 412

[1] Now, had the Program 3 generated $150,000.00 in [2] donations, then it would have then gone back, a [3] priority back to the initial other programs, whichever [4] one of those covered it's costs, but each program [5] initially stands on its own.

[6]    If it's, if it's a stand alone program and not a [7] connected program–

[8]    Q  So, you aggregate them if the final program is wildly [9] successful, and, as a consequence, recovers all the [10] unre – previously unrecovered costs for the prior [11] programs; correct?

[12]   A  No. That's not what I said. Let me make sure that I'm [13] clear.

[14]   Q  Okay. The–

[15]   THE WITNESS: Go ahead. You ask your question.

[16]   MR. LEVITT: Okay.

[17]   BY MR. LEVITT:

[18]   Q  If Program 3–

[19]   A  Yes.

[20]   Q  –was very, very successful,–

[21]   A  Yes.

[22]   Q  –let's say the payments to Vantage were $200,000.00?

[23]   A  Clear.

[24]   Q  Would you then assign that money back to Programs 1 and [25] 2 and determine that Vantage's costs were recovered?

Page 413

[1]    A  To the extent that that was the agreement and [2] understanding between us and the group, the answer is [3] yes.

[4]    Q  Well, okay. What do you mean by "to the extent that [5] was"–

[6]    A  Well,–

[7]    Q  –"the agreement and understanding"?

[8]    A  Okay. I'm just, I'm just going to give you, not a [9] specific, but in concept, if the, if, the arrangement [10] was, in the first deal, we were short, I guess it looks [11] like $74,000.00, and in the second deal, we were short [12] $8,000.00, and the group is obligated to make up that [13] difference, then, on the third, the third go around, if [14] we had gotten excess money, it would be applied in [15] inverse order, current program, then most recent [16] program, so on and so forth, but if the programs are [17] not related–

[18]   Q  So, it might depend on whether there is a letter [19] saying, for example, "In the event of a shortfall"–

[20]   A  No.

[21]   Q  –"Vantage will continue"–

[22]   A  No. That's not what I said. No, I said that, no, [23] that's not what I said.

[24]   The understanding is, with the groups, is that [25] they're obligated to pay, and they're obligated to pay

Page 414

[1] any balances that are unpaid. Okay?

[2]    To the extent that the programs are unrelated – [3] I'll give you an example, and I don't, I don't have a [4] specific example, but I'll give you an example.

[5]    If Program 1, let's say, was done in 1996, 1995 – [6] this is an example, but not a fact – and another [7] program was done in 1998. The program that was done in [8] 1995, there might have been $1,800.00 outstanding.

[9]    At that point, we might make a concession to the [10] group to get another deal back later on. I'm not [11] saying that that happened, but that's an example where [12] they're not related.

[13]   Q  Can you tell temporarily whether these are related?

[14]   THE WITNESS: Whether they're related?

[15]   MR. LEVITT: Yeah. By looking at the year of the [16] mailings, '95, '96, '96.

[17]   A  It appears from looking at it, okay, it appears from [18] looking at it, that they're, they're related. It looks [19] like they're related insofar as probably the files, but [20] it's, it's a guess.

[21]   Q  Do you, do you have any doubt that if that second [22] mailing–

[23]   A  Yeah?

[24]   Q  –made $50,000.00, that the excess over the $16,000.00 [25] agreed contract charges on that mailing would be, go to

Vantage 20792

Page 415

[1] recover Vantage's costs for the first mailing where [2] Vantage was out approximately $70,000.00?

[3]    THE WITNESS: Do I have any doubt?

[4]    MR. LEVITT: Yeah.

[5]    A I mean, I don't, I guess, I don't know what the agreement [6] said. I would presume that there would be no question [7] that they should be doing that, that they would be [8] obligated to do that.

[9]    Q And you're, after the first mailing Vantage is, you [10] know,--

[11]    A Bleeding.

[12]    Q Yeah, $70,000.00?

[13]    A Yeah.

[14]    Q So, if you do another mailing, I take it, as a matter [15] of good business practice, that your goal is that that [16] second mailing is going to defray, if not recover [17] entirely, the deficiency from the first mailing?

[18]    A Yeah. To be honest with you, I would have stopped [19] after the first one.

[20]    Q Well,--

[21]    A I'm just telling you. I'm just--

[22]    MR. LEVITT: I understand.

[23]    A That's where I'm getting--

[24]    Q But, you know, this is--

[25]    A But to the extent that we, to the extent that we did

Page 416

[1] it, to the extent that we did it, if we had, we, [2] obviously, again, not being part of the decision to do [3] it, we, obviously, must have believed, at that point in [4] time, that what we were doing would have generated [5] sufficient incremental proceeds to be able to chop into [6] the first piece or else we would have never done it. [7] It doesn't make any sense to just keep pouring good [8] money after bad.

[9]    Q So, the question that I was trying to ask earlier was [10] that, if the third program, well, it seems to me that [11] you aggregate these programs with respect to whether [12] Vantage's costs were recovered if the costs of the [13] final program help defray those earlier deficiencies, [14] but that you separate them out, as is done here, with [15] this third program, if those, that last program does [16] not achieve the goal of recovering Vantage's costs on [17] prior mailings; is that, is that an accurate statement?

[18]    A That's inaccurate.

[19]    Q Okay. Can you explain to me why, because--

[20]    A Okay.

[21]    MR. LEVITT: Now, just, just so we're clear, I see [22] that, when I add these up,--

[23]    THE WITNESS: Um-hum.

[24]    MR. LEVITT: --the agreed contract charges for [25] these three programs is approximately 128,000, and the

Page 417

[1] payments to Vantage are 44,000; so, it does not appear [2] to me that Vantage's costs were recovered on any of [3] these program.

[4]    Okay. So, that's, that's the sort of basis for [5] what I'm saying.

[6]    BY MR. LEVITT:

[7]    Q Do you understand?

[8]    THE WITNESS: My turn?

[9]    MR. LEVITT: Your turn.

[10]    A In some cases, you have to look forward before you [11] look back. So, my answer to that question is, is that we're [12] not in the business to loose money. We're not in the [13] business to give away profit.

[14]    So, whoever had made the decision to continue to [15] run these programs, as I said earlier, evidently [16] believed that there was an opportunity that we could [17] get some of our money back, or our loss in this case.

[18]    It appears that the third donor mailing, which [19] came pretty close to the agreed contract charges, on [20] that program, alone, that, on, on its own, was a [21] successf -- was a successful program. Okay?

[22]    It is obvious from looking at this, without going [23] into it more deeply in terms of looking at it, it, it's [24] obvious to me that the first two programs were not [25] successful.

Page 418

[1] So, Program 3, or the third iteration of a, of a [2] series of programs, appear to be successful, but it [3] didn't, we didn't get to the point that you're [4] referring to generating significant amounts of [5] incremental money to cover the first two; in which [6] case, we have to say, "Sayonara ."

[7]    Q Okay. Are there any programs on this Vantage [8] Contracts Summary Combined, Exhibit 25, are there any, [9] are there any programs where you used payments from a [10] second or [10] third program,--

[11]    A Um-hum.

[12]    Q --or third or fourth, for example, to aggregate back [13] and recover Vantage's costs on a previous program; such [14] that the Vantage costs recovered column changed from no [15] to yes for that earlier program? Were there any [16] programs like that here that you can recall?

[17]    A I cannot recall specifically any of those cases. I [18] cannot. I can't say, you know, with any degree--

[19]    Q Do you understand--

[20]    A I'm very clear. In other words, did I take any [21] proceeds from a subsequent program, apply it to another [22] program, either previous or subsequent, to then be able [23] to demonstrate that the payments that were received [24] were over and above the agreed contract charges and [25] covered our costs. I'm clear what you said.

**Vantage 20793**

## Page 419

[1] I can't specifically recall any instance in that [2] case.

[3]   Q Can you take a look at that Vantage Contract Summary [4] Combined,–

[5]   A Um-hum.

[6]   Q –and see if there is, if you look at the programs, [7] obviously, it would only be the programs where there is [8] more than one program; it would only be the situation [9] where there was more than one program for a particular [10] nonprofit–

[11]   A Okay.

[12]   Q –and it would have to say that the Vantage costs were [13] recovered, yes?

[14]   Can you see, can you take a look at that and see [15] if it refreshes your recollection as to whether that [16] may have happened?

[17]   Take a couple of minutes.

[18]   (Pause for witness to review document.)

[19]   A I can't say that by looking at it. I couldn't say it [20] just by looking at it. It doesn't, I mean, I can't, I [21] can't specifically say, "No," and I can't specifically [22] say, "Yes." It doesn't appear, from looking at it, [23] that there is any of those – I don't know what you're, [24] how you want to characterize it – applications of [25] payments.

## Page 420

[1]   MR. LEVITT: Okay. Let me ask this question, [2] maybe this will help–

[3]   THE WITNESS: Okay.

[4]   MR. LEVITT: –resolve the issue.

[5]   BY MR. LEVITT:

[6]   Q The second page–

[7]   A The second page.

[8]   Q –look at the General Grand Chapter, Order of Eastern [9] Star–

[10]   A Um-hum.

[11]   Q –as an example?

[12]   A Um-hum.

[13]   Q Where it says, on that first line, "Program receipts, [14] 333,037"; do you see that?

[15]   A Yes, I do.

[16]   Q Does that necessarily indicate program receipts from [17] that program only, and not from a subsequent program [18] that might have been used to cover the agreed contract [19] charges?

[20]   A I understand your question, and my understanding is [21] that it's, yes, that's just for that program.

[22]   Q Okay. And is it your understanding that that's the way [23] throughout this summary; that whenever a, is it your [24] understanding that throughout this Vantage Contract [25] Summary Combined and the Cost Query Report Summary, is

## Page 421

[1] it your understanding that whenever there is a column [2] that says, "Program Receipts", and it is associated on [3] a line with a particular program, that that is solely [4] receipts from that particular program?

[5]   A Yes, it is. That's my understanding.

[6]   MR. LEVITT: Looking at that General Order of [7] Eastern Star, maybe it's easier to see, but it appears [8] there is two, there is two programs on a couple of [9] those line items.

[10]   It's difficult to read them, but we've got them as [11] – for the record, actually, you can read them once you [12] see what they're suppose to be – NB526, and there is a [13] slash, LS660.

[14]   THE WITNESS: Um-hum.

[15]   BY MR. LEVITT:

[16]   Q Do you see that?

[17]   A Yes.

[18]   MR. LeCLAIR: Which schedule are you on?

[19]   MR. LEVITT: I'm on the Vantage Contract Summary [20] Combined.

[21]   A Yes, I see it.

[22]   Q Why is it that you would have a situation where there [23] is two, two, why are two programs combined in that line [24] item?

[25]   (Pause.)

## Page 422

[1]   A I can't answer the question. I can't. I don't want to [2] make an assumption. Again, these were, these were [3] prepared by our staff. So, I, I would assume, I can't [4] make an assumption. I would assume that they're one [5] program, a continuation program, but I don't want to [6] make that statement without knowing.

[7]   MR. LeCLAIR: Just for the record, Peter, I think [8] in many cases there are a single program that are [9] tracked in multiple components. For example, donors [10] vs. members, but it's, in fact, the same program.

[11]   The group wants to be able to know how their [12] members contributed vs. nonmember donors.

[13]   THE WITNESS: Is that clear, Peter?

[14]   MR. LEVITT: Well, I mean, I really, well, let me [15] ask you this.

[16]   BY MR. LEVITT:

[17]   Q Does what Mr.LeClair has just said, does that refresh [18] your recollection at all in a way that you can answer [19] my question?

[20]   A Well,–

[21]   Q Without just, without just saying what he said, can–

[22]   A I'm clear. I'm clear. I mean, I can't say that that [23] refreshes my recollection on this, but there are [24] programs where there would be two or three different [25] codes, but it's the same program.

**Vantage 20794**

Page 423

[1] It could be members, donors, lapsed donors, and [2] they would be combined into one program because, for [3] example, as we've said now for thousands of times, [4] sometimes a member mailing may not produce enough [5] receipts for the member portion of the mailing but it [6] would be offset by the donor portion of it, but the, [7] the group is considering it, we're considering it one [8] program, but we see it as components of the same [9] program; so that the group can understand how their [10] members are doing, how their donors are doing, so on [11] and so forth.

[12] So, it's one pool of funds, but we track it [13] separately, and that's, that's a very frequent [14] occurrence, and we refer to those breaking down by [15] cells.

[16] Q Does the, do the initials "NB" or "LS" help us at all [17] on that?

[18] A You know, I know, I know "N" means note cards, and "B" [19] may mean both. I don't know.

[20] Q Well, I mean, just–

[21] A I don't know. I don't know.

[22] Q What is, do you know what "LS" is?

[23] A No.

[24] Q Do you know what–

[25] A I know "L" is usually a label. I just–

Page 424

[1] MR. LEVITT: Okay.

[2] A I don't know what LS is.

[3] Q What about "VS"? Any idea?

[5] A No. Oh, it could be that, when we first started the [6] company, were known as Vantage Studios.

[7] Q Okay. "NM"?

[8] THE WITNESS: I don't see that.

[9] MR. LEVITT: It's on the top of the Order of [10] Eastern Star. I'm just picking them at random just [11] seeing if you know what these are.

[12] BY MR. LEVITT:

[13] Q "NM"?

[14] A I'd be guessing. It could be new members. I don't [15] know. I don't know how these guys did their coding.

[16] MR. LEVITT: Okay.

[17] MR. LeCLAIR: Peter, is there anyway we can just [18] have a five minute break?

[19] MR. LEVITT: Sure.

[20] MR. LeCLAIR: Just to use the restroom?

[21] MR. LEVITT: Yeah. We're, we're close to being [22] done here, but let's take a quick break.

[23] (Whereupon, a brief recess was held.)

[24] MR. LEVITT: Back on the record.

[25] We'll mark Exhibit 32.

Page 425

[1] (The document referred to was [2] marked for identification as [3] Melikian Exhibit No. 33)

[4] MR. LEVITT: We're looking at the Response [5] Analysis for American Truck, it's Exhibit 28. That [6] response analysis, I represent to you, was produced to [7] the government as an exhibit or attachment to the [8] Combined Summary Report, Exhibit 25,–

[9] THE WITNESS: Um-hum.

[10] MR. LEVITT: –as the backup for it.

[11] BY MR. LEVITT:

[12] Q Do you recall that?

[13] THE WITNESS: Okay. In other words, this was the [14] backup for this report?

[15] MR. LEVITT: Well, yes, it was, it was provided in [16] a package–

[17] A Okay.

[18] MR. LEVITT: –to the government. The reports [19] were provided, and the response analysis were provided [20] along with them.

[21] THE WITNESS: Okay.

[22] MR. LEVITT: And that particular sheet is the [23] response analysis that was provided for American Truck [24] Historical Society.

[25] THE WITNESS: Um-hum. Okay.

Page 426

[1] BY MR. LEVITT:

[2] Q Okay?

[3] A Yeah.

[4] Q Do you, who is responsible for obtaining those Response [5] Analysis Reports to provide as an attachment to these [6] summary reports?

[7] THE WITNESS: What do you mean by "obtain"?

[8] MR. LEVITT: Gathering them. However they were [9] obtained.

[10] A Okay. I just asked the individual to printout the [11] Response Analysis Report for whatever the job number [12] was. In this case, it was 737.

[13] Q Yeah?

[14] A And they printed them out on 1/4, 2002.

[15] Q Okay. Do you know who the individual was?

[16] A It could have been Kim. It could have been Kelly. I'm [17] not sure who did it.

[18] Q Okay. Now, this program, LM737,–

[19] A Okay.

[20] Q –is it, do you, can you tell looking at this Response [21] Analysis Report when this program ended?

[22] THE WITNESS: When it ended? What does that mean? [23] "When it ended"?

[24] MR. LEVITT: Well, when the program was complete.

[25] A Well, generally, it looks like here that they were

**Vantage 20795**

### Page 427

[1] continuing getting donations as late as September 15th, [2] 1998.

[3]    Q Um-hum. Where do you see that?

[4]    A On the last page. I think it says, "September". I [5] can't read it that well.

[6]    Q Okay. Where it says–

[7]    A Nine, fifteen.

[8]    Q Yeah. This is in the revenue–

[9]    A Yeah, section.

[10]    Q –section, and the last date there is 9/18/98?

[11]    A Right. I would, again, my looking at this would say [12] that the program, essentially, ended, you know, for all [13] intents and purposes, I would say 90 days after the [14] second reminder mailing. So, at the second reminder [15] mailing, it looks like it's January 16th. I would [16] have–

[17]    Q January 16th of what year?

[18]    A Ninety-seven. I'd add probably 90 days and say, on the [19] outside, April 15th, 1997 you should have seen a [20] dramatic fall off in, in donations.

[21]    Q Okay. There were some donations, you know, dribbling [22] in–

[23]    A Oh, yes.

[24]    Q –up until–

[25]    A And sometimes they go on for years.

### Page 428

[1]    Q Okay, but here, we don't have any after September 18, [2] '98?

[3]    A Well, as of January 4th, yeah, I mean, that was the [4] latest report that I have.

[5]    Q Okay.

[6]    A That was the latest donation that we showed.

[7]    Q Okay. Now, these are, these are these Response Analysis Reports [8] are all kept on a computer; is that correct?

[9]    A Yes. They are kept in some kind of file on a computer.

[10]    Q Okay. Is it, is it fair to say that they are a dynamic [11] document in the sense that they are con – they are, [12] while the program is going on, they're continually [13] being updated and changed as new mailings come in and [14] that sort of thing?

[15]    A Yeah, to the extent that if a, if a donation came in, [16] they would have to be updated, because the bank would [17] report a donation for a Program No. X, and that would [18] have to be updated.

[19]    Q And it's updated on the computer?

[20]    A Yeah. To my knowledge it is; yeah.

[21]    THE WITNESS: As opposed to what?

[22]    MR. LEVITT: I don't know.

[23]    BY MR. LEVITT:

[24]    Q I'm just wondering if the Response Analysis Report is, [25] itself, a document that is in the computer?

### Page 429

[1]    A Yeah, and somebody would get the information from the [2] bank and enter in the data.

[3]    MR. LEVITT: Okay. That's, that's what I mean.

[4]    THE WITNESS: Okay.

[5]    BY MR. LEVITT:

[6]    Q Somebody would enter it into the computer?

[7]    A Yes.

[8]    Q Okay. Who is responsible for that typically?

[9]    A Currently, it's a fellow by the name of Jean Felix.

[10]    Q Jean Felix?

[11]    A Jean Felix.

[12]    Q Is that John?

[13]    A John Felix; yeah.

[14]    Q If a program, if there hasn't been a progr – if there [15] hasn't been any money coming in on the program, since [16] 9/18/98,–

[17]    A Um-hum.

[18]    Q –would there be any reason that there would be any [19] updating to the Response Analysis Report?

[20]    A Could be. Maybe, again, could be a charges that would [21] have come in afterwards that could have been charged [22] back to the group. Could be some payments. Could be, [23] they might have changed, you could change an address, a [24] contact number, a bank number. It doesn't just relate [25] to just receipts.

### Page 430

[1]    MR. LEVITT: Okay.

[2]    A Anything that affects that program could change it.

[3]    Q And those changes would be reflected in the new, in the [4] Response Analysis Report?

[5]    A That's correct.

[6]    Q If there is–

[7]    MR. LEVITT: Let me show you Exhibit 32, which is [8] a Response Analysis also for American Truck Historical [9] Society.

[10]    BY MR. LEVITT:

[11]    Q I ask you to–

[12]    MR. LEVITT: And the date, in the upper right hand [13] corner of this one, is July 17, 2001.

[14]    THE WITNESS: Okay.

[15]    MR. LEVITT: And the Bates No. is VAN019948.

[16]    THE WITNESS: Um-hum.

[17]    MR. LEVITT: This Exhibit 32, if you compare it to [18] Exhibit 28,–

[19]    THE WITNESS: Okay.

[20]    MR. LEVITT: –I, I see there is only one [21] difference–

[22]    THE WITNESS: Okay.

[23]    MR. LEVITT: –between the two.

[24]    BY MR. LEVITT:

[25]    Q I welcome you to point out any differences you see?

Vantage 20796

## Page 431

[1] Why don't you go ahead, actually, and take a look at [2] the two?

[3]    MR. LEVITT: You might have a better sense of [4] where to look at where changes might be made.

[5]    (Pause for witness to review document.)

[6]    A I see a reference to short fall on, on the 7/17 that I [7] don't see on the 1/4.

[8]    Q Okay. Do you see any other changes?

[9]    THE WITNESS: Let's see?

[10]    (Pause for witness to review document.)

[11]    A Thirty-two; thirty-two. Total number of donors have [12] changed.

[13]    Q Where is that?

[14]    A Under "D". It's gone from 1,740, no, number of days [15] outstanding. Excuse me. That's changed. The response [16] rate hasn't changed. The total number of days [17] outstanding has changed.

[18]    Q What does that mean, that number there?

[19]    A The date from the first mailing until the date the [20] report is printed.

[21]    Q Okay. So, that's going to change automatically every [22] time you print it? Is, is that correct?

[23]    A Yeah.

[24]    Q That's going to change?

[25]    A Yeah. I don't see anything else that's in front of me.

## Page 432

[1] It looks like everything else looks the same. The [2] number of days in the mail. Okay.

[3]    MR. LEVITT: Let, let me go back to the number of [4] days issue.

[5]    THE WITNESS: Um-hum?

[6]    BY MR. LEVITT:

[7]    Q That happens automatically when you print it?

[8]    A Yeah. It's printed, it should be the subtraction of [9] the date that the report is printed, and that date will [10] then subtract the date of the, the date of the reminder [11] to, which is a pure mathematical formula.

[12]    Q Okay. Do you see any other changes?

[13]    A It's a different Bate Stamp. Bank account, automatic [14] renews. I mean, I don't see it off the surface. The [15] only thing that sticks out is the shortfall section.

[16]    Q Um-hum?

[17]    A Product selling price, I mean, they look the same. [18] They look, well, they look reasonably identical.

[19]    Q Reasonably?

[20]    A Yeah, I mean, except for that one piece, I don't see [21] anything different, at least in the days, number of [22] days outstanding.

[23]    Q Okay. So,–

[24]    THE WITNESS: Am I missing something?

[25]    MR. LEVITT: No, I'm just asking you.

## Page 433

[1]    THE WITNESS: Okay. I mean,–

[2]    BY MR. LEVITT:

[3]    Q I mean, the only changes you see are the number of [4] days, which happens automatically–

[5]    A Um-hum.

[6]    Q –when you print it?

[7]    A Um-hum.

[8]    Q And the section which says, "Shortfall. Continue [9] program until shortfall is eliminated"?

[10]    A Yeah.

[11]    Q On the July 17, 2001, that's present; on the January 4, [12] 2002, it is not?

[13]    A Yeah.

[14]    Q Okay. The program, under that "Miscellaneous [15] Information", it says, that the contract expired June [16] of '97?

[17]    A Um-hum.

[18]    Q The, we've already seen that the last piece of mail [19] that came in was 9/18/98?

[20]    A Yeah.

[21]    Q Why would that change be in there? Why would say, in [22] July of 2001,–

[23]    A Yeah.

[24]    Q –four years after the program contract expired, and [25] three years after the last piece of mail came in,–

## Page 434

[1]    A Yeah.

[2]    Q –would it say, "Shortfall. Continue program until [3] shortfall is eliminated", and then six months later [4] would that not be in there?

[5]    A I have no clue; unless it was a, again, there, there [6] are so many people working on these. There has [7] probably been 20 people probably handling this, and [8] when I say that, 20 people that would be using this. I [9] mean, before John Felix there was other people. I [10] wouldn't, I can't be honest and tell you that I know [11] who is doing what with the files. Okay?

[12]    The point of matter is that whatever was on the [13] file on that day, it was printed, and whatever was on [14] the file this day was printed.

[15]    So, I'm not sure what your question is. I'm–

[16]    Q Okay. What I'm–

[17]    A In other words, whatever, whatever, whatever was there [18] on the file that day is what was printed.

[19]    Q Why would someone take out, "Shortfall. Continue [20] program until shortfall is eliminated"?

[21]    A No clue.

[22]    Q Why would someone even be in this when there is no [23] mailings after 1998?

[24]    THE WITNESS: I don't understand your question.

[25]    BY MR. LEVITT:

Vantage 20797

#### Page 435

[1]   Q Why would someone be in the Response Analysis Report? [2] You say that a lot of people are in the report and they're doing different things, but why would they be [4] in it—

[5]   THE WITNESS: You're asking me why that's not [6] there on July, January 4th, 2002?

[7]   A I can't answer it. I can't answer it. I mean, I don't [8] know. I don't know if something was run between July [9] 17th, 2001 and January 4th. I don't know if there was [10] or not.

[11]  Q If what was run?

[12]  A If there was another report run. I'm sure there [13] wasn't. I mean, this could be run at anytime, right, [14] and it shows that there was no change in any of the [15] numbers between the dates.

[16]  So, there are no, and if you ran it today, it [17] would say today's date on it, and it would update the [18] dates, and I'm, I don't, I don't know if that [19] would printout or not. I don't know the answer to [20] that. I don't know why it's not there. I have no clue.

[21]  Q Do you have access to those Cost Analysis Reports?

[22]  THE WITNESS: Do I have access to them?

[23]  MR. LEVITT: Yeah.

[24]  BY MR. LEVITT:

[25]  Q On a computer system?

#### Page 436

[1]   A No. I would, if, somebody would have to take me in and [2] show me how to use them to get in there, but I have no [3] clue how to do them myself.

[4]   Q Who does?

[5]   A Well, people that would be entering data, or maybe [6] Kelly would. I'm sure Kelly would because she printed [7] these out, or Kim would.

[8]   Q What about the salespeople? Would the salesperson who [9] has the account for American Truck Historical Society [10] have access to the Response Analysis—

[11]  A I don't know the—

[12]  Q —computer?

[13]  A —answer to that. I do not know. I don't want to [14] guess with you and say that I do or don't, but I don't.

[15]  Q Who is, you may have said this earlier, but—

[16]  A Um-hum.

[17]  Q —who is, who, in the period between July, 2001 and, [18] and January, 2002, was, had overall responsibility for [19] the Response Analysis Reports?

[20]  MR. LEVITT: I'm not saying the person who was [21] inputting the data.

[22]  BY MR. LEVITT:

[23]  Q Whose department does it fall under? Who's the—

[24]  A I guess that would have to be under Kelly, Kelly Wade.

[25]  Q Okay. In accounting?

#### Page 437

[1]   A Yes.

[2]   Q When changes, when information comes in from the bank [3] that—

[4]   A Yeah.

[5]   Q —is relevant to the Response Analysis Report,—

[6]   A Yep.

[7]   Q —what is the process to make the changes to the [8] Response Analysis Report? Walk me through it?

[9]   A My understanding is they call up the report, and—

[10]  Q Who does?

[11]  A Jean, John Felix. He was, and he had a person before [12] her was, she was a screw up.

[13]  Q John Felix is a woman?

[14]  A No, it's a man.

[15]  MR. LEVITT: Okay. I see what you're saying.

[16]  A There was a person before him, though, that was a [17] woman, and she botched everything. Okay, her name was [18] Alicia something or other, but she had no clue, and [19] it's, it's possible she may have screwed those up. [20] Okay, I—

[21]  Q Okay. She might have gone in and taken out the—

[22]  A She, let me tell you something—

[23]  Q —shortfall—

[24]  A She had no clue what was going on. She, she screwed up [25] so many reports that we had to go back, but—

#### Page 438

[1]   MR. LEVITT: We talked about not guessing.

[2]   THE WITNESS: I'm not, I'm not going to guess. [3] Okay.

[4]   MR. LEVITT: Okay. Let's not.

[5]   THE WITNESS: She was grossly incompetent, but [6] that's beside the point.

[7]   A So, a report would come in from a bank, and it would [8] say, "Job No. 737." It wouldn't have a name to it. My [9] understanding is John would go look up in the 737.

[10]  The file would come up. It would say, "737". He [11] would put in the date that the receipt was recorded by [12] the bank. He would then log it in, and it would stay [13] on there.

[14]  If it's a program that's that old, you would not [15] run a, you would not run another, you would not [16] printout another report.

[17]  Then, what would happen is, because this is so [18] old, the job is so old, you wouldn't run a, you [19] wouldn't have to worry about a bank statement because [20] it's basically been closed out.

[21]  Q Do you know if the computer system has a fingerprint?

[22]  THE WITNESS: What's, I don't know what a [23] fingerprint is.

[24]  MR. LEVITT: A fingerprint is it can tell when it, [25] it identifies and marks on the computer when a person

**Vantage 20798**

BSA  USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02  VMAX621

**Page 439**

[1] has gone into it, into it; so, that if somebody goes [2] into a Response Analysis Report, there is a fingerprint [3] on the computer.

[4]  A I don't know the answer.

[5]  THE WITNESS: Like a, like a trail, you mean? [6] Like a, an identification?

[7]  A I don't know.

[8]  Q Is there a password to get into the computer system [9] where the Response Analysis Report is kept?

[10]  A I, I, again, I don't know.

[11]  Q Is the Response Analysis Report accessible, I take it [12] there is a computer database throughout–

[13]  A Yes, that's correct.

[14]  Q Is the Response Analysis Report, in theory, accessible [15] if you know how to do it–

[16]  A Yes.

[17]  Q –from anybody's computer in the, in Vantage, or is it [18] solely in the Accounting Department?

[19]  A Again, I don't know the answer to that. I, I don't [20] want to guess.

[21]  Q I mean, for example, you have a computer in your [22] office?

[23]  A Yeah. There are certain files that I can't get into, [24] and certain files I can get into.

[25]  Q Do you know whether if you called up Kelly Wade on the

**Page 440**

[1] phone and said, "Kelly, can you come down to my office? [2] I want to check out a Response Analysis Report," [3] whether she could show you how to get into it? Whether [4] it's physically able, you're able to do that?

[5]  THE WITNESS: Them my computer?

[6]  MR. LEVITT: Yeah.

[7]  A I don't know. I never asked her. I probably could. I [8] don't know. I can't, I'm not sure. I probably could, [9] but I'm not sure.

[10]  Q Do you happen to know who the salesperson for American [11] Truck Historical Society is or was?

[12]  A It says, "RL", and "RL" would have been Ron Lewis.

[13]  Q He's no longer with the company?

[14]  A No.

[15]  Q When did he leave?

[16]  A Well, he was there, evidently, to do this deal. I [17] would say, again, I'm guessing, but it would have to [18] be, you know, after, after January of 1997 because he [19] would have been there to do the deal. So, I don't–

[20]  Q And do you know if he was still there in 2001?

[21]  A Oh, no, no, no.

[22]  MR. LEVITT: Okay.

[23]  (Pause.)

[24]  MR. LEVITT: Give me one minute, and I think we're [25] done.

**Page 441**

[1]  (Pause.)

[2]  THE WITNESS: Done?

[3]  (Whereupon, on March 15th, 2002, at 4:01 p.m., the [4] above-entitled deposition was closed.)

**Page 442**

[1]  C E R T I F I C A T E [2] COMMONWEALTH OF MASSACHUSETTS )

) SS. [3] COUNTY OF SUFFOLK )

[4]  I, Jennifer Goguen, a Court Reporter and Notary [5] Public, within and for the Commonwealth of Massachusetts, do [6] hereby certify that there came before me on this 15th the [7] day of March, 2002, the person hereinbefore named, · who was [8] by me duly sworn to tell the truth, the whole truth, and [9] nothing but the truth, concerning and touching the matter in [10] controversy in this cause; that he was thereupon examined [11] upon his oath, and his examination reduced to typewriting, [12] under my direction, and that this deposition transcript is a [13] true and accurate record of the testimony given by the [14] witness.

[15]  I further certify that I am not related to any of [16] the parties hereto or their counsel, and that I am in no way [17] interested in the outcome of said cause.

[18]  Dated at Boston, Massachusetts, this 2nd day of [19] April, 2002.

[20]

Jennifer Goguen

[22]  NOTARY PUBLIC

My Commission Expires:

[23]  October 10, 2008

**Vantage 20799**

Page 443

[1]    CORRECTION SHEET [2] DEPOSITION OF HARRY MELIKIAN, Vol III [3] PAGE NO. LINE NO. SUGGESTED CORRECTION

Page 444

[1]    SIGNATURE OF WITNESS:
[2]    I have read the foregoing transcript and the same [3] contains a true and accurate recording of my answers to the [4] questions therein set forth, subject to the change and/or [5] correction sheet(s) attached.
[8]
[9]    Deponent

**Vantage 20800**

Basic Systems Applications    **USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02**    Concordance by Look-See 4.4.1

**Look-See Concordance Report**

UNIQUE WORDS: 1,753
TOTAL OCCURRENCES: 8,971
NOISE WORDS: 385
TOTAL WORDS IN FILE: 29,359

SINGLE FILE CONCORDANCE
- - -
CASE SENSITIVE
- - -
NOISE WORD LIST(S): **NOISE.NOI**
- - -
INCLUDES ALL TEXT OCCURRENCES
- - -
IGNORES PURE NUMBERS
- - -
WORD RANGES @ BOTTOM OF PAGE
- - -
MAXIMUM TRACKED OCCURRENCE
THRESHOLD: 200
- - -
NUMBER OF WORDS SURPASSING
OCCURRENCE THRESHOLD: 2
- - -
LIST OF THRESHOLD WORDS:
**LEVITT** [276]
**Okay** [280]

**– $ –**

**$1,800.00** [1] *414:8*
**$1.00** [2] *370:20, 22*
**$1.18** [3] *335:19; 336:4, 6*
**$1.25** [2] *360:11, 13*
**$1.65** [1] *354:4*
**$1.75** [1] *354:4*
**$10,000** [1] *299:14*
**$10,000.00** [1] *366:12*
**$100.00** [1] *359:18*
**$12,000.00** [1] *393:14*
**$150,000.00** [1] *412:1*
**$16,000.00** [1] *414:24*
**$17,000.00** [1] *410:3*
**$18,000.00** [2] *403:2, 4*
**$2** [1] *352:17*
**$200,000.00** [1] *412:22*
**$25,766** [1] *303:4*
**$26,000.00** [1] *382:10*
**$26,779.85** [1] *375:15*
**$32,000.00** [1] *393:12*
**$33,000.00** [1] *386:11*
**$36,000** [2] *302:19; 303:4*
**$4,000** [1] *299:15*
**$5,000** [1] *299:14*
**$50,000.00** [1] *414:24*
**$58,000** [1] *302:18*
**$6,000** [1] *299:14*
**$61,000** [2] *303:15, 17*
**$61,766** [1] *302:24*
**$62,000** [1] *304:2*
**$70,000.00** [2] *415:2, 12*
**$72,000.00** [2] *379:5; 380:16*
**$74,000.00** [1] *413:11*
**$79,000** [2] *303:7; 304:2*
**$8,000.00** [1] *413:12*

**– 0 –**

**06/12** [1] *333:5*

**– 1 –**

**1/4** [2] *426:14; 431:7*
**10,000units** [1] *299:13*
**10:15** [1] *279:2*
**10:31** [1] *345:14*
**12:00** [1] *344:3*
**13th** [2] *345:8, 14*
**15th** [5] *345:10; 427:1, 19; 441:3; 442:6*
**16th** [2] *427:15, 17*
**17th** [1] *435:9*
**1:00p.m.** [1] *344:2*
**1:45** [1] *345:2*

**– 2 –**

**2nd** [1] *442:18*

**– 3 –**

**35percent** [1] *355:2*
**38s** [1] *394:23*

**– 4 –**

**46Cents** [1] *335:15*
**4:01** [1] *441:3*
**4th** [3] *428:3; 435:6, 9*

**– 5 –**

**50cents** [1] *352:13*
**50s** [1] *394:24*

**– 7 –**

**7/17** [1] *431:6*

**– 9 –**

**9/18/98** [3] *427:10; 429:16; 433:19*

**– A –**

**a.m.** [2] *279:2; 345:14*
**ability** [2] *279:25; 280:3*
**able** [8] *304:5; 330:11; 364:6; 416:5; 418:22; 422:11; 440:4*
**above-entitled** [1] *441:4*
**absent** [1] *302:11*
**absolute** [4] *294:9; 306:6; 326:17; 354:23*
**acceptable** [1] *344:1*
**access** [3] *435:21, 22; 436:10*
**accessible** [2] *439:11, 14*
**according** [1] *285:9*
**Account** [3] *400:3, 4, 16*
**account** [15] *307:19; 308:11, 21; 310:20; 311:1, 10, 19; 317:21, 22; 365:19; 386:15; 405:15; 432:13; 436:9*
**Accounting** [9] *288:7, 23; 292:5, 11, 17, 19; 293:4, 25; 439:18*
**accounting** [10] *285:7, 19; 293:10; 367:23; 387:22; 388:5; 389:8, 11; 390:17; 436:25*
**accounts** [2] *301:15; 309:16*
**accurate** [11] *312:22, 24; 396:1, 2, 17; 397:8; 416:17; 442:13; 444:3*
**accurately** [1] *328:5*
**achi** [1] *353:6*
**achieve** [3] *353:1; 389:19; 416:16*
**achieved** [3] *353:6; 363:13, 20*
**Acquisition** [5] *321:1, 2, 6, 9, 10*
**acquisition** [2] *406:13, 14*
**activity** [2] *327:18; 361:6*

**actual** [45] *281:2; 283:16; 286:24, 25; 287:1, 23; 288:4, 11, 17; 289:7, 18; 291:1; 299:19, 20, 22; 300:6; 304:7, 14, 18; 306:12, 24; 307:25; 310:25; 311:13, 14; 312:13, 14; 316:4, 22, 24; 323:15; 324:5; 326:1, 7; 327:9; 358:19; 359:6; 361:18*
**actuals** [1] *324:22*
**add** [10] *385:13; 395:22; 396:8, 18; 397:1, 4; 398:20; 399:24; 416:22; 427:18*
**added** [3] *303:3; 396:2*
**adding** [1] *408:18*
**addition** [1] *355:8*
**Additional** [1] *396:3*
**additional** [2] *371:12; 388:9*
**address** [1] *429:23*
**addressed** [3] *281:3, 21; 282:4*
**adjusted** [1] *329:20*
**adjustment** [1] *329:17*
**Administration** [2] *287:2, 3*
**administrative** [4] *293:24; 358:17; 359:13; 388:12*
**administrators** [1] *287:21*
**advance** [11] *377:7, 12, 25; 378:20; 381:10, 11; 382:22; 384:1, 23; 385:24; 396:6*
**advanced** [1] *365:11*
**Advantage** [1] *407:21*
**advice** [2] *314:6; 360:25*
**advise** [2] *283:1; 332:6*
**affect** [3] *279:25; 280:3; 329:18*
**affects** [1] *430:2*
**afield** [1] *322:5*
**afterwards** [1] *429:21*
**aggregate** [4] *410:25; 412:8; 416:11; 418:12*
**aggregating** [1] *409:23*
**agree** [2] *322:7; 376:2*
**Agreed** [2] *301:17; 385:15*
**agreed** [30] *300:17; 302:10, 18; 303:12; 308:9; 313:3; 350:15; 365:5; 370:15, 20; 371:4; 380:7, 16; 381:16; 387:7; 395:11; 401:6; 402:17, 21; 403:14; 406:6; 408:1, 12; 409:25; 411:1; 414:25; 416:24; 417:19; 418:24; 420:18*
**agreement** [7] *323:23, 25; 324:25; 405:4; 413:1, 7; 415:5*
**agreements** [1] *314:4*
**agrees** [1] *388:10*
**Aid** [2] *407:22; 409:23*
**air** [1] *331:16*
**Alicia** [1] *437:18*
**Allopurinol** [1] *279:24*
**allow** [1] *363:12*
**allowed** [2] *315:1; 405:5*
**alluded** [1] *295:22*
**alone** [4] *411:12, 23; 412:6; 417:20*
**Amateur** [3] *373:14; 400:24; 409:7*
**amateur** [1] *302:16*
**American** [9] *357:3; 384:10; 390:5; 398:7; 425:5, 23; 430:8; 436:9; 440:10*
**amount** [13] *308:20; 343:4; 361:1; 365:3; 366:3; 370:19; 384:6, 19; 387:4; 391:3; 405:8, 19, 24*
**amounts** [3] *284:5; 301:13; 418:4*
**Analysis** [56] *285:17, 23, 25; 288:12, 18; 289:1, 22; 292:3; 298:2, 5, 6; 301:10, 20; 311:18; 318:23; 322:9; 339:7; 341:10, 19; 347:11; 349:13; 357:3, 10, 17; 376:5, 13, 23; 379:23; 380:14; 381:22; 382:20;*

From **$1,800.00** to Analysis

385:20; 396:7, 25; 397:24; 398:17;
425:5; 426:5, 11, 21; 428:7, 24; 429:19;
430:4, 8; 435:1, 21; 436:10, 19; 437:5, 8;
439:2, 9, 11, 14; 440:2
**analysis** [10] 289:10; 292:2; 309:23;
310:1, 7; 311:9; 350:22; 425:6, 19, 23
**answer** [38] 281:15, 16; 283:7; 296:1;
302:20; 315:2; 316:21; 317:4, 9, 10;
318:2; 320:6; 322:18, 19; 328:8, 14;
332:11; 334:16, 21; 335:4, 5; 339:21;
341:15; 346:23; 354:20; 373:11; 387:21;
411:10; 413:2; 417:11; 422:1, 18; 435:7,
19; 436:13;
439:4, 19
**answered** [2] 301:24; 317:14
**answering** [2] 316:2; 330:23
**answers** [1] 444:3
**Anybody** [1] 292:22
**anybody** [4] 286:15; 305:16; 317:11;
439:17
**anytime** [2] 404:6; 435:13
**anyway** [1] 424:17
**anyways** [1] 287:17
**anywhere** [3] 313:9; 338:20; 339:13
**apiece** [1] 299:13
**apologize** [1] 357:22
**appeal** [1] 361:7
**appear** [4] 403:4; 417:1; 418:2; 419:22
**appears** [4] 414:17; 417:18; 421:7
**applicable** [2] 328:23, 24
**applications** [1] 419:24
**applied** [2] 411:20; 413:14
**apply** [2] 410:14; 418:21
**appreciate** [1] 324:21
**approximate** [2] 305:23; 339:12
**approximately** [7] 284:20; 304:4; 393:3;
403:3; 408:6; 415:2; 416:25
**approximation** [1] 303:22
**April** [2] 427:19; 442:19
**aren't** [1] 387:21
**arrangement** [1] 413:9
**aside** [1] 405:20
**asking** [23] 306:16; 324:8; 328:2;
333:20, 21, 23; 334:10, 12, 15; 335:6;
337:14; 338:15; 341:13, 15; 346:21;
349:17; 380:24; 397:5, 6; 402:3; 406:20;
432:25; 435:5
**assign** [1] 412:24
**assigned** [1] 284:25
**associated** [4] 382:9, 10; 391:13; 421:2
**assume** [7] 292:16; 299:12; 345:23;
353:22; 364:1; 422:3, 4
**assuming** [2] 292:18; 309:5
**assumption** [7] 309:6; 310:23; 341:23;
351:4; 377:14; 422:2, 4
**astray** [1] 314:25
**attached** [2] 282:15; 444:5
**attachment** [2] 425:7; 426:5
**attachments** [3] 345:6; 372:1, 8
**attempt** [2] 328:17; 330:15
**attend** [1] 293:22
**attended** [2] 294:11, 15
**attention** [1] 364:22
**Attorney** [1] 345:9
**authorize** [1] 282:22
**automatic** [2] 302:7; 432:13
**automatically** [4] 352:8; 431:21; 432:7;
433:4
**available** [3] 307:5, 6; 317:3; 411:20
**Average** [7] 321:3, 4; 333:10; 335:14,
18, 19

**average** [11] 304:3; 305:23, 24; 333:15,
18, 20; 334:18, 20; 335:2; 336:3
**aware** [1] 315:11

— B —

**backed** [1] 341:24
**backs** [1] 377:25
**backup** [2] 425:10, 14
**balances** [1] 414:1
**band** [10] 339:12; 340:9, 10, 11, 16, 18;
364:21; 388:17; 407:18
**Bank** [3] 384:2; 398:13; 432:13
**bank** [21] 358:9, 18, 19, 20; 359:1, 3, 4;
384:2, 8; 387:17; 390:8; 396:22; 397:3;
428:16; 429:2, 24; 437:2; 438:7, 12, 19
**BANOOO10** [1] 307:20
**base** [1] 318:9
**Based** [3] 337:9; 340:13; 353:8
**based** [15] 289:10; 298:3; 299:19;
303:7, 10; 305:22, 23; 308:17; 309:15;
329:13; 330:23; 348:6; 351:3; 353:8;
410:5
**baseline** [5] 347:3; 348:1, 15; 350:4;
353:2
**Basically** [1] 343:15
**basically** [16] 285:3; 299:24; 332:6;
363:7; 365:18; 370:25; 371:2; 384:25;
393:11; 396:23; 399:11, 17; 402:25;
404:12; 407:5; 438:20
**basis** [10] 295:11; 298:9, 22; 313:19;
314:9; 325:21; 338:19; 339:4; 383:19;
417:4
**Bate** [2] 357:4; 432:13
**Bates** [3] 283:18; 371:15, 19; 373:2;
430:15
**bear** [2] 338:23; 352:19
**becomes** [2] 325:7; 363:18
**behalf** [1] 367:4; 399:20
**behind** [1] 318:21
**belief** [1] 353:8
**believe** [24] 284:18; 285:6; 302:22;
305:3; 309:11; 310:19; 311:12; 314:8;
325:2; 342:12; 347:4; 361:19; 369:9, 10;
375:11; 377:11, 24; 388:2; 394:6, 14;
400:22; 405:9, 13
**believed** [2] 416:3; 417:16
**BELL** [3] 331:16, 21, 24
**bench** [1] 411:5
**benchmark** [2] 339:25; 352:2
**beneficial** [1] 290:7
**beside** [1] 438:6
**bill** [5] 359:6; 378:15, 17, 19
**billed** [2] 353:19; 381:13
**billings** [1] 285:17
**bit** [5] 291:17; 330:7, 10
**blacked** [4] 300:20, 21, 25; 371:3
**Bleeding** [1] 415:11
**blow** [1] 330:12
**blunt** [1] 323:12
**board** [1] 355:10
**Boston** [3] 378:10; 383:16; 442:18
**botched** [1] 437:17
**bought** [1] 354:21
**Box** [5] 358:8, 9; 383:23; 390:6, 7
**box** [3] 383:16, 17; 384:14
**brainer** [2] 313:4, 7
**brains** [1] 330:12
**break** [6] 280:5; 343:24, 25; 345:5;
424:18, 22
**breaking** [1] 423:14

**Brian** [3] 296:12; 334:3; 345:4
**brief** [1] 424:23
**briefly** [1] 296:17
**broken** [2] 302:25
**BS** [1] 303:4
**buck** [1] 354:7
**bucks** [2] 359:21
**budgeted** [1] 298:25
**built** [1] 359:9
**bulk** [1] 396:9
**bull** [1] 325:8
**bullshit** [2] 325:4; 326:19
**business** [4] 354:19; 415:15; 417:12, 13
**button** [1] 331:19
**buy** [2] 330:12; 375:23
**buying** [1] 353:20
**bylaws** [1] 405:12

— C —

**calculate** [1] 338:13
**calculates** [2] 335:23; 336:7
**calculation** [2] 336:12; 372:13
**calculator** [2] 336:9, 11
**calendar** [6] 352:16; 354:1, 2, 4; 360:17
**calendars** [1] 349:14
**call** [12] 285:19; 288:15; 291:2, 3, 6, 8;
303:21; 304:17; 307:12; 308:3; 309:23,
24; 312:6, 7; 327:15; 338:25; 354:21;
376:12; 388:17; 437:9
**calling** [5] 298:18; 307:10; 312:3; 372:3;
386:16
**calls** [1] 385:18
**capacity** [1] 334:7
**card** [6] 347:16; 350:23; 352:4; 354:1,
17; 360:17
**cards** [12] 335:18, 25; 337:8, 22, 23;
349:14; 352:21; 353:11; 381:19, 21;
396:8; 423:18
**care** [1] 369:21
**careful** [1] 393:20
**Carolyn** [1] 313:21
**case** [20] 302:14; 313:2, 5; 314:15, 18,
21; 315:13, 18; 354:7; 360:23; 381:17;
387:15; 388:7, 21; 391; 394:4; 398:7; 417:17;
418:6; 419:2; 426:12
**cases** [19] 307:3, 4; 312:21; 338:21;
341:9, 19; 347:20; 352:5; 355:5, 7;
363:13; 384:4; 387:4, 6; 389:21; 417:10;
418:17; 422:8
**cash** [1] 393:7
**catastrophic** [1] 302:11
**catch** [1] 320:6
**category** [2] 362:17; 386:17
**cells** [1] 423:15
**Cents** [1] 335:19
**cents** [19] 291:22, 23, 24; 297:2;
334:18; 335:1; 336:3, 6; 352:12, 16;
353:20, 21, 23, 24; 363:1; 364:4, 5
**certainty** [1] 385:10
**certify** [2] 442:6, 15
**chance** [2] 319:17; 345:17
**Chandler** [4] 283:19; 319:11, 19; 333:8
**change** [24] 302:19; 303:14; 327:9;
329:4, 7; 361:2; 364:16; 380:20; 382:6,
7, 11; 396:8, 9; 403:16, 20, 23; 408:13;
429:23; 430:2; 431:21, 24; 433:21;
435:14; 444:4
**changed** [7] 418:14; 428:13; 429:23;
431:12, 15, 16, 17
**changes** [7] 430:3; 431:4, 8; 432:12;

Basic Systems Applicators

433:3; 437:2, 7
**Chapter** [1] 420:8
**characterize** [1] 419:24
**charge** [19] 352:10; 353:16, 21; 359:7;
365:3; 370:15, 21; 377:12, 15, 25; 378:5;
380:7, 16; 384:3, 5, 19; 399:23; 401:6
**chargeable** [1] 289:9
**charged** [6] 352:13; 359:1, 2; 362:6;
365:18; 429:21
**Charges** [2] 301:17; 385:15
**charges** [63] 300:17; 302:10, 18; 303:7,
12; 304:2; 305:7, 10, 18; 308:10; 313:4,
6; 340:25; 341:1; 349:11; 350:15;
351:18; 358:21; 359:4; 366:3, 12;
367:21; 371:4; 375:20; 377:10, 24;
378:1, 2, 3, 4; 379:4; 381:5, 16; 382:21;
385:23; 387:8,
16, 17; 388:9, 12; 390:4; 395:8; 396:11,
22; 398:5, 6; 401:16; 402:17; 403:14;
406:6; 408:2, 12; 409:17, 25; 410:21;
411:1; 414:25; 416:24; 417:19; 418:24;
420:19; 429:20
**charging** [2] 365:7; 367:2
**charitable** [1] 361:6
**check** [6] 305:5; 313:19; 342:3; 361:13;
371:5; 440:2
**checked** [2] 313:19; 345:13
**checks** [1] 378:7
**chief** [1] 284:14
**Children** [2] 407:21; 409:23
**Choiani** [1] 293:13
**chop** [1] 416:5
**chosen** [2] 316:1, 20
**circle** [2] 355:8; 361:1
**claim** [2] 370:2; 372:5
**clarify** [1] 329:23
**clean** [1] 384:16
**Clear** [2] 380:13; 412:23
**clear** [29] 297:24; 303:3, 11; 306:19;
315:22; 325:11; 327:25; 328:16, 19;
341:18; 348:20; 366:5; 369:14, 18, 21;
370:4; 382:24; 387:25; 394:17; 395:14;
398:1; 407:5; 412:13; 416:21; 418:20,
25; 422:13, 22
**client** [1] 283:12
**closed** [2] 438:20; 441:4
**closeness** [1] 347:10
**clue** [7] 309:2; 434:5, 21; 435:20; 436:3;
437:18, 24
**code** [1] 309:11
**codes** [1] 422:25
**coding** [1] 424:15
**collected** [4] 305:17; 341:7; 343:4;
370:14
**collecting** [1] 313:10
**collections** [2] 285:18; 288:13
**college** [1] 395:16
**column** [28] 297:18; 300:18; 320:23;
332:25; 341:16; 356:1, 4, 7, 11, 14;
371:3, 15; 373:2, 12; 374:6; 385:1, 15,
22; 395:22; 396:2, 18, 25; 397:4;
402:12; 403:5, 9; 418:14; 421:1
**columns** [6] 297:9; 301:16; 320:14;
333:10; 334:8; 371:12
**combination** [2] 288:18; 406:12
**Combined** [21] 300:12; 306:11; 312:18;
315:12; 338:8; 340:1, 5; 347:24; 370:12;
371:2; 387:1; 400:20, 23; 403:8, 10;
407:21; 418:8; 419:4; 420:25; 421:20;
425:8
**combined** [4] 368:13; 369:4; 421:23;

423:2
**coming** [2] 329:1; 429:15
**Commission** [1] 442:22
**COMMONWEALTH** [1] 442:2
**Commonwealth** [1] 442:5
**communication** [1] 283:11
**communications** [1] 283:8
**companies** [1] 378:9
**company** [4] 293:11; 332:16; 424:6;
440:13
**compar** [1] 353:18
**comparable** [1] 285:1
**compare** [2] 289:9; 430:17
**compared** [2] 303:6; 393:9
**competition** [3] 353:17; 354:11; 364:11
**compile** [1] 288:17
**compiles** [1] 292:15
**compiling** [1] 286:22
**complete** [3] 325:10; 355:8; 426:24
**components** [3] 360:24; 422:9; 423:8
**computer** [17] 399:17, 21; 428:8, 9, 19,
25; 429:6; 435:25; 436:12; 438:21, 25;
439:3, 8, 12, 17, 21; 440:5
**con** [2] 340:7; 428:11
**concept** [1] 413:9
**conceptually** [1] 400:10
**concerning** [1] 442:9
**concession** [1] 414:9
**concise** [1] 330:8
**concluded** [1] 324:15
**conclusion** [1] 341:9
**conducted** [2] 340:22; 341:17
**confirmed** [1] 330:18
**confirms** [1] 330:20
**confusing** [1] 390:24
**connected** [1] 412:7
**connection** [6] 310:13; 314:18; 315:12,
17, 20; 339:16
**consent** [1] 332:6
**consequence** [1] 412:9
**consider** [1] 384:23
**considerably** [2] 354:12, 22
**considered** [8] 365:14, 16, 18; 377:7;
383:3, 5, 7; 398:21
**considering** [2] 423:7
**considers** [2] 382:22; 384:1
**consistent** [5] 334:19; 335:2, 24; 337:7,
15
**consultation** [1] 302:3
**consulting** [1] 303:8
**contact** [1] 429:24
**contained** [1] 312:12
**contains** [1] 444:3
**context** [2] 302:23; 333:22
**continually** [1] 428:12
**continuation** [4] 279:3, 12; 411:24;
422:5
**Continue** [3] 433:8; 434:2, 19
**continue** [4] 279:14; 399:19; 413:21;
417:14
**continuing** [2] 280:9; 427:1
**continuously** [1] 351:23
**Contract** [22] 300:11; 301:17; 306:11;
312:17; 315:11; 338:8; 339:25; 340:4;
347:23; 357:12; 368:13; 369:4; 370:12;
371:2; 385:15; 400:20, 23; 403:7;
407:21; 419:4; 420:24; 421:19
**contract** [51] 302:10, 18; 303:7, 12;
305:6, 10, 18; 308:10; 313:3, 6; 323:25;
340:25; 341:1; 349:11; 350:15; 351:18;
367:21; 370:15, 20; 371:4; 378:13;

380:2, 7, 16; 381:16; 385:18; 387:7;
388:9; 395:8; 401:6, 16; 402:17; 403:14;
405:3, 8,
10, 25; 406:6; 408:1, 12; 409:16, 25;
410:21; 411:1; 414:25; 416:24; 417:19;
418:24; 420:18; 433:15, 24
**contracted** [2] 366:2; 388:10
**Contracts** [1] 418:7
**contracts** [1] 350:14
**contributed** [1] 422:12
**control** [1] 383:18
**controversy** [1] 442:10
**conversation** [2] 291:23; 329:6
**conveying** [1] 283:9
**copies** [1] 295:17
**copy** [2] 294:16; 345:21
**copying** [1] 280:24
**corner** [4] 309:4; 319:14; 376:15;
430:13
**corporation** [1] 284:15
**CORRECTION** [2] 443:1, 3
**correction** [1] 444:5
**correctly** [1] 339:22
**correspond** [2] 310:3, 6
**Cost** [47] 308:5; 333:10; 335:14, 19;
367:14; 368:17; 369:2, 23, 25; 370:2, 8;
371:15, 19, 25; 372:2, 5, 12, 15; 373:1,
3, 12, 14; 374:12; 375:12; 376:19, 24;
380:23; 384:24, 25; 385:1, 2, 22; 386:10,
15; 387:1, 2, 22; 393:19; 395:22; 396:2,
19; 398:18; 400:19; 420:25; 435:21
**cost** [92] 284:5; 288:8, 14, 15, 19; 289:5,
19, 25; 297:10; 298:4, 7, 8; 300:6;
304:13, 14, 15, 16; 307:9, 12; 308:3, 5;
310:9, 12, 20, 25; 311:1, 9; 316:4;
333:15, 17, 18, 20; 334:18, 20; 335:2,
10; 336:3; 337:10, 12; 338:2, 12; 339:7;
341:12;
342:3; 343:16; 351:5; 354:6; 355:17;
359:6; 361:23; 363:2; 365:14, 16, 18, 19,
22; 367:25; 368:7; 372:3; 373:3, 19;
377:8; 380:20, 25; 381:1, 3, 4; 382:22;
384:2; 385:2, 5, 13; 386:15, 16; 387:21,
23; 388:4; 393:2, 9, 19; 394:11; 397:21;
399:25; 400:1, 12
**Costs** [18] 300:18, 25; 301:22; 302:21;
315:15; 316:2, 21; 321:3, 7, 8, 9; 341:16;
357:18, 25; 367:3; 380:12; 400:2, 3
**costs** [77] 281:2; 288:17; 289:7; 299:15,
20; 300:2; 303:11, 18; 304:6, 7, 12, 14,
18; 308:20; 310:10, 16; 311:13; 312:13,
17; 313:14; 316:22; 341:8; 343:2, 5, 6,
22; 353:22, 23; 357:13; 361:16, 23;
362:10; 364:25; 365:20; 367:22; 373:17;
375:21;
376:23; 378:20; 379:24; 380:2, 19;
382:7, 9; 385:14; 387:19; 388:5, 12, 19;
390:23; 391:1, 10, 13; 393:16, 17;
394:15; 408:10, 15; 409:25; 410:23;
411:8, 23; 412:4, 10, 25; 415:1; 416:12,
16; 417:2; 418:13, 14, 25; 419:12
**counsel** [6] 281:5, 22; 282:6; 283:1, 4;
442:16
**COUNTY** [1] 442:3
**couple** [12] 292:16; 304:22; 308:7;
313:20; 330:4; 331:14; 340:10, 15, 22;
341:17; 419:17; 421:8
**course** [1] 395:16
**COURT** [1] 356:21
**Court** [1] 442:4
**court** [2] 282:22; 315:1

Basic Systems Applicators            USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02            Concordance by Look-See(3)

cover [4] 410:13; 411:23; 418:5; 420:18
covered [8] 303:18; 315:23; 351:5; 352:9; 393:16, 18; 412:4; 418:25
coverletter [3] 369:19, 22; 372:2
create [1] 311:19
creating [1] 362:2
creative [1] 362:1
cross [1] 317:8
cross-reference [1] 310:1
crude [1] 331:12
Cryptic [16] 342:12, 20, 22; 343:3, 10; 374:3, 8; 375:7; 376:6; 385:3, 17; 388:21; 390:1; 396:7; 397:19, 22
cumulative [2] 364:25; 365:3
current [3] 331:5, 13; 413:15
Currently [1] 429:9
currently [4] 284:16; 285:14; 287:4; 292:7
curtain [1] 351:20
customer [8] 352:10; 353:16, 19; 362:21, 22; 364:7, 9
cutoff [3] 351:20, 25; 395:1
cycle [1] 327:6

**– D –**

D804 [1] 410:9
Dallas [1] 323:6
damage [1] 372:13
Data [1] 378:10
data [13] 286:25; 287:1; 288:23; 289:1; 294:1; 320:5, 8; 322:8; 339:10; 369:24; 429:2; 436:5, 21
database [1] 439:12
date [12] 319:13; 405:10; 427:10; 430:12; 431:19; 432:9, 10; 435:17; 438:11
Dated [1] 442:18
dated [4] 281:5, 22; 282:6; 345:6
dates [2] 435:15, 18
day [7] 295:25; 332:16; 434:13, 14, 18; 442:7, 18
day-to-day [1] 285:15
days [11] 305:25; 404:13; 427:13, 18; 431:14, 16; 432:2, 4, 21, 22; 433:4
de [2] 382:25; 384:3
deal [6] 313:11; 413:10, 11; 414:10; 440:16, 19
Deals [3] 320:25; 321:1
decide [3] 363:8, 10, 17
decides [1] 363:5
decision [2] 416:2; 417:14
deeply [1] 417:23
deficiencies [1] 416:13
deficiency [1] 415:17
define [3] 338:14, 15; 389:24
defined [1] 285:2
definitely [1] 351:4
definition [2] 286:4; 337:24
defray [2] 415:16; 416:13
degree [2] 385:9; 418:18
delivered [2] 345:8, 14
demonstrate [1] 418:23
Department [11] 284:13, 16; 288:7, 23; 292:5, 12, 18, 19; 293:4; 294:1; 439:18
department [1] 436:23
depend [1] 413:18
Depending [2] 334:22; 347:19
depending [5] 306:4; 308:18; 339:14; 353:17; 354:9
depends [1] 327:5

Deponent [1] 444:9
deponent [1] 280:23
deposit [1] 359:4
DEPOSITION [1] 443:2
Deposition [1] 280:15
deposition [15] 279:4, 11, 12; 280:18, 25; 283:5; 296:6, 13; 315:11; 322:6; 369:23; 441:4; 442:12
depositions [1] 280:9
depository [1] 383:21
derived [3] 311:21; 320:4, 7
describe [1] 320:21
described [1] 361:17
description [2] 285:12; 358:5
designated [2] 383:20, 23
designed [3] 389:19, 20; 390:13
detail [3] 290:19; 291:19, 20
detailed [2] 298:9; 377:21
details [1] 308:18
determination [4] 302:5; 306:23; 338:11; 408:18
determine [23] 288:19; 289:3, 11; 291:21; 297:7; 298:2; 302:20; 303:17; 304:4, 6; 306:11; 307:25; 309:21; 317:6; 341:25; 346:10; 355:15; 357:13; 362:9, 13; 382:15; 393:10; 412:25
determined [4] 289:4; 342:1; 349:13; 388:14
determining [2] 308:15; 314:8
difference [7] 346:3, 6; 353:13; 365:11; 387:10; 413:13; 430:21
differences [1] 430:25
differently [1] 368:6
difficult [2] 354:2; 421:10
direct [8] 321:24; 373:19; 377:12, 25; 388:19; 391:3; 397:21; 399:25
direction [2] 314:3; 442:12
disaster [1] 410:2
discount [1] 384:21
discuss [1] 291:13
discussed [3] 295:4; 339:5; 409:6
discussion [3] 290:3; 303:10; 320:9
distinct [2] 408:22; 409:2
distinguish [2] 347:16, 18
distribute [1] 286:23
distributed [1] 290:12
divide [2] 336:6; 355:19
divided [1] 336:14; 395:10
division [9] 293:25; 320:4; 321:23; 323:4; 324:23; 326:22; 330:10; 332:8; 334:6
document [55] 280:10; 282:23; 283:19; 288:3, 24; 289:13, 18; 296:3, 8, 20; 300:11, 12; 306:13, 14, 17, 22; 307:13, 21; 315:17, 19; 319:5, 7, 13, 15, 17, 25; 322:11, 13; 334:14; 335:12; 336:22; 346:16; 356:23; 357:1, 7, 9; 367:6, 10, 13, 18; 368:2; 374:15; 376:5, 7, 11; 377:17; 385:8; 389:18, 20; 419:18; 425:1; 428:11, 25; 431:5, 10
documentation [3] 318:24; 341:14; 401:25
documents [28] 280:23; 281:1, 7, 8, 11, 13, 19, 25; 282:2, 8, 12, 18, 23; 283:1, 4; 290:23; 302:4; 307:1, 4, 7; 308:2; 339:16, 20; 340:1, 3, 7, 15; 400:21
doesn't [16] 299:16; 301:1; 322:11; 325:18; 326:13; 334:13; 363:13, 14; 378:19; 384:22; 411:4; 416:7; 419:20, 22; 429:24

DOJ18999 [2] 283:18; 319:12
dollar [3] 299:13; 352:13; 364:25
dollars [10] 306:6; 354:24; 391:23; 392:7, 12; 403:16, 20, 23; 404:22; 406:19
donate [1] 361:2
donated [1] 410:8
donation [3] 428:6, 15, 17
donations [5] 318:25; 412:2; 427:1, 20, 21
donor [5] 399:22; 406:13, 15; 417:18; 423:6
donors [7] 399:6; 422:9, 12; 423:1, 10; 431:11
doubt [2] 414:21; 415:3
Draft [1] 294:19
draft [3] 294:18; 295:1
dramatic [1] 427:20
draw [1] 314:4
dribbling [1] 427:21
due [2] 405:8, 10
duly [1] 442:8
dynamic [1] 428:10

**– E –**

early [1] 318:11
easier [1] 421:7
Eastern [3] 420:8; 421:7; 424:10
easy [1] 366:10
economic [1] 314:6
economics [1] 389:14
economist [1] 313:24
educate [1] 346:6
educated [1] 341:22
effect [2] 321:16; 350:21
effort [2] 319:1; 361:6
eight [2] 403:19; 406:19
eighteen [2] 341:5, 7
eliminate [1] 330:8
eliminated [3] 433:9; 434:3, 20
Emigh [1] 313:21
Enclosed [1] 369:22
end [11] 326:20; 345:24; 351:23; 352:14; 354:4, 6; 363:20; 379:5, 10; 405:8, 16
endeavor [1] 397:8
ended [7] 291:23, 24; 393:14; 426:21, 22, 23; 427:12
engage [1] 282:22
engagement [1] 315:7
English [1] 393:11
enormous [1] 407:19
ensure [1] 297:1
entail [1] 360:20
enter [2] 429:2, 6
entered [2] 324:23; 330:17
entering [1] 436:5
entitled [5] 280:20; 300:11; 301:22; 319:11; 367:14
entry [1] 308:19
env [1] 375:25
envelope [3] 360:21; 361:10, 18
envelopes [3] 375:20, 24; 378:6
equal [4] 302:10; 311:20; 313:3; 381:17
equals [1] 311:10; 395:9
equivalent [2] 282:11; 286:6
escrow [2] 405:15; 406:3
Essentially [3] 318:20; 368:3, 4
essentially [6] 358:22; 365:20; 366:21; 388:11; 411:12; 427:12

Basic Systems Applications    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02    Convenience By Look-See-It®

estimate [4] 324:1, 12; 329:3; 350:8
estimated [6] 284:4; 323:18, 22; 324:16;
 326:3; 333:16
estimates [1] 288:1
etcetera [1] 361:22
event [2] 372:11; 413:19
evidently [2] 417:15; 440:16
exact [4] 303:25; 320:25; 343:23; 351:9
exactly [2] 365:9; 368:14
EXAMINATION [2] 279:18; 346:1
examination [1] 442:11
examined [1] 442:10
example [26] 289:24; 302:16; 326:3;
 327:6; 335:13; 349:6; 352:12, 21;
 359:16; 360:8, 19; 361:16; 385:2; 390:1;
 400:24; 413:19; 414:3, 4, 6, 11; 418:12;
 420:11; 422:9; 423:3; 439:21
examples [2] 282:12; 341:4
exceeded [1] 409:16
Excel [4] 291:12; 297:25; 298:20;
 339:11
except [1] 432:20
exception [1] 385:11
excess [3] 330:12; 413:14; 414:24
excluded [7] 376:23; 377:2, 3, 6, 7;
 379:2; 383:25
excludes [2] 370:25; 381:4
Exclusive [2] 373:18, 19
exclusive [1] 365:21
exculpated [1] 311:18
Excuse [1] 431:15
Executive [2] 321:20, 22
exercise [4] 357:12; 371:8; 389:11;
 390:13
Exhibit [53] 280:9, 12, 15, 20; 283:17;
 296:9, 11, 19, 22; 300:10; 306:15, 21;
 307:19, 23; 308:2, 24; 310:14; 311:4;
 315:12; 319:6, 9; 332:21; 347:25;
 356:25; 357:2, 17; 364:22; 367:9, 12, 16;
 368:17; 369:4; 371:12; 372:14; 374:14,
 17, 22,
 25; 375:13; 376:5, 9; 400:21, 23;
 407:20; 418:8; 424:25; 425:3, 5, 8;
 430:7, 17, 18
exhibit [2] 356:20; 425:7
exhibits [1] 279:14
exist [3] 281:9, 14; 282:24
existence [2] 316:18; 331:3
expect [3] 352:22; 353:5; 407:18
expectation [4] 324:25; 353:10, 16;
 354:17
expectations [2] 298:10; 299:6
Expected [1] 299:15
expected [5] 284:5, 6; 298:25; 299:17,
 25
expecting [1] 393:11
expended [2] 367:4; 393:23
expenditures [1] 387:19
expenses [7] 365:15; 389:23; 390:15;
 393:19; 394:12; 396:4, 6
experience [3] 333:23; 334:10; 353:9
expert [1] 315:13
expired [2] 433:15, 24
Expires [1] 442:22
explain [9] 297:21; 324:20; 358:23;
 365:12; 376:22; 386:13; 394:19; 410:2;
 416:19
explaining [1] 361:5
exploring [1] 322:12
extend [1] 349:17
extension [1] 292:2

extensive [1] 314:13
extent [15] 281:13; 282:23; 316:25;
 317:3; 327:21; 368:19; 381:2; 413:1, 4;
 414:2; 415:25; 416:1; 428:15
extra [2] 385:12; 399:7
extract [1] 339:10
extraction [1] 367:22
extreme [1] 355:4
extremely [1] 305:19
eyeball [2] 295:8; 298:9

– F –

fact [6] 309:13; 352:9; 380:11; 405:12;
 414:6; 422:10
factor [1] 362:15
Fair [1] 404:25
fair [10] 295:8; 325:9; 328:4; 340:14, 16;
 354:14; 382:14; 398:16; 407:14; 428:10
fall [3] 427:20; 431:6; 436:23
familiar [6] 320:17, 19; 321:6; 323:13;
 340:14; 405:3
feasible [1] 327:21
February [1] 325:23
FedEx [3] 345:7, 13
fee [31] 358:9, 10, 17, 18, 20; 359:1, 2,
 3, 4, 5, 12, 13, 21; 362:4, 6; 383:2;
 384:2, 9, 12; 390:7, 8; 396:22; 397:2, 3;
 398:9, 13
feel [1] 399:9
fees [17] 358:9, 18; 359:8, 9, 14, 18;
 365:5; 366:9; 383:5; 384:8, 13; 387:17;
 390:7; 397:2; 398:10
Felix [8] 292:21; 429:9, 10, 11, 13;
 434:9; 437:11, 13
fellow [5] 286:8; 287:5; 292:20; 429:9
fifteen [1] 427:7
fifth [2] 280:18; 356:5
Fifty [1] 352:15
fifty [1] 319:3
figured [1] 358:23
file [5] 428:9; 434:13, 14, 18; 438:10
files [5] 399:18; 414:19; 434:11; 439:23,
 24
final [2] 412:8; 416:13
Finance [2] 284:13, 16
finance [1] 292:23
Financial [8] 293:9, 11; 319:23; 321:25;
 322:3; 323:1; 332:2; 378:10
financial [2] 284:14; 285:15; 332:7
financials [1] 285:15
find [3] 339:12; 347:1; 372:21
Fine [1] 349:7
fine [2] 312:9; 356:18
fingerprint [4] 438:21, 23, 24; 439:2
finish [2] 334:3; 389:15
finished [6] 294:25; 295:2, 3, 5, 6, 7
first [26] 296:6; 329:12; 331:11; 332:22;
 345:19; 346:9; 358:7; 368:16; 401:1;
 409:9, 10; 410:2, 8, 14; 411:15; 413:10;
 415:1, 9, 17, 19; 416:6; 417:24; 418:5;
 420:13; 424:5; 431:19
Five [1] 401:9
five [7] 315:9; 318:25; 349:19, 23, 25;
 359:21; 424:18
flat [1] 384:19
Florida [1] 383:16
fluctuate [2] 347:21, 22
fluff [1] 330:9
follows [2] 279:9; 280:25
forecast [1] 299:1

foredrawn [1] 341:8
foregoing [1] 444:2
form [2] 286:23; 295:1
formal [1] 297:24
format [11] 283:24; 289:20; 320:17;
 330:1, 6; 331:5, 7, 8, 11, 13
formatted [1] 368:6
former [1] 402:19
formula [2] 347:14; 432:11
forth [8] 291:18; 362:18; 366:9; 399:21;
 406:15; 413:16; 423:11; 444:4
forward [1] 417:10
Foundation [1] 342:13
foundation [1] 346:16
four [7] 282:10; 315:9; 318:25; 331:11;
 404:4, 5; 433:24
fourth [3] 335:13; 356:6; 418:12
Frank [1] 293:13
Fred [4] 283:19; 319:11, 19; 333:7
freezing [2] 331:17, 24
French [1] 292:20
frequent [1] 423:13
frequently [1] 330:3
Friday [1] 369:23
friends [1] 364:11
front [9] 347:24; 381:9; 387:6, 18;
 389:24; 390:2; 394:1; 396:3; 431:25
full [3] 340:24; 405:10, 24
function [5] 285:3, 10, 12, 13, 20
fund [2] 321:24; 361:6
funds [2] 411:20; 423:12
furnished [1] 300:15

– G –

gain [1] 289:11
Gathering [1] 426:8
gave [4] 302:25; 310:16; 343:5
generated [2] 412:1; 416:4
generating [1] 418:4
generic [2] 375:24
gets [2] 364:4; 378:20
gift [1] 399:7
Give [1] 440:24
give [19] 285:12, 13; 309:25; 327:16, 17;
 334:16; 335:6, 12; 359:16; 360:19;
 374:11; 384:20; 389:12; 399:8, 22;
 413:8; 414:3, 4; 417:13
given [5] 295:11; 314:5; 348:14; 399:11;
 442:13
giving [4] 304:1; 341:4; 349:6; 354:12
global [2] 291:14; 295:11
goal [2] 415:15; 416:16
goes [6] 362:2; 378:20; 385:7; 405:7,
 14; 439:1
Goguen [2] 442:4, 21
gonna [1] 366:7
gotten [2] 387:7; 413:14
government [3] 380:18; 425:7, 18
Grand [1] 420:8
Graves [1] 323:7
greater [1] 370:20
greeting [2] 350:23; 360:17
Gross [6] 321:9, 10; 356:8, 10
gross [48] 284:6; 297:12; 299:21, 23;
 305:22, 23, 24; 306:2, 12, 24; 337:12;
 339:1, 13, 24; 340:11; 346:3, 10; 347:3;
 348:14, 16, 24; 349:16; 351:14; 352:14,
 20, 22; 353:1, 10, 15, 25; 354:17, 23, 25;
 355:9, 15, 18, 19; 356:1; 358:11; 361:15;
 362:16; 363:2, 5; 364:15, 18; 406:8, 10;

Basic Systems Applications    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02    Computerized by Link-Seen/99

407:9

**grossly** [1] 438:5
**group** [34] 285:7; 289:10; 292:24; 300:17; 314:9, 10; 318:10; 326:4; 330:19, 20; 359:2, 7; 366:3; 377:13, 16; 381:14; 383:6, 14, 18, 20, 23; 384:4, 6; 388:10; 391:4; 399:1, 3; 413:2, 12; 414:10; 422:11; 423:7, 9; 429:22
**guarantee** [1] 294:9
**guess** [40] 286:11; 289:5; 290:14; 291:1, 3; 292:14; 295:11; 303:2; 304:14; 314:19; 317:17, 23; 318:2, 3; 323:3; 327:15; 333:5, 16, 17; 334:13; 335:7, 8, 9; 346:9; 367:22; 385:7; 391:7; 397:16; 405:6, 17; 406:17, 20, 22; 413:10; 414:20; 436:14, 24; 438:2; 439:20
**guessing** [6] 331:9; 350:9; 406:9; 424:14; 438:1; 440:17
**guidance** [1] 332:9
**guide** [1] 326:21
**guideline** [2] 305:11; 364:6
**guidelines** [1] 332:7
**guys** [1] 424:15

**− H −**

**half** [4] 361:11; 392:7; 408:2, 7
**hand** [7] 371:3, 15; 374:6; 376:14; 408:19, 20; 430:12
**handed** [1] 345:5
**Handicap** [13] 282:11, 13, 16; 283:14, 18; 319:11; 320:3, 10; 332:20; 333:7; 346:8; 355:22, 24
**handicap** [5] 283:15, 16, 21, 23; 284:1
**handle** [1] 326:1
**handling** [5] 358:17; 359:12, 23; 361:25; 434:7
**Hang** [1] 377:20
**Hank** [1] 295:17
**happening** [2] 399:14; 400:6
**happens** [7] 331:19; 363:7; 384:5; 399:18; 401:21; 432:7; 433:4
**HARRY** [1] 443:2
**Harry** [1] 280:16
**hasn't** [4] 323:22; 429:14, 15; 431:16
**haven't** [1] 404:4
**head** [4] 305:7; 318:9; 326:21; 351:9
**heading** [2] 332:8; 356:14
**headings** [2] 320:23; 356:7
**hear** [1] 321:21
**heard** [2] 320:3, 9
**held** [1] 424:23
**hell** [1] 372:22
**help** [8] 292:13; 295:16; 332:6, 7, 9; 416:13; 420:2; 423:16
**helped** [1] 314:4
**helping** [1] 292:16
**hereby** [1] 442:6
**hereinbefore** [1] 442:7
**hereto** [2] 282:15; 442:16
**high** [10] 305:19; 306:4; 337:17, 18; 338:21; 351:23; 352:14; 360:4; 385:9
**higher** [7] 349:21; 350:7, 10; 352:11; 354:24; 355:1, 11
**highly** [1] 341:22
**Historical** [8] 357:3; 384:10; 390:5; 398:7; 425:24; 430:8; 436:9; 440:11
**historical** [4] 324:5, 13; 325:15; 340:8
**historically** [1] 353:5

**hits** [1] 325:6
**Hofstra** [6] 305:3; 310:13, 16; 313:15; 317:15; 342:5
**hold** [2] 394:3, 4
**holiday** [11] 335:18, 25; 337:8, 23; 347:16; 352:4, 21; 353:11; 354:3, 15; 362:23
**hometown** [1] 383:24
**honest** [2] 415:18; 434:10
**honestly** [2] 285:6; 304:20
**hopefully** [1] 295:16
**Hospital** [3] 370:1; 372:4; 403:10
**hour** [1] 295:12
**house** [3] 362:4, 7; 375:20
**hundred** [3] 403:15, 19, 23
**hygiene** [1] 384:17

**− I −**

**I'd** [24] 282:21; 291:16; 294:18, 20, 22; 295:7, 12; 304:2, 24; 309:23, 25; 310:1; 324:21; 327:15; 331:9; 342:9; 346:7; 347:10; 348:24; 351:24; 358:23; 406:9; 424:14; 427:18
**I've** [9] 279:24; 320:3; 321:2, 3, 4; 330:24; 332:5; 336:9; 399:15
**idea** [3] 318:18; 323:18; 424:3
**identical** [1] 432:18
**identification** [11] 280:11; 296:9, 21; 307:22; 319:8; 356:24; 367:11; 374:16; 376:8; 425:2; 439:6
**identified** [1] 397:2
**identifies** [1] 438:25
**identify** [1] 356:14; 374:21
**identifying** [1] 291:9
**III** [1] 443:2
**imp** [1] 327:16
**impact** [1] 329:2
**impression** [2] 324:11; 327:17
**in-house** [2] 323:25; 333:4
**inaccurate** [1] 416:18
**Inc** [1] 322:1
**inclined** [1] 395:21
**include** [10] 358:21; 360:24; 369:2; 383:2; 384:23; 385:23; 386:11; 387:16; 390:2, 6
**included** [5] 358:14, 16; 369:3, 17; 373:5
**includes** [2] 312:13; 372:2
**incompetent** [1] 438:5
**incremental** [4] 388:9; 411:20; 416:5; 418:5
**independent** [1] 378:12
**indicate** [1] 420:16
**indicated** [2] 295:10; 342:4
**indicates** [1] 394:25
**indication** [1] 327:17
**indiv** [1] 408:22
**individual** [13] 284:4, 7; 323:2; 329:9, 19; 332:8; 360:22; 361:1, 11; 371:5; 408:21; 426:10, 15
**individuals** [4] 284:24; 292:11; 302:3; 410:8
**Information** [1] 433:15
**information** [28] 283:10; 285:16; 286:22; 289:21; 290:9, 12; 298:12; 299:24; 300:16; 303:1; 307:2, 7; 308:12; 310:17; 311:9; 312:12; 319:1; 321:13, 14; 323:21; 328:22, 23; 329:1; 361:3; 371:22; 373:4; 429:1; 437:2
**infrequently** [1] 399:16

**initial** [1] 412:3
**initially** [3] 325:3; 411:19; 412:5
**initials** [1] 423:16
**input** [1] 324:15
**inputting** [1] 436:21
**Inquiry** [1] 400:18
**inquiry** [5] 307:19; 308:5; 311:10, 19; 386:15
**insert** [3] 301:10; 361:11, 12
**inserted** [4] 324:18; 326:2; 343:6
**inside** [1] 360:24
**insofar** [1] 414:19
**inspection** [1] 280:24
**instance** [2] 304:1; 419:1
**instances** [1] 348:9
**instructing** [1] 283:6
**integrity** [1] 332:7
**intent** [2] 371:7; 372:11
**intents** [1] 427:13
**interested** [1] 442:17
**intermingled** [1] 320:11
**International** [2] 407:22; 409:23
**invariably** [1] 327:11
**inventory** [2] 375:23, 25
**inverse** [1] 413:15
**involved** [10] 301:7; 308:18; 334:6, 7; 362:1; 368:16, 18, 19, 21; 369:10
**involvement** [5] 314:21; 322:2, 25; 323:8; 332:1
**issuance** [1] 285:25
**issue** [6] 308:15; 326:17; 360:1; 386:25; 420:4; 432:4
**issued** [1] 330:3
**issues** [2] 294:2; 342:2
**It'd** [1] 306:8
**it'd** [1] 306:5
**item** [10] 289:19; 298:23; 303:6; 326:5; 390:8; 401:1; 406:16; 408:1, 21; 421:24
**items** [11] 341:24; 365:17; 370:11; 383:4; 391:21, 24; 392:7; 397:1; 398:4; 400:1; 421:9
**iteration** [1] 418:1

**− J −**

**J-E-A-N** [1] 292:21
**Jack** [4] 286:9, 13, 19; 293:12
**January** [11] 281:23; 282:6; 325:22; 427:15, 17; 428:3; 433:11; 435:6, 9; 436:18; 440:18
**January10** [1] 281:5
**Jean** [6] 292:20; 429:9, 10, 11; 437:11
**Jen** [1] 356:20
**Jennifer** [2] 442:4, 21
**Job** [4] 289:19; 309:25; 310:3; 438:8
**job** [13] 308:21; 309:12, 16, 20; 310:2; 326:15; 327:5; 330:11; 343:3; 380:25; 392:16; 426:11; 438:18
**jobs** [4] 291:15; 294:21; 300:15
**John** [6] 429:12, 13; 434:9; 437:11, 13; 438:9
**journals** [1] 289:5
**judge** [2] 279:11; 322:5
**July** [8] 323:6; 405:9; 430:13; 433:11, 22; 435:6, 8; 436:17
**jumped** [1] 349:9
**June** [4] 319:14; 327:7, 8; 433:15

**− K −**

**K-A-I-S-E-R** [1] 287:7
**K-I-M** [2] 286:14; 292:21

**Kaiser** [1] 287:5
**keep** [5] 388:16; 404:1, 3; 405:14; 416:7
**Kelly** [24] 284:18, 22; 285:5; 286:7, 8,
19; 292:8, 9, 15; 293:8; 301:4, 5; 303:8;
310:19; 313:13; 317:13; 342:23; 343:21;
368:22, 23, 25; 426:16; 436:6, 24;
439:25; 440:1
**kept** [5] 284:7, 9; 428:8, 9; 439:9
**Kerry** [1] 287:10
**key** [1] 378:7
**kidding** [1] 395:18
**Kim** [15] 286:12, 19; 292:21; 301:4, 5;
303:8; 310:19; 313:14; 317:13; 342:23;
343:21; 368:22, 24; 426:16; 436:7
**knowing** [1] 422:6
**knowledge** [9] 280:4; 330:24; 353:9;
355:13; 377:15; 381:3; 394:8; 411:16;
428:20

– L –

**label** [16] 334:18; 347:15; 350:23; 352:4,
13; 353:19; 354:15; 360:16, 23; 361:3;
362:23, 24, 25; 423:25
**Labels** [1] 332:23
**labels** [13] 334:20; 335:11, 14; 349:14;
352:10, 21; 353:11, 21; 354:22; 360:25;
361:12; 362:23; 364:2
**ladies** [1] 342:3
**lapel** [1] 399:2
**lapsed** [1] 423:1
**last** [19] 287:6, 17; 293:1; 330:22;
331:14; 340:15, 22; 341:17; 348:20;
349:19, 23, 25; 399:15; 403:8; 416:15;
427:4, 10; 433:18, 25
**late** [4] 318:11, 14, 15; 427:1
**latest** [2] 428:4, 6
**laydown** [2] 352:6, 7
**lead** [1] 329:13
**leave** [1] 440:15
**leaves** [1] 393:5
**LeCLAIR** [40] 279:10, 15, 17; 281:8;
282:21; 283:6, 11; 296:14; 306:13, 16;
308:4; 314:24; 316:6; 322:4, 13, 16, 20;
326:12; 327:24; 328:9, 13; 333:13, 25;
334:12; 335:3; 336:1; 345:11, 13, 18, 21;
346:12, 15; 372:15; 390:22; 391:15, 20;
421:18;
422:7; 424:17, 20
**Ledger** [4] 374:12; 400:4, 16
**ledger** [29] 288:15, 19; 289:6; 304:13,
14, 15; 307:9, 12, 19; 308:3, 5, 11;
310:9, 12, 20; 311:1, 3, 10, 19; 317:21,
22; 322:14; 367:23; 368:7; 373:22;
377:21; 386:15
**ledgers** [2] 298:7; 372:3
**lefthand** [2] 303:2; 319:14
**leftover** [1] 403:2
**legal** [1] 321:25
**letter** [8] 281:5, 22; 282:6; 345:5, 6;
361:4, 8; 413:18
**levels** [1] 290:23
**Lewis** [2] 295:17; 440:12
**life** [1] 314:7
**limited** [4] 323:2, 8; 332:2; 334:7
**LINE** [1] 443:3
**Line** [1] 392:23
**line** [19] 289:18; 294:23; 297:13; 313:13;
338:5; 355:14; 358:3, 22; 381:19; 401:1;
406:16; 408:1, 12, 21; 420:13; 421:3, 9,
23
**lines** [1] 371:5
**Lipitore** [1] 279:24
**list** [7] 280:20; 298:23; 362:15, 19;
375:21; 384:16, 17
**listed** [4] 293:8; 340:1; 357:25; 373:3
**lit** [1] 369:16
**LM** [1] 303:5
**LM26** [1] 401:8
**LM265** [1] 402:14
**LM737** [1] 426:18
**located** [1] 383:14
**locked** [2] 383:16, 17
**log** [1] 438:12
**logic** [2] 302:9; 394:17
**longest** [1] 293:13
**looks** [14] 297:22; 351:10; 375:19;
376:13; 377:2; 378:24; 408:24; 411:13;
413:10; 414:18; 426:25; 427:15; 432:1
**loose** [2] 384:7; 417:12
**loss** [4] 289:3, 11, 20; 417:17
**lot** [4] 298:9; 330:9; 334:8; 435:2
**Lou** [2] 294:3, 5
**lower** [8] 306:5, 7, 8; 353:17; 354:23;
355:1; 407:18
**LS** [3] 423:16, 22; 424:2
**LS660** [1] 421:13
**lump** [1] 290:8
**lunch** [2] 343:25; 345:5
**luncheon** [1] 344:4
**LV** [2] 408:24, 25
**LV515** [1] 411:13
**LV604** [1] 411:14
**LV659** [2] 411:14, 23

– M –

**Mail** [5] 321:1, 2; 332:25; 398:6
**mail** [36] 284:5; 321:24; 358:9; 360:16;
362:4, 6; 365:21; 375:20; 377:10, 24;
378:1, 2, 4, 25; 379:4, 9; 381:4, 15;
382:21; 383:15, 17, 20; 384:8; 385:23;
387:16; 390:4, 8; 396:10; 397:3; 398:5,
13; 432:2; 433:18, 25
**mailed** [11] 299:2, 4, 17; 303:20; 325:1;
329:14; 333:5; 349:15; 360:14; 399:10
**mailing** [23] 339:14; 358:6, 7, 8; 359:4;
361:5, 25; 362:3; 409:10, 14; 414:22, 25;
415:1, 9, 14, 16, 17; 417:18; 423:4, 5;
427:14, 15; 431:19
**mailings** [7] 324:2; 326:9; 375:20;
414:16; 416:17; 428:13; 434:23
**major** [1] 294:2
**man** [1] 437:14
**management** [2] 324:24; 330:10
**manager** [2] 285:7, 19; 326:21
**manufacture** [2] 354:5; 399:5
**manufactured** [2] 354:9, 10
**March** [5] 344:3; 345:8, 10; 441:3; 442:7
**March12** [1] 345:7
**Margin** [6] 321:9, 10, 11; 356:8, 10
**margin** [50] 284:6; 297:13; 299:4, 5, 9,
10, 11, 21; 305:23; 306:12, 24; 308:1,
16; 311:14; 313:1; 335:23; 336:11, 13,
17; 337:12; 346:4, 11; 347:4; 348:1, 14,
16, 24; 350:7; 351:14; 352:21, 23; 353:2,
11, 25; 354:18, 23, 25; 355:15; 358:12;
360:2; 361:15; 363:3, 5, 18; 364:16, 18;
406:11; 407:8, 9, 15
**margins** [6] 305:22, 25; 306:2; 335:24;
347:21; 355:10

**mark** [19] 280:8; 282:3; 296:4, 19;
307:14, 18; 311:2; 336:16; 337:4, 8, 11,
12, 21, 24; 338:1; 346:3; 353:24; 411:5;
424:25
**marked** [17] 280:11, 14; 296:8, 21;
300:10; 307:22; 319:6, 8; 356:24; 357:2;
365:17; 367:11, 15; 374:16; 376:8;
385:5; 425:2
**markedly** [1] 329:18
**marketplace** [4] 327:18; 352:19; 354:1;
363:12
**marks** [1] 438:25
**markup** [5] 304:3; 383:9; 384:3, 22;
398:20
**Mary** [2] 294:3, 5
**Maryland** [1] 378:11
**Masons** [15] 342:12, 20, 22; 343:3;
374:3, 8; 375:7; 376:6; 385:3, 17;
388:22; 390:1; 396:7; 397:19, 22
**MASSACHUSETTS** [1] 442:2
**Massachusetts** [2] 442:5, 18
**matched** [1] 341:20
**matching** [1] 388:4
**material** [1] 329:1
**materials** [5] 361:24, 25; 362:1, 2;
375:20
**math** [1] 395:16
**mathematical** [1] 432:11
**Matt** [1] 287:5
**matter** [6] 314:25; 315:7; 404:13;
415:14; 434:12; 442:9
**mean** [73] 284:9; 286:5; 287:15, 19, 20;
295:1; 297:16; 299:16; 303:24; 305:13;
309:9, 19, 24; 320:2; 322:9; 323:17, 20;
325:20; 331:11; 333:3, 23; 334:17;
345:22; 348:3, 4; 350:16; 351:5; 360:13;
362:3, 19; 363:14, 18, 21; 368:5; 377:17;
378:2;
382:25; 386:25; 388:24; 394:22; 398:25;
401:12, 13, 14, 16; 404:1, 12; 406:21;
407:4; 413:4; 415:5; 419:20; 422:14, 22;
423:19, 20; 426:7, 22; 428:3; 429:3;
431:18; 432:14, 17, 20; 433:1, 3; 434:9;
435:7, 13; 439:5, 21
**meaningful** [3] 325:7; 330:10, 14
**meaningless** [1] 328:25
**means** [11] 309:7; 323:22, 24; 333:12,
15, 19, 20, 21; 334:11, 14; 423:18
**meant** [1] 368:7
**measurement** [1] 305:16
**mechanism** [1] 327:14
**medication** [1] 279:21
**medications** [2] 279:20, 25
**meet** [1] 291:20
**meeting** [2] 291:25; 294:16
**meetings** [3] 293:17, 22; 295:22
**MELIKIAN** [1] 443:2
**Melikian** [12] 280:12, 16; 296:9, 10, 22;
307:23; 319:9; 356:25; 367:12; 374:17;
376:9; 425:3
**member** [2] 423:4, 5
**members** [8] 383:15, 21; 399:6; 422:10,
12; 423:3, 10; 424:14
**membership** [1] 406:14
**mentality** [1] 332:18
**mentioned** [4] 293:17; 339:23; 377:4;
382:23
**methodology** [1] 338:6
**mid** [1] 318:15
**million** [17] 384:21; 403:15, 19, 22;
404:4, 5, 8, 10, 11, 22, 24; 405:1; 406:2,

7, 18, 19; 407:16
**mind** [3] 317:8; 341:22; 372:23
**mine** [1] 318:20
**minimis** [2] 382:25; 384:3
**minimum** [1] 364:3
**MINTZ** [1] 343:24
**minus** [3] 311:10, 20; 386:11
**minuscule** [1] 388:11
**minute** [4] 318:12; 339:20; 424:18; 440:24
**minutes** [1] 419:17
**Miscellaneous** [1] 433:14
**missing** [1] 432:24
**mistakes** [1] 295:15
**mix** [1] 399:24
**models** [1] 399:21
**moment** [2] 296:16; 357:6
**money** [22] 302:12; 305:20; 313:11; 343:4; 349:21; 361:2; 367:1; 383:22; 384:7; 387:5, 20; 399:20; 401:22; 405:7; 412:24; 413:14; 416:8; 417:12, 17; 418:5; 429:15
**monsters** [1] 354:21
**month** [2] 291:15; 295:12
**monthly** [4] 290:15; 295:23, 24; 325:21
**months** [2] 330:22; 434:3
**mostly** [1] 394:24
**Mr.Kaiser** [1] 287:12
**Mr.LeClair** [4] 345:6; 368:22; 369:19; 422:17
**Mr.Lewis** [5] 294:7; 318:20; 363:8, 17; 364:15
**Mr.Melikian** [7] 279:19; 280:14; 281:7, 11; 322:11, 18; 346:2
**Mr.Rawdon** [1] 287:12
**MS** [1] 343:24
**Ms.Emigh** [3] 315:11, 16; 369:25
**Ms.Rawdon** [2] 287:13, 14
**Muller** [3] 286:9, 19; 293:12
**multiple** [1] 422:9
**myriad** [1] 284:24
**myself** [3] 294:2; 305:15; 436:3

**– N –**

**Nah** [1] 372:22
**name** [17] 285:13; 286:8, 12; 287:5, 6; 290:25; 291:9; 292:20, 24; 293:1; 321:23, 25; 345:19; 360:22; 429:9; 437:17; 438:8
**named** [1] 442:7
**names** [2] 282:12; 384:21
**nature** [1] 314:13
**NB** [1] 423:16
**NB526** [1] 421:12
**NCOA** [9] 358:9; 365:15; 382:25; 384:16; 387:17; 390:7; 396:22; 397:2; 398:11
**necessity** [1] 294:9
**negotiations** [1] 364:16
**Nine** [1] 427:7
**ninety-one** [1] 408:2
**Ninety-seven** [1] 427:18
**NM** [2] 424:7, 13
**No.45** [1] 305:4
**nobody** [1] 329:4
**non-product** [1] 392:7
**nonmember** [1] 422:12
**nonprofit** [5] 309:21; 365:4, 7; 367:2; 419:10
**nonprofits** [1] 347:25; 369:3; 371:1

**normal** [1] 354:19
**normally** [1] 287:2
**Nos** [1] 373:2
**NOTARY** [1] 442:22
**Notary** [2] 279:7; 442:4
**note** [2] 282:21; 423:18
**notes** [1] 296:12
**Notice** [1] 280:15
**notice** [3] 280:19; 283:5; 296:7
**nowadays** [1] 288:9
**Number** [9] 281:1, 19; 282:2, 10; 300:21; 326:10, 11; 341:4; 375:7
**number** [54] 279:14; 289:8; 299:1, 2, 4, 19, 20, 22; 303:20; 305:12; 306:4; 309:2, 3, 6, 11, 17; 310:4, 7; 311:21; 326:1, 9; 327:10; 334:19; 341:4, 5, 6; 343:23; 350:2, 4, 14, 15; 351:18; 374:4; 376:17; 388:8, 15; 389:21; 392:11, 25; 398:15; 399:1; 404:25; 426:11; 429:24; 431:11, 14, 16, 18; 432:2, 3, 21; 433:3
**numbered** [1] 279:17
**Numbers** [1] 371:15
**numbers** [11] 300:23; 301:9, 12; 303:2; 304:1; 336:19, 25; 341:20; 351:3; 388:16; 435:15

**– O –**

**oath** [2] 279:8; 442:11
**Objection** [12] 283:6; 327:24; 328:9; 333:13, 25; 334:12; 335:3; 336:1; 346:12, 15; 390:22; 391:15
**obligated** [8] 366:3; 386:2; 401:11; 402:22; 413:12, 25; 415:8
**obligation** [3] 405:6, 18, 24
**obsolete** [1] 325:18
**obtain** [3] 301:9; 316:4; 426:7
**obtained** [3] 307:2, 7; 426:9
**obtaining** [1] 426:4
**obvious** [4] 303:10; 304:8; 417:22, 24
**obviously** [4] 354:22; 416:2, 3; 419:7
**occasionally** [1] 294:2
**occurred** [1] 296:2
**occurrence** [1] 423:14
**October** [1] 442:23
**Office** [2] 383:19; 384:20
**office** [4] 314:20; 345:9; 439:22; 440:1
**officer** [1] 284:14
**official** [2] 285:20; 291:7
**offset** [1] 423:6
**Oh** [5] 339:20; 400:5; 424:5; 427:23; 440:21
**oh** [1] 346:19
**okay** [25] 291:16; 297:23; 303:23; 317:2; 327:8; 328:13; 329:9; 330:24; 347:14; 370:22; 372:1; 378:22; 387:6, 22; 390:23, 24; 393:22; 400:15; 404:19, 22; 406:2; 408:10; 413:4; 414:17
**Oklahoma** [2] 383:15, 17
**old** [6] 325:17; 328:23, 25; 438:14, 18
**older** [1] 316:10
**one-page** [1] 339:11
**ones** [10] 302:13; 304:19; 316:10; 320:24; 334:9; 340:23, 24; 342:19; 355:4; 398:24
**open** [1] 378:6
**opening** [21] 358:10; 359:4; 377:10; 378:3, 4, 25; 379:4, 9; 381:4, 15; 382:21; 384:8; 385:23; 387:16; 390:4, 8; 396:11; 397:3; 398:5, 6, 13
**opinion** [3] 335:1, 6; 411:22

**opportunity** [1] 417:16
**opposed** [2] 279:11; 428:21
**orally** [1] 343:14
**Order** [10] 320:25; 321:1, 6, 8, 9; 356:10, 15; 420:8; 421:6; 424:9
**order** [19] 297:7; 324:17, 24, 25; 325:25; 329:10, 15; 330:17; 338:13; 340:18; 341:15; 346:10; 355:15; 374:21; 377:24; 378:1, 2; 413:15
**ordered** [1] 279:11
**Orders** [1] 332:25
**orders** [5] 323:14, 15, 24; 333:4; 356:6
**ordinary** [1] 295:9
**organization** [4] 361:4; 365:4; 367:5; 380:3
**original** [2] 372:14, 15
**originally** [2] 370:3; 372:6
**Os** [1] 330:16
**out-of-pocket** [5] 281:2; 373:17; 388:12; 389:22; 394:13
**outcome** [1] 442:17
**outdated** [1] 404:13
**outlay** [2] 397:20
**outlays** [3] 396:23, 24; 397:14
**outliers** [1] 355:3
**outside** [3] 341:17; 360:21; 427:19
**outstanding** [4] 414:8; 431:15, 17; 432:22
**overall** [1] 436:18
**overestimated** [2] 327:22; 328:7
**owe** [3] 401:11, 22; 404:5
**owed** [4] 402:24; 409:9, 10, 20

**– P –**

**p.m.** [3] 344:3; 345:2; 441:3
**pack** [1] 345:7
**package** [6] 360:18; 361:9, 12, 13; 373:5; 425:16
**PAGE** [1] 443:3
**page** [9] 280:18, 19; 283:17; 403:8, 9; 407:20; 420:6, 7; 427:4
**pages** [5] 318:23, 24, 25
**paid** [24] 304:2; 305:17; 341:7; 378:21; 381:7, 14; 387:18; 390:2; 394:18; 395:13; 401:19; 402:9, 19, 25; 403:4, 22; 404:4, 10, 11, 24; 405:17; 410:3
**paper** [2] 319:2, 4
**Parents** [3] 342:15, 21; 343:9
**part** [12] 283:5; 292:1; 357:12; 358:5; 360:6; 363:2; 370:1; 372:4, 13; 383:7; 416:2
**parties** [4] 281:4, 22; 282:5; 442:16
**Partners** [3] 342:15, 21; 343:9
**party** [2] 364:16; 378:12
**pass** [10] 358:21; 366:21; 384:9, 12, 13, 14, 15; 400:7, 8, 11
**passed** [1] 400:6
**password** [1] 439:8
**Paulson** [1] 345:18
**Pause** [35] 286:10; 304:23; 305:2; 308:13; 315:21; 318:8, 13; 319:15; 337:19; 342:11, 14, 16; 345:25; 355:21; 356:17, 19; 357:7; 369:8; 370:5; 372:19; 373:6; 375:18; 376:25; 377:23; 379:19; 382:8; 386:3, 6; 409:4; 419:18; 421:25; 431:5, 10; 440:23; 441:1
**pay** [22] 353:22; 358:19; 364:10; 366:3; 378:17, 18, 19; 385:14; 386:2; 401:11; 402:20, 21, 22, 23; 404:5; 405:7, 19, 24;

413:25

**payable** [1] 405:10
**paying** [1] 354:6
**payment** [3] 303:4, 5; 405:14
**Payments** [3] 301:16; 402:11, 14
**payments** [33] 300:16; 302:9, 10, 19, 23; 303:15; 305:6, 10; 308:9; 313:3, 6; 340:24, 25; 351:17; 367:21; 370:19; 391:4; 392:3, 4; 393:7; 401:4; 403:5; 408:6, 13; 409:16; 410:22; 411:4; 412:22; 417:1; 418:9, 23; 419:25; 429:22
**peanuts** [1] 383:1
**pending** [1] 322:21
**people** [24] 284:8; 286:1; 287:9, 16, 19, 21; 289:14; 290:12; 291:21; 292:16, 17; 293:4, 10, 24; 295:14; 326:19; 434:6, 7, 8, 9; 435:2; 436:5
**percent** [67] 289:2, 4; 305:8, 11, 13, 18; 306:3, 7, 8; 313:9, 10; 335:23; 336:2, 7; 337:5; 338:5, 20, 21; 339:3, 13, 24; 340:16; 347:5; 348:2, 18; 349:22, 24; 351:10, 19, 21, 25; 352:15, 17; 353:1, 24, 25; 354:8, 18; 355:1, 11, 14; 360:4; 364:21; 369:11; 370:14, 23; 394:21, 25; 395:7, 8, 10, 11; 398:3, 4, 14; 406:11, 17, 18, 25; 407:10, 16; 411:5
**percentage** [18] 282:4; 299:11; 306:5; 308:9; 313:6, 8; 340:11; 347:22; 351:9, 17; 352:10, 11, 25; 353:15; 354:11, 23; 360:5; 394:18
**percentages** [3] 349:20; 351:12; 394:18
**perform** [1] 385:12
**performance** [1] 329:19
**performed** [1] 285:9
**performs** [1] 285:21
**period** [3] 325:24; 349:18; 436:17
**Perlman** [1] 314:20
**permit** [9] 358:9; 384:9, 12; 387:17; 390:7; 396:10, 22; 397:2; 398:9
**permitted** [1] 322:6
**person** [20] 284:25; 285:14, 22; 286:12; 292:23, 24; 293:12, 25; 319:22, 23; 327:19, 22; 328:6; 329:12; 330:20; 436:20; 437:11, 16; 438:25; 442:7
**personally** [4] 281:18; 310:15, 23; 342:4
**perspective** [6] 291:14; 331:1; 340:8; 396:18; 397:9; 410:17
**Peter** [14] 279:10; 281:8; 282:21; 283:8; 314:24; 322:4, 13; 343:24; 345:11; 391:20, 23; 422:7, 13; 424:17
**phone** [2] 343:15; 440:1
**phonetic** [1] 293:14
**physical** [1] 361:18
**physically** [1] 440:4
**picked** [1] 343:15
**picking** [2] 298:3; 424:10
**picture** [1] 297:22
**piece** [6] 319:2; 360:16; 416:6; 432:20; 433:18, 25
**Pieces** [3] 321:1, 2; 332:25
**pieces** [6] 319:4; 325:1; 326:2, 10, 11; 329:10
**pins** [3] 399:2, 7
**place** [4] 298:12; 316:14; 330:21; 359:24
**Please** [2] 315:4; 392:20
**please** [4] 280:6; 319:13; 339:21; 358:1
**plus** [6] 351:10; 361:24; 362:1; 366:8; 393:19; 394:12
**PO** [5] 358:8, 9; 383:23; 390:6, 7

**pocket** [1] 393:23
**point** [10] 280:5; 299:8; 328:21; 414:9; 416:3; 418:3; 430:25; 434:12; 438:6
**pool** [1] 423:12
**portion** [11] 361:12, 14; 380:19; 387:11, 12; 390:9; 393:2, 8; 405:13; 423:5, 6
**pos** [1] 396:10
**position** [2] 286:6; 321:17
**Post** [2] 383:19; 384:20
**Postage** [4] 383:6; 384:14; 398:2, 5
**postage** [29] 341:25; 358:7; 365:4, 14, 22; 366:8; 373:18; 377:2; 378:25; 379:4, 9; 381:4, 15; 382:21; 383:1, 3, 5, 7; 385:23; 387:16; 390:2; 396:8, 9, 10; 397:2; 398:3, 4, 15
**postal** [1] 358:6
**pouring** [1] 416:7
**practice** [1] 415:15
**preceding** [1] 332:4
**predecessor** [1] 284:23
**predecessors** [1] 287:11
**predesignated** [1] 383:19
**premium** [1] 286:16
**prepaid** [3] 304:16; 308:21; 309:16
**preparation** [3] 286:21, 25; 310:13
**prepare** [3] 286:20; 292:13; 301:19
**prepared** [7] 287:20, 22; 301:3, 22; 315:15; 372:14; 422:3
**Preparing** [1] 286:16
**preparing** [8] 286:5; 301:7; 312:16; 339:17; 340:4; 368:17, 19, 21
**present** [6] 281:2, 20; 282:3, 11; 286:23; 433:11
**presenting** [1] 294:1
**presently** [1] 282:15
**President** [2] 321:20; 323:4
**press** [1] 331:19
**presume** [1] 415:6
**pretty** [14] 302:6, 8; 303:9, 11; 304:8; 313:11, 15; 341:8; 342:17, 20; 351:3; 368:24; 417:19
**previous** [4] 290:9; 411:21; 418:13, 22
**previously** [2] 296:8; 412:10
**Price** [1] 321:4
**price** [27] 284:5; 336:14; 358:7, 14, 15; 360:3, 7, 11; 361:14; 362:13, 15, 19; 363:1, 2, 19; 365:23; 381:25; 382:1, 5, 6; 386:18; 388:18; 390:9; 391:14; 398:18; 432:17
**Primarily** [1] 398:3
**primary** [1] 329:11
**Principally** [1] 358:15
**principle** [1] 388:4
**principles** [2] 387:22; 389:8
**print** [4] 399:5; 431:22; 432:7; 433:6
**printed** [8] 426:14; 431:20; 432:8, 9; 434:13, 14, 18; 436:6
**Printing** [1] 361:22
**printing** [1] 375:19
**printout** [3] 426:10; 435:19; 438:16
**Prior** [1] 286:8
**prior** [7] 280:9; 284:22; 296:13; 340:22; 355:9; 412:10; 416:17
**priority** [1] 412:3
**privileged** [3] 283:7, 10, 12
**probability** [1] 305:19
**problem** [5] 279:15; 295:12; 338:24; 345:24; 392:21
**procedural** [1] 326:17
**proceeds** [2] 416:5; 418:21
**process** [2] 410:7; 437:7

**processing** [6] 358:10, 18, 20; 359:1, 5; 397:3
**produce** [6] 280:24; 284:10; 289:13; 340:18; 365:20; 423:4
**Produced** [1] 372:17
**produced** [15] 281:9, 13; 282:13, 24; 284:11, 12, 13, 22, 24; 289:14; 370:3; 372:6, 16; 374:13; 425:6
**produces** [1] 284:16
**producing** [3] 284:19; 318:18; 339:25
**Product** [3] 381:25; 382:1; 432:17
**product** [47] 294:25; 295:3, 5, 6, 7; 297:17, 19; 305:23; 306:4; 327:19; 339:15; 341:21; 351:23; 353:18; 354:10; 358:6, 14, 15; 360:2, 6, 11, 13, 18, 21; 361:14; 362:13, 17; 363:6, 11, 19; 365:4, 21, 23; 366:17, 19; 382:5; 386:18; 388:18; 390:9; 391:14; 393:8; 398:18
**Production** [1] 294:4
**production** [8] 282:23; 308:21; 309:17; 329:9, 12, 19; 330:11; 361:24
**prof** [1] 304:3
**profile** [1] 399:22
**Profit** [5] 321:4; 335:19; 336:13; 338:14; 393:13
**profit** [108] 281:20; 282:3; 288:19; 289:3, 20; 290:1; 297:6, 12; 299:15, 23; 300:2, 6; 304:4; 307:25; 308:16; 311:2, 14; 312:14; 313:1; 316:5, 23; 335:23, 24; 336:4, 11, 13, 16; 337:4, 7, 9, 10, 11, 12, 21, 25; 338:1, 2, 13, 21, 25; 339:1, 24; 340:11; 341:24, 25; 346:3, 10; 347:3; 348:1, 14, 16, 24; 349:16, 19, 22; 351:14; 352:11, 14, 21; 353:1, 11, 15, 23; 354:11, 17, 25; 355:9, 15, 18, 19; 356:2; 358:11; 359:9, 11, 12; 360:2; 361:15; 363:3, 5, 8, 11, 12, 18; 364:15, 18; 382:12, 15; 386:11; 387:10, 13, 14; 388:13, 14, 17, 20; 389:5; 390:10; 392:15; 393:10, 14; 406:8, 10; 407:8, 9, 15; 417:13
**profits** [3] 339:13; 341:23; 362:16
**progr** [1] 409:20
**Program** [24] 300:21; 301:17; 303:4; 312:9, 10; 357:11, 18, 25; 375:7; 376:19; 380:12; 398:17; 400:2, 3; 410:1; 411:22; 412:1, 18; 414:5; 418:1; 420:13; 421:2; 428:17
**program** [157] 287:24; 288:10; 289:12, 15, 25; 290:1, 4; 291:3, 8, 10; 292:6, 12; 293:15; 294:16; 295:18; 296:24; 297:6, 8; 298:11, 18, 24; 300:16, 22; 309:1, 5; 310:4, 7, 10; 311:6, 13; 312:3, 13, 14, 20; 314:7; 316:3, 11, 19, 20, 24; 317:7, 20; 318:6, 16, 17, 25; 324:14, 15; 325:10; 327:1; 339:9; 341:20; 347:15, 19, 20; 349:11; 350:23; 351:18; 352:4; 363:20; 364:25; 365:7, 15; 367:1; 373:17; 376:13, 17; 379:24; 387:6; 389:6, 25; 391:2; 393:2; 401:1, 2, 7; 402:23, 25; 403:18; 404:2, 7, 21, 22; 405:7, 14, 16; 406:14; 407:10; 409:12, 20, 24; 410:2, 9, 11, 13, 14, 15, 18; 411:15, 17, 18, 19, 21, 24; 412:4, 6; 413:15, 16; 414:7; 416:10, 13, 15; 417:3, 20, 21; 418:10, 13, 15, 21, 22; 419:8, 9; 420:16, 17, 21; 421:3, 4; 422:5, 8, 10, 25; 423:2, 8, 9; 426:18, 21, 24; 427:12; 428:12; 429:14, 15; 430:2; 433:9, 14, 24; 434:2,

Basic Systems Application                                                          Concordance by Look/See(53)

20; 438:14
**programming** [1] 375:21
**Programs** [1] 412:24
**programs** [56] 281:3, 21; 282:4; 289:15;
290:6; 297:4; 303:13, 23; 306:10, 22;
308:1; 316:6, 7, 18; 340:21; 341:16;
342:8; 347:7; 348:16, 23; 349:1; 350:11,
13; 364:19; 369:3; 370:1; 372:4, 13;
382:16; 406:13; 408:23, 25; 409:2, 23;
411:1,
9, 13, 25; 412:3, 11; 413:16; 414:2;
416:11, 25; 417:15, 24; 418:2, 7, 9, 16;
419:6, 7; 421:8, 23; 422:24
**projected** [1] 284:4
**projections** [1] 288:1
**proper** [1] 340:11
**properly** [2] 346:23; 354:5
**proposing** [1] 338:7
**prospective** [1] 364:7
**prospects** [1] 314:9
**Provide** [1] 343:14
**provide** [5] 308:12; 343:12, 17; 372:12;
426:5
**provided** [9] 281:4, 21; 282:5; 357:11;
372:1; 425:15, 19, 23
**providing** [1] 314:3
**PUBLIC** [1] 442:22
**Public** [2] 279:7; 442:5
**purchase** [1] 399:7
**pure** [2] 392:15; 432:11
**purely** [1] 350:9
**purpose** [6] 329:11; 346:17; 357:15;
361:5; 386:25; 405:20
**purposes** [2] 298:21; 427:13
**pursue** [1] 314:11
**putting** [1] 361:17

– Q –

**quantities** [1] 330:13
**quantity** [15] 324:16; 326:3, 7, 8;
327:11; 330:18, 19; 334:22, 24; 339:14;
341:21; 347:21, 22; 354:10
**quarter** [5] 329:12, 13; 332:22; 335:13
**quarterly** [1] 290:15
**Que** [1] 400:3
**Query** [31] 367:14; 368:1, 17; 369:2, 23,
25; 370:2, 8; 371:25; 372:2, 5, 12, 15;
373:12, 15; 375:12; 376:24; 380:23;
384:25; 385:1, 2, 22; 386:10, 15; 387:2;
395:23; 396:3, 19; 400:4, 19; 420:25
**query** [1] 367:22, 23
**ques** [1] 368:11
**question** [48] 302:21; 306:18; 308:14;
312:16; 315:3, 4, 6; 317:14; 322:18, 21;
324:9; 330:23; 334:3, 21; 335:4; 339:19,
22; 340:3, 6; 341:18; 346:20; 348:12, 13,
23; 353:9; 360:15; 361:20; 368:12;
373:11; 379:20; 385:6; 386:23; 387:21;
402:3,
7; 404:14; 405:1; 410:16; 412:15; 415:6;
416:9; 417:11; 420:1, 20; 422:1, 19;
434:15, 24
**questions** [1] 444:4
**quick** [2] 343:24; 424:22
**quickly** [1] 294:22; 298:8
**quote** [1] 364:7

– R –

**R-A-W-D-O-N** [1] 287:10
**raising** [2] 321:24; 361:6

**ran** [1] 435:16
**random** [1] 424:10
**range** [15] 347:9; 349:16; 350:10;
352:14; 354:12, 18, 19; 355:12, 13;
362:16; 407:8, 12, 14, 17, 19
**ranges** [1] 407:9
**rare** [1] 399:14
**RARs** [1] 303:19
**rate** [1] 431:16
**Rawdon** [1] 287:10
**read** [11] 280:22; 300:20; 357:25; 358:2;
369:19; 408:24; 411:13; 421:10, 11;
427:5; 444:2
**reading** [3] 389:18; 410:5; 411:17
**real** [3] 313:14; 365:22; 366:10
**reality** [1] 325:6
**reason** [3] 297:14; 324:22; 429:18
**reasonable** [4] 297:12; 298:10; 350:2;
352:2
**Reasonably** [1] 432:19
**reasonably** [1] 432:18
**reasoning** [1] 318:21
**reasons** [1] 291:18
**recall** [23] 286:2; 287:11, 18; 293:3, 11;
304:20, 21; 305:3; 342:12, 19, 20;
343:20; 346:4; 348:3; 351:5; 399:14;
401:24; 409:12; 410:6; 418:16, 17;
419:1; 425:12
**receipt** [1] 438:11
**Receipts** [2] 301:17; 421:2
**receipts** [12] 300:17; 349:12; 393:7;
403:18; 404:2, 7, 22; 420:13, 16; 421:4;
423:5; 429:25
**receivable** [1] 365:19
**received** [7] 324:24; 326:4; 345:9;
367:14; 371:4; 373:5; 418:23
**receiving** [1] 348:15
**recent** [3] 316:13; 340:9; 413:15
**recently** [1] 398:25
**recess** [2] 344:4; 424:23
**recognize** [15] 283:19; 299:5, 6; 300:12,
14; 334:8; 356:1, 11; 357:9; 366:19, 23;
367:18, 20; 376:11, 17
**recognized** [3] 380:23; 387:24; 391:2
**recollected** [1] 340:15
**recollection** [10] 292:9, 14; 312:1;
348:7; 349:15; 350:6; 411:16; 419:15;
422:18, 23
**record** [15] 280:23; 282:21; 296:17, 18;
324:5, 13; 345:3, 4, 11; 358:1; 398:1;
421:11; 422:7; 424:24; 442:13
**recorded** [2] 388:5; 438:11
**recording** [1] 444:3
**recouped** [5] 370:16; 389:21; 390:14,
18; 410:1
**recover** [3] 415:1, 16; 418:13
**Recovered** [8] 300:18, 25; 301:23;
302:21; 315:15; 316:2, 21; 341:16
**recovered** [16] 303:11; 312:17; 338:12;
357:13; 387:5; 391:10; 394:15; 408:10,
16; 410:23; 411:8; 412:25; 416:12;
417:2; 418:14; 419:13
**recovering** [1] 416:16
**recovers** [1] 412:9
**recovery** [1] 442:11
**reduced** [1] 442:11
**reducing** [1] 409:19
**refer** [7] 290:25; 318:15; 341:19; 352:6;
373:23; 386:17; 423:14
**reference** [3] 289:4; 306:21; 431:6
**referenced** [1] 306:22

**referred** [5] 280:10; 296:20; 307:21;
319:7; 327:13; 339:9; 340:7; 342:7;
356:23; 367:10; 374:15; 376:7; 381:22,
23; 425:1
**referring** [13] 301:16; 307:16; 309:3;
311:3; 336:16; 339:21; 368:2; 380:11;
384:10; 394:11, 12, 16; 418:4
**refers** [3] 333:12; 375:7; 391:13
**reflect** [1] 328:5
**reflected** [4] 370:7, 23; 371:1; 430:3
**refresh** [1] 422:17
**refreshes** [2] 419:15; 422:23
**regarding** [1] 300:16
**regardless** [6] 294:15; 347:14; 351:25;
352:3; 354:14; 407:10
**regular** [2] 295:23; 296:2
**regularly** [1] 295:24
**reimbursable** [6] 396:23, 24; 397:14,
20; 400:7, 11
**reimburse** [1] 388:11
**rela** [1] 402:2
**relate** [7] 309:19; 373:20; 379:16;
386:17; 391:1; 393:8; 429:24
**related** [16] 322:8, 14; 375:21; 380:19;
387:23; 388:6, 7; 390:24; 393:3; 413:17;
414:12, 13, 14, 18, 19; 442:15
**relates** [2] 373:20; 379:15
**relation** [1] 305:6
**relationship** [5] 297:12; 351:11; 352:18;
391:3; 392:14
**relative** [2] 308:8, 15
**relevant** [4] 347:9; 354:12, 19; 437:5
**relied** [1] 369:24
**remainder** [1] 382:12
**remaining** [1] 393:7
**remarked** [1] 296:10
**Remember** [1] 395:1
**remember** [8] 280:1; 286:15; 304:24;
322:11; 343:23; 345:18; 347:8; 398:24
**reminder** [7] 358:7, 8; 396:9, 10;
427:14; 432:10
**remittances** [1] 378:7
**renew** [1] 396:9
**renews** [1] 432:14
**Repeat** [1] 327:25
**repeat** [3] 313:2; 315:4; 339:6
**rephrase** [2] 306:18; 308:14
**replaced** [1] 326:6
**Report** [91] 283:14, 19; 284:2, 3;
288:12, 18; 289:2, 22; 292:3; 298:2, 5, 7;
299:25; 311:18; 319:11; 320:3, 10, 12,
20; 321:8, 12; 322:9; 324:4, 12, 23;
325:15; 326:15, 25; 327:3, 14, 15;
328:21; 332:21; 333:7; 334:9; 341:10;
346:8; 349:13;
355:22, 24; 357:3, 10, 17; 367:15;
368:17; 369:2, 24; 370:8; 371:15, 20, 25;
373:2, 12, 15; 374:12; 375:12; 376:24;
379:23; 380:14, 23; 381:23; 382:20;
385:1, 2, 20, 22; 386:10; 387:2; 395:23;
396:3, 7, 19; 397:1, 24; 400:19; 420:25;
425:8; 426:11, 21; 428:24;
429:19; 430:4; 435:1; 437:5, 8; 439:2, 9,
11, 14; 440:2
**report** [80] 283:15, 16, 21, 23; 284:1, 2;
286:23; 291:7, 8, 10; 292:6, 12; 293:15;
294:16; 295:18; 296:24; 297:8; 298:11,
18, 24; 310:12; 311:6, 13, 20; 312:3;
316:3, 19, 20; 317:7, 20; 318:6, 17;
320:4, 7, 15, 17; 322:8; 323:21; 324:19;
325:3,

6, 16, 17; 326:2, 5, 14; 327:6, 7, 8;
328:24, 25; 329:4, 5, 6, 7, 11; 330:25;
333:22; 334:5; 339:17; 340:19; 346:9;
367:22; 369:13; 370:24, 25; 375:12;
397:15; 425:14; 428:4, 17; 431:20;
432:9; 435:2, 12; 437:9; 438:7, 16
**REPORTER** [2] 356:21; 367:8
**Reporter** [1] 442:4
**reporting** [1] 285:15
**Reports** [36] 282:11, 13, 16; 284:7, 10,
17; 285:17, 23, 25; 286:3, 7, 20; 287:23;
301:10, 20; 318:23; 323:13; 325:9;
328:4; 329:25; 331:3; 339:7; 341:19;
347:11; 369:25; 370:2; 372:3, 5, 12, 16;
373:3; 426:5; 428:7; 435:21; 436:19
**reports** [8] 284:19; 290:25; 291:1, 7;
347:2; 425:18; 426:6; 437:25
**represent** [4] 305:14; 308:20; 406:8;
425:6
**representing** [2] 356:1, 12
**represents** [4] 375:17, 19; 382:7; 385:5
**request** [1] 314:19
**requested** [3] 282:24; 283:2, 5
**Research** [1] 342:13
**resolve** [1] 420:4
**respect** [13] 286:7, 19; 306:21; 314:6;
315:6; 342:5; 350:18; 353:10; 359:14;
390:5; 407:15; 410:17; 416:11
**responding** [1] 290:20
**Response** [55] 285:16, 22, 25; 288:11,
18; 289:1, 22; 292:3; 298:1, 5, 6; 301:10,
19; 311:17; 318:23; 322:9; 339:7;
341:10, 19; 347:11; 349:13; 357:2, 10,
17; 376:5, 12, 22; 379:23; 380:14;
381:22; 382:20; 385:20; 396:7, 25;
397:24; 398:17;
425:4; 426:4, 11, 20; 428:7, 24; 429:19;
430:4, 8; 435:1; 436:10, 19; 437:5, 8;
439:2, 9, 11, 14; 440:2
**response** [11] 289:10; 292:1; 309:23,
25; 310:7; 311:9; 350:22; 425:6, 19, 23;
431:15
**responses** [1] 383:16
**responsibility** [1] 436:18
**Responsible** [1] 286:4
**responsible** [14] 285:14, 16, 24; 286:3,
4, 21, 22, 24; 287:1; 292:6, 7; 302:1;
426:4; 429:8
**rest** [1] 366:21
**restate** [2] 363:9; 395:24
**restroom** [1] 424:20
**resulted** [1] 404:21
**results** [2] 287:23; 288:4
**reswear** [1] 279:4
**retain** [1] 405:13
**retained** [2] 314:17, 19
**Revenue** [5] 321:5, 6; 356:15
**revenue** [24] 290:1; 298:2, 6; 299:14,
19; 300:2, 6; 304:3; 308:22; 311:14;
312:14; 338:22, 25; 355:17; 366:19;
373:20; 381:20; 387:23; 388:14, 18;
393:2; 398:21; 399:24; 427:8
**revenues** [13] 288:11, 12; 289:9, 19;
297:10; 299:2, 3; 355:19; 356:12;
366:23; 388:6; 390:24; 391:1
**review** [10] 290:14, 17, 19, 23; 310:15;
342:8; 357:7; 419:18; 431:5, 10
**reviewed** [4] 290:21; 293:18; 296:24;
310:12
**reviewing** [2] 296:25; 369:13
**reviews** [1] 319:15

**revised** [2] 325:10; 328:22
**Right** [25] 294:20; 328:19; 337:13;
352:20; 358:24; 366:18; 371:18; 373:16;
375:5; 381:8; 385:18, 19; 386:19;
388:20; 389:1; 393:6, 25; 394:25; 395:3,
11; 396:13; 400:17; 406:23; 411:3;
427:11
**right** [25] 288:21; 295:14; 298:12, 19;
305:7; 312:6; 322:12; 336:19, 25;
338:17; 343:17; 356:5, 6; 365:8; 371:3,
15; 386:2; 395:17, 22; 396:2, 19;
400:19; 408:19; 430:12; 435:13
**righthand** [1] 309:4
**rise** [1] 411:4
**RL** [2] 440:12
**role** [6] 284:23; 285:1, 2, 9; 332:5
**Ron** [1] 440:12
**rough** [3] 303:21; 305:11; 366:8
**roughing** [1] 305:9
**roughly** [10] 289:2; 305:17; 306:1;
338:20; 353:24; 366:11; 379:5; 404:4;
406:19
**round** [4] 325:17, 19; 388:16; 392:25
**rounding** [1] 411:2
**roundup** [1] 404:21
**rule** [1] 329:20
**rules** [1] 388:5
**run** [8] 417:15; 435:8, 11, 12, 13;
438:15, 18
**running** [1] 293:25

**– S –**

**S-Z-O-T-F-R-I-E-D** [1] 286:14
**safe** [1] 351:4
**sale** [7] 387:22; 388:18; 392:7; 393:8;
397:21; 398:18; 400:12
**Sales** [3] 287:2, 3; 321:4
**sales** [17] 284:8; 291:21; 293:23, 24;
319:22, 23; 326:21; 327:16, 19, 22;
328:6; 330:9, 20; 355:17, 18; 387:21;
388:6
**salesman** [3] 325:4; 362:20, 25
**salesmen** [2] 325:4; 326:22
**salespeople** [1] 436:8
**salesperson** [3] 364:6; 436:8; 440:10
**saying** [7] 288:22; 329:8, 9; 333:14;
346:13; 349:25; 350:5, 9; 353:4; 355:2,
10; 359:20; 364:13, 20; 370:21; 390:19;
393:22; 397:10, 13; 406:24; 411:8;
413:19; 414:11; 417:5; 422:21; 436:20;
437:15
**Sayonara** [1] 418:6
**schedule** [7] 295:23; 296:2; 301:11;
329:19; 351:12; 404:12; 421:18
**scheduled** [1] 295:24
**scope** [1] 290:19
**screw** [1] 437:12
**screwed** [2] 437:19, 24
**se** [5] 286:25; 289:18; 316:15; 318:16;
388:14
**season** [2] 362:17; 364:2
**second** [16] 329:12; 358:8; 403:8;
407:20; 409:14; 410:13; 411:17; 413:11;
414:21; 415:16; 418:9; 420:6, 7; 427:14
**Section** [1] 357:17
**section** [17] 300:21, 25; 301:22; 312:17;
315:16; 316:2, 21; 323:14; 335:14, 18;
364:25; 376:19; 381:21; 427:9, 10;
432:15; 433:8
**sections** [1] 300:20

**self-explanatory** [1] 371:17
**sell** [24] 358:6, 7, 14, 15; 360:3, 6, 11;
361:14; 362:13, 22, 25; 363:2, 19; 364:4,
8; 365:23; 381:25; 382:1, 5; 386:18;
390:9; 391:14; 399:1
**selling** [5] 336:14; 363:1; 364:1; 432:17
**sending** [2] 383:22
**sense** [7] 298:22; 318:22; 325:18;
366:14; 416:7; 428:11; 431:3
**separate** [1] 416:14
**separately** [1] 423:13
**September** [3] 427:1, 4; 428:1
**Sequence** [3] 305:3; 349:8; 374:5
**series** [1] 418:2
**Service** [1] 359:21
**Services** [6] 319:23; 321:25; 322:3;
323:1; 332:2; 378:10
**services** [3] 361:25; 385:12; 398:20
**Seth** [1] 314:20
**setup** [3] 358:8; 384:13; 390:7
**seventeen** [1] 408:7
**Seventy-nine** [2] 303:14, 15
**She'd** [2] 285:24, 25
**she'd** [1] 315:19
**SHEET** [1] 443:1
**Sheet** [1] 400:18
**sheet** [19] 288:8, 14, 15, 19; 289:10;
291:11; 298:4; 311:10, 16, 17, 19;
360:25; 367:23; 373:22; 399:25; 400:1;
407:21; 425:22; 444:5
**sheets** [16] 289:6; 298:7; 304:6, 12, 13,
15, 16; 307:9, 12; 308:3, 5, 11; 341:13;
342:3; 381:3
**shipped** [8] 297:17, 19; 299:19, 21, 22;
303:20; 326:6; 363:11
**Shooting** [3] 373:14; 400:24; 409:7
**shooting** [1] 302:16
**Shortfall** [3] 433:8; 434:2, 19
**shortfall** [8] 401:6, 12; 413:19; 432:15;
433:9; 434:3, 20; 437:23
**shorthand** [1] 398:16
**show** [51] 280:14; 284:4; 287:23;
288:10, 12, 13; 289:13, 24; 296:3; 298:1,
25; 299:3, 7, 9, 10, 12, 18, 20, 21, 22,
24; 300:4, 10; 304:13; 307:13; 308:11,
15, 17; 310:10; 311:1, 5, 7; 319:5;
325:23; 327:3; 346:8; 347:25; 357:1;
360:23; 367:6,
15; 376:4; 387:4; 389:20; 390:13; 391:9;
402:11; 430:7; 436:2; 440:3
**showing** [8] 281:2, 20; 282:3; 303:1;
325:22; 376:23; 390:20, 23
**shows** [8] 297:18; 326:4; 335:12; 345:8;
349:11; 391:5; 394:18; 435:14
**Shriners** [7] 370:1; 372:4; 403:10, 22;
404:1, 24; 405:3
**SIGNATURE** [1] 444:1
**signed** [5] 323:23, 25; 324:25; 345:14,
16
**significance** [1] 392:22
**significant** [1] 418:4
**sim** [1] 321:14
**similarities** [1] 320:20
**simple** [1] 302:8
**single** [2] 395:16; 422:8
**sit** [1] 318:22
**Sitting** [1] 318:5
**situation** [2] 419:8; 421:22
**situations** [2] 354:25; 355:4
**six** [7] 315:9; 341:4; 349:19, 23; 403:15,
22; 434:3

Basic Systems Applications        USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02        Concordance by Look-See(55)

sixteen [1] 403:23
sixth [1] 280:19
size [1] 399:3
slash [1] 421:13
slit [1] 378:6
snapshot [2] 328:21; 404:17
Society [7] 357:3; 390:5; 398:8; 425:24; 430:9; 436:9; 440:11
solely [4] 327:15; 358:14; 421:3; 439:18
solid [1] 313:11
Somebody [1] 429:6
somebody [4] 354:21; 429:1; 436:1; 439:1
someone [9] 284:10; 310:15; 329:2, 8; 378:5, 11; 434:19, 22; 435:1
somewhere [4] 306:2; 358:16; 403:5; 406:3
Sorry [3] 328:12; 351:16; 358:25; 389:16
sorry [6] 320:6; 321:21; 339:20; 368:8; 374:23; 400:14
sort [4] 361:18; 389:6; 417:4; 428:14
sounds [1] 288:21
source [5] 308:19; 320:5, 7; 325:7
sources [1] 288:24
speak [2] 313:13; 351:21
special [1] 399:16
specific [10] 290:10, 16; 314:25; 322:5; 323:11; 401:24; 402:3, 7; 413:9; 414:4
specifically [7] 351:6; 410:4, 6; 418:17; 419:1, 21
speculate [1] 334:13
spell [1] 287:6
spend [2] 295:12; 399:19
spent [6] 365:6, 11; 367:1, 3; 387:20; 389:24
spot [2] 313:19
spreadsheet [6] 291:12; 298:20; 339:11; 369:23, 24; 375:8
spreadsheets [3] 281:4, 21; 282:5
SS [1] 442:2
stack [1] 318:23
staff [1] 422:3
stage [1] 323:23
Stamp [2] 357:4; 432:13
stamped [2] 283:18; 345:9
stand [3] 411:12, 23; 412:6
standard [3] 361:9, 13; 364:18
stands [2] 411:19; 412:5
Star [3] 420:9; 421:7; 424:10
start [6] 292:5; 309:22; 316:16; 318:18; 331:8; 332:13
started [4] 318:6; 330:4; 331:12; 424:5
stated [1] 369:20
statement [7] 290:20; 312:15; 353:7; 407:13; 416:17; 422:6; 438:19
States [3] 282:13, 14, 15
Stay [1] 332:14
stay [5] 323:12; 327:12; 332:11, 18; 438:12
step [3] 290:24; 292:4
sticks [1] 432:15
stopped [1] 415:18
straight [6] 358:4; 384:9, 12, 13, 14, 15
Strike [1] 327:5
strike [6] 288:3; 293:3; 327:1; 335:17; 363:15; 382:18
Studios [1] 424:6
Sub-ledger [2] 374:22; 375:3
sub-ledger [3] 309:5, 15, 19
sub-ledgers [1] 309:20

subject [2] 314:25; 444:4
subsequent [3] 418:21, 22; 420:17
subtract [6] 355:17; 379:4; 381:15; 392:3, 6; 432:10
subtracting [1] 379:9
subtraction [1] 432:8
success! [1] 417:21
successful [6] 289:16; 412:9, 20; 417:21, 25; 418:2
sufficient [1] 416:5
SUFFOLK [1] 442:3
SUGGESTED [1] 443:3
summaries [26] 291:2, 3, 7, 8, 10; 292:6, 13; 293:15; 294:17; 295:18; 296:24; 297:8; 312:4, 20; 316:3, 19, 20; 317:7, 20; 318:16, 17; 322:9; 327:13; 339:8; 341:13; 357:11
Summary [31] 298:19; 300:12; 306:11; 312:17; 315:12; 338:8; 340:1, 4; 347:23; 357:12; 367:15; 368:13, 17; 369:2, 4; 370:12; 371:2, 25; 387:1, 2; 400:20, 23; 403:7; 407:21; 418:8; 419:3; 420:25; 421:19; 425:8
summary [34] 289:17, 20, 23, 24; 297:25; 298:4, 11, 18, 24; 300:15; 311:6, 8, 13, 16, 17; 312:5, 6, 7, 9, 10; 316:11, 15, 24; 318:16; 339:9; 347:2; 367:21; 375:13; 410:6; 420:23; 426:6
summation [1] 339:11
superimpose [1] 321:8
support [1] 369:24
suppose [1] 421:12
supposed [2] 295:24; 296:1
surface [1] 432:14
sweep [6] 383:7, 20
Sweeping [1] 384:13
sweeping [5] 358:8, 9; 366:9; 383:2, 5, 10, 11; 384:14; 390:6, 7; 397:2; 398:10
sworn [2] 279:6; 442:8
system [5] 288:16; 330:21; 435:25; 438:21; 439:8
Szotfried [6] 286:13, 19; 292:21; 301:6, 7; 317:13

— T —

tack [1] 359:20
tacked [1] 401:7
talk [3] 302:13; 342:22; 389:7
talked [6] 293:12; 339:9; 343:20; 373:18; 397:3; 438:1
talking [7] 293:7; 337:25; 340:25; 346:2; 389:7; 393:22; 406:18
tape [2] 326:4, 7
Technically [1] 279:10
telling [3] 314:4; 380:18; 415:21
temporarily [1] 414:13
ten [2] 291:15; 294:21
Tentative [7] 320:25; 321:1, 4, 7, 9; 356:8, 15
tentative [5] 323:14, 17, 20, 22; 356:5
term [12] 283:21; 314:9; 326:17; 333:18; 346:13, 14; 367:23; 390:17; 396:4, 21; 397:13; 405:8
terminology [1] 283:16, 23, 25; 288:9; 298:14, 15; 311:16; 320:11; 321:3; 400:10, 11
terms [14] 308:8, 12; 314:7; 316:14; 330:19; 338:18; 347:13; 359:12; 364:15; 388:4; 389:19; 409:24; 417:23
testified [8] 279:8; 311:6; 314:14;

320:12; 332:5; 334:13; 339:18; 409:19
testimony [4] 311:12; 315:13, 17; 442:13
Thank [2] 280:7; 329:24
Thanks [2] 331:21; 374:18
theoretically [1] 365:17
theory [1] 439:14
there'd [2] 297:18; 306:6
therein [1] 444:4
thereupon [1] 442:10
They'd [3] 285:16; 288:9; 290:8
they'd [4] 289:19; 291:19, 20, 24
they'll [1] 329:15
They're [5] 330:1, 3; 365:18; 408:23; 409:2
they're [31] 279:17; 284:11; 294:23; 304:14, 15; 311:8; 320:23; 327:21; 330:2; 383:22; 386:2; 400:6, 7; 401:11; 402:22; 405:5; 408:23, 24; 411:20; 413:25; 414:12, 14, 18, 19; 421:12; 422:4; 428:12; 435:3
They've [1] 287:16
they've [5] 282:24; 287:15; 330:2, 18; 365:5
third [12] 329:13; 378:12; 410:17; 411:18; 413:13; 416:10, 15; 417:18; 418:1, 10, 12
thirteen [1] 392:6
thirty-four [1] 403:19
Thirty-two [1] 431:11
thirty-two [1] 431:11
tho [1] 403:18
thousand [7] 303:15; 392:7; 403:16, 20, 23; 408:2, 7
thousands [1] 423:3
Three [1] 331:14
three [15] 282:2; 292:17; 306:1; 331:10; 405:1; 406:2, 12; 410:25; 411:12; 416:25; 422:24; 433:25
throughs [3] 366:21; 400:7, 8
ticket [1] 390:8
times [4] 314:5; 325:7; 329:13; 423:3
title [5] 285:2, 4, 5, 7, 20
tolerance [1] 329:16
tool [1] 327:16
tops [1] 305:18
Total [5] 321:7, 8, 9, 10; 431:11
total [5] 299:10; 305:10; 366:15; 393:17; 431:16
totally [3] 302:11; 325:17; 358:2
touching [1] 442:9
towards [1] 403:8
track [2] 288:4; 423:12
tracked [1] 422:9
trail [1] 439:5
transaction [1] 359:23
transcript [2] 442:12; 444:2
transferred [1] 308:22
transpired [1] 340:13
Trap [3] 373:14; 400:24; 409:7
trap [1] 302:16
Treasurer [2] 321:20, 22
treated [1] 409:22
Truck [9] 357:3; 384:10; 390:5; 398:7; 425:5, 23; 430:8; 436:9; 440:11
true [7] 312:15; 332:4; 394:3, 4; 407:12; 442:13; 444:3
truth [6] 279:7, 8; 442:8, 9
turnaround [1] 359:7
Turning [1] 407:20
turning [1] 364:22

Basic Systems Applications    USA V Henry Lewis, et al, 97-10052-MLW - Harry Melikian - 03/15/02    Concordance by Look-See(96)

**turnover** [1] 295:13
**turns** [3] 325:1; 327:21; 328:6
**twelve** [1] 341:5
**twenty** [2] 403:22; 404:10
**Twenty-eight** [1] 356:21
**twenty-five** [2] 403:15; 406:18
**twenty-four** [4] 403:15; 404:22; 406:7; 407:15
**Twenty-nine** [1] 367:8
**Twenty-one** [1] 404:11
**twenty-one** [2] 341:5; 404:24
**twenty-three** [3] 403:18, 19; 404:7
**twenty-two** [1] 341:5
**TY** [2] 374:22; 375:3
**type** [8] 283:15; 332:18; 347:19; 354:10, 14; 362:17, 24; 407:10
**types** [2] 348:25; 406:12
**typewriting** [1] 442:11
**typical** [2] 337:20; 406:10
**typically** [5] 313:1; 364:19; 377:3, 5; 429:8

### – U –

**U.S.** [3] 345:9; 349:9; 350:18
**ultimately** [1] 409:24
**Um** [1] 408:3
**Um-hum** [89] 285:11; 290:11; 293:16, 19; 300:1, 3, 7; 303:16; 307:15; 308:25; 312:11; 314:22; 320:16; 323:10; 327:2; 332:24; 333:11; 334:7, 25; 335:16, 20; 336:5; 337:3, 6; 338:10; 353:3; 355:25; 358:13; 359:15, 19; 360:9; 365:1; 366:13, 20; 375:1, 6, 14, 16; 376:21; 379:3; 382:17; 385:4, 16; 387:3, 9; 389:9; 390:3, 16; 391:12, 25; 392:5, 8, 13; 393:15; 394:10; 400:25; 401:3, 5, 20; 402:10, 16, 18; 403:1; 404:9; 407:7, 23, 25; 408:8, 14; 409:1, 8; 410:10; 416:23; 418:11; 419:5; 420:10, 12; 421:14; 425:9, 25; 427:3; 429:17; 430:16; 432:5, 16; 433:5, 7, 17; 436:16
**um-hum** [1] 323:10
**unconditional** [2] 405:18, 23
**unconfuse** [2] 366:1; 390:25
**underestimated** [2] 327:23; 328:7
**understand** [32] 298:16; 311:22; 324:24; 333:15; 336:20; 337:2; 340:6; 361:19; 364:13; 368:13; 371:21; 377:3, 5; 386:7, 19, 22; 388:20; 389:5, 6; 391:5, 7; 393:21; 405:21; 406:5; 407:1; 411:7; 415:22; 417:7; 418:19; 420:20; 423:9; 434:24
**understandable** [1] 341:23
**understanding** [27] 308:17; 312:25; 327:20; 334:20; 337:7, 9, 20; 338:4; 340:9, 13; 370:7; 372:8; 377:6; 405:4, 25; 406:4; 407:9; 413:2, 7, 24; 420:20, 22, 24; 421:1, 5; 437:9; 438:9
**understood** [1] 357:15
**undertaken** [4] 347:20; 411:15, 17, 18
**unit** [9] 297:2, 3; 299:5, 11, 23; 353:16; 360:14; 363:11; 384:6
**United** [3] 282:13, 14, 15
**units** [17] 297:11, 13, 15, 18; 298:3, 5; 299:2, 4, 16, 19, 20, 22; 303:20; 306:5; 326:20; 329:10
**University** [1] 305:3
**unlike** [1] 385:22
**unpaid** [1] 414:1

**unre** [1] 412:10
**unrecovered** [1] 412:10
**unrelated** [1] 414:2
**update** [2] 325:24; 435:17
**updated** [11] 325:16, 19, 23; 326:16; 327:3, 20; 328:4; 428:13, 16, 18, 19
**updating** [2] 327:13; 429:19
**upper** [3] 309:3; 376:14; 430:12
**ups** [1] 337:8
**useful** [1] 397:10

### – V –

**VA0812** [1] 376:6
**VA1203** [1] 357:4
**VA2003** [1] 374:13
**validate** [1] 304:5
**value** [2] 314:6, 7
**VAN019948** [1] 430:15
**vanish** [1] 324:19
**Vant** [1] 371:1
**Vantage** [174] 281:2, 4, 20, 22; 282:3, 5, 11, 12, 14; 283:14; 284:7, 10; 289:14, 25; 290:1, 13; 293:5, 6, 7, 9, 10; 300:11, 16, 18, 25; 301:17, 22; 302:9, 10, 19, 21, 24; 303:18; 305:10; 306:10, 11, 23; 308:9; 311:1; 312:14, 16, 17; 313:3; 314:2, 17, 23; 315:8, 11, 15; 316:2, 4, 21, 22; 318:6; 319:23; 320:10; 321:17, 23, 25; 322:2, 25; 331:4; 332:2; 333:24; 335:25; 337:16; 338:11, 13; 339:25; 340:4; 341:16; 347:23; 348:15; 353:6; 357:11, 13; 358:11; 359:10, 20; 360:2; 361:16; 365:6; 366:4; 367:1, 21; 368:13; 369:4; 370:11, 19; 371:1, 3, 4, 19; 373:17; 380:18, 19; 381:1, 7; 382:7, 9, 12, 15, 21; 384:1, 22, 24; 385:5; 387:1, 4, 5, 7, 10, 13, 18, 19, 20; 389:13, 21, 24; 390:2, 14, 18; 391:10, 13; 393:24; 394:11, 15; 396:3, 5, 24; 397:13; 400:20, 22; 401:4; 402:11, 14; 403:5, 7, 22; 404:24; 405:18; 406:8; 408:1, 6, 9, 15; 409:16; 410:22, 23; 411:1, 8; 412:22, 25; 413:21; 415:1, 2, 9; 416:12, 16; 417:1, 2; 418:7, 13, 14; 419:3, 12; 420:24; 421:19; 424:6; 439:17
**vary** [1] 354:12
**versus** [1] 308:9
**viable** [1] 314:10
**Vice** [1] 321:20
**view** [4] 310:6, 9; 322:16; 408:9
**vis-a-vis** [2] 313:6; 353:18
**Vol** [1] 443:2
**Volleyball** [2] 349:9; 350:18
**volume** [5] 306:9; 347:19; 353:17; 362:17; 407:19
**VP** [1] 321:22
**VS** [1] 424:3
**vs** [2] 422:10, 12
**VS106** [1] 401:2
**VS129** [2] 375:8; 376:15

### – W –

**W-E-D-D-L-E-T-O-N** [1] 293:2
**Wade** [12] 284:18, 22; 285:5; 286:7, 19; 292:9; 293:8; 301:5; 317:13; 368:23; 436:24; 439:25
**Wait** [1] 318:11
**wait** [1] 339:20
**Walk** [1] 437:8

**walked** [1] 332:16
**wanted** [7] 297:3; 307:25; 316:1; 382:14; 385:12; 396:16; 397:15
**wants** [6] 362:22; 363:17; 364:15, 19; 422:11
**warmer** [2] 331:18, 20
**wash** [1] 358:23
**We'd** [2] 295:3; 353:23
**we'd** [6] 291:17; 295:4; 299:5, 6; 305:9; 375:24
**We'll** [2] 308:2; 424:25
**we'll** [3] 296:4; 315:3; 374:18
**We're** [9] 298:18; 311:16; 359:1; 373:25; 387:25; 388:13; 417:12; 424:21; 425:4
**we're** [20] 297:24; 298:18; 303:3; 306:14; 312:3; 313:10; 314:24; 337:25; 386:16; 387:25; 389:17, 18; 393:11; 394:12; 416:21; 417:11; 423:7; 424:21; 440:24
**We've** [1] 379:23
**we've** [8] 315:23; 330:8; 331:10; 372:3; 377:17; 421:10; 423:3; 433:18
**Weddleton** [2] 292:25; 293:2
**weekly** [1] 295:23
**welcome** [1] 430:25
**weren't** [5] 286:24; 291:1; 334:5; 371:12; 372:13
**whack** [1] 295:15
**whenever** [2] 420:23; 421:1
**Whereupon** [3] 344:3; 424:23; 441:3
**wherever** [1] 383:21
**whichever** [1] 412:3
**who've** [1] 293:4
**Whoever** [1] 284:23
**whoever** [4] 284:25; 285:22; 293:24; 417:14
**Wil** [2] 292:24; 293:2
**wildly** [1] 412:8
**willing** [1] 345:23
**window** [3] 326:14; 360:22; 361:10
**withhold** [1] 405:6
**WITNESS** [105] 315:4; 322:19, 22; 327:25; 328:2, 12; 346:20, 23; 358:2, 25; 360:9; 361:19; 366:5, 14; 368:18; 369:14; 370:9; 372:24; 373:22; 374:4, 7; 375:1; 377:1, 20; 379:20; 380:5, 13, 22, 24; 383:11; 386:13, 20, 22; 387:25; 388:3; 389:3, 9, 12, 14, 16; 390:3, 11; 391:6, 22; 392:1, 3, 6, 9, 11, 14; 393:21, 25; 394:2; 395:1, 4, 14, 17; 396:14; 397:5; 400:14; 401:12; 402:3, 6, 20; 404:15; 406:22, 24; 407:2; 410:19; 411:10; 412:15; 414:14; 415:3; 416:23; 417:8; 420:3; 421:14; 422:13; 424:8; 425:9, 13, 21, 25; 426:7, 22; 428:21; 429:4; 430:14, 16, 19, 22; 431:9; 432:5, 24; 433:1; 434:24; 435:5, 22; 438:2, 5, 22; 439:5; 440:5; 441:2; 444:1
**witness** [9] 279:4; 283:7; 319:15; 346:16; 357:7; 419:18; 431:5, 10; 442:14
**woman** [2] 437:13, 17
**women** [1] 342:7
**wondering** [1] 428:24
**word** [8] 284:9; 299:1; 302:7; 320:12; 327:17; 367:3; 389:22; 390:14
**wording** [1] 321:15
**words** [18] 294:20; 301:24; 321:13, 14; 325:21; 328:25; 329:2; 330:24; 351:8; 352:8; 358:19; 362:20; 365:16; 373:19;

From **turnover** to **words**

375:23; 418:20; 425:13; 434:17
**work** [9] 292:12; 298:9; 313:24; 314:1,
23; 315:8; 362:1; 364:20; 399:17
**worked** [4] 286:1; 314:1, 3; 360:2
**working** [3] 326:23, 24; 434:6
**worksheet** [1] 288:10
**worry** [1] 438:19
**worst** [1] 326:23
**wouldn't** [13] 290:6, 7; 291:6; 294:3, 23;
334:22; 409:6; 434:10; 438:8, 18, 19
**writing** [3] 327:8; 343:12; 357:22
**written** [1] 360:25
**wrong** [3] 296:5; 336:12; 346:14

## – X –

**x'ing** [1] 354:20

## – Y –

**Yeah** [82] 284:11; 286:18; 289:17;
295:10; 298:13; 307:3; 309:11; 342:6,
19; 343:15; 349:25; 355:4; 360:4;
365:13; 366:16; 367:3, 19, 25; 368:5, 10,
19, 24; 369:9; 370:10, 13; 373:25;
375:4; 376:12, 18; 377:5, 18; 378:6, 18;
379:1; 380:24;
381:2, 19; 382:25; 384:3; 385:1, 21;
386:14, 21; 388:23; 392:2, 10, 24; 393:1,
20; 394:22; 395:15, 19; 400:6; 407:12;
414:15, 23; 415:4, 12, 13, 18; 424:21;
426:3, 13; 427:8, 9; 428:15, 20; 429:1;
431:23, 25; 432:8, 20; 433:10, 13, 20,
23; 434:1; 435:23; 437:4;
439:23; 440:6
**yeah** [7] 295:3; 368:5; 402:5; 408:24;
428:3, 20; 429:13
**year** [11] 284:21; 306:1; 318:5; 319:12;
330:4; 352:1; 354:4; 384:21; 405:17;
414:15; 427:17
**years** [31] 286:3; 287:17; 306:1; 315:10;
316:12, 14; 330:4; 331:10, 11, 14; 332:4;
340:10, 16, 22; 341:17; 347:7, 8; 348:21,
25; 349:19, 20, 22, 23, 25; 351:2; 385:7;
399:15; 427:25; 433:24, 25
**Yep** [1] 437:6
**You'd** [1] 397:20
**you'd** [13] 294:25; 295:3; 298:3, 5, 6;
316:20; 328:15; 336:9; 350:4; 354:2, 7;
406:17
**You'll** [1] 364:3
**you've** [20] 279:19; 280:5; 305:17, 19;
311:6; 335:2, 25; 337:15; 347:1; 348:14;
353:6; 362:10; 380:20; 393:20; 394:4;
397:1; 407:4; 410:21
**young** [1] 342:3
**Yup** [4] 333:2, 9; 354:16; 355:23

Vantage 20814