EXHIBIT G

# Vantage Group Services



## UNLOCK THE POWER.

PRODUCT-INDUCED DIRECT MARKETING AT ITS BEST

Maximize Net Income And Strengthen Your Relationship With Your Donors And Members



DOJ 20604

**Vantage Group Services**

RONALD E. LEWIS
Vice President, Sales and Marketing

1244 BOYLSTON STREET • SUITE 302 • CHESTNUT HILL, MA 02167
DIRECT DIAL 617-713-4006 • TOLL FREE 1-888-7-VANTAGE
FAX 617-738-9605 • E-MAIL: rlewis@vantagetravel.com

DOJ 20605

# Turnkey Programs: From Start to Finish



*[Handwritten annotations in margin:]*
*400,000*
*1 Announce*
*Product*
*(1) F/u*
*Get Response*
*20% -*
*AVG- GIFT 20.*
*15 month*
*Calendar*
*Paying*
*— 150K 1st —*
*2year Contract*
*Till - 99 -*

## 12 Years of Non-Profit World Understanding Brought to You

Having worked with hundreds of non-profit organizations,

Vantage understands the non-profit world ...

its organizational culture, legal parameters,

postal regulations...and the frustration of having

too much to do and not enough staff or time to do it.

Most of all, Vantage understands the importance

of maintaining funding levels for your programs and events

necessary to support the mission of your organization.

1

DOJ 20606



### Free copy, design and production services

Vantage forms relationships with its clients whereby your success is our success. For that reason, we are willing to underwrite a substantial portion of new test packages by providing copy, design and production services at no cost to your organization. We know of no other group with the confidence to make such an offer.

### Automatic list hygiene and postal rates optimization

Since the quality of a mailing list is key to optimal results, each list forwarded to Vantage is automatically cleaned, updated and address-corrected but remains the sole and exclusive property of your organization. We'll maximize sortations eligible for postal discounts and carefully code each name within a cell for readable results analysis later on.

### Reliable, high quality printing, imprinting, lettershop and shipping services

With more than twelve years of history and the clout that comes with volume purchasing, Vantage has established relationships with some of the top direct marketing suppliers in the world. This ensures your organization — no matter what your size — access to competitive pricing, reliable and timely service, and quality production values at all times.

### Speedy, secure, response processing

Vantage brings you the premier lock-box processing of Boston Financial Data Services (BFDS), a subsidiary of State Street Bank — one of only 10 "A-rated" banks in the U.S. today. BFDS combines the most advanced technologies with highest quality service commitments to ensure that your funds are quickly, accurately and safely processed. The account will be established in your organization's name from which only your authorized staff will be allowed to withdraw funds.

### Renewal and Acquisition

Vantage Group Services provides products and services that can be used successfully for renewal, acquisition and lapsed donor programs. They are viable alternatives to assist organizations whose renewal and acquisition efforts have flattened in response or whose donor gifts have declined over the last few mailings.

### Timely accurate results tracking and analysis

Vantage provides all necessary reports and analysis to help you evaluate program performance both in the short term and the longterm. In addition, our direct marketing experts will help you interpret the data ... for presentation to senior management and especially for making action decisions on future marketing programs.



**Elements of a Successful Product Based Fundraising Program**
- Membership or Donor List
- Mail Schedules
- Creative Components
- Appeal Letter
- Product(s)
- Donor Remittance Document
- Reminder Mailings
- Data Management
- State of the Art and Cost Effective Mail Opening and Financial Services
- Timely and Accurate Response Analysis

DOJ 20607

# Premier Financial Processing and Record-keeping
## VANTAGE CONNECTION WITH BOSTON FINANCIAL DATA SERVICES, INC.

Vantage Group Services, in conjunction with Boston Financial Data Services, Inc. (BFDS) offers your organization the same highly reliable, high-speed control of your cashflow that was once available to only the largest companies. A wholly owned subsidiary of State Street Bank, a top-rated bank established in 1792, BFDS has an ongoing commitment to providing state-of-the-art financial record-keeping services. Its continual attention and investment in automation, distribution and security systems, have made it the number one vendor choice for the mutual fund industry and now the fundraising and telemarketing industries as well.



### Secure processing environment
A tour of the BFDS operation reveals that care goes beyond the normal encoding of checks in keeping your funds secure and accurately recorded. At BFDS, checks can be encoded, endorsed, imprinted with an audit trail, imaged and microfilmed all in one step. Moreover, every step in processing is performed in secured rooms. Non-standard remittances are automatically sorted out and reconciled. Plus, there is a comprehensive loss prevention as well as loss recovery system.

### On-line database
The BFDS on-line database enables your organization to change, verify, or update your instructions without delay. Moreover, BFDS constantly updates and corrects your list as it receives your mail. This means reminder mailings are based on up-to-the-minute transaction information thereby reducing mail cross-over and wasted mail.

### Remittance processing service
The BFDS Remittance Processing service allows for customized processing and ease of use. Employing the latest in computerized financial record-keeping equipment, the system captures and confirms each check amount, reconciles it to the remittance stub, and automatically calculates the deposit totals thereby ensuring total accuracy in reporting. Data is captured on hard disk in both the work station and the PC consolidator processor. This assures the integrity and timely reporting of data obtained from both the checks and remittance supplements.

DOJ 20608

## Premiere lockbox services
- Hourly mail pick-ups/seven days a week
- 24 hour continuous mail processing
- High speed processing
- Universal check examination for negotiability
- Automatic check encoding
- Accommodation of non-standard remittance sorting and handling
- Automatic forwarding of all documentation
- Daily multiple deposits
- Comprehensive loss prevention and loss recovery system





## Accelerated cash flow
Besides the accurate financial accounting provided, perhaps the chief benefit to Vantage clients is the unparalleled turnaround time from mail receipt to deposits. And since multiple deposits will be made to your account each day, your funds can start working for you immediately.

## Financial transactions that cost you less
Best of all, by joining other reputable companies in harnessing the BFDS automation power, your financial transactions will, in most cases, cost you less than what you are spending today through your local bank or in-house system.

## Timely, accurate reports on
- Daily deposits
- Cash reconciliation
- Deposit source detail
- Cash recap
- And other special reports as needed sent by fax, phone, telex, and/or time-sharing terminals.



DOJ 20609

# DATABASE MANAGEMENT
Tracking and analysis that makes a lifetime of difference



**AN INFORMATION**

**DRIVEN MARKETING**

**PROCESS**

At Vantage we identify and gather relevant data about prospects and donors that bring in responses at reasonable cost levels but also lead to gradual upgrades in giving over time. Information is grouped together by name letting you know what mailings each individual has received as well as how the individual responded. This allows us to examine the roles of many variables such as timing factors, varied ask amounts, creative formats, creative approach and product inducement.

### List segmentation
After compiling and organizing your data, we look for opportunities to leverage mailings for maximum response. A variety of segments may be used such as: individual customer benefit preferences, contribution dollar ranges, prior transaction, date range, consumer demographics, lifestyle selectors, or other captured information that identifies a ready target audience or marketing niche.

### Constant list correction and updates
Because any mailing strategy can be impaired by a poorly maintained list, we update an individuals record with every new transaction and run your mail tapes through the National Change of Address (NCOA) system before every mailing. This makes needed address changes and adds the zip + 4 code that lowers your mail costs and assures delivery.

### A wide variety of useful analytical tools
- Mailing history analysis — comparisons and rankings across all mailings
- Seasonality and interval timing analysis
- Response by initial appeal/product offering
- Response by reminder mailing
- Percentage of positive and negative responses
- Average gift amount
- Highest to lowest gift amounts
- Response curve analysis
- List segment analysis
- Varied "asks" analysis
- Cash/credit breakdown
- Postal Qualification analysis
- Merge/purge analysis
- Postal verifications

5

DOJ 20610

# Breakthrough Mail Programs
Product-induced direct marketing at its best.

## Programs for Maximum Results

After years of testing on behalf of fundraisers, Vantage has developed superior product-induced programs that are particularly suited to non-profit organizations with both membership and fundraising programs.

- Personalized name and address labels plus stamps program
- Customized wall calendar program
- Combination personalized member-card/labels plus stamps program
- Custom designed lapel pins

*"I only wish that all of our fundraising activities were as successful."*

Colin Maxwell
Canadian Wildlife Federation

*"It is the biggest breakthrough package of my career... it'll be tough to top this."*

Susan Harford
Direct Marketing Consultant

### Easy to test:
Once you and your Vantage marketing executive choose the best program for your needs, simply give us your current mail packages. Your marketing executive will return shortly with a tight comp and copy for you to review. Creative and pre-press test materials are provided to you FREE of charge.



### Turnkey management:
Not only are you spared the costs of creative and pre-press, but you are spared the hassles of on-press, shipping, production and production management as well as response analysis.

### Why they work:
Vantage mail programs work because they firmly establish the need for your organization and the importance of its mission and contain the essential ingredients for mass appeal.

Each mail package is based on studies showing people have a natural inclination to reciprocate when they receive something they feel has value — even when a donation or membership is not solicited.

Studies also show people are more inclined to donate to or join organizations they feel they have some personal ties to; and that certain products with a high perceived value strengthen the bond between prospects and the organization making an appeal.

List management techniques are used to target appropriate segments for maximum response and to establish upgrade and renewal programs that can increase future productivity.

DOJ 20611



Opens to a full 16 1/2" by 10 3/4" with 12 full-color captioned photographs or illustrations of your choice.

Vantage Group Services can increase your mailing response by 100%, 200% or even 300% with one of our product-induced membership and/or fund-raising programs.

*"We have had a 30% response from our membership. We are pleased and looking forward to the second phase of our project...we think it will be even more successful."*

Board of Governors,
Grand Chapter of Kentucky, O.E.S.

### Customized wall calendar program

Printed on high quality paper and in lavish four-color, our deluxe wall calendar presents your members and donors with a year-round reminder of your goals and accomplishments — not to mention a prized gift display of carefully chosen artwork that enhances your message. Group events and key dates that have special meaning to your members can be included, too. The full program includes several opportunities for appeals — a pre-send letter alerting members to look for their coming calendar and gift solicitation, the calendar and appeal mailing, and one or two gentle reminder notices to ensure maximum contribution collection. It's a program that instills the pride and loyalty necessary to inspire generous giving. You may participate in part or full.

### Lapel Pins

The program provides all members and potential supporters with a custom designed pin that is identified with the organization. The program has several important benefits that demonstrates commitment and support of the organization:



Members will appreciate the pin and regard it as a symbol of their commitment to the organization and its causes.

Members and supporters perceive added value of a pin, thus providing an increase in the number of donors and an increase in the amount of each donation.

The overall number of members and supporters who will wear the pin will generate an increased level of awareness for the organization and its cause, ultimately resulting in new membership and increased support.

*"A sure fire method to bring back lapsed and expired donors."*
Art Keefe
A.O.P.A. Air Safety Foundation

*Ask about our shared test investment program*

7

DOJ 20612

# Call Vantage Group Services for a dramatic response lift when your response rates flatten. 1-888-7VANTAGE



## Deluxe Greeting Card Program

The greeting card program offers organizations a unique and creative opportunity to substantially increase fundraising revenues. The cards and envelopes reflect superior craftsmanship, offering a look and feel of distinction designed to establish a high level of motivation on the part of recipients.

**Options:**

**All Occasion Cards** help recipients share the ideals of the organization every time they are used.

**Holiday Greeting Cards** are effective in communicating the organization's message of good will at a time when the message is most likely to have its greatest impact.

**All Occasion Note Cards** offer a year-round incentive to communicate the values of the organization to others. The back of each card is utilized to imprint the organization's name/or logo, and a brief message that shares the spirit of the group with others. The card program is an effective method of enhancing the group's loyalty.

## Personalized name and address labels plus stamps

Available in fully recyclable materials, the labels plus stamps program is designed to increase awareness of your organization's priorities and fiscal responsibilities in order to motivate response among prospects and members alike. The personalized and laser-printed peel-and-stick labels are valued immediately for their convenience and outstanding clarity. Customized peel-off stamps offer members and prospects an additional opportunity to identify with your group.



## Combination personalized member card and name/address labels plus stamps

This program builds upon the strength of the labels plus stamps mailing piece, by adding a membership card insert feature which offers prospects and members a further chance to identify. It also allows your organization to offer additional *temporary* incentives to join or contribute which can only be redeemed through use of a membership card.

8

DOJ 20613

## Vantage Group Services

Vantage Group Services, a Division of The Vantage Group, has worked vigorously over twelve years to uncover tens of millions of available dollars for deserving organizations who are in search of philanthropic support. It enjoys as clients hundreds of fraternal, alumni/ae, professional and cultural organizations — ranging from the smallest to the largest and the most well-known to the lowest profile — but all sharing a deep commitment to making their services available to all that need them.

With our programs, your organization can reap substantial benefits without diminishing existing dues or other membership income. There are no "up front" expenditures that might affect your limited operating budget. At the same time, you'll benefit from innovative concepts, useful incentive products, accurate processing and quick turnaround — leaving you free for your other duties.

After you have tried and succeeded with one of our direct mail revenue programs, ask about our Travel and Insurance Affinity Programs as well.

# Vantage Group Services

1244 Boylston Street, Suite 302
Chestnut Hill, MA 02167

**1-888-7VANTAGE**

DOJ 20615