## *Nonprofit Service Group*

Suite 400
1250 24th Street, N.W.
Washington, DC 20037
Phone: 202/466-6620
Fax: 202/223-2775

George E. Miller, Esq.*†
Janice L. Anderson, Esq.*‡
Carolyn A. Emigh, J.D. ††

Grant A. Wills, CPA ††
Keith E. Negrin ††
Dusty A. Nichols ††

\* In District of Columbia, practice
limited to matters and proceedings
before federal courts and agencies

† Missouri Bar only
‡ Pennsylvania and
New Jersey Bars only
†† Not a member of the Bar

[Stamp: OCT 2000 Received Shriners Hospitals Legal Department]

October 2, 2000

Mr. Jay Fleisher, Esq.
General Counsel
Shriners Hospitals for Children
2900 Rocky Point Drive
P.O. Box 31356
Tampa, Florida 33631-3356

RE:  Agreement By Vantage Financial Services, Inc. ("VFS")
     Not To Implead Shriners Hospitals for Children ("SHC")

Dear Mr. Fleisher:

My client, Vantage Financial Services, Inc. has instructed me to inform you that VFS will defend any challenge that a mailing prepared and entered into the U.S. Mail pursuant to the contract between VFS and SHC dated June, 1999, constitutes an unauthorized cooperative mailing. VFS will bear the entire burden, financial or otherwise, of its defense. Further, by this letter, VFS agrees that it will refrain from impleading SHC as a third party defendant in any such litigation.

VFS remains confident that the terms of the contract comply with all state and federal regulations that govern charitable solicitation and eligibility of SHC's packages to be mailed at the Nonprofit Standard A Mail rate. Please do not hesitate to contact me if you have any question concerning the content of this letter.

Sincerely,

*George E. Miller*
George E. Miller

Cc:  Harry Melikian

SHC 00912

FILE COPY