EXHIBIT S

# MAHONEY HAWKES LLP
## ATTORNEYS AND COUNSELLORS AT LAW

April 18, 2001

Harry S. Melikian
Executive Vice President
Vantage Travel Service, Inc.
90 Canal Street
Boston, MA 02114

Loyd M. Starrett
Mark Peters
Frances Allou Gershwin
Bruce Winthrop Edmunds
James B Cox
Laurence M. Johnson
Daniel J. Goldberg
Douglas L Jones
Brian W. LeClair
Richard S Jacobs
Matthew F. Zayotti
Brenda A. Buan
Alison J Little

Of Counsel
Diane Rubin

Re: Bill for Vantage Travel Service, Inc.

Dear Harry:

Enclosed please find a bill for services rendered through March 31, 2001 with respect to the following matter:

Direct Dial
(617) 210-1405
ljohnson@mhglaw.com

1. United States Post Office.

Please let me know if you have any questions.

Very truly yours,

Laurence M. Johnson

LJ/ddc/56844

Enclosures

The Heritage on the Garden • 75 Park Plaza • Boston, Massachusetts 02116
Telephone: 617 457 3100 • Facsimile: 617 457 3125 • www.mahoneyhawkes.com

VANTAGE6400

Vantage 21762

# MAHONEY HAWKES LLP
ATTORNEYS AND COUNSELLORS AT LAW

IN ACCOUNT WITH

April 17, 2001

Vantage Travel Service Inc.
90 Canal Street
Boston, MA 02114

IN RE: Vantage – U.S Post Office
File No. 3729-1

| | | |
|---|---|---|
| LEGAL FEES | | $10,984.50 |
| DISBURSEMENTS | $242.38 | |
| TOTAL AMOUNT OF FEES AND DISBURSEMENTS | | 11,226.88 |
| LESS 25% REDUCTION OF FEES | | 2,746.13- |
| AMOUNT NOW DUE | | $8,480.75 |
| PLUS PAST DUE AMOUNT | | $29,694.27 |
| TOTAL AMOUNT NOW DUE | | $38,175.02 |

IN RE: Barton-Cotton Qui Tam
File No. 3729-2

| | |
|---|---|
| PLUS PAST DUE AMOUNT | $3,978.32 |
| TOTAL AMOUNT NOW DUE | $3,978.32 |

TOTAL AMOUNT DUE - ALL MATTERS    $42,153.34

All bills are due and payable within thirty (30) days.
If charges for additional disbursements are received after
the billing date, a bill will be rendered the following month.

LMJ/ddc

The Heritage on the Garden • 75 Park Plaza • Boston, Massachusetts 02116
Telephone. 617.457.3100 • Facsimile: 617 457 3125

VANTAGE6404

Vantage 21763

# MAHONEY HAWKES LLP
### ATTORNEYS AND COUNSELLORS AT LAW

The Heritage on the Garden • 75 Park Plaza • Boston, Massachusetts 02116
Telephone: 617.457.3100 • Facsimile: 617.457.3125

IN ACCOUNT WITH

April 17, 2001

Vantage Travel Service Inc.
90 Canal Street
Boston, MA  02114

```
                                                    Bill    :    37656
                                                    Account :     3729
                                                    Matter  :        1
```

INTERIM BILL FOR LEGAL SERVICES RENDERED through
March 31, 2001 in connection with U.S. Post Office.

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 02/28/01 | LJ | .20 | E-mail from BWL; Speak with BWL |
| 03/02/01 | BWL | .30 | Damages calculation from Levitt and e-mail to L. Johnson; e-mail from L. Johnson and to H. Melikian |
| 03/06/01 | BWL | .30 | Outline issues |
| 03/07/01 | BWL | .50 | Memo to L. Johnson on schedule and status |
| 03/09/01 | BWL | .20 | Call from Levitt |
| 03/13/01 | BWL | 1.20 | Call to H. Melikian; call from Paula; call to Miller; e-mail to H. Melikian; draft possible schedule and e-mail to L. Johnson; e-mail from L. Johnson |
| 03/13/01 | LJ | .50 | Speak with BWL; E-mails from and to BWL regarding scheduling and strategy |
| 03/19/01 | BWL | 1.80 | Review Levy reply and call to Ed Mazlish; e-mail to L. Johnson; letter from Levitt and e-mail to L. Johnson; call from Ed Mazlish; fax to Ed Mazlish |
| 03/19/01 | LJ | 1.90 | E-mails from and to BWL; Review Government reply papers regarding motion to amend |
| 03/20/01 | BWL | .20 | E-mail to L. Johnson |
| 03/20/01 | LJ | .10 | E-mail from BWL |

VANTAGE6402

Vantage 21764

# MAHONEY HAWKES LLP

Vantage Travel Service Inc.
U.S. Post Office
April 17, 2001
Page 2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/21/01 | RSJ | 5.00 | Review file; draft Response to Government's Reply Memorandum to Opposition to Motion to Amend Complaint. |
| 03/21/01 | BWL | 1.30 | E-mail to and from L. Johnson; calls to H. Melikian and assistant; conference call with H. Melikian and Ed Mazlish, e-mail to L. Johnson |
| 03/22/01 | RSJ | 2.00 | Response to Government's Reply Memo; Motion for Leave to File Reply Memo. |
| 03/22/01 | BWL | .30 | Conferences with E. Wall and L. Johnson |
| 03/22/01 | LJ | .60 | E-mails from and to BWL regarding scheduling; Letter from Miller regarding House bill and related materials, review same |
| 03/22/01 | EBW | .90 | Conference with BWL regarding damages calculations and information for hearing |
| 03/23/01 | BWL | 1.30 | Call from Lyons and to Boncore; conference with R. Jacobs; fax from Miller; call from Boncore |
| 03/23/01 | RSJ | 7.00 | Response to Plaintiff's Reply Memorandum; meeting with Brian LeClair; research law on attorney-client privilege; amendment of pleadings to add defendant. |
| 03/23/01 | EBW | .40 | Conference with BWL; folder search regarding existence of Sons of Italy side letter |
| 03/24/01 | RSJ | 4.50 | Draft Response to Plaintiff's Reply Memorandum; research. |
| 03/25/01 | RSJ | 5.00 | Response to Reply Memorandum. |
| 03/26/01 | RSJ | 9.50 | Response to Reply Memorandum. |
| 03/26/01 | BWL | .60 | Edit response and e-mail to L. Johnson; e-mail to E. Wall |
| 03/26/01 | EBW | 3.90 | Comparison and analysis of USPS calculation of damages from 2/00-3/01 |

VANTAGE6403

Vantage 21765

# MAHONEY HAWKES LLP

Vantage Travel Service Inc.
U.S. Post Office
April 17, 2001
Page 3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/27/01 | BWL | .80 | Edit response; call from Mazlish; conference with L. Johnson and e-mail |
| 03/27/01 | EBW | .60 | Email from/to BWL regarding status of USPS damages calculation analysis; continued review of same |
| 03/28/01 | BWL | .30 | Call from Melikian and edit opposition |
| 03/29/01 | BWL | 2.20 | Calls from Collins and Mazlish; e-mail to H. Melikian and review documents from Levitt |
| 03/30/01 | BWL | 2.60 | Call to Mazlish; calls from Mazlish and Perlman (2), fax to them, review Levitt documents and e-mail to H. Melikian; review Mazlish response; e-mail to H. Melikian and L. Johnson, fax to Perlman |
| 03/30/01 | EBW | .30 | Conference with BWL; file review regarding volume of materials produced by DOJ and by Vantage |

Total Fees    $    10,984.50

## DISBURSEMENT SUMMARY

| Disbursements | Total |
|---|---|
| In House Copying | 154.20 |
| Fax Transmission | 87.00 |
| Outside Telephone Charges | 1.18 |
| Total | $ 242.38 |

VANTAGE6404

Vantage 21766

# MAHONEY HAWKES LLP

Vantage Travel Service Inc.
U.S. Post Office
April 17, 2001
Page 4

| | |
|---|---:|
| TOTAL AMOUNT OF BILL | 11,226.88 |
| LESS 25% REDUCTION OF FEES | 2.746.13- |
| TOTAL AMOUNT OF FEES AND DISBURSEMENTS | 8,480.75 |
| BALANCE DUE FROM PRIOR BILLS | 29,694.27 |
| TOTAL AMOUNT NOW DUE      $ | 38,175.02 |

ALL BILLS ARE DUE AND PAYABLE WITHIN THIRTY (30) DAYS.  IF
CHARGES FOR ADDITIONAL DISBURSEMENTS ARE RECEIVED OR FEES
ARE INCURRED AFTER THE BILLING DATE, A BILL WILL BE RENDERED
THE FOLLOWING MONTH.

VANTAGE6405

Vantage 21767