EXHIBIT W

106

1          VOLUME:   II

2      CERTIFIED ORIGINAL          PAGES:   106 to 245
       LEGALINK BOSTON
3                                  EXHIBITS:   8 to 37

4

5              UNITED STATES DISTRICT COURT

6               DISTRICT OF MASSACHUSETTS

7       - - - - - - - - - - - - - - - - - - - x

8     VANTAGE FINANCIAL SERVICES, INC.,

9                    Plaintiff,

10        v.                        Civil Action

11                                  No. 04-11686-WGY

12    NONPROFIT SERVICE GROUP, INC.,

13    and GEORGE E. MILLER,

14                    Defendants.

15      - - - - - - - - - - - - - - - - - - - x

16

17         CONTINUED DEPOSITION OF LAWRENCE C. LYON

18                   August 9, 2005

19                    10:20 a.m.

20              Peabody & Arnold, LLP

21                 30 Rowes Wharf

22              Boston, Massachusetts

23

24         Reporter:   Karen A. Interbartolo, RPR

Lawrence C. Lyon, Vol. 2                                          08/09/2005

117

1        A.    Exactly?

2        Q.    **No.   Your best approximation.**

3               MR. JOHNSON:   If you can answer the

4    question based upon knowledge, that's fine, but you're

5    not to speculate or guess about it.

6        A.    No, sir.

7        Q.    **Can you give me your best approximation of**

8    **what the gross margin on the Shriners Hospitals for**

9    **Children program was?**

10       A.    Gross margin?

11       Q.    **Yes.**

12              MR. JOHNSON:   Best approximation is not

13   the same as a guess.   It has to be based upon some

14   factual knowledge.

15       A.    $15 million.

16              MR. JOHNSON:   I'm sorry.   Could you read

17   the answer back, please?

18              (Record read.)

19       A.    Gross.

20       Q.    **Do you know what Vantage's gross revenues in**

21   **terms of the total amount of money that was paid on**

22   **account of the Shriners program were?**

23       A.    Again, this isn't an exact.

24       Q.    **I'm asking for your best approximation based**