UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VANTAGE FINANCIAL SERVICES, INC.
    Plaintiff,

v.

NONPROFIT SERVICE GROUP AND
GEORGE E. MILLER,
    Defendants.

C.A. No. 04-11686-WGY

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff provides herewith the following information in response to the Initial Disclosures required by Rule 26(a)(1), F.R.Civ.P.

(A) <u>Persons likely to have discoverable information that Plaintiff may use to support its claims, excepting for witnesses whose information bears solely on impeachment:</u>

| | Identity Information | Subject(s) |
|---|---|---|
| 1. | Harry Melikian<br>Vantage Travel Service<br>90 Canal Street<br>Boston, MA 02114<br>617-878-6000 | (1) Relationship between Vantage and Defendants,<br>(2) Shriners' contract engagement/advice,<br>(3) Defendants' malpractice,<br>(4) Vantage's damages |
| 2. | Henry Lewis<br>same address/tel. # | same subjects |
| 3. | Larry Lyon<br>Same addres/tel # | Subjects (1), (2) and (3) as above described. |
| 4. | George Miller<br>1601 North Kent Street<br>Arlington VA 22209 | Subjects (1), (2) and (3) as above described. |
| 5. | Brian LeClair<br>12 Fox Run Lane<br>Marblehead, MA 01945<br>781-631-9981 | Subjects (1), (2), (3) and (4) as above described. |

|   |   |   |
|---|---|---|
| 6. | Lynn Edmonds<br>Holliston, MA | Subjects (1), (2) and (3) as above described. |
| 7. | Peter Demakis<br>Hingham, MA | Subjects (1), (2) and (3) as above described. |
| 8. | Tim May, Esq.<br>Washington, DC | Subjects (2) and (3) as above described.<br>(5) Defendants' performance of services for which they were not qualified. |

(B) <u>Documents</u>: Plaintiff is aware of the following categories of documents, within its possession, custody or control that it may use to support its claims or defenses, excepting for documents to be used solely for impeachment:

|   | Description | Location(s) |
|---|---|---|
| 1. | Correspondence between Plaintiff and Defendants and/or Shriners | (1) Vantage<br>(2) Davis, Malm & D'Agostine |
| 2. | Memoranda of meetings between Plaintiff and Defendants and/or Shriners | (1) and (2) as above identified. |
| 3. | Defendants' bills rendered to Vantage | (1) and (2) as above identified. |
| 4. | Vantage's files on the Shriners and other professional engagements of Defendants | (1) as above identified. |
| 5. | Case files on <u>United States v. Lewis, et als.</u> including settlement files | (1) and (2) as above identified. |
| 6. | Papers filed in <u>United States v. Lewis, et als.</u> | (1) and (2) as above identified and United States District Court For the District of Mass. |
| 7. | Vantage financial records showing cost of defense and settlement of <u>United States v. Lewis, et als.</u> | (1) and (2) as above identified. |

(C)  Preliminary categories and computation of damages:

(1) <u>Cost of Settlement attributable to Shriners claim</u>:

(a) Amount of single damages claim of United States:   $6,000,000

-2-

(b) Amount of single damages claim attributable to mailings under Shriners contract prepared by Defendants — $3,000,000

(c) Amount paid to settle case — $4,500,000

(d) Amount of settlement attributable to punitive damages claims: less than $500,000

(e) Amount of settlement attributable to single damages claims — more than $4,000,000

(d) Amount of settlement attributable to claims based upon Shriners mailings — more than $2,000,000

(2) <u>Defense costs attributable to Shriners claims:</u>

(a) Total defense costs from time United States added Shriners claims — $781,266.14

(b) Defense costs attributable to Shriners claims (1/2 of total) — $390,633.07

(3) <u>Total damages attributable to defense and settlement of Shriners claims:</u> more than $2,390,633.07

(D) <u>Insurance:</u> Plaintiffs have no insurance that is available to indemnify them for any part of their damages in this case. Defendants have represented that they carried no professional liability insurance, or other insurance of any kind, that provides any coverage with respect to their liability for the claims asserted in this case.

VANTAGE FINANCIAL SERVICES, INC.

By its Attorneys,

Laurence M. Johnson
BBO #252720
Davis, Malm & D'Agostine
One Boston Place
Boston, MA 02108
(617) 367-2500
ljohnson@davismalm.com

341072v.1

-3-