Page 1

1                                          Volume: I

2                                          Pages: 1-192

3                                          Exhibits: 1-42

4              UNITED STATES DISTRICT COURT

5          FOR THE DISTRICT OF MASSACHUSETTS

6                 CA No. 04-11686WGY

7

8      _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ -x

9      VANTAGE FINANCIAL SERVICES, INC.,

10                          Plaintiff,

11     vs.

12     NONPROFIT SERVICE GROUP INC. and

13     GEORGE E. MILLER,

14                          Defendant.

15     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ x

16           30(b)(6) DEPOSITION OF VANTAGE

17             FINANCIAL SERVICES, INC.

18         BY HARRY MELIKIAN, DESIGNEE

19             June 17, 2005

20               11:00 a.m.

21          Peabody & Arnold, LLP

22             30 Rowes Wharf

23          Boston, Massachusetts

24       Reporter:  Nancy L. Russo

Harry Melikian

06/17/2005

Page 42

1  matters pertaining to the issues raised in this
2  lawsuit?
3      A.  No.
4      Q.  Did you talk about the lawsuit at all?
5      A.  No.
6      Q.  What did you do to prepare for your
7  deposition today, if anything?
8      A.  Very little.
9      Q.  What did you do?
10     A.  Very little, just hardly anything.  I just
11  wanted to make sure I understood before the deposition
12  what the facts are.
13     Q.  Did you look at any documents?
14     A.  No.  I didn't look at any documents, per se,
15  no.
16     Q.  Did you look at anything to help prepare for
17  the deposition?
18     A.  I just look at some of my previous
19  depositions that I had done.
20     Q.  In which case was that?
21     A.  That was the case with the government.
22     Q.  The SAC-LAD case?
23     A.  Yes.
24     Q.  Did you look at your deposition transcripts

Page 43

1  in any other case?
2      A.  No.
3      Q.  Did you speak to anyone other than your
4  lawyers concerning this deposition today?
5      A.  No.
6      Q.  Have you ever been involved as an employee of
7  Vantage in drafting agreements to provide fund raising
8  services to Vantage's clients?
9      A.  Yes.
10     Q.  Can you describe the extent of your
11  involvement in drafting such agreements?
12     A.  It depends on the client.
13     Q.  Have you ever written entire agreements
14  yourself?
15     A.  Probably not.
16     Q.  What generally have you done in the way of
17  participating in the drafting of such fund raising
18  agreements?
19     A.  My personal involvement?
20     Q.  Yes.
21     A.  Only if there were modifications from certain
22  standard agreements would I get involved generally.
23     Q.  When you say standard agreements, what are
24  you referring to?

Page 44

1      A.  We have certain agreements -- two or three
2  agreements which are standard templates.
3      Q.  Can you identify those standard templates by
4  name?
5      A.  No.
6      Q.  Is it possible to generally describe each one
7  of those templates, how they differ from one another?
8          MR. JOHNSON:  Objection to form.
9      A.  If you can either rephrase the question -- I
10  am not sure I understand it properly.
11     Q.  Well, you indicated that there are two or
12  three standard templates for agreements that Vantage
13  employs.  Is that currently the case?
14     A.  I believe there are two or three standards,
15  yes.
16     Q.  How long have those standards been in place?
17     A.  I can't give you a definite time.  I would
18  say at least a year.
19     Q.  In June of '99, did Vantage have a standard
20  template agreement?
21     A.  I can't say with certainty.  I don't want to
22  guess.
23     Q.  Do you know when Vantage began the practice
24  of keeping standard template agreements on hand?

Page 45

1      A.  Yes.  And I can't guess on a date, but it's
2  been a while.  I cannot guess.
3      Q.  Were you involved in negotiating the
4  agreement to provide fund raising consulting and
5  management services to the Shriners Hospitals for
6  Children that was signed by Vantage on or about
7  June 17, 1999?
8      A.  No.
9      Q.  Were you involved in any way in drafting that
10  agreement?
11     A.  No.
12     Q.  Who, to your knowledge, was involved in
13  negotiating that agreement?
14     A.  From whose perspective?
15     Q.  From yours.
16     A.  I need it to be rephrased.  When you say who
17  was involved, from Vantage's side?  Is that what you're
18  asking.  I don't know what you are asking.
19     Q.  Yes, from Vantage side.
20     A.  To the best of my knowledge, the work was
21  done primarily by Larry Lyon.  And I don't know anyone
22  else who had been involved.
23     Q.  Who, to your knowledge, was involved in
24  negotiating that agreement on behalf of the Shriners?

LegaLink Boston
(800) 822-3376

Harry Melikian

06/17/2005

Page 46

1    A.  Jay Fleisher.
2    Q.  Who was responsible for drafting the
3  June 17th agreement on Vantage's side?
4    A.  George Miller.
5    Q.  Was anyone else involved in the drafting of
6  that agreement from Vantage's side?
7    A.  I don't have any personal knowledge of
8  anybody else on Vantage's side.
9    Q.  Do you know who was responsible for drafting
10  the agreement from the Shriners side?
11    A.  I don't have personal knowledge.
12    Q.  Do you have some knowledge from any source
13  that would help you answer that question?
14    A.  The last question you asked?
15    Q.  Yes.
16    A.  The only source I would use would be Larry.
17    Q.  Based on that source of information, who was
18  involved in drafting the agreement from the Shriners
19  side?
20        MR. JOHNSON:  Objection to the form.
21  You may answer.
22    A.  Jay Fleisher.
23    Q.  Did Lynn Edmunds have any role in negotiating
24  or drafting the June 17th agreement with the Shriners?

Page 47

1    A.  I do not know.
2    Q.  Is there some particular reason why you don't
3  have that information?
4    A.  Because I was on medical leave.
5    Q.  When were you on medical leave?
6    A.  March 23rd to May 31st.
7        MR. JOHNSON:  That testimony has been
8  given.
9    A.  '99.
10    Q.  Did you return to work immediately after
11  May 31st?
12    A.  I don't recall.  I think it was on an
13  intermittent basis.
14    Q.  What was the nature of your illness?
15    A.  I had cancer.
16        (Exhibit No. 1 marked for
17  identification.)
18    Q.  I'm going to show you what's been marked as
19  Exhibit 1.  Could you please take a look at that?
20    A.  (Witness complies.)
21    Q.  I'm going to ask you whether or not you're
22  familiar with that document in the sense that you have
23  seen it before.
24    A.  I have never seen this document before.

Page 48

1    Q.  Would you just look at the top.  It appears
2  to be a fax that originated from the Ipswich Country
3  Club dated April 15, 1999.  Do you see that?
4    A.  Yes, I do.
5    Q.  In your experience, do you know whether or
6  not Larry Lyon is a member of the Ipswich Country Club?
7    A.  I do not know that.
8    Q.  Have you ever received faxes from him that
9  originated from the Ipswich Country Club?
10    A.  No, I did not.
11        (Exhibit No. 2 marked for
12  identification.)
13    Q.  I'm going to show you what's been marked as
14  Exhibit 2.  It appears to be a collection of documents
15  that, again, were faxed from the Ipswich Country Club
16  on April 15, 1999.  Have you ever seen that document
17  before today?
18    A.  No.  Excuse me.  The first three pages I have
19  never seen before.
20    Q.  Is there some portion of the document you
21  have seen before?
22    A.  I'm looking at it right now.  On the loan
23  agreement, I'm not specifically certain I can recall
24  seeing that before.  With respect to the agreement to

Page 49

1  provide fund raising consulting and management
2  services, I've seen a similar executed document, but I
3  don't know if this is the exact document.
4    Q.  Have you ever seen any draft versions of the
5  June 17, 1999 agreement to provide fund raising
6  consulting and management services that Vantage entered
7  into with Shriners Hospitals for Children?
8    A.  No.
9    Q.  Have you ever read the agreement that was
10  actually executed on June 17, 1999 between Vantage and
11  Shriners?
12    A.  I have.
13    Q.  If you look at Exhibit 2 starting at page
14  NSG 0766, if you look at it, does that appear to be the
15  same agreement that Vantage and the Shriners executed
16  on June 17, 1999?
17        MR. JOHNSON:  Objection to the form.
18    A.  No.
19    Q.  Does it appear to be a draft of that
20  agreement?
21    A.  I can't tell you because I never saw a draft.
22    Q.  Why did you answer no to my previous
23  question?
24    A.  What was your previous question?

LegaLink Boston
(800) 822-3376

Harry Melikian

06/17/2005

Page 86

1 before.
2          MR. NAHIGIAN:  I don't think so but --
3          MR. JOHNSON:  The record will speak for
4 itself.  The testimony was he wasn't involved in the
5 first, second, third and fourth.
6          (Exhibit No. 7 marked for
7 identification.)
8      Q.  I'm going to show you what's been marked as
9 Exhibit 7.  It's a copy of a letter dated
10 October 25, 2000 from Larry Lyon to John VerMass and
11 Robert Turnipseed cc'd to Morris Goldings and Harry S.
12 Melikian?
13     A.  Yes.
14     Q.  Is that a document you have seen before
15 today?
16     A.  Well, I see that I have been copied on it,
17 and I don't recollect the entire document, but I see it
18 in front of me.
19     Q.  Do you have any reason to believe that you
20 did not receive a copy of this document with its
21 attachment shortly after October 25, 2000?
22          MR. JOHNSON:  Objection to form.
23     A.  I can't specifically recollect that I did or
24 didn't receive it, but I have been copied on it.  I do

Page 87

1 acknowledge that.
2      Q.  Do you recognize the signature on the first
3 page as Larry Lyon's signature?
4      A.  It appears to be Larry's signature.
5      Q.  Are you familiar with any effort at any time
6 after June 17, 1999 to amend paragraph 13 of the
7 June 17, 1999 agreement between the Shriners Hospitals
8 for Children and Vantage Financial Services?
9      A.  I know that there was discussion of it, but I
10 am not sure if I was part of it or not.  I know there
11 was discussion, but I don't recall whether I was
12 involved with it or not.
13     Q.  Tell me what you know about it.
14     A.  I would have to read this to see.  I don't
15 specifically recall.  Again, it was almost five years
16 ago.
17     Q.  You can read it but what is the source of the
18 information that you had that there were discussions
19 about amending paragraph 13?  Did someone tell you
20 that?
21     A.  What my understanding is this was something
22 that was being worked on by Larry, and that is why his
23 signature, I believe, is on there.  I was not involved
24 in this.

Page 88

1      Q.  Did Larry tell you anything about this?
2      A.  Other than being copied on it, that was the
3 extent of my understanding from Larry.
4      Q.  Directing your attention to the second to
5 last page of the exhibit, is that a true copy of
6 Henry R. Lewis' signature on that page?
7      A.  That appears to be his signature.
8      Q.  And we're referring to Exhibit 7.  Is that,
9 again, a true and accurate copy of Lawrence C. Lyon's
10 signature on that page?
11          MR. JOHNSON:  Objection to the form.
12     A.  It appears to be Larry's signature.
13     Q.  Is that a true and accurate copy of
14 John J. Muller's signature on that page?
15          MR. JOHNSON:  Objection to the form.
16     A.  It appears to be his signature.
17     Q.  And we're referring to Exhibit 7; is that
18 correct?
19     A.  Yes.
20     Q.  Do you have any understanding as to why
21 Larry Lyon was working on amending paragraph 13 to the
22 June 17th agreement between Vantage Financial Services
23 and the Shriners Hospitals for Children?
24     A.  Only by reading the letter.

Page 89

1      Q.  Tell me what your understanding is based on
2 your reading of the letter.
3      A.  That we would not implead the Shriners as a
4 third party defendant in the case.
5      Q.  In exchange on what based on the letter?
6      A.  It looks like -- again, just reading the
7 document, it looks like there was a consideration given
8 of an amendment to paragraph 13.1 of the agreement and
9 paragraph 13.2.
10     Q.  The effect of the amendment would be to
11 delete paragraph 13.1 and 13.2 as they appeared in the
12 original June 17, 1999 agreement; is that correct?
13          MR. JOHNSON:  Objection to the form.
14     A.  That is not what this says.
15     Q.  What does it say?
16     A.  The document speaks for itself.  13.1 of the
17 agreement is deleted.
18     Q.  And replaced, correct?
19     A.  And replaced.
20     Q.  And it also says that paragraph 13.2 --
21     A.  Is amended.  You said deleted.  And it's
22 being amended by deleting a heading and inserting a
23 clause that is entitled "termination in the event of
24 default."

23 (Pages 86 to 89)

Harry Melikian                                                                06/17/2005

Page 158

1   Jay Fleisher to Laurence M. Johnson and a
2   December 4, 2003 letter -- it's not signed by
3   Mr. Johnson, but it is countered signed by the Shriners
4   Hospitals for Children on the page that bears
5   production number 01912. Have you seen the
6   December 4, 2003 letter that is included in this
7   document before today?
8       A.  I do not believe I have seen this.
9       Q.  Have you seen another version of this letter?
10      A.  No.
11      Q.  Do you know whether or not this letter
12  represents the final agreement that was reached between
13  the Shriners and Vantage concerning the matters
14  relating to the June 17th, '99 agreement?
15      A.  I cannot say because I don't see it signed by
16  us on the outside, but I can't say yes or no.
17      Q.  It is signed by the other side.
18      A.  It is not signed by our side.
19      Q.  Do you know whether or not your side ever
20  signed such an agreement?
21      A.  I cannot say. I know I did not sign it.
22      Q.  Do you know whether or not Vantage entered
23  into an agreement in December of 2003 to resolve any of
24  the remaining issues concerning the June 17th, 1999

Page 159

1   agreement?
2       A.  I believe we did.
3       Q.  Do you know whether or not this letter dated
4   December 4, 2003 actually reflects the terms of that
5   agreement?
6       A.  All I know is we received the money. That's
7   all I can say.
8       Q.  What money is that?
9       A.  The outstanding amount.
10      Q.  Do you know whether or not Vantage and the
11  Shriners exchanged mutual releases as a part of the
12  final agreement?
13      A.  I do not know that. I assume so, but I can't
14  assume anything.
15      Q.  If such releases had been executed, do you
16  know where they would be?
17      A.  I do not personally know where they would be.
18      Q.  Okay.
19          (Discussion off the record.)
20  BY MR. NAHIGIAN:
21      Q.  Do you have any understanding about how the
22  Shriners Hospitals for Children agreement became part
23  of the underlined SAC-LAD lawsuit?
24      A.  Yes.

Page 160

1       Q.  What is your understanding about that?
2       A.  That the US attorney went to several mail
3   houses throughout the country to find mailings that we
4   had made that when we produced documents to them, they
5   then went to the Shriners to get the rest of the
6   documentation that we hadn't -- not that we hadn't
7   given them, that we didn't have.
8       Q.  Do you know whether or not the conduct
9   related to the June 17, 1999 agreement with the
10  Shriners is referenced at all in the complaint in the
11  SAC-LAD case?
12      A.  I really am not sure what you are asking me.
13      Q.  We'll move on.
14          (Exhibit No. 35 marked for
15  identification.)
16      Q.  I want to show you what's been marked as
17  Exhibit 35. Have you ever seen that document before
18  today?
19      A.  I have seen a document that is like this,
20  yes.
21      Q.  What type of document is that based on your
22  knowledge?
23          MR. JOHNSON:  Objection to the form.
24      A.  What type of what?

Page 161

1       Q.  You said you have seen documents like this.
2   What is the document?
3       A.  This is from the US Government and it's a
4   document which purports to provide Vantage with their
5   calculation of single damages.
6       Q.  If you look at the third page of the
7   document, do you see a reference to Shriners Hospitals
8   for Children on that page? It is actually the third
9   page in the collection of documents. Take a look at
10  that page. It says page two at the top. Do you see
11  the reference for Shriners Hospitals for Children
12  there?
13      A.  I see the reference, yes, I do.
14      Q.  If you read across the row in the column
15  single damages it says "$184,668.48." Do you see that?
16      A.  Yes.
17      Q.  Did that number increase, to your knowledge,
18  as the case went on?
19      A.  Yes, it did.
20      Q.  Do you know why it did?
21      A.  Yes, I do.
22      Q.  Why?
23      A.  Because we turned over all the documents that
24  we had, plus they got additional documents from the

41 (Pages 158 to 161)

90 Canal Street Boston, MA 02114-2031



# VANTAGE
THE VANTAGE GROUP

TELEPHONE: 617 878-6000
FAX: 617 878-6156

Delivery by Hand

October 25, 2000

Mr. John D. VerMaas, President
Mr. Gene Bracewell, Treasurer
Shriners Hospital for Children
2900 Rocky Point Drive
Tampa, FL 33607-1435

and

Mr. Robert Turnipseed
Imperial Potentate
Imperial Council Shrine of North America
2900 Rocky Point Drive
Tampa, FL 33607-1435

Dear Messrs VerMaas, Bracewell and Turnipseed:

You recently raised an issue regarding any potential postage deficiency claims that may be asserted against either the Imperial Council Shrine of North America and/or the Shriners Hospitals for Children (hereinafter individually and collectively referred to as "Shriners") as a result of the ongoing litigation between Vantage and the United States Postal Service. Currently, Vantage is vigorously defending against any and all of the alleged postage deficiency claims.

Given the long term relationship between Vantage and the Shriners, Vantage agrees to refrain from impleading the Shriners as a third party defendant in the current litigation between Vantage and the United States Postal Service, which is pending in Federal Court in Boston; provided, however, that the Shriners shall agree to amend Paragraph 13 of the Agreement by and between Vantage Financial Services, Inc. and Shriners Hospital for Children, dated June 17, 1999. A copy of the proposed amendment is attached.

This letter does not affect the rights or obligations of the parties pursuant to any other provisions of the agreement dated June 17, 1999 and referred to above.

This letter supersedes all prior oral or written communications relating to this subject matter.

Sincerely,

Lawrence C. Lyon
Senior Vice President
 Sales & Marketing

**SHC 00872**

Cc:   Morris Goldings, Esquire, Mahoney, Hawkes & Goldings
      Harry S. Melikian, Executive Vice President, The Vantage Group, Inc.

*www.vantagetravel.com*

# Addendum

This Addendum is made to the Agreement To Provide Fund Raising, Consulting and Management Services ("Agreement") dated June 17, 1999. This Addendum is entered into this ____ day of October  , 2000, by and between Shriners Hospitals For Children, a nonprofit corporation with its principal office located at 2900 Rocky Point Drive, Tampa, FL 33607 (hereinafter "Shriners"), and Vantage Financial Services, Inc., a Massachusetts corporation with its principal office located at 90 Canal Street, Boston, MA 02114 (hereinafter "Vantage").

## Recitals

A.  Shriners and Vantage are parties to the Agreement dated June 17, 1999.

B.  In light of Vantage agreeing to refrain from impleading Shriners and the Imperial Council Shrine of North America as a third party defendant in any pending litigation between Vantage and the United States Postal Service, the parties desire to modify Paragraph 13 of the Agreement.

## Agreement

Now, therefore, in consideration of the foregoing premises and the mutual covenants and agreements set forth below, the parties hereto covenant and agree to amend Paragraph 13 of the Agreement as follows:

**Section 1.**

Paragraph 13.1 of the Agreement is deleted.

**Section 2.**

Insert a new Paragraph 13.1 as follows:

"Paragraph 13.1 <u>Breach and Event of Default</u>

"If one party determines that the other party has breached the Agreement, then the non-breaching party shall give Notice to the other party within five (5) business days after discovery of the breach and shall state the nature of the breach in the Notice. If the breaching party fails to cure the breach within forty five (45) days from the date of Notice, then an event of default has occurred, and the non-breaching party may terminate the Agreement, provided, however, that the non-breaching party shall facilitate any effort to cure the alleged breach."

SHC 00884

**Section 3.**

Paragraph 13.2 is amended as follows:

(a) Delete the heading and insert in lieu thereof: "Paragraph 13.2 Termination in the Event of Default."

(b) At the beginning of the first sentence of Paragraph 13.2 after the phrase, "In the event this Agreement is terminated," delete the words: "for any other reason than that provided in Section 13.1 hereof."

In Witness Whereof, we have executed this Agreement on behalf of Shriners and Vantage as of the Effective Date first entered above.

**Vantage Financial Services, Inc.**

By: _____
Henry R. Lewis
President & Chief Executive Officer

**Vantage Financial Services, Inc.**

By: _____
Lawrence C. Lyon
Senior Vice President Sales &
Marketing

COMMONWEALTH OF MASSACHUSETTS )ss.:
COUNTY OF SUFFOLK        )

The foregoing instrument was acknowledged before me, the undersigned Notary Public, in and for said Commonwealth, on the 25th day of October, 2000 by Henry R. Lewis, as President & Chief Executive Officer and Lawrence C. Lyon, Senior Vice President Sales & Marketing of Vantage Financial Services, Inc., a Massachusetts corporation, for the purposes therein expressed as the act and deed of said corporation. They are personally known to me.  In witness whereof I hereunto set my hand and official seal.

_____
Notary Public   10/24/00
John J. Muller
Commission Expires:

MY COMMISSION EXPIRES AUGUST 23, 200_

SHC 00885

Shriners Hospitals for Children

By: _____
     John D. VerMaas
     President


By: _____
     Gene Bracewell
     Treasurer


STATE OF FLORIDA        )
                        ) ss.:
COUNTY OF HILLSBOROUGH)

The foregoing instrument was acknowledged before me, the undersigned
Notary Public, in and for said State, on the _____ day of
_____, 2000, by John D. VerMaas, as President and Gene
Bracewell as Treasurer of Shriners Hospitals for Children, a
Colorado corporation, for the purposes therein expressed as the act
and deed of said corporation. They are personally known to me.  In
witness whereof I hereunto set my hand and official seal.


                    _____
                    Notary Public _____
                              Notary's Name
                              Typed
                    My Commission Expires:


SHC 00886



**U.S. Department of Justice**



*United States Attorney*
*District of Massachusetts*

---

*Telephone: (617) 748-3355 ·*
*Facsimile: (617) 748-3969*

*United States Courthouse - Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

March 1, 2001

By Regular Mail

Brian W. LeClair, Esq.
Mahoney Hawkes
75 Park Plaza
Boston, MA 02116

  Re: U.S. v. Henry R. Lewis et al. (C.A. No. 97-10052-MLW)

Dear Mr. LeClair:

  Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, the United States supplements its interrogatory answers by enclosing (i) a revised Summary of Single Damages, (ii) a revised synopsis of calculations, entitled February 2001 Synopsis of Calculations, and (iii) a revised spreadsheet that was used to generate the calculations, entitled "Documentation of mailings that violate the Cooperative Mail Rule," along with an explanation sheet.

  I anticipate that these calculations may be revised in the future as additional information relative to damages is discovered by the United States. Please do not hesitate to contact me if you have any questions.

       Sincerely,

       Peter K. Levitt
       Assistant U.S. Attorney

cc (w/ encl.): Exhibit A

Exhibit A

Brian W. LeClair, Esq.
Mahoney, Hawkes & Goldings, LLP
75 Park Plaza
Boston, MA   02116

Mitchell Kamarck, Esq.
Rosenfeld, Meyer & Susman, LLP
9601 Wilshire Boulevard, 4th Floor
Beverly Hills, CA   90210-5288

Errol Copilevitz, Esq.
Copelevitz & Cater, LLC
434 W. Eighth Street, Suite 400
Kansas City, MO   64105

Daniel B. Hales, Esq.
Peterson & Ross
200 East Randolph Drive, Suite 7300
Chicago, IL   60601-6969

Albert M. Monaco, Jr., Esq.
Bogardus & Nichols, P.C.
35 "G" Street South
Lakeview, OR   97630-1897

Christopher T. Shaheen, Eq.
Dorsey & Whitney, LLP
220 South Sixth Street
Minneapolis, MN   55402-1498

Edwin F. Landers, Jr., Esq.
Morrison, Mahoney & Miller
250 Summer Street
Boston, MA   02210

Kevin T. Peters, Esq.
Todd & Weld
28 State Street
Boston, MA  02109

Robert F. Lucas, Esq.
Nigro, Pettepit & Lucas
649 Main Street
Wakefield, MA  01880

Barry A. Guryan, Esq.
Epstein, Becker & Green, PC
75 State Street
Boston, MA  02109

Leigh-Ann Patterson, Esq.
Nixon Peabody, LLP
P. O. Box 1051
Rochester, NY  14603-1051

Kevin Tierney, Esq.
Cogavin & Waystack
2 Center Plaza
Boston, MA  02108

Peter C. Knight, Esq.
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA  02210-1181

John E. Tuthill, Esq.
3300 49th Street North
St. Petersburg, FL  33710

David G. Goldbas, Esq.
258 Genesse Street
Utica, NY  13502

Francis J. O'Connor, Esq.
c/o Wilson D. Rogers, Jr., PC
1 Union Street
Boston, MA   02108

Patrick T. Voke, Esq.
Morrison, Mahoney & Miller
250 Summer Street
Boston, MA   02210

Thomas P. Collins, Esq.
10 Main Street, Suite L9
Andover, MA   01810

Vincent G. Campanella, Esq.
Campanella, Fusillo & Luz
Lewis Wharf - Bay 119
Boston, MA   02110-3927

Michael J. Tierney, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA   19103-2799

 

US Postal Inspection Service

Page 1

2/22/2001

## SUMMARY OF SINGLE DAMAGES

| Seq. No. | Organization | Number of pieces | Postage paid | Bulk Rate Postage | Single Damages | Percent |
|---|---|---|---|---|---|---|
| 1 | Amateur Trap Shooting Hall of Fame | 122,753 | $ 17,748.56 | $ 27,200.54 | $ 9,451.98 | 0% |
| 6 | American Legion Department of Tennessee | 299,360 | $ 32,334.96 | $ 55,385.68 | $ 23,050.72 | 1% |
| 7 | American Numismatic Association | 131,926 | $ 13,354.18 | $ 23,512.48 | $ 10,158.30 | 0% |
| 9 | American Truck Historical Society | 95,618 | $ 9,627.08 | $ 16,989.67 | $ 7,362.59 | 0% |
| 10 | Ancient Order of Hibernians | 248,266 | $ 25,674.45 | $ 44,790.93 | $ 19,116.48 | 1% |
| 11 | Arizona Grand Lodge | 56,332 | $ 5,716.32 | $ 10,053.88 | $ 4,337.56 | 0% |
| 12 | Association of Birth Defect Children | 48,655 | $ 5,272.12 | $ 9,018.56 | $ 3,746.44 | 0% |
| 15 | Bnai Zion Foundation | 45,156 | $ 4,267.18 | $ 7,744.19 | $ 3,477.01 | 0% |
| 16 | California Columbian Charities | 441,618 | $ 44,025.53 | $ 78,030.12 | $ 34,004.59 | 1% |
| 17 | California Masonic Foundation | 610,580 | $ 80,293.96 | $ 127,308.62 | $ 47,014.66 | 2% |
| 18 | California OES | 251,811 | $ 30,307.53 | $ 49,696.98 | $ 19,389.45 | 0% |
| 20 | Catholic Daughters of the Americas | 1,566,440 | $ 162,405.82 | $ 283,021.70 | $ 120,615.88 | 4% |
| 21 | Children's Aid International | 164,423 | $ 18,484.24 | $ 31,144.81 | $ 12,660.57 | 0% |
| 22 | Cryptic Mason's Medical Research Foundation | 92,213 | $ 12,758.86 | $ 19,859.26 | $ 7,100.40 | 0% |
| 23 | Drag Racing Association of Women | 950,981 | $ 98,327.78 | $ 171,553.32 | $ 73,225.54 | 2% |
| 24 | Fleet Reserve Association | 3,686,952 | $ 452,375.18 | $ 736,270.48 | $ 283,895.30 | 10% |
| 27 | Full Gospel Business Men's Fellowship | 149,831 | $ 16,996.23 | $ 28,533.22 | $ 11,536.99 | 0% |
| 28 | General Federation of Women's Clubs | 1,014,423 | $ 95,002.51 | $ 173,113.08 | $ 78,110.57 | 3% |
| 29 | General Grand Chapter OES | 1,958,610 | $ 199,235.03 | $ 350,048.00 | $ 150,812.97 | 5% |
| 30 | George Washington Masonic National Memorial Association | 1,066,178 | $ 114,318.28 | $ 196,413.99 | $ 82,095.71 | 3% |
| 31 | Texas OES | 157,200 | $ 16,478.29 | $ 28,582.69 | $ 12,104.40 | 0% |
| 34 | Grand Lodge of KS | 265,257 | $ 26,145.99 | $ 46,570.78 | $ 20,424.79 | 1% |
| 35 | Grand Lodge of MA | 203,299 | $ 25,278.13 | $ 40,932.15 | $ 15,654.02 | 1% |
| 36 | Grand Lodge MI | 65,600 | $ 5,931.34 | $ 10,982.54 | $ 5,051.20 | 0% |
| 37 | Grand Lodge NH | 50,177 | $ 5,262.02 | $ 9,125.65 | $ 3,863.63 | 0% |
| 39 | Grand Lodge TX | 578,670 | $ 55,003.44 | $ 99,561.03 | $ 44,557.59 | 2% |
| 40 | Grand Lodge VA | 138,517 | $ 16,422.06 | $ 27,087.87 | $ 10,665.81 | 0% |
| 41 | Grand Lodge WI | 66,861 | $ 6,391.73 | $ 11,540.03 | $ 5,148.30 | 0% |
| 42 | Grand Lodge WY | 38,809 | $ 3,946.87 | $ 6,935.16 | $ 2,988.29 | 0% |
| 45 | Hofstra University Alumni Relations Office | 50,250 | $ 4,600.74 | $ 8,469.99 | $ 3,869.25 | 0% |
| 46 | Human Rights Charitable Foundation | 88,856 | $ 10,062.30 | $ 15,364.21 | $ 5,301.91 | 0% |
| 47 | Humane Society of the US | 2,152,644 | $ 239,705.94 | $ 405,459.53 | $ 165,753.59 | 6% |
| 48 | Illinois OES | 70,142 | $ 6,740.26 | $ 12,141.19 | $ 5,400.93 | 0% |
| 50 | Independent Telephone Pioneer Association | 66,359 | $ 6,759.08 | $ 11,868.72 | $ 5,109.64 | 0% |
| 51 | Indiana Elks Association | 110,664 | $ 9,739.17 | $ 18,260.30 | $ 8,521.13 | 0% |
| 53 | Iowa Farm Bureau Federation | 100,198 | $ 9,263.51 | $ 16,978.76 | $ 7,715.25 | 0% |
| 54 | Irish Educational Trust (Services) | 93,346 | $ 10,270.94 | $ 17,458.58 | $ 7,187.64 | 0% |
| 55 | Irish National Caucus | 54,137 | $ 5,524.71 | $ 9,693.26 | $ 4,168.55 | 0% |
| 56 | Kentucky OES | 187,614 | $ 20,001.82 | $ 34,448.10 | $ 14,446.28 | 0% |
| 57 | Lions of Illinois Foundation | 148,015 | $ 14,237.62 | $ 25,634.78 | $ 11,397.16 | 0% |
| 58 | MA K of C | 449,729 | $ 48,248.86 | $ 82,877.99 | $ 34,629.13 | 1% |
| 59 | MA OES | 79,747 | $ 7,770.90 | $ 13,911.42 | $ 6,140.52 | 0% |

Case 1:04-cv-11686-WGY    Document 28-10    Filed 09/29/2005    Page 15 of 29




| Seq. No. | Organization | Number of pieces | Postage paid | Bulk Rate Postage | Single Damages | Percent |
|---|---|---|---|---|---|---|
| 61 | Moose International Inc. | 5,140,252 | $ 480,909.36 | 876,708.76 | $ 395,799.40 | 13% |
| 62 | National Italian American Foundation | 151,027 | $ 15,729.72 | 27,358.80 | $ 11,629.08 | 0% |
| 64 | National Parks and Conservation | 222,962 | $ 24,152.29 | 41,320.36 | $ 17,168.07 | 1% |
| 65 | National Wild Turkey Federation | 598,458 | $ 62,140.80 | 108,222.07 | $ 46,081.27 | 2% |
| 68 | NJ K of C | 660,690 | $ 62,001.63 | 112,874.76 | $ 50,873.13 | 2% |
| 71 | NY State Conservation Council | 49,983 | $ 4,950.79 | 8,753.28 | $ 3,802.49 | 0% |
| 72 | NY K of C | 1,307,718 | $ 157,096.13 | 257,790.42 | $ 100,694.29 | 3% |
| 73 | National Anti-Vivisection Society | 65,119 | $ 7,472.08 | 12,486.24 | $ 5,014.16 | 0% |
| 74 | OH K of C | 227,930 | $ 29,497.94 | 47,048.55 | $ 17,550.61 | 1% |
| 78 | Order Sons of Italy in America | 417,160 | $ 42,312.00 | 74,433.32 | $ 32,121.32 | 1% |
| 79 | Parents Without Partners | 84,273 | $ 9,601.86 | 16,090.88 | $ 6,489.02 | 0% |
| 80 | PA Friends of Agriculture Foundation | 76,039 | $ 7,298.86 | 13,153.86 | $ 5,855.00 | 0% |
| 82 | Police Hall of Fame | 585,492 | $ 66,876.94 | 111,959.82 | $ 45,082.88 | 2% |
| 83 | Polish National Alliance | 340,641 | $ 42,252.42 | 68,481.78 | $ 26,229.36 | 1% |
| 85 | Quail Unlimited | 159,577 | $ 17,186.70 | 29,474.13 | $ 12,287.43 | 0% |
| 87 | Simon Foundation for Continence | 121,163 | $ 13,537.89 | 22,867.44 | $ 9,329.55 | 0% |
| 89 | Telephone Pioneers of America, Region 3 | 245,137 | $ 25,755.49 | 44,631.04 | $ 18,875.55 | 1% |
| 94 | U. S. Shooting Foundation | 834,419 | $ 91,562.94 | 155,813.20 | $ 64,250.26 | 2% |
| 95 | US Naval Academy Alumni Association | 170,879 | $ 21,047.28 | 34,204.96 | $ 13,157.68 | 0% |
| 97 | US Volleyball Association | 83,274 | $ 9,465.55 | 15,877.65 | $ 6,412.10 | 0% |
| 98 | Waterfowl USA | 50,909 | $ 5,185.35 | 9,105.34 | $ 3,919.99 | 0% |
| 99 | Western Youth Tennis Foundation | 246,543 | $ 27,009.39 | 45,993.20 | $ 18,983.81 | 1% |
| 100 | Wildlife Forever | 865,889 | $ 92,751.79 | 159,432.94 | $ 66,681.15 | 2% |
| 102 | Cincinnati Zoo | 173,963 | $ 18,560.15 | 31,955.30 | $ 13,395.15 | 0% |
| BUCK | BuckMasters, LTD | 33,586 | $ 3,463.99 | 6,050.11 | $ 2,586.12 | 0% |
| GL OK | Grand Lodge of Oklahoma | 165,355 | $ 16,161.21 | 28,893.55 | $ 12,732.34 | 0% |
| GL WA | Grand Lodge of Washington | 43,774 | $ 4,226.15 | 7,596.75 | $ 3,370.60 | 0% |
| IMP SHRINE | Imperial Council AAONMS | 2,893,111 | $ 323,694.36 | 546,463.91 | $ 222,769.55 | 8% |
| IAFF | International Association of Fire Fighters | 424,483 | $ 49,125.89 | 81,811.08 | $ 32,685.19 | 1% |
| LADIES FRA | Ladies' Auxiliary Fleet Reserve Association | 114,101 | $ 13,746.64 | 22,532.42 | $ 8,785.78 | 0% |
| MA ELKS | Massachusetts Elks Association | 278,074 | $ 27,100.41 | 48,512.11 | $ 21,411.70 | 1% |
| MN OES | Minnesota Order of the Eastern Star | 80,745 | $ 8,474.93 | 14,692.30 | $ 6,217.37 | 0% |
| SHRINERS HOSP. | Shriner's Hospital for Children | 2,398,292 | $ 291,106.61 | 475,775.09 | $ 184,668.48 | 6% |
| SPCA SF | SPCA of San Francisco | 83,909 | $ 7,762.88 | 14,243.87 | $ 6,460.99 | 0% |
| TSA | Tennessee Sheriff's Association | 245,999 | $ 27,351.23 | 46,293.15 | $ 18,941.92 | 1% |
| US NAVY | U.S Navy Memorial Foundation | 252,823 | $ 26,841.76 | 46,309.13 | $ 19,467.37 | 1% |
| USTA South | United States Tennis Association, Southern Section | 168,809 | $ 15,819.16 | 28,817.45 | $ 12,998.29 | 0% |
| Totals | | 38,260,275 | $ 4,141,562.09 | | $ 2,946,041.18 | 100% |

Highlighted = Nonprofits joined by Vantage 12/99



## February 2001 Synopsis of Calculations

1.    In late 1997 and early 1998, Vantage Travel Services, Inc. ("Vantage") provided the United States with copies of its secret "side agreements" with its not-for-profit clients and associated mailing information. Based on the information provided by Vantage at that time, the United States Postal Inspection Service ("USPIS") calculated the single damages due the United States Postal Service as the difference between the non-profit standard mail rate (formerly, the special bulk third-class rate) (hereinafter, the "non-profit rate") and the regular third-class bulk rate (the "regular rate") for all the cooperative mailings sent by, or caused to be sent by, Vantage at the non-profit rate for the pertinent time period. These calculations resulted in the "Synopsis of Calculations" which the United States voluntarily provided to representatives of Vantage in a meeting between the parties in Spring 1998 (the "Spring 1998 Synopsis of Calculations"). At a subsequent meeting between the parties in July 1998, the United States provided representatives of Vantage with a spreadsheet detailing the single damage amounts attributable to Vantage's contracts with individual non-profit clients (the "July 21, 1998 Computation of Damages").

2.    Based on the information provided by Vantage, the USPIS prepared a spreadsheet to compile the data. The USPIS calculated an average difference in postage between the non-profit rate and regular rate for the pertinent period. The range in differences between the non-profit rate and the regular rate during the pertinent time period was $.07 to $.11. The USPIS therefore used an average postage rate difference of $.09. This formula took into consideration that the mailer would not be entitled to the discounted rate for all mail pieces entered into the postal system. In addition, the formula allowed for a small discount for some pieces of mail that may not have been entitled to the discounted rate. In preparing these calculations, the USPIS eliminated any mailings that appeared to be mailed at the regular rate.

3.    The Spring 1998 Synopsis of Calculations was based on 18,227,610 pieces of mail, mailed by, or caused to be mailed by, Vantage at an average postal rate difference of $.09. The total single damages, based on this information, was $1,640,484.90. For determining the base number of false statements to the U.S. Postal Service under the False Claims Act, the USPIS used the number of mailings documented by Vantage in connection with the secret side agreements, which totaled 327. This was a conservative number since multiple PS Forms 3602 are normally used to document a single mailing. Assuming a minimum penalty of $5,000 for each false statement, the total penalties were calculated as $1,635,000 ($5,000 x 327).

4.    Since completion of the Spring 1998 Synopsis of Calculations, the United States has received additional information bearing on damages from numerous sources, including Vantage, Vantage's non-profit clients, and



various mailhouses which served as agents for Vantage. Based on the new information, the USPIS created a new spreadsheet to calculate the number of pieces mailed by, or caused to be mailed by, Vantage at the non-profit rate, and also created the "May 2000 Synopsis of Calculations". The May 2000 Synopsis of Calculations was subject to revision as additional information was discovered throughout the course of the litigation.

5.  At a meeting between the parties in July 1998, Harry Melikian ("Melikian") of Vantage provided the United States with a worksheet titled "U S Postal Analysis 1992-1997." Melikian's worksheet used the actual difference in postage between the non-profit rate and the regular rate, rather than an average difference, for the pertinent time period. The deltas in Melikian's worksheet ranged from $.064 to $.102. For the May 2000, August 2000, October 2000, and February 2000 Synopsis of Calculations, the USPIS used Melikian's formula to calculate a conservative average dollar difference between the non-profit rate and the regular rate of $.077, reduced from $.09, for the pertinent time period. The difference between the two rates was substantially higher at the time when the improper mailings began, but has narrowed over time.

6.  Based on information discovered since the May 2000 Synopsis of Calculations, the USPIS created the August 2000 Synopsis of Calculations and an updated spreadsheet to calculate the number of pieces mailed by, or caused to mailed by, Vantage at the non-profit rate. The August 2000 Synopsis of Calculations was subject to revision as additional information was discovered throughout the course of the litigation.

7.  Based on information discovered since the August 2000 Synopsis of Calculations, the USPIS created the October 2000 Synopsis of Calculations and an updated spreadsheet to calculate the number of pieces mailed by, or caused to mailed by, Vantage at the non-profit rate. The October 2000 Synopsis of Calculations was subject to revision as additional information was discovered throughout the course of the litigation.

8.  Based on information discovered since the October 2000 Synopsis of Calculations, the USPIS has created an updated spreadsheet to calculate the number of pieces mailed by, or caused to be mailed by, Vantage at the non-profit rate (see attached "Summary of Single Damages", dated 2/22/01, and "Documentation of Mailings that violate the Cooperative Mail Rule", also dated 2/22/01), and created a revised synopsis of calculations (see attached "February 2001 Synopsis of Calculations").

9.    Based on information presently available to the United States, as of February 22, 2001, Vantage has improperly mailed, or caused to be mailed, 38,260,275 pieces of mail at the non-profit rate when such mail should have been mailed at the regular rate. Multiplied by the conservative delta of $.077, this represents a single damage amount of $2,946,041.18. Under the False Claims Act, double damages would equal $5,892,082.36 and treble damages would equal $8,838,123.54.

10.   As of February 22, 2001, the number of improper Vantage mailings documented by PS Forms 3602 totaled at least 610. Each of these Forms 3602 constitutes a false statement under the False Claims Act. Assuming a conservative application of the minimum penalty amount of $5,000 under the False Claims Act for each false statement, the total potential penalty amount equals $3,050,000.00 (610 x $5,000). Assuming application of the maximum penalty amount of $10,000 under the False Claims Act for each false statement, the total potential penalty amount equals $6,100,000. These penalty amounts are in addition to the damage amounts noted above.



| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Total Pieces | Total Amount | Obtained | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Documentation of mailings that violate the Cooperative Mail Rule |
| 1 | 11/9/1992 | 24,651 | $ 2,707.26 | VS106 | | | 1 | |
| 1 | 12/21/1992 | 24,062 | $ 4,525.58 | VS106 | | | 1 | |
| 1 | 1/25/1993 | 7,311 | $ 785.73 | VS106 | | | | RA (diff. From 3602's) |
| 1 | 1/26/1993 | 15,909 | $ 1,765.90 | VS106 | | | 1 | |
| 1 | 3/31/1993 | 21,036 | $ 2,315.76 | VS106 | | | | RA (PS 3607) |
| 1 | 5/9/1994 | 15,105 | $ 2,858.02 | LM265 | | | 1 | |
| 1 | 7/8/1994 | 13,828 | $ 2,642.77 | LM265 | | | 1 | |
| 1 | 9/6/1994 | 731 | $ 144.74 | LM265 | 122,753 | $ 17,748.58 | 1 | |
| 6 | 11/3/1992 | 42,441 | $ 3,528.62 | VS101 | | | | RA (side 7/1/92) |
| 6 | 12/3/1992 | 39,183 | $ 8,363.62 | VS101 | | | | RA (side 7/1/92) |
| 6 | 1/21/1993 | 37,350 | $ 3,271.69 | VS101 | | | | RA (side 7/1/92) |
| 6 | 3/19/1993 | 35,504 | $ 3,079.20 | VS101 | | | | RA (side 7/1/92) |
| 6 | 8/10/1994 | 32,721 | $ 2,885.25 | VS226 | | | | Invoice #226-005 |
| 6 | 8/10/1994 | 34,901 | $ 3,031.16 | VS226 | | | | Invoice #226-005 |
| 6 | 8/10/1994 | 37,390 | $ 6,823.68 | VS226 | | | | Invoice #226-005 |
| 6 | 8/10/1994 | 39,890 | $ 3,351.74 | VS226 | 299,360 | $ 32,334.96 | | Invoice #226-005 |
| 7 | 10/4/1996 | 22,255 | $ 2,382.70 | LM738 | | | | |
| 7 | 11/22/1996 | 20,457 | $ 2,066.24 | LM738 | | | | |
| 7 | 1/8/1997 | 20,042 | $ 1,992.76 | LM738 | | | | |
| 7 | 8/16/1997 | 24,219 | $ 2,404.38 | LB868 | | | 7 | |
| 7 | 10/4/1997 | 22,827 | $ 2,265.71 | LB868 | | | 7 | |
| 7 | 11/20/1997 | 22,126 | $ 2,262.38 | LB868 | 131,926 | $ 13,354.18 | 7 | RA (contract 5/12/87) |
| 9 | 10/11/1996 | 17,961 | $ 1,804.08 | LM737 | | | | |
| 9 | 12/2/1996 | 16,130 | $ 1,530.34 | LM737 | | | | |
| 9 | 1/16/1997 | 12,511 | $ 1,264.18 | LM737 | | | | |
| 9 | 6/2/1997 | 18,620 | $ 1,879.08 | LB828 | | | 9 | |
| 9 | 7/25/1997 | 17,077 | $ 1,719.33 | LB828 | | | 9 | RA |
| 9 | 9/5/1997 | 14,319 | $ 1,434.07 | LB828 | 95,618 | $ 9,627.08 | 9 | |
| 10 | 11/1/1993 | 27,282 | $ 2,887.73 | VS196/197 | | | | RA (side 5/17/93) |
| 10 | 12/20/1993 | 25,015 | $ 2,518.20 | VS196/197 | | | | RA (side 5/17/93) |
| 10 | 3/21/1994 | 3,409 | $ 382.23 | VS196/197 | | | | RA (side 5/17/93) |
| 10 | 4/21/1994 | 18,603 | $ 1,867.70 | VS196/197 | | | | RA (side 5/17/93) |
| 10 | 12/21/1995 | 31,905 | $ 3,511.98 | LB597 | | | Randolph | |
| 10 | 2/6/1996 | 28,654 | $ 3,150.85 | LB597 | | | Randolph | |
| 10 | 3/18/1996 | 26,225 | $ 2,909.94 | LB597 | | | Randolph | |
| 10 | 9/3/1996 | 27,258 | $ 2,766.44 | LB595 | | | Randolph | |
| 10 | 9/11/1996 | 4,362 | $ 469.92 | LB895 | | | | |
| 10 | 10/18/1996 | 28,928 | $ 2,831.95 | LB865 | | | | |
| 10 | 12/3/1996 | 26,647 | $ 2,598.53 | LB895 | 248,268 | $ 25,674.45 | | |
| 11 | 6/12/1995 | 12,089 | $ 1,248.88 | LM483 | | | | RA |
| 11 | 7/31/1995 | 10,931 | $ 1,144.20 | LM483 | | | | RA |
| 11 | 9/6/1995 | 10,146 | $ 1,060.11 | LM483 | | | | RA |
| 11 | 9/5/1997 | 11,125 | $ 1,110.46 | LB868 | | | 11 | RA |
| 11 | 10/25/1997 | 12,041 | $ 1,152.67 | LB868 | 56,332 | $ 5,716.32 | 11 | RA |
| 12 | 12/1/1992 | 24,473 | $ 2,651.73 | VS113 | | | | RA (side 6/27/92) |
| 12 | 1/12/1993 | 24,182 | $ 2,620.39 | VS113 | 48,655 | $ 5,272.12 | | RA (side 6/27/92) |
| 13 | 12/7/1996 | 15,535 | $ 1,467.29 | LM724 | | | | RA |
| 15 | 2/11/1997 | 14,812 | $ 1,402.20 | LM724 | | | | RA |
| 15 | 4/3/1997 | 14,609 | $ 1,397.89 | LM724 | 45,156 | $ 4,267.18 | | "CENTURY |
| 16 | 11/29/1995 | 53,000 | $ 5,641.36 | LM540 | | | | |
| 16 | 1/16/1996 | 47,600 | $ 5,105.72 | LM540 | | | | |
| 16 | 2/22/1996 | 44,264 | $ 4,738.93 | LM540 | | | | |
| 16 | 4/29/1997 | 50,644 | $ 4,782.77 | LB727 | | | | Invoice #727-003 |
| 16 | 4/29/1997 | 57,394 | $ 5,372.22 | LB727 | | | | Invoice #727-003 |
| 16 | 6/3/1997 | 46,772 | $ 4,438.64 | | | | | PO transaction history |
| 16 | 2/20/1998 | 52,159 | $ 5,110.02 | | | | | PO transaction history |
| 16 | 4/10/1998 | 45,867 | $ 4,508.43 | | | | | PO transaction history |
| 16 | 5/11/1998 | 43,918 | $ 4,327.44 | | 441,818 | $ 44,025.53 | | PO transaction history |
| 17 | 9/21/1994 | 58,483 | $ 9,412.54 | LM290 | | | 17 | |
| 17 | 9/22/1994 | 34,704 | $ 5,890.30 | LM290 | | | 17 | |
| 17 | 9/26/1994 | 20,236 | $ 2,650.92 | LM290 | | | 17 | |
| 17 | 11/14/1994 | 16,393 | $ 2,626.55 | LM290 | | | 17 | |
| 17 | 11/15/1994 | 32,014 | $ 5,167.30 | LM290 | | | 17 | |
| 17 | 11/16/1994 | 21,442 | $ 3,459.25 | LM290 | | | 17 | |
| 17 | 11/17/1994 | 35,143 | $ 5,543.90 | LM290 | | | 17 | |
| 17 | 12/30/1994 | 93,417 | $ 14,916.23 | LM290 | | | 17 | |
| 17 | 4/18/1995 | 42,225 | $ 4,333.21 | LB474 | | | 17 | |
| 17 | 4/19/1995 | 13,128 | $ 1,461.46 | LB474 | | | 17 | |
| 17 | 4/27/1995 | 17,829 | $ 1,836.30 | LB474 | | | 17 | |
| 17 | 4/28/1995 | 33,932 | $ 3,503.51 | LB474 | | | 17 | |
| 17 | 5/19/1995 | 93,287 | $ 10,045.42 | LB474 | | | 17 | |
| 17 | 7/31/1995 | 92,387 | $ 9,446.93 | LB474 | 610,580 | $ 80,293.96 | 17 | |
| 18 | 5/12/1994 | 59,510 | $ 5,668.18 | LM272 | | | | RA |
| 18 | 7/1/1994 | 50,126 | $ 4,810.68 | LM272 | | | | RA |
| 18 | 7/24/1994 | 48,853 | $ 4,512.41 | LM272 | | | | RA |
| 18 | 1/23/1997 | 18,702 | $ 3,598.91 | MM285 | | | | Invoice #285-014 |
| 18 | 1/23/1997 | 37,264 | $ 7,740.82 | MM285 | | | | Invoice #285-014 |
| 18 | 1/23/1997 | 39,356 | $ 3,976.43 | MM285 | 251,811 | $ 30,307.53 | | Invoice #285-014 |
| 20 | 5/27/1994 | 129,604 | $ 12,115.61 | LM281 | | | | Invoice #281-007 |
| 20 | 7/22/1994 | 122,427 | $ 11,512.86 | LM281 | | | | Invoice #281-007 |
| 20 | 9/14/1994 | 102,112 | $ 9,683.37 | LM281 | | | | Invoice #281-007 |
| 20 | 4/21/1995 | 96,333 | $ 9,787.90 | NM442 | | | | RA |
| 20 | 6/19/1995 | 27,859 | $ 3,200.81 | ND443 | | | | RA |
| 20 | 6/20/1995 | 84,713 | $ 8,718.28 | NM442 | | | | RA |
| 20 | 6/5/1995 | 23,217 | $ 2,567.05 | ND443 | | | | RA |
| 20 | 8/19/1995 | 82,163 | $ 8,426.25 | NM442 | | | | |
| 20 | 10/10/1995 | 19,133 | $ 2,200.30 | ND443 | | | | |
| 20 | 10/11/1995 | 78,971 | $ 8,412.63 | NM442 | | | | |
| 20 | 11/8/1995 | 64,026 | $ 6,846.00 | 514 | | | Randolph | |
| 20 | 11/9/1995 | 62,855 | $ 6,339.81 | 514 | | | Randolph | |
| 20 | 12/29/1995 | 115,483 | $ 12,048.71 | 514 | | | Randolph | |
| 20 | 2/9/1996 | 105,711 | $ 11,187.70 | 514 | | | Randolph | |
| 20 | 9/12/1996 | 123,445 | $ 12,333.24 | | | | Randolph | |
| 20 | | 37,025 | $ 3,641.87 | ND804 A | | | 20 | RA |

 

US Postal Inspection Service                                        Page 2                                                          2/22/2001

| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Pieces | Amount | Obtained | Comments |
|---|---|---|---|---|---|---|---|---|
| 20 | | 68,799 | $ 8,544.70 | ND804 A | | | 20 | RA |
| 20 | | 107,040 | $ 10,480.03 | ND804 A | | | 20 | RA |
| 20 | | 115,344 | $ 16,390.90 | ND804 A | 1,566,440 | $ 162,405.82 | 20 | RA |
| 21 | 9/15/1995 | 60,858 | $ 6,607.17 | LD515 | | | | IRA (side 6/9/95) |
| 21 | 10/27/1995 | 59,182 | $ 6,867.51 | LD515 | | | | IRA (side 6/9/95) |
| 21 | 2/26/1996 | 11,598 | $ 1,361.10 | LD604 | | | | RA (side 6/9/95) |
| 21 | 2/29/1996 | 11,623 | $ 1,365.11 | LD659 | | | | |
| 21 | 6/11/1996 | 10,857 | $ 1,274.19 | LS659 | | | | |
| 21 | 7/23/1996 | 10,305 | $ 1,209.18 | LD659 | 164,423 | $ 18,464.24 | | IRA (side 6/9/95) |
| 22 | 7/23/1993 | 33,521 | $ 6,556.88 | VS129 | | | | IRA (side 7/27/N2) |
| 22 | 9/10/1993 | 30,184 | $ 3,216.97 | VS129 | | | | IRA (side 7/27/N2) |
| 22 | 11/5/1993 | 28,528 | $ 2,885.01 | VS129 | 92,213 | $ 12,758.88 | | IRA (side 7/27/N2) |
| 22 | 6/20/1994 | 80,460 | $ 8,149.22 | LM274 | | | | RA (side 2/7/94) |
| 23 | 8/5/1994 | 77,362 | $ 7,801.99 | LM274 | | | | RA (side 2/7/94) |
| 23 | 9/26/1994 | 71,101 | $ 7,191.00 | LM274 | | | | RA (side 2/7/94) |
| 23 | 7/6/1995 | 86,988 | $ 8,750.40 | LB412 | | | | IRA (side 10/19/94) |
| 23 | 8/24/1995 | 76,520 | $ 8,189.60 | LB412 | | | | IRA (side 10/19/84) |
| 23 | 10/12/1995 | 21,418 | $ 2,496.78 | LB412 | | | | |
| 23 | 10/13/1995 | 48,898 | $ 5,396.43 | LB412 | | | | |
| 23 | 7/3/1996 | 58,623 | $ 6,293.39 | LM663 | | | Randolph | |
| 23 | 7/8/1996 | 43,182 | $ 4,928.75 | LM663 | | | Randolph | |
| 23 | 8/27/1996 | 94,174 | $ 9,739.42 | LM663 | | | Randolph | |
| 23 | 10/18/1996 | 72,149 | $ 7,121.15 | LD663 | | | 23 | |
| 23 | 6/20/1997 | 40,825 | $ 4,019.38 | LM824 | | | 23 | |
| 23 | 8/23/1997 | 43,379 | $ 4,235.33 | LM824 | | | 23 | RA (difference) |
| 23 | 8/8/1997 | 78,304 | $ 7,862.48 | LM824 | | | 23 | |
| 23 | 9/26/1997 | 63,600 | $ 6,442.33 | LM824 | 950,981 | $ 98,327.78 | 23 | |
| 24 | 11/7/1996 | 163,456 | $ 25,947.37 | CD674 | | | 24 | RA |
| 24 | 12/30/1996 | 144,981 | $ 13,751.27 | CD674 | | | 24 | RA |
| 24 | 2/11/1997 | 130,549 | $ 12,404.21 | CD674 | | | 24 | RA |
| 24 | 3/27/1997 | 134,094 | $ 25,710.12 | PB778 | | | 24 | RA (postage in selling price) |
| 24 | 5/22/1997 | 132,804 | $ 12,600.82 | PB778 | | | 24 | RA (postage in selling price) |
| 24 | 7/14/1997 | 122,932 | $ 11,612.72 | PB778 | | | 24 | RA (postage in selling price) |
| 24 | 8/18/1997 | 161,578 | $ 15,518.12 | LB841 | | | 24 | RA |
| 24 | 10/4/1997 | 144,863 | $ 13,797.82 | LB841 | | | 24 | RA |
| 24 | 11/15/1997 | 135,847 | $ 13,453.43 | LB841 | | | 24 | RA |
| 24 | 11/25/1997 | 162,808 | $ 26,270.03 | CB875 | | | 24 | RA |
| 24 | 1/13/1998 | 146,942 | $ 14,487.33 | CB875 | | | 24 | RA |
| 24 | 2/27/1998 | 136,145 | $ 13,459.43 | CB875 | | | 24 | RA |
| 24 | 5/7/1998 | 85,944 | $ 17,821.88 | ND011 | | | 24 | RA |
| 24 | 7/10/1998 | 75,035 | $ 7,483.36 | ND011 | | | 24 | RA |
| 24 | 8/10/1998 | 72,618 | $ 7,250.04 | ND011 | | | 24 | RA |
| 24 | 5/8/1998 | 65,578 | $ 14,105.54 | NM098 | | | 24 | RA |
| 24 | 7/10/1998 | 63,783 | $ 6,392.44 | NM098 | | | 24 | RA |
| 24 | 8/13/1998 | 63,099 | $ 6,322.19 | NM098 | | | 24 | RA |
| 24 | 9/14/1998 | 74,188 | $ 7,416.92 | LM213 | | | 24 | RA |
| 24 | 11/3/1998 | 71,299 | $ 7,578.75 | LM213 | | | 24 | RA |
| 24 | 12/15/1998 | 69,799 | $ 7,213.48 | LM213 | | | 24 | RA |
| 24 | 9/14/1998 | 77,368 | $ 7,724.50 | LD214 | | | 24 | RA |
| 24 | 10/30/1998 | 65,668 | $ 6,789.69 | LD214 | | | 24 | RA |
| 24 | 11/13/1998 | 99,979 | $ 17,485.29 | CD376 | | | 24 | RA |
| 24 | 1/7/1999 | 66,677 | $ 6,940.03 | ICD378 | | | 24 | RA |
| 24 | 2/10/1999 | 82,103 | $ 9,538.29 | ICD376 | | | 24 | RA |
| 24 | 3/29/1999 | 69,473 | $ 8,064.10 | PM2917.2 | | | 24 | RA |
| 24 | 5/25/1999 | 66,073 | $ 12,751.15 | PM2917.2 | | | 24 | RA |
| 24 | 7/23/1999 | 62,915 | $ 7,303.10 | PM2917.2 | | | 24 | RA |
| 24 | 9/5/1999 | 61,793 | $ 7,170.67 | PM2917.2 | | | 24 | RA |
| 24 | 4/29/1999 | 76,795 | $ 14,512.02 | PD2917.1 | | | 24 | RA |
| 24 | 6/6/1999 | 67,806 | $ 7,882.79 | PD2917.1 | | | 24 | RA |
| 24 | 7/14/1999 | 61,953 | $ 7,211.03 | PD2917.1 | | | 24 | RA |
| 24 | 8/5/1999 | 77,012 | $ 8,996.92 | LD2922.1 | | | 24 | RA |
| 24 | 9/15/1999 | 69,731 | $ 8,091.22 | LD2922.1 | | | 24 | RA |
| 24 | 10/30/1999 | 63,885 | $ 7,427.76 | LD2922.1 | | | 24 | RA |
| 24 | 11/18/1999 | 76,867 | $ 15,041.28 | CD2923.1 | | | 24 | RA |
| 24 | 1/18/2000 | 66,670 | $ 7,721.89 | CD2923.1 | | | 24 | RA |
| 24 | 3/7/2000 | 76,432 | $ 8,814.09 | CD2923.1 | 3,686,952 | $ 452,375.18 | 24 | RA |
| 27 | 12/21/1995 | 49,401 | $ 5,611.73 | LM430 | | | Randolph | |
| 27 | 2/8/1996 | 46,583 | $ 5,257.67 | LM430 | | | Randolph | |
| 27 | 3/21/1996 | 16,592 | $ 1,992.13 | LM430 | | | Randolph | |
| 27 | 3/22/1996 | 26,317 | $ 3,084.85 | LM430 | | | Randolph | |
| 27 | 5/21/1996 | 4,268 | $ 561.48 | LS669 | | | | |
| 27 | 7/8/1996 | 4,170 | $ 488.37 | LS669 | 149,831 | $ 16,996.23 | | |
| 28 | 9/3/1993 | 79,509 | $ 7,724.54 | VS225 | | | | |
| 28 | 9/14/1993 | 112,746 | $ 10,840.88 | VS225 | | | | |
| 28 | 9/15/1993 | 89,796 | $ 5,194.90 | VS225 | | | | |
| 28 | 11/12/1993 | 66,825 | $ 6,905.31 | VS225 | | | 28 | |
| 28 | 11/22/1993 | 16,909 | $ 1,623.26 | VS225 | | | 28 | |
| 28 | 11/23/1993 | 35,402 | $ 3,398.59 | VS225 | | | 28 | |
| 28 | 11/23/1993 | 45,490 | $ 4,407.04 | VS225 | | | 28 | |
| 28 | 11/24/1993 | 13,269 | $ 1,608.44 | VS225 | | | 28 | |
| 28 | 11/24/1993 | 18,394 | $ 1,793.24 | VS225 | | | 28 | |
| 28 | 11/24/1993 | 49,935 | $ 3,795.06 | VS225 | | | 28 | |
| 28 | 1/14/1994 | 230,350 | $ 21,810.78 | VS225 | | | | |
| 28 | 4/5/1994 | 28,782 | $ 2,598.18 | VS225 | | | 28 | |
| 28 | 4/6/1994 | 59,411 | $ 5,295.34 | VS225 | | | 28 | |
| 28 | 4/7/1994 | 35,296 | $ 3,050.50 | VS225 | | | 28 | |
| 28 | 4/7/1994 | 46,304 | $ 4,742.40 | VS225 | | | 28 | |
| 28 | 4/8/1994 | 47,826 | $ 5,184.58 | VS225 | | | 28 | |
| 28 | 8/18/1994 | 27,765 | $ 2,901.56 | LD260 | | | 28 | |
| 28 | 7/12/1994 | 26,364 | $ 2,957.91 | LD260 | 1,014,423 | $ 95,002.51 | | invoice #280-003 |
| 29 | 6/19/1995 | 61,612 | $ 6,398.15 | LM444 | | | 29 | |
| 29 | 6/20/1995 | 84,222 | $ 7,918.33 | LM444 | | | 29 | |
| 29 | 6/21/1995 | 17,066 | $ 1,577.06 | LM444 | | | 29 | |
| 29 | 9/1/1995 | 147,059 | $ 14,450.12 | LM444 | | | 29 | |
| 29 | 9/8/1995 | 19,432 | $ 2,192.44 | LM444 | | | 29 | |
| 29 | 9/11/1995 | 33,833 | $ 3,378.19 | LM444 | | | 29 | |




US Postal Inspection Service                                    Page 3                                    2/22/2001

| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Pieces | Amount | Obtained | Comments |
|---|---|---|---|---|---|---|---|---|
| 29 | 9/12/1995 | 81,155 | $ 7,803.79 | LM444 | | | 29 | |
| 29 | 10/30/1995 | 32,663 | $ 3,103.91 | INB528 | | | | |
| 29 | 11/1/1995 | 63,456 | $ 6,294.27 | INB526 | | | | |
| 29 | 11/2/1995 | 73,807 | $ 8,365.25 | INB526 | | | | |
| 29 | 12/14/1995 | 164,736 | $ 17,070.01 | INB526 | | | | |
| 29 | 1/31/1996 | 156,888 | $ 16,061.64 | INB526 | | | | |
| 29 | 3/20/1996 | 4,072 | $ 350.88 | INB526 | | | | |
| 29 | 3/20/1996 | 146,893 | $ 15,146.65 | INB526 | | | | |
| 29 | 8/4/1996 | 41,028 | $ 4,523.05 | LS660 | | | | |
| 29 | 8/4/1996 | 108,135 | $ 11,247.51 | LM661 | | | | |
| 29 | 7/22/1996 | 34,426 | $ 3,592.87 | LS660 | | | | |
| 29 | 8/1/1996 | 14,867 | $ 1,440.54 | LM661 | | | | |
| 29 | 8/2/1996 | 19,542 | $ 1,998.13 | LM661 | | | | |
| 29 | 8/5/1996 | 58,188 | $ 7,013.37 | LM661 | | | | |
| 29 | 8/9/1996 | 29,438 | $ 3,067.83 | LS660 | | | | |
| 29 | 10/14/1996 | 103,071 | $ 12,049.90 | I897 | | | | |
| 29 | 12/5/1996 | 91,323 | $ 8,824.04 | I897 | | | | |
| 29 | 1/31/1997 | 84,984 | $ 8,228.79 | I897 | | | | |
| 29 | 4/22/1997 | 22,090 | $ 2,090.38 | LD804 | | | | |
| 29 | 4/23/1997 | 81,555 | $ 8,053.55 | LD804 | | | | |
| 29 | 6/16/1997 | 73,281 | $ 7,119.87 | LD804 | | | | |
| 29 | 7/30/1997 | 85,902 | $ 8,439.52 | LD804 | | | | |
| 29 | 10/7/1997 | 56,037 | $ 5,636.89 | LD974 | 1,958,610 | $ 189,235.03 | 29 | |
| 30 | 5/21/1993 | 6,863 | $ 569.40 | VS198 | | | 30 | |
| 30 | 5/21/1993 | 18,784 | $ 1,717.11 | VS185 | | | 30 | |
| 30 | 5/21/1993 | 23,563 | $ 2,156.47 | VS181 | | | 30 | |
| 30 | 5/21/1993 | 60,472 | $ 5,397.19 | VS183 | | | 30 | |
| 30 | 5/21/1993 | 108,945 | $ 9,475.81 | VS182 | | | 30 | |
| 30 | 7/13/1993 | 9,495 | $ 1,872.94 | VS181 | | | *SPECTRUM | |
| 30 | 7/13/1993 | 17,398 | $ 2,855.03 | VS185 | | | *SPECTRUM | |
| 30 | 7/13/1993 | 39,542 | $ 7,639.74 | VS183 | | | *SPECTRUM | |
| 30 | 7/14/1993 | 4,570 | $ 734.47 | VS181 | | | *SPECTRUM | |
| 30 | 7/14/1993 | 13,422 | $ 2,607.12 | VS181 | | | *SPECTRUM | |
| 30 | 7/14/1993 | 43,902 | $ 4,402.39 | VS182 | | | *SPECTRUM | |
| 30 | 7/15/1993 | 3,997 | $ 643.14 | VS185 | | | *SPECTRUM | |
| 30 | 7/15/1993 | 13,954 | $ 2,710.90 | VS185 | | | *SPECTRUM | |
| 30 | 7/15/1993 | 59,217 | $ 4,752.53 | VS182 | | | | RA (difference) |
| 30 | 7/16/1993 | 5,792 | $ 1,119.32 | VS198 | | | | RA |
| 30 | 9/17/1993 | 21,783 | $ 2,047.60 | VS182 | | | 30 | |
| 30 | 9/15/1993 | 11,503 | $ 1,081.28 | VS182 | | | 30 | |
| 30 | 9/15/1993 | 24,700 | $ 2,500.33 | VS182 | | | 30 | |
| 30 | 9/15/1993 | 40,764 | $ 3,016.54 | VS182 | | | 30 | |
| 30 | 9/18/1993 | 5,551 | $ 548.30 | VS185 | | | 30 | |
| 30 | 9/18/1993 | 7,254 | $ 538.80 | VS184 | | | 30 | |
| 30 | 9/18/1993 | 21,468 | $ 2,075.71 | VS184 | | | 30 | |
| 30 | 9/20/1993 | 3,438 | $ 254.41 | VS185 | | | 30 | |
| 30 | 9/20/1993 | 9,151 | $ 955.13 | VS183 | | | 30 | |
| 30 | 9/20/1993 | 13,861 | $ 1,321.36 | VS185 | | | 30 | |
| 30 | 9/20/1993 | 15,652 | $ 1,158.25 | VS183 | | | 30 | |
| 30 | 9/21/1993 | 4,217 | $ 312.06 | VS181 | | | 30 | |
| 30 | 9/21/1993 | 18,864 | $ 1,639.30 | VS181 | | | 30 | |
| 30 | 9/21/1993 | 29,558 | $ 2,785.56 | VS183 | | | 30 | |
| 30 | 11/11/1993 | 27,251 | $ 4,713.39 | VS184 | | | 30 | |
| 30 | 11/12/1993 | 27,640 | $ 5,397.99 | VS187 | | | 30 | |
| 30 | 12/27/1993 | 4,938 | $ 497.98 | VS186 | | | 30 | |
| 30 | 12/27/1993 | 16,254 | $ 1,538.71 | VS185 | | | 30 | |
| 30 | 12/27/1993 | 19,867 | $ 1,887.96 | VS181 | | | 30 | |
| 30 | 12/27/1993 | 51,384 | $ 4,758.32 | VS183 | | | 30 | |
| 30 | 1/13/1994 | 24,298 | $ 2,325.17 | VS187 | | | 30 | |
| 30 | 1/13/1994 | 26,202 | $ 2,451.26 | VS184 | | | 30 | |
| 30 | 2/15/1994 | 32,185 | $ 3,210.76 | VS284 | | | | RA |
| 30 | 3/8/1994 | 25,567 | $ 2,408.76 | VS184 | | | 30 | |
| 30 | 5/3/1994 | 24,030 | $ 2,418.62 | VS264 | | | | RA |
| 30 | 6/2/1994 | 20,874 | $ 2,131.16 | VS264 | | | | RA |
| 30 | 6/21/1994 | 3,856 | $ 410.67 | LS298 | | | | RA |
| 30 | 8/10/1994 | 3,833 | $ 368.82 | LS298 | | | | RA |
| 30 | 9/15/1994 | 2,851 | $ 320.13 | LS298 | | | | RA |
| 30 | 1/3/1995 | 39,078 | $ 4,677.76 | LD401 | | | 30 | |
| 30 | 2/15/1995 | 32,155 | $ 3,472.38 | LD401 | | | 30 | |
| 30 | 3/31/1995 | 26,605 | $ 2,942.90 | LD401 | 1,066,178 | $ 114,318.28 | 30 | |
| 31 | 12/5/1995 | 52,247 | $ 5,355.62 | LM596 | | | Randolph | |
| 31 | 12/13/1995 | 6,130 | $ 721.59 | LM596 | | | Randolph | |
| 31 | 1/31/1996 | 51,383 | $ 5,402.88 | LM596 | | | Randolph | |
| 31 | 3/13/1996 | 47,440 | $ 4,968.22 | LM596 | 157,200 | $ 16,478.29 | Randolph | |
| 34 | 9/23/1992 | 49,897 | $ 4,269.45 | VS086 | | | | RA (side 6/2/92) |
| 34 | 11/18/1992 | 43,900 | $ 7,203.96 | VS086 | | | | RA (side 6/2/92) |
| 34 | 12/28/1992 | 41,822 | $ 3,001.99 | VS086 | | | | RA (side 6/2/92) |
| 34 | 2/1/1993 | 40,600 | $ 3,643.67 | VS086 | | | | RA (side 6/2/92) |
| 34 | 6/18/1993 | 6,327 | $ 622.69 | VS143 | | | 34 | |
| 34 | 6/18/1993 | 40,027 | $ 3,535.73 | VS142 | | | 34 | |
| 34 | | 5,371 | $ 515.42 | VS143 | | | 34 | RA |
| 34 | | 37,713 | $ 3,353.17 | VS143 | 265,257 | $ 26,145.99 | 34 | RA |
| 35 | 6/17/1994 | 60,395 | $ 5,539.40 | HM284 | | | | RA (side 2/1/94) |
| 35 | 11/4/1994 | 50,791 | $ 10,448.56 | HM284 | | | | RA (side 2/1/94) |
| 35 | 1/10/1995 | 48,061 | $ 4,789.27 | HM284 | | | | RA (side 2/1/94) |
| 35 | 2/23/1995 | 44,052 | $ 4,500.90 | HM284 | 203,299 | $ 25,278.13 | | RA (side 2/1/94) |
| 38 | 5/22/1997 | 65,800 | $ 5,931.34 | LM731 | 65,800 | $ 5,931.34 | | RA (side 7/17/96) |
| 37 | 5/8/1995 | 10,266 | $ 1,039.83 | LM327 | | | | |
| 37 | 6/16/1995 | 9,600 | $ 885.78 | LB327 | | | | |
| 37 | 7/28/1995 | 7,742 | $ 797.38 | LM327 | | | | |
| 37 | 11/17/1995 | 8,782 | $ 937.18 | ILB587 | | | Randolph | |
| 37 | 1/17/1996 | 7,865 | $ 829.36 | ILB587 | | | Randolph | |
| 37 | 3/5/1996 | 7,102 | $ 772.51 | ILB587 | 30,177 | $ 5,262.02 | Randolph | |
| 39 | 6/20/1996 | 15,780 | $ 1,740.25 | ILM682 | | | 39 | |
| 39 | 8/20/1996 | 126,574 | $ 12,533.70 | ILM682 | | | 39 | |
| 39 | 8/13/1996 | 11,294 | $ 1,159.66 | ILD682 | | | 39 | |

 

US Postal Inspection Service                    Page 4                                    2/22/2001

| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Pieces | Amount | Obtained | Comments |
|---|---|---|---|---|---|---|---|---|
| 39 | 8/13/1996 | 84,553 | $ 8,204.74 | LM062 | | | 39 | |
| 39 | 8/14/1996 | 48,774 | $ 4,915.63 | LM062 | | | 39 | |
| 39 | 5/20/1997 | 140,481 | $ 12,357.66 | LB828 | | | 39 | |
| 39 | 5/27/1998 | 42,901 | $ 4,245.07 | LD093 | | | 39 | |
| 39 | 8/4/1997 | 128,333 | $ 11,846.73 | LB826 | 578,870 | $ 55,003.44 | 39 | Invoice #826-006 |
| 40 | 10/21/1993 | 20,520 | $ 1,518.48 | VS200 | | | 40 | |
| 40 | 10/21/1993 | 26,911 | $ 2,612.34 | VS200 | | | 40 | |
| 40 | 12/4/1993 | 7,316 | $ 1,327.93 | VS200 | | | 40 | |
| 40 | 12/16/1993 | 42,492 | $ 7,171.45 | VS200 | | | 40 | |
| 40 | 5/4/1994 | 4,891 | $ 486.04 | VS200 | | | 40 | RA |
| 40 | 5/4/1994 | 36,387 | $ 3,305.82 | VS200 | 138,517 | $ 16,422.08 | 40 | RA |
| 41 | 4/25/1994 | 24,510 | $ 2,322.04 | VS245 | | | | RA (side 7/16/93) |
| 41 | 6/20/1994 | 21,532 | $ 2,074.06 | VS245 | | | 41 | |
| 41 | 8/5/1994 | 20,819 | $ 1,995.63 | VS245 | 66,861 | $ 6,391.73 | 41 | |
| 42 | 11/1/1994 | 7,204 | $ 703.37 | LM389 | | | | RA (side 6/22/94) |
| 42 | 12/29/1994 | 6,259 | $ 610.08 | LM389 | | | | RA (side 6/22/94) |
| 42 | 2/16/1995 | 5,934 | $ 608.55 | LM389 | | | | RA (side 6/22/94) |
| 42 | 9/23/1995 | 7,031 | $ 715.34 | LB530 | | | | RA (side 6/22/94) |
| 42 | 11/28/1995 | 5,326 | $ 668.51 | LB530 | | | | RA (side 6/22/94) |
| 42 | 1/12/1996 | 6,055 | $ 640.98 | LB530 | 38,809 | $ 3,946.87 | | RA (side 6/22/94) |
| 45 | 11/22/1996 | 17,340 | $ 1,583.39 | LM755 | | | | RA (side 7/30/96) |
| 45 | 1/8/1997 | 16,715 | $ 1,527.05 | LM755 | | | | RA (side 7/30/96) |
| 45 | 2/26/1997 | 16,195 | $ 1,490.30 | LM755 | 50,250 | $ 4,600.74 | | RA (side 7/30/96) |
| 46 | 11/23/1993 | 34,733 | $ 6,786.23 | VS179 | | | | RA (side 5/4/93) |
| 46 | 1/26/1994 | 32,950 | $ 3,142.28 | VS179 | | | | RA (side 5/4/93) |
| 46 | 10/1/1994 | 1,173 | $ 133.79 | INS299 | 68,856 | $ 10,062.30 | | RA (side 5/4/93) |
| 47 | 6/12/1992 | 17,459 | $ 1,499.72 | VS163 | | | 47 | |
| 47 | 6/12/1992 | 51,238 | $ 4,867.64 | VS163 | | | 47 | |
| 47 | 6/17/1992 | 15,951 | $ 1,483.74 | VS463 | | | 47 | |
| 47 | 10/28/1992 | 33,903 | $ 3,421.14 | VS153 | | | 47 | |
| 47 | 10/29/1992 | 5,000 | $ 524.33 | VS463 | | | 47 | |
| 47 | 10/29/1992 | 13,205 | $ 1,370.99 | VS253 | | | 47 | |
| 47 | 10/29/1992 | 13,532 | $ 1,399.50 | VS383 | | | 47 | |
| 47 | 10/30/1992 | 9,888 | $ 981.85 | VS463 | | | 47 | |
| 47 | 5/15/1993 | 3,159 | $ 328.54 | VS161 | | | 47 | |
| 47 | 5/15/1993 | 9,139 | $ 947.06 | VS160 | | | 47 | |
| 47 | 5/15/1993 | 81,870 | $ 7,953.61 | VS159 | | | 47 | |
| 47 | 5/15/1993 | 115,062 | $ 11,161.66 | VS157 | | | 47 | |
| 47 | 5/15/1993 | 359,934 | $ 34,139.57 | VS159 | | | 47 | |
| 47 | 7/16/1993 | 13,062 | $ 2,520.70 | VS159 | | | 47 | |
| 47 | 7/18/1993 | 56,668 | $ 10,591.33 | VS159 | | | 47 | |
| 47 | 7/20/1993 | 3,938 | $ 624.92 | VS156 | | | 47 | |
| 47 | 7/20/1993 | 8,388 | $ 1,189.73 | VS159 | | | 47 | |
| 47 | 7/22/1993 | 2,639 | $ 494.69 | VS159 | | | 47 | |
| 47 | 7/22/1993 | 8,605 | $ 1,807.68 | | | | 47 | |
| 47 | 7/22/1993 | 16,792 | $ 3,135.01 | VS157 | | | 47 | |
| 47 | 7/22/1993 | 30,141 | $ 5,831.26 | VS158 | | | 47 | |
| 47 | 7/23/1993 | 56,956 | $ 10,625.88 | VS158 | | | 47 | |
| 47 | 7/27/1993 | 47,212 | $ 8,901.97 | VS158 | | | 47 | |
| 47 | 7/27/1993 | 47,326 | $ 8,856.72 | VS158 | | | 47 | |
| 47 | 7/28/1993 | 23,824 | $ 4,413.89 | VS158 | | | 47 | |
| 47 | 7/28/1993 | 25,127 | $ 4,691.13 | | | | 47 | |
| 47 | 7/28/1993 | 29,095 | $ 5,526.13 | | | | 47 | |
| 47 | 7/28/1993 | 35,089 | $ 6,547.87 | | | | 47 | |
| 47 | 10/4/1993 | 3,074 | $ 320.88 | VS161 | | | 47 | |
| 47 | 10/4/1993 | 8,716 | $ 906.83 | VS160 | | | 47 | |
| 47 | 10/4/1993 | 17,050 | $ 1,783.40 | VS157 | | | 47 | |
| 47 | 10/4/1993 | 28,870 | $ 2,867.27 | VS157 | | | 47 | |
| 47 | 10/5/1993 | 31,251 | $ 2,937.59 | VS157 | | | 47 | |
| 47 | 10/5/1993 | 77,511 | $ 7,583.54 | VS159 | | | 47 | |
| 47 | 10/5/1993 | 101,474 | $ 9,953.19 | VS159 | | | 47 | |
| 47 | 10/6/1993 | 15,826 | $ 1,495.48 | VS157 | | | 47 | |
| 47 | 10/6/1993 | 126,915 | $ 11,930.01 | VS158 | | | 47 | |
| 47 | 10/7/1993 | 3,035 | $ 224.59 | VS158 | | | 47 | |
| 47 | 12/7/1993 | 104,397 | $ 9,854.49 | VS158 | | | 47 | |
| 47 | 12/7/1993 | 8,597 | $ 911.26 | VS160 | | | 47 | |
| 47 | 12/8/1993 | 76,245 | $ 7,619.53 | VS159 | | | 47 | |
| 47 | 12/9/1993 | 3,018 | $ 320.89 | VS161 | | | 47 | |
| 47 | 12/9/1993 | 28,489 | $ 2,741.98 | VS157 | | | 47 | |
| 47 | 12/9/1993 | 58,409 | $ 5,932.50 | VS157 | | | 47 | |
| 47 | 12/13/1993 | 2,595 | $ 195.70 | VS158 | | | 47 | |
| 47 | 12/13/1993 | 30,924 | $ 3,188.30 | VS158 | | | 47 | |
| 47 | 12/13/1993 | 54,954 | $ 5,450.81 | VS158 | | | 47 | |
| 47 | 12/14/1993 | 75,341 | $ 7,232.74 | VS158 | | | 47 | |
| 47 | 12/15/1993 | 104,152 | $ 4,996.87 | VS158 | | | 47 | |
| 47 | 12/17/1993 | 60,221 | $ 5,820.02 | VS158 | 2,152,644 | $ 239,705.94 | 47 | |
| 48 | 8/25/1995 | 39,114 | $ 3,798.78 | VS140 | | | | RA (side 1/29/93) |
| 49 | 11/30/1993 | 31,028 | $ 2,941.48 | VS140 | 70,142 | $ 6,740.26 | | RA (side 1/29/93) |
| 50 | 10/3/1991 | 29,231 | $ 2,865.03 | VS025 | | | | RA (side 2/12/91) |
| 50 | 2/5/1992 | 19,720 | $ 2,066.16 | VS025 | | | | RA (side 2/12/91) |
| 50 | 4/20/1992 | 17,402 | $ 1,827.95 | VS025 | 66,359 | $ 6,759.08 | | RA (side 2/12/91) |
| 51 | 11/20/1996 | 7,039 | $ 554.50 | LM739 | | | | |
| 51 | 11/20/1996 | 21,689 | $ 1,991.55 | LM739 | | | | |
| 51 | 11/21/1996 | 7,805 | $ 642.22 | LM739 | | | | |
| 51 | 11/27/1996 | 3,969 | $ 383.20 | LM739 | | | | |
| 51 | 1/8/1997 | 36,404 | $ 3,206.50 | LM739 | | | | |
| 51 | 2/26/1997 | 33,758 | $ 2,961.20 | LM739 | 110,664 | $ 9,739.17 | | |
| 53 | 2/5/1996 | 50,930 | $ 4,899.82 | LM539 | | | Randolph | |
| 53 | 3/20/1996 | 14,030 | $ 1,538.38 | LM539 | | | Randolph | |
| 53 | 3/21/1996 | 35,238 | $ 3,025.31 | LM539 | 100,198 | $ 9,263.51 | Randolph | |
| 54 | 3/22/1995 | 30,090 | $ 3,290.27 | LM416 | | | | RA (side 10/21/94) |
| 54 | 5/10/1995 | 28,589 | $ 3,153.38 | LM416 | | | | RA (side 10/21/94) |
| 54 | 7/6/1995 | 28,000 | $ 3,057.44 | LM416 | | | | RA (side 10/21/94) |
| 54 | 9/11/1996 | 1,830 | $ 214.65 | LS525 | | | | Invoice #525-003 |
| 54 | 9/11/1996 | 2,188 | $ 256.47 | LS525 | | | | Invoice #525-003 |
| 54 | 9/11/1996 | 2,549 | $ 298.75 | LS525 | 93,346 | $ 10,270.94 | | Invoice #525-003 |

 

US Postal Inspection Service                    Page 5                    2/22/2001

| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Pieces | Amount | Obtained | Comments |
|---|---|---|---|---|---|---|---|---|
| 55 | 9/27/1993 | 19,246 | $ 1,933.20 | VS169 | | | 55 | |
| 55 | 11/22/1993 | 18,141 | $ 1,869.56 | VS169 | | | 55 | |
| 55 | 1/14/1994 | 16,750 | $ 1,721.95 | VS169 | 54,137 | $ 5,524.71 | 55 | |
| 56 | 5/5/1994 | 22,356 | $ 2,069.09 | LM271 | | | | IRA (side 12/13/93) |
| 56 | 6/24/1994 | 19,856 | $ 1,855.63 | LM271 | | | 56 | |
| 56 | 8/11/1994 | 17,165 | $ 1,648.83 | LM271 | | | 56 | |
| 56 | 9/22/1994 | 5,590 | $ 425.90 | NM286 | | | 56 | |
| 56 | 9/22/1994 | 15,855 | $ 1,586.05 | NM286 | | | 56 | |
| 56 | 11/14/1994 | 7,845 | $ 1,543.18 | NM286 | | | | |
| 56 | 11/14/1994 | 10,686 | $ 1,945.75 | NM286 | | | | |
| 56 | 1/18/1995 | 17,178 | $ 1,737.45 | NM286 | | | | RA (side 12/13/93) |
| 56 | 3/21/1995 | 15,883 | $ 1,638.08 | NM286 | | | | RA (side 12/13/93) |
| 56 | 6/18/1995 | 21,241 | $ 2,119.01 | LB476 | | | 56 | |
| 56 | 7/31/1995 | 18,983 | $ 1,912.22 | LB476 | | | 56 | |
| 56 | 9/27/1995 | 15,186 | $ 1,520.03 | LB476 | 187,514 | $ 20,001.82 | 56 | |
| 57 | 6/7/1993 | 25,741 | $ 2,343.63 | VS155 | | | | RA (side 3/3/93) |
| 57 | 7/28/1993 | 24,968 | $ 2,282.37 | VS155 | | | | RA (side 3/3/93) |
| 57 | 9/25/1993 | 23,091 | $ 2,117.82 | VS155 | | | | RA (side 3/3/93) |
| 57 | 10/27/1993 | 25,471 | $ 2,622.85 | LM297 | | | | RA (side 8/17/94) |
| 57 | 1/5/1995 | 24,689 | $ 2,489.24 | LM297 | | | | RA (side 8/17/94) |
| 57 | 2/24/1995 | 24,075 | $ 2,401.71 | LM297 | 148,015 | $ 14,237.62 | | RA (side 8/17/94) |
| 58 | 10/17/1994 | 48,117 | $ 4,221.93 | HM316 | | | | RA (side 8/12/93) |
| 58 | 11/17/1994 | 42,862 | $ 7,747.25 | HM316 | | | | RA (side 8/12/93) |
| 58 | 1/12/1995 | 34,114 | $ 3,122.34 | HM318 | | | | RA (side 8/12/93) |
| 58 | 3/27/1995 | 37,232 | $ 3,480.81 | HM318 | | | | RA (side 8/12/93) |
| 58 | 12/4/1995 | 46,703 | $ 4,454.96 | LB482 | | | | RA (side 8/12/93) |
| 58 | 1/19/1996 | 42,374 | $ 4,075.44 | LB482 | | | | RA (side 8/12/93) |
| 58 | 3/13/1996 | 38,638 | $ 3,751.62 | LB482 | | | | RA (side 8/12/93) |
| 58 | 9/3/1996 | 31,957 | $ 3,090.63 | CM707 | | | Randolph | |
| 58 | 10/11/1996 | 14,592 | $ 2,321.16 | CD729 | | | | |
| 58 | 10/24/1996 | 31,617 | $ 4,817.45 | CM707 | | | | |
| 58 | 11/27/1996 | 11,804 | $ 1,109.82 | CD729 | | | | |
| 58 | 12/10/1996 | 30,617 | $ 2,714.13 | CM707 | | | | |
| 58 | 1/21/1997 | 9,265 | $ 685.28 | CB729 | | | | |
| 58 | 1/23/1997 | 25,774 | $ 2,335.85 | CM707 | | | | |
| 58 | 1/27/1997 | 4,063 | $ 320.19 | CM707 | 449,729 | $ 48,248.86 | | |
| 59 | 9/14/1993 | 18,294 | $ 1,539.85 | VS138 | | | | RA (side 1/13/93) |
| 59 | 10/26/1993 | 14,030 | $ 1,336.87 | VS138 | | | | RA (side 1/13/93) |
| 59 | 7/6/1994 | 16,530 | $ 1,644.77 | LM273 | | | | RA (side 2/10/94) |
| 59 | 8/22/1994 | 14,997 | $ 1,499.48 | LM273 | | | | RA (side 2/10/94) |
| 59 | 10/6/1994 | 17,626 | $ 1,749.95 | LM273 | 79,747 | $ 7,770.90 | | IRA (side 2/10/94) |
| 61 | 5/6/1996 | 3,916 | $ 388.57 | LB658 | | | | |
| 61 | 5/8/1996 | 202,919 | $ 17,133.08 | LB658 | | | | |
| 61 | 5/8/1996 | 323,644 | $ 27,122.03 | LB658 | | | | |
| 61 | 6/7/1996 | 229,778 | $ 19,311.93 | LB657 | | | | |
| 61 | 6/10/1996 | 275 | $ 30.31 | | | | | |
| 61 | 6/10/1996 | 37,725 | $ 3,436.09 | | | | | |
| 61 | 6/10/1996 | 79,460 | $ 5,889.96 | | | | | |
| 61 | 6/10/1996 | 498,902 | $ 40,592.78 | LB657 | | | | |
| 61 | 6/11/1996 | 8,199 | $ 779.24 | LB657 | | | | |
| 61 | 6/12/1996 | 163,111 | $ 15,654.09 | LB657 | | | | |
| 61 | 6/26/1996 | 1,812 | $ 159.55 | LB658 | | | | |
| 61 | 6/26/1996 | 2,263 | $ 209.75 | LB658 | | | | |
| 61 | 6/26/1996 | 3,417 | $ 324.51 | LB659 | | | | |
| 61 | 6/26/1996 | 5,128 | $ 489.65 | LB658 | | | | |
| 61 | 6/26/1996 | 6,058 | $ 582.17 | LB658 | | | | |
| 61 | 6/26/1996 | 6,125 | $ 551.26 | LB658 | | | | |
| 61 | 6/26/1996 | 7,762 | $ 742.65 | LB659 | | | | |
| 61 | 6/26/1996 | 8,175 | $ 770.65 | LB658 | | | | |
| 61 | 6/26/1996 | 10,158 | $ 876.30 | LB658 | | | | |
| 61 | 6/26/1996 | 11,035 | $ 1,015.50 | LB658 | | | | |
| 61 | 6/26/1996 | 15,354 | $ 1,138.28 | LB658 | | | | |
| 61 | 6/26/1996 | 18,633 | $ 1,730.67 | LB658 | | | | |
| 61 | 6/26/1996 | 20,751 | $ 1,834.71 | LB658 | | | | |
| 61 | 6/26/1996 | 33,312 | $ 2,884.48 | LB658 | | | | |
| 61 | 6/26/1996 | 36,439 | $ 3,118.09 | LB659 | | | | |
| 61 | 6/26/1996 | 40,583 | $ 3,495.56 | LB658 | | | | |
| 61 | 6/26/1996 | 42,375 | $ 3,745.59 | LB658 | | | | |
| 61 | 6/26/1996 | 61,900 | $ 5,158.81 | LB658 | | | | |
| 61 | 6/27/1996 | 1,217 | $ 119.82 | LB658 | | | | |
| 61 | 6/27/1996 | 3,179 | $ 287.41 | LB658 | | | | |
| 61 | 6/27/1996 | 3,375 | $ 289.78 | LB658 | | | | |
| 61 | 6/27/1996 | 6,214 | $ 569.99 | LB658 | | | | |
| 61 | 6/27/1996 | 6,625 | $ 611.92 | LB658 | | | | |
| 61 | 6/27/1996 | 12,833 | $ 1,123.11 | LB658 | | | | |
| 61 | 6/27/1996 | 16,742 | $ 1,532.86 | LB658 | | | | |
| 61 | 6/27/1996 | 20,633 | $ 1,867.77 | LB658 | | | | |
| 61 | 6/27/1996 | 23,558 | $ 2,039.25 | LM658 | | | | |
| 61 | 6/27/1996 | 25,292 | $ 2,225.33 | LB658 | | | | |
| 61 | 6/28/1996 | 3,565 | $ 375.87 | LB658 | | | | |
| 61 | 6/28/1996 | 23,708 | $ 2,032.48 | LB658 | | | | |
| 61 | 7/31/1996 | 303,200 | $ 25,713.35 | LB657 | | | | |
| 61 | 8/1/1996 | 339,361 | $ 28,182.37 | LB657 | | | | |
| 61 | 8/2/1996 | 7,670 | $ 725.51 | LB657 | | | | |
| 61 | 8/2/1996 | 309,309 | $ 26,090.95 | LB657 | | | | |
| 61 | 8/7/1996 | 69,904 | $ 6,681.51 | LB658 | | | | |
| 61 | 8/8/1996 | 210,708 | $ 20,858.32 | LB658 | | | | |
| 61 | 8/9/1996 | 17,375 | $ 1,494.25 | LB658 | | | | |
| 61 | 8/9/1996 | 19,841 | $ 2,406.23 | LB658 | | | | |
| 61 | 8/9/1996 | 44,248 | $ 3,809.11 | LB658 | | | | |
| 61 | 8/9/1996 | 81,806 | $ 8,332.53 | LB658 | | | | |
| 61 | 8/9/1996 | 85,275 | $ 8,685.61 | LB658 | | | | |
| 61 | 9/12/1996 | 397 | $ 44.45 | LB657 | | | | |
| 61 | 9/12/1996 | 2,633 | $ 292.77 | LB657 | | | | |
| 61 | 9/12/1996 | 3,414 | $ 382.37 | LB657 | | | | |
| 61 | 9/12/1996 | 66,294 | $ 5,478.40 | LB657 | | | | |





| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Pieces | Amount | Obtained | Comments |
|---|---|---|---|---|---|---|---|---|
| 61 | 9/12/1996 | 76,168 | $ 6,279.93 | LB657 | | | | |
| 61 | 9/13/1996 | 875 | $ 75.60 | LB657 | | | | |
| 61 | 9/13/1996 | 843 | $ 94.42 | LB657 | | | | |
| 61 | 9/13/1996 | 1,242 | $ 111.34 | LB657 | | | | |
| 61 | 9/13/1996 | 1,843 | $ 206.42 | LB657 | | | | |
| 61 | 9/13/1996 | 5,025 | $ 418.58 | LB657 | | | | |
| 61 | 9/13/1996 | 5,651 | $ 632.91 | LB657 | | | | |
| 61 | 9/13/1996 | 13,561 | $ 1,003.51 | LB657 | | | | |
| 61 | 9/13/1996 | 26,639 | $ 2,292.93 | LB657 | | | | |
| 61 | 9/13/1996 | 27,451 | $ 2,333.61 | LB657 | | | | |
| 61 | 9/13/1996 | 31,243 | $ 2,662.62 | LB657 | | | | |
| 61 | 9/13/1996 | 99,966 | $ 8,136.77 | LB657 | | | | |
| 61 | 9/16/1996 | 232 | $ 25.98 | LB657 | | | | |
| 61 | 9/16/1996 | 406 | $ 43.58 | LB657 | | | | |
| 61 | 9/16/1996 | 646 | $ 72.02 | LB657 | | | | |
| 61 | 9/16/1996 | 1,753 | $ 196.34 | LB657 | | | | |
| 61 | 9/16/1996 | 2,121 | $ 236.21 | LB657 | | | | |
| 61 | 9/16/1996 | 2,917 | $ 327.15 | LB657 | | | | |
| 61 | 9/16/1996 | 2,967 | $ 332.30 | LB657 | | | | |
| 61 | 9/16/1996 | 3,065 | $ 343.28 | | | | | |
| 61 | 9/16/1996 | 3,150 | $ 259.17 | LB657 | | | | |
| 61 | 9/16/1996 | 3,271 | $ 276.31 | LB657 | | | | |
| 61 | 9/16/1996 | 3,506 | $ 298.33 | | | | | |
| 61 | 9/16/1996 | 4,708 | $ 391.00 | LB657 | | | | |
| 61 | 9/16/1996 | 6,804 | $ 587.20 | LB657 | | | | |
| 61 | 9/16/1996 | 16,624 | $ 1,783.62 | LM733 | | | | |
| 61 | 9/16/1996 | 23,146 | $ 1,978.93 | LB657 | | | | |
| 61 | 9/16/1996 | 25,358 | $ 2,238.26 | LB657 | | | | |
| 61 | 9/16/1996 | 30,143 | $ 3,187.16 | LM732 | | | | |
| 61 | 9/16/1996 | 42,269 | $ 3,520.62 | LB657 | | | | |
| 61 | 9/16/1996 | 63,014 | $ 5,109.41 | LB657 | | | | |
| 61 | 9/16/1996 | 71,892 | $ 6,030.28 | LB657 | | | | |
| 61 | 9/17/1996 | 291 | $ 32.59 | LB657 | | | | |
| 61 | 9/17/1996 | 320 | $ 35.95 | LB657 | | | | |
| 61 | 9/17/1996 | 393 | $ 43.68 | LB657 | | | | |
| 61 | 9/17/1996 | 466 | $ 52.19 | LB657 | | | | |
| 61 | 9/17/1996 | 631 | $ 70.22 | LB657 | | | | |
| 61 | 9/17/1996 | 698 | $ 78.18 | LB657 | | | | |
| 61 | 9/17/1996 | 703 | $ 79.30 | LB657 | | | | |
| 61 | 9/17/1996 | 773 | $ 86.58 | LB657 | | | | |
| 61 | 9/17/1996 | 954 | $ 106.85 | | | | | |
| 61 | 9/17/1996 | 1,011 | $ 113.48 | | | | | |
| 61 | 9/17/1996 | 2,332 | $ 260.51 | LB657 | | | | |
| 61 | 9/17/1996 | 2,371 | $ 266.45 | LB657 | | | | |
| 61 | 9/17/1996 | 2,658 | $ 198.47 | LB657 | | | | |
| 61 | 9/17/1996 | 2,817 | $ 208.01 | LB657 | | | | |
| 61 | 9/17/1996 | 3,175 | $ 356.38 | LB657 | | | | |
| 61 | 9/17/1996 | 8,171 | $ 689.37 | LB657 | | | | |
| 61 | 9/17/1996 | 8,475 | $ 720.15 | LB657 | | | | |
| 61 | 9/17/1996 | 9,654 | $ 857.32 | LB657 | | | | |
| 61 | 9/17/1996 | 12,392 | $ 1,107.89 | LB657 | | | | |
| 61 | 9/17/1996 | 13,071 | $ 1,090.69 | LB657 | | | | |
| 61 | 9/17/1996 | 13,517 | $ 1,176.87 | LB657 | | | | |
| 61 | 9/17/1996 | 15,043 | $ 1,318.50 | LB657 | | | | |
| 61 | 9/17/1996 | 20,920 | $ 1,750.32 | LB657 | | | | |
| 61 | 9/17/1996 | 27,142 | $ 2,224.23 | LB657 | | | | |
| 61 | 9/17/1996 | 51,333 | $ 4,274.09 | LB657 | | | | |
| 61 | 9/17/1996 | 60,450 | $ 4,900.89 | LB657 | | | | |
| 61 | 9/18/1996 | 256 | $ 31.87 | LB657 | | | | |
| 61 | 9/18/1996 | 420 | $ 47.04 | LB657 | | | | |
| 61 | 9/18/1996 | 9,100 | $ 871.93 | LB657 | | | | |
| 61 | 9/18/1996 | 10,148 | $ 828.84 | LB657 | | | | |
| 61 | 9/24/1996 | 25,031 | $ 2,549.85 | HM734 | | | | |
| 61 | 9/24/1996 | 25,032 | $ 2,552.52 | HM735 | | | | |
| 61 | 10/21/1996 | 22,398 | $ 4,395.82 | HM736 | | | | |
| 61 | 10/25/1996 | 14,961 | $ 3,228.87 | | | | | |
| 61 | 10/25/1996 | 29,682 | $ 5,967.92 | | | | | |
| 61 | 10/25/1996 | 57,514 | $ 11,195.22 | | | | | |
| 61 | 10/25/1996 | 58,205 | $ 11,724.47 | | | | | |
| 61 | 10/25/1996 | 62,932 | $ 12,379.74 | | | | | |
| 61 | 11/7/1996 | 15,344 | $ 1,545.88 | LM733 | | | | |
| 61 | 11/7/1996 | 27,668 | $ 2,783.47 | LM732 | | | | |
| 61 | 11/8/1996 | 2,088 | $ 450.38 | 734 | | | | |
| 61 | 11/8/1996 | 21,654 | $ 4,407.02 | 734 | | | | |
| 61 | 11/8/1996 | 23,751 | $ 2,799.77 | HM735 | | | | |
| 61 | 11/12/1996 | 24,900 | $ 5,695.02 | HD736 | | | | |
| 61 | 12/20/1996 | 14,174 | $ 1,439.00 | LM733 | | | | |
| 61 | 12/24/1996 | 26,281 | $ 2,637.07 | LM732 | | | | |
| 61 | 2/28/1997 | 193,239 | $ 18,371.93 | | 5,140,252 | $ 480,909.36 | | |
| 62 | 12/30/1994 | 48,800 | $ 4,895.54 | LM333 | | | | RA (side 7/10/94) |
| 62 | 2/3/1995 | 47,816 | $ 4,985.68 | LM333 | | | | RA (side 7/10/94) |
| 62 | 3/30/1995 | 41,136 | $ 4,423.31 | LM333 | | | 62 | |
| 62 | 3/31/1995 | 3,888 | $ 302.33 | LM333 | | | 62 | |
| 62 | 8/8/1995 | 3,748 | $ 426.56 | LS510 | | | | RA (side 7/10/94) |
| 62 | 9/23/1995 | 3,250 | $ 388.08 | LS510 | | | | RA (side 7/10/94) |
| 62 | 12/27/1995 | 2,609 | $ 308.24 | LS510 | 151,027 | $ 15,729.72 | 62 | |
| 64 | 2/17/1995 | 24,887 | $ 2,817.97 | LM361 | | | | RA (side 9/19/94) |
| 64 | 2/17/1995 | 24,982 | $ 2,796.10 | LA426 | | | | RA (side 9/19/94) |
| 64 | 2/18/1995 | 50,061 | $ 5,446.23 | LA427 | | | | RA (side 9/19/94) |
| 64 | 4/17/1995 | 24,080 | $ 2,743.09 | LM361 | | | | RA (side 9/19/94) |
| 64 | 4/17/1995 | 48,861 | $ 5,340.06 | LA427 | | | | RA (side 9/19/94) |
| 64 | 7/21/1995 | 50,091 | $ 5,008.84 | LA502 | 222,962 | $ 24,152.29 | | Invoice #502-001 |
| 65 | 5/3/1995 | 4,078 | $ 332.76 | LB315 | | | 65 | |
| 65 | 5/3/1995 | 32,801 | $ 3,391.64 | LB315 | | | 65 | |
| 65 | 5/3/1995 | 38,289 | $ 3,957.09 | LB315 | | | | |
| 65 | 7/5/1995 | 70,917 | $ 7,591.22 | LB315 | | | | |

US Postal Inspection Service                    Page 7                                    2/22/2001

| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Pieces | Amount | Obtained | Comments |
|---|---|---|---|---|---|---|---|---|
| 65 | 8/14/1995 | 67,183 | $ 7,237.59 | LB315 | | | | |
| 65 | 7/29/1996 | 110,320 | $ 12,047.75 | LB672 | | | | |
| 65 | 9/27/1996 | 105,822 | $ 10,933.18 | LB672 | | | | |
| 65 | 12/1/1996 | 101,091 | $ 9,916.79 | LB672 | | | | |
| 65 | 4/21/1997 | 25,017 | $ 2,357.03 | LS800 | | | 65 | RA side language |
| 65 | 6/9/1997 | 22,258 | $ 2,260.17 | LS800 | | | 65 | |
| 65 | 8/1/1997 | 20,682 | $ 2,111.59 | LS800 | 598,458 | $ 62,140.80 | 65 | |
| 68 | 2/20/1996 | 61,732 | $ 5,827.01 | LM481 | | | | RA |
| 68 | 4/3/1996 | 52,383 | $ 5,026.29 | LM481 | | | Randolph | |
| 68 | 5/15/1996 | 22,663 | $ 1,846.35 | LM481 | | | Randolph | |
| 68 | 5/15/1996 | 23,856 | $ 2,561.43 | LM481 | | | Randolph | |
| 68 | 6/10/1996 | 59,671 | $ 5,673.21 | LB728 | | | Randolph | |
| 68 | 10/25/1996 | 53,204 | $ 4,642.69 | LB728 | | | 68 | |
| 68 | 12/17/1996 | 47,362 | $ 4,187.59 | LB728 | | | 68 | RA (side 5/20/96) |
| 68 | 5/2/1997 | 35,512 | $ 3,220.30 | 836 | | | 68 | |
| 68 | 5/30/1997 | 23,756 | $ 2,714.29 | 835 | | | 68 | |
| 68 | 8/29/1997 | 17,871 | $ 1,865.83 | 835 | | | 68 | |
| 68 | 10/30/1997 | 61,541 | $ 5,643.45 | LB862 | | | 68 | |
| 68 | 12/17/1997 | 59,168 | $ 5,302.31 | LB862 | | | 68 | |
| 68 | 2/18/1998 | 51,296 | $ 4,643.94 | LB862 | | | 68 | |
| 68 | 7/15/1998 | 20,332 | $ 1,911.51 | 835 | | | 68 | Invoice #835-836-008 (dated 7/15/98) |
| 68 | 7/15/1998 | 34,085 | $ 3,157.85 | 836 | | | 68 | Invoice #835-836-008 (dated 7/15/98) |
| 68 | 7/15/1998 | 36,370 | $ 3,875.56 | 836 | 660,690 | $ 62,001.83 | 68 | Invoice #835-836-008 (dated 7/15/98) |
| 71 | 1/18/1995 | 11,434 | $ 943.90 | LM347 | | | | |
| 71 | 1/18/1995 | 37,849 | $ 4,006.89 | LM347 | 49,383 | $ 4,950.79 | | RA |
| 72 | 10/3/1991 | 92,052 | $ 7,810.11 | VS033 | | | | RA (difference from 3602's) |
| 72 | 11/17/1991 | 35,608 | $ 11,154.05 | VS033 | | | | |
| 72 | 11/21/1991 | 27,457 | $ 8,604.84 | VS033 | | | *BRICK MILL | |
| 72 | 11/22/1991 | 8,138 | $ 2,549.41 | VS033 | | | *BRICK MILL | |
| 72 | 12/11/1991 | 8,783 | $ 2,127.63 | VS033 | | | *BRICK MILL | |
| 72 | 2/6/1992 | 78,428 | $ 6,953.06 | VS033 | | | | RA |
| 72 | 4/18/1992 | 52,377 | $ 4,949.37 | VS033 | | | | RA |
| 72 | 1/15/1993 | 36,243 | $ 7,713.82 | VS222 | | | | RA |
| 72 | 2/18/1994 | 32,273 | $ 3,141.89 | VS222 | | | | RA |
| 72 | 4/8/1994 | 29,414 | $ 2,863.04 | VS222 | | | | RA |
| 72 | 11/15/1994 | 42,149 | $ 8,352.10 | RD305 | | | | RA |
| 72 | 1/6/1995 | 12,341 | $ 1,217.35 | 303 | | | | Invoice #303-006 |
| 72 | 1/6/1995 | 18,032 | $ 1,804.50 | 303 | | | | Invoice #303-006 |
| 72 | 1/6/1995 | 33,755 | $ 3,393.28 | 303 | | | | Invoice #303-006 |
| 72 | 1/6/1995 | 38,203 | $ 3,694.82 | 303 | | | | Invoice #303-006 |
| 72 | 1/6/1995 | 45,982 | $ 4,178.86 | 303 | | | | Invoice #303-006 |
| 72 | 1/6/1995 | 48,112 | $ 4,357.47 | 303 | | | | Invoice #303-006 |
| 72 | 1/6/1995 | 52,357 | $ 4,679.76 | 303 | | | | Invoice #303-006 |
| 72 | 1/18/1995 | 33,343 | $ 3,342.72 | RD305 | | | | RA |
| 72 | 3/30/1995 | 31,175 | $ 3,143.74 | RD305 | | | | RA |
| 72 | 11/16/1995 | 43,954 | $ 8,208.25 | RD551 | | | | RA |
| 72 | 1/5/1996 | 37,232 | $ 3,874.36 | RD551 | | | | RA |
| 72 | 2/23/1996 | 31,336 | $ 3,291.87 | RD551 | | | Randolph | |
| 72 | 5/21/1996 | 30,155 | $ 2,679.33 | LB648 | | | | |
| 72 | 5/21/1996 | 35,862 | $ 3,877.30 | | | | | |
| 72 | 6/26/1996 | 67,017 | $ 8,184.59 | LB648 | | | | Invoice #648-001 |
| 72 | 7/1/1996 | 35,762 | $ 3,860.95 | LB648 | | | Randolph | |
| 72 | 7/2/1996 | 20,721 | $ 2,277.37 | LB648 | | | Randolph | |
| 72 | 8/17/1996 | 56,847 | $ 5,531.78 | LB648 | | | Randolph | |
| 72 | 12/11/1996 | 38,543 | $ 3,425.70 | HD673 | | | | |
| 72 | 12/19/1996 | 44,735 | $ 8,042.15 | HD673 | | | | Invoice #673-003 |
| 72 | 2/7/1997 | 33,383 | $ 2,904.93 | HD673 | | | | |
| 72 | 2/7/1997 | 67,939 | $ 8,126.29 | 817 | 1,307,718 | $ 157,096.13 | | |
| 73 | 4/22/1996 | 23,765 | $ 2,724.64 | LB623 | | | 73 | |
| 73 | 6/7/1996 | 21,489 | $ 2,487.58 | LB623 | | | Randolph | |
| 73 | 7/22/1996 | 10,865 | $ 2,279.86 | LB623 | 65,119 | $ 7,472.08 | Randolph | |
| 74 | 12/6/1993 | 58,416 | $ 10,515.57 | VS241 | | | | RA (side 8/27/93) |
| 74 | 3/21/1994 | 50,782 | $ 7,558.88 | VS241 | | | | RA (side 8/27/93) |
| 74 | 5/10/1994 | 48,922 | $ 4,282.26 | VS241 | | | | RA (side 8/27/93) |
| 74 | 5/24/1995 | 10,500 | $ 1,092.11 | LD307 | | | | Invoice #307-005 |
| 74 | 5/24/1995 | 11,813 | $ 1,153.18 | LD307 | | | | Invoice #307-005 |
| 74 | 5/24/1995 | 11,773 | $ 1,177.30 | LD307 | | | | Invoice #307-005 |
| 74 | 6/14/1995 | 13,220 | $ 1,370.67 | LS485 | | | | RA (side 4/28/95) |
| 74 | 8/8/1995 | 11,317 | $ 1,174.66 | LS485 | | | | RA (side 4/28/95) |
| 74 | 8/23/1995 | 11,387 | $ 1,173.33 | LS485 | 227,930 | $ 29,497.94 | | RA (side 4/28/95) |
| 78 | 1/29/1992 | 10,827 | $ 1,201.80 | VSD40 | | | 78 | |
| 78 | 1/29/1992 | 15,148 | $ 1,120.80 | VSD40 | | | 78 | |
| 78 | 1/29/1992 | 44,411 | $ 4,352.26 | VSD40 | | | 78 | |
| 78 | 4/1/1992 | 64,232 | $ 8,126.14 | VSD40 | | | | RA |
| 78 | 5/29/1992 | 59,769 | $ 5,724.45 | VSD40 | | | | RA |
| 78 | 10/11/1995 | 12,106 | $ 1,371.50 | LS506 | | | Randolph | |
| 78 | 11/16/1995 | 9,814 | $ 1,049.24 | LB528 | | | Randolph | |
| 78 | 11/17/1995 | 49,490 | $ 5,298.17 | LB528 | | | Randolph | |
| 78 | 1/16/1996 | 54,621 | $ 5,898.17 | LB528 | | | Randolph | |
| 78 | 3/4/1996 | 51,947 | $ 5,600.38 | LB528 | | | Randolph | |
| 78 | 8/20/1996 | 24,184 | $ 2,515.41 | LD690 | | | Randolph | |
| 78 | 10/10/1996 | 20,813 | $ 2,053.88 | | 417,160 | $ 42,312.00 | Randolph | |
| 79 | 10/17/1995 | 26,701 | $ 3,033.45 | LM524 | | | Randolph | |
| 79 | 12/1/1995 | 25,347 | $ 2,886.76 | LM274 | | | | RA (side 5/10/95) |
| 79 | 1/17/1996 | 24,616 | $ 2,786.78 | LM524 | | | Randolph | |
| 79 | 4/23/1996 | 2,653 | $ 334.43 | LM618 | | | Randolph | |
| 79 | 6/5/1996 | 2,500 | $ 294.58 | LS618 | | | Randolph | |
| 79 | 7/17/1996 | 2,246 | $ 265.86 | LS618 | 84,273 | $ 9,501.86 | Randolph | |
| 80 | 8/14/1995 | 24,805 | $ 2,315.88 | LM507 | | | 80 | |
| 80 | 6/28/1995 | 23,242 | $ 2,584.17 | LM507 | | | 80 | |
| 80 | 11/0/1995 | 23,262 | $ 2,252.75 | LM507 | | | Randolph | |
| 80 | 12/26/1995 | 1,735 | $ 203.43 | LS603 | | | Randolph | |
| 80 | 2/6/1996 | 1,812 | $ 184.76 | LS603 | | | Randolph | |
| 80 | 3/21/1996 | 1,383 | $ 157.87 | LS603 | 78,039 | $ 7,298.86 | Randolph | |
| 82 | 9/15/1992 | 599 | $ 44.33 | VSD68 | | | 82 | |
| 82 | 9/15/1992 | 25,678 | $ 2,577.05 | VSD68 | | | 82 | |

 

US Postal Inspection Service                                    Page 8                                    2/22/2001

| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Pieces | Amount | Obtained | Comments |
|---|---|---|---|---|---|---|---|---|
| 82 | 11/2/1992 | 2,488 | $ 364.29 | VS068 | | | 82 | |
| 82 | 11/2/1992 | 4,960 | $ 949.44 | VS068 | | | 82 | |
| 82 | 11/2/1992 | 25,100 | $ 4,579.70 | VS068 | | | 82 | |
| 82 | 12/22/1992 | 15,570 | $ 1,585.42 | VS068 | | | 82 | |
| 82 | 12/30/1992 | 15,174 | $ 1,595.81 | VS068 | | | 82 | |
| 82 | 2/2/1993 | 1,887 | $ 139.64 | VS068 | | | 82 | |
| 82 | 2/2/1993 | 26,248 | $ 2,780.80 | VS068 | | | 82 | |
| 82 | 4/9/1993 | 6,252 | $ 693.97 | VS123/VS124 | | | 82 | |
| 82 | 4/22/1993 | 15,883 | $ 1,493.01 | VS123/VS124 | | | 82 | |
| 82 | 4/23/1993 | 30,072 | $ 3,107.92 | VS123/VS124 | | | 82 | |
| 82 | 6/14/1993 | 1,305 | $ 144.36 | VS123/VS124 | | | 82 | |
| 82 | 6/14/1993 | 4,744 | $ 480.29 | VS123/VS124 | | | 82 | |
| 82 | 6/14/1993 | 45,214 | $ 4,526.54 | VS123/VS124 | | | 82 | |
| 82 | 7/23/1993 | 395 | $ 29.23 | VS123/VS124 | | | 82 | |
| 82 | 7/23/1993 | 4,494 | $ 456.14 | VS123/VS124 | | | 82 | |
| 82 | 7/23/1993 | 43,604 | $ 4,398.32 | VS123/VS124 | | | 82 | |
| 82 | 10/25/1993 | 1,319 | $ 97.61 | VS202/201 | | | 82 | |
| 82 | 10/25/1993 | 55,777 | $ 5,586.57 | VS202/201 | | | 82 | |
| 82 | 12/2/1993 | 11,401 | $ 2,158.16 | VS201 | | | | RA |
| 82 | 12/18/1993 | 48,798 | $ 8,360.03 | VS201 | | | | RA |
| 82 | 2/14/1994 | 9,521 | $ 972.27 | VS202/201 | | | 82 | |
| 82 | 2/14/1994 | 43,849 | $ 4,449.82 | VS202/201 | | | 82 | |
| 82 | 2/25/1994 | 23,337 | $ 2,430.53 | VS263 | | | 82 | |
| 82 | 3/25/1994 | 18,361 | $ 1,837.31 | VS202/201 | | | 82 | |
| 82 | 3/25/1994 | 23,485 | $ 2,498.77 | VS202/201 | | | 82 | |
| 82 | 3/31/1994 | 8,568 | $ 893.31 | VS202/201 | | | 82 | |
| 82 | 4/1/1994 | 8,568 | $ 893.51 | VS201/202 | | | | RA |
| 82 | 4/1/1994 | 21,034 | $ 2,178.09 | VS263 | | | 82 | |
| 82 | 5/11/1994 | 19,854 | $ 2,310.55 | VS263 | | | 82 | |
| 82 | 8/9/1994 | 7,947 | $ 830.18 | LS323 | | | | |
| 82 | 1/31/1995 | 12,906 | $ 1,433.86 | LS409 | 585,492 | $ 66,876.94 | 82 | |
| 83 | 9/24/1996 | 101,194 | $ 10,133.83 | 650 | | | | |
| 83 | 11/8/1996 | 15,488 | $ 3,183.54 | 650 | | | | |
| 83 | 11/8/1996 | 16,906 | $ 3,554.14 | 650 | | | | |
| 83 | 11/8/1996 | 57,207 | $ 11,230.23 | 650 | | | | |
| 83 | 12/27/1996 | 80,446 | $ 7,572.48 | 650 | | | | |
| 83 | 2/14/1997 | 69,410 | $ 6,578.22 | 650 | 340,641 | $ 42,252.42 | | |
| 85 | 6/14/1996 | 2,421 | $ 208.12 | LM649 | | | 85 | |
| 85 | 6/19/1996 | 45,857 | $ 5,175.26 | LM649 | | | 85 | |
| 85 | 7/31/1996 | 44,471 | $ 4,542.95 | LM649 | | | Randolph | |
| 85 | 9/20/1996 | 42,460 | $ 4,455.98 | LM649 | | | 85 | |
| 85 | 6/18/1997 | 4,345 | $ 574.07 | LS754 | | | 85 | |
| 85 | 6/30/1997 | 4,493 | $ 590.61 | LS852 | | | 85 | |
| 85 | 7/30/1997 | 4,549 | $ 450.25 | LS754 | | | 85 | |
| 85 | 8/19/1997 | 4,624 | $ 360.14 | LS852 | | | 85 | |
| 85 | 9/17/1997 | 3,450 | $ 341.45 | LS754 | | | 85 | |
| 85 | 10/5/1997 | 3,507 | $ 357.71 | LS852 | 159,577 | $ 17,186.70 | 85 | |
| 87 | 7/6/1995 | 49,908 | $ 5,456.16 | NM500 | | | | RA (side 4/4/95) |
| 87 | 8/23/1995 | 46,908 | $ 5,232.73 | NM500 | | | | RA (side 4/4/95) |
| 89 | 5/15/1996 | 24,347 | $ 2,849.00 | SB608 | 121,163 | $ 13,537.89 | Randolph | |
| 89 | 12/8/1995 | 89,289 | $ 9,333.19 | LM584 | | | | |
| 89 | 1/26/1996 | 80,079 | $ 8,513.96 | LM584 | | | | |
| 89 | 3/12/1996 | 74,850 | $ 7,908.34 | LM584 | 245,137 | $ 25,755.49 | | |
| 94 | 10/12/1995 | 43,375 | $ 5,085.38 | 571 | | | | |
| 94 | 10/13/1995 | 181,125 | $ 19,406.13 | 571 | | | | |
| 94 | 11/21/1995 | 55,380 | $ 6,142.38 | 571 | | | | |
| 94 | 11/22/1995 | 42,950 | $ 4,787.45 | 571 | | | | |
| 94 | 11/25/1995 | 47,171 | $ 5,235.98 | 571 | | | | |
| 94 | 11/27/1995 | 41,621 | $ 4,619.93 | 571 | | | | |
| 94 | 11/28/1995 | 23,916 | $ 2,654.68 | 571 | | | | |
| 94 | 1/26/1996 | 201,000 | $ 21,967.41 | 571 | | | | |
| 94 | 3/1/1996 | 197,881 | $ 21,683.66 | HD571 | 834,418 | $ 91,562.94 | Randolph | |
| 95 | 6/28/1996 | 5,518 | $ 631.15 | LD655 | | | | |
| 95 | 6/28/1996 | 15,500 | $ 1,772.20 | LD656 | | | | |
| 95 | 6/28/1996 | 19,550 | $ 2,211.80 | LM654 | | | | |
| 95 | 8/20/1996 | 4,957 | $ 526.60 | LD655 | | | | |
| 95 | 8/20/1996 | 18,260 | $ 1,915.84 | LM654 | | | | |
| 95 | 10/24/1996 | 4,650 | $ 464.47 | ILD655 | | | | |
| 95 | 10/25/1996 | 17,506 | $ 1,726.81 | LM654 | | | | |
| 95 | 2/21/1997 | 365 | $ 48.16 | LM654 | | | | |
| 95 | 6/10/1997 | 9,803 | $ 976.26 | LD848 | | | | RA (agree. 2/8/97) |
| 95 | 6/10/1997 | 13,760 | $ 1,371.74 | LM845 | | | | RA (agree. 2/8/97) |
| 95 | 8/4/1997 | 9,088 | $ 904.24 | LD848 | | | | RA (agree. 2/8/97) |
| 95 | 8/5/1997 | 13,606 | $ 1,356.11 | LM845 | | | | RA (agree. 2/8/97) |
| 95 | 10/17/1997 | 38,318 | $ 7,137.08 | CB880 | 170,879 | $ 21,047.28 | | RA (agree. 2/8/97) |
| 97 | 9/22/1995 | 28,071 | $ 3,094.11 | LM503 | | | Randolph | |
| 97 | 11/29/1995 | 23,606 | $ 2,708.79 | LM503 | | | Randolph | |
| 97 | 1/17/1996 | 23,174 | $ 2,671.78 | LM503 | | | Randolph | |
| 97 | 3/8/1996 | 3,093 | $ 364.94 | LS613 | | | 97 | RA |
| 97 | 4/19/1996 | 2,783 | $ 327.84 | LS613 | | | Randolph | |
| 97 | 5/30/1996 | 2,545 | $ 298.05 | LS613 | 83,274 | $ 9,465.55 | Randolph | |
| 98 | 8/29/1996 | 16,111 | $ 1,697.48 | LM685 | | | | |
| 98 | 10/17/1996 | 15,234 | $ 1,546.57 | LM685 | | | | |
| 98 | 12/2/1996 | 14,715 | $ 1,468.35 | LM685 | | | | |
| 98 | 7/29/1997 | 1,807 | $ 177.90 | LS819 | | | | |
| 98 | 9/16/1997 | 1,585 | $ 167.08 | LS819 | | | 98 | RA |
| 98 | 10/20/1997 | 1,457 | $ 157.99 | LS819 | 50,909 | $ 5,185.35 | 98 | RA |
| 99 | 5/5/1994 | 45,699 | $ 7,328.18 | LM267 | | | | RA (side 11/23/03) |
| 99 | 6/24/1994 | 44,890 | $ 4,220.39 | LM267 | | | | RA (side 11/23/03) |
| 99 | 8/11/1994 | 43,324 | $ 4,082.70 | LM267 | | | | RA (side 11/23/03) |
| 99 | 2/10/1995 | 7,644 | $ 806.30 | LD385 | | | 99 | RA |
| 99 | 3/1/1995 | 6,889 | $ 752.74 | LD385 | | | 99 | |
| 99 | 5/16/1995 | 6,368 | $ 696.85 | LD385 | | | 99 | |
| 99 | 8/23/1996 | 29,882 | $ 3,029.69 | LB723 | | | Randolph | |
| 99 | 11/11/1996 | 28,217 | $ 2,717.81 | LB723 | | | 99 | |
| 99 | 12/19/1996 | 23,522 | $ 2,254.23 | LB723 | | | 99 | |



US Postal Inspection Service                                    Page 9                                    2/22/2001

| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Pieces | Amount | Obtained | Comments |
|---|---|---|---|---|---|---|---|---|
| 99 | 4/9/1997 | 3,800 | $ 416.35 | LS834 | | | 99 | RA |
| 99 | 6/30/1997 | 3,300 | $ 426.74 | LS834 | | | 99 | |
| 99 | 7/24/1997 | 2,808 | $ 277.40 | LS834 | 248,543 | 27,009 | 99 | |
| 100 | 8/28/1992 | 64,972 | $ 6,747.04 | VS081 | | | | RA |
| 100 | 10/20/1992 | 58,915 | $ 6,027.25 | VS081 | | | | RA |
| 100 | 12/18/1992 | 59,398 | $ 6,550.70 | VS081 | | | | RA |
| 100 | 3/30/1993 | 4,591 | $ 509.60 | VS171 | | | | RA |
| 100 | 6/30/1993 | 47,574 | $ 5,101.88 | VS171 | | | | RA |
| 100 | 8/30/1993 | 52,330 | $ 5,603.26 | VS171 | | | | RA |
| 100 | 8/17/1993 | 108,437 | $ 11,938.14 | VS171 | | | | RA |
| 100 | 10/14/1993 | 39,845 | $ 4,328.18 | VS171 | | | | RA |
| 100 | 10/19/1993 | 7,887 | $ 875.48 | VS171 | | | | RA |
| 100 | 10/73/1993 | 39,870 | $ 4,171.56 | VS171 | | | | RA |
| 100 | 11/18/1993 | 48,366 | $ 4,910.89 | VS249 | | | | RA |
| 100 | 1/19/1994 | 44,750 | $ 4,625.54 | VS249 | | | | RA |
| 100 | 9/2/1994 | 48,766 | $ 5,176.28 | LM339 | | | | RA |
| 100 | 9/2/1994 | 51,195 | $ 5,521.78 | LM339 | | | | RA |
| 100 | 10/20/1994 | 5,020 | $ 579.42 | LA352 | | | 100 | |
| 100 | 10/24/1994 | 12,658 | $ 1,382.87 | | | | 100 | |
| 100 | 10/24/1994 | 16,151 | $ 1,772.39 | LM351 | | | 100 | |
| 100 | 10/24/1994 | 28,533 | $ 3,110.01 | LM351 | | | 100 | |
| 100 | 10/24/1994 | 33,591 | $ 3,609.37 | LM339 | | | 100 | |
| 100 | 12/9/1994 | 12,282 | $ 1,331.13 | LA352 | | | 100 | |
| 100 | 12/9/1994 | 15,263 | $ 1,669.98 | LA340 | | | 100 | |
| 100 | 12/21/1994 | 26,196 | $ 2,848.18 | LA351 | | | 100 | |
| 100 | 12/21/1994 | 30,711 | $ 5,324.71 | LM339 | | | 100 | |
| 100 | 12/31/1994 | 4,450 | $ 513.53 | LM406 | | | 100 | |
| 100 | 1/26/1995 | 1,984 | $ 239.40 | LA406 | | | 100 | |
| 100 | 1/26/1995 | 2,354 | $ 282.48 | LA406 | 865,989 | $ 92,751.79 | 100 | |
| 102 | 9/5/1995 | 44,041 | $ 3,782.62 | CB501 | | | 102 | |
| 102 | 11/3/1995 | 40,359 | $ 6,540.88 | CB501 | | | 102 | |
| 102 | 12/28/1995 | 38,025 | $ 3,432.95 | CB501 | | | 102 | |
| 102 | 3/1/1996 | 37,085 | $ 3,336.45 | CB501 | | | 102 | |
| 102 | 8/10/1996 | 5,868 | $ 594.39 | LS833 | | | 102 | |
| 102 | 7/23/1996 | 4,657 | $ 472.94 | LS833 | | | 102 | |
| 102 | 9/10/1996 | 4,128 | $ 420.02 | LS833 | 173,963 | $ 18,560.15 | 102 | |
| BUCK | 10/15/1997 | 24,982 | $ 2,579.02 | | | | BuckMasters | |
| BUCK | 12/19/1997 | 8,804 | $ 984.97 | | 33,586 | $ 3,463.99 | BuckMasters | |
| GL OK | 8/11/1997 | 36,007 | $ 3,376.07 | LB885 | | | GL OK | RA |
| GL OK | 9/26/1997 | 31,937 | $ 2,972.12 | LB885 | | | GL OK | |
| GI OK | 11/10/1997 | 29,511 | $ 2,895.14 | LB885 | | | GL OK | RA |
| GE OK | 10/27/1998 | 35,026 | $ 3,566.15 | LB387 | | | GL OK | RA (Contract 3/9/98) |
| GL OK | 12/11/1998 | 32,874 | $ 3,351.73 | LB387 | 165,355 | $ 16,161.21 | GL OK | |
| GL WA | 5/23/1997 | 23,626 | $ 2,265.86 | LM796 | | | GL WA | RA (side 4/26/96) |
| GL WA | 7/30/1997 | 20,148 | $ 1,960.29 | LM796 | 43,774 | $ 4,226.15 | GL WA | RA (side 4/26/96) |
| IMP SHRINE | 6/10/1994 | 293,338 | $ 28,168.06 | LM261 | | | IMP SHRINE | RA |
| IMP SHRINE | 7/1/1994 | 32,362 | $ 3,318.44 | LD321 | | | IMP SHRINE | RA |
| IMP SHRINE | 8/13/1994 | 28,296 | $ 2,919.75 | LD321 | | | IMP SHRINE | RA |
| IMP SHRINE | 8/15/1994 | 247,533 | $ 25,654.55 | LM261 | | | IMP SHRINE | RA |
| IMP SHRINE | 9/17/1994 | 223,846 | $ 21,534.44 | LM261 | | | IMP SHRINE | RA |
| IMP SHRINE | 9/28/1994 | 19,323 | $ 2,028.34 | LD321 | | | IMP SHRINE | RA |
| IMP SHRINE | 10/21/1994 | 283,019 | $ 27,780.84 | NM270 | | | IMP SHRINE | RA |
| IMP SHRINE | 11/5/1994 | 87,445 | $ 14,160.63 | IND359 | | | IMP SHRINE | RA |
| IMP SHRINE | 12/13/1994 | 30,858 | $ 5,425.65 | NM276 | | | IMP SHRINE | RA |
| IMP SHRINE | 1/5/1995 | 180,959 | $ 44,248.25 | NM276 | | | IMP SHRINE | RA |
| IMP SHRINE | 1/25/1995 | 67,378 | $ 6,246.70 | IND359 | | | IMP SHRINE | RA |
| IMP SHRINE | 2/21/1995 | 218,328 | $ 22,566.87 | NM276 | | | IMP SHRINE | RA |
| IMP SHRINE | 2/22/1995 | 51,867 | $ 5,018.84 | IND359 | | | IMP SHRINE | RA |
| IMP SHRINE | 3/20/1995 | 213,821 | $ 22,282.11 | NM276 | | | IMP SHRINE | RA |
| IMP SHRINE | 4/12/1995 | 76,789 | $ 8,448.77 | LD437 | | | IMP SHRINE | RA |
| IMP SHRINE | 4/14/1995 | 283,378 | $ 28,921.24 | LM436 | | | IMP SHRINE | RA |
| IMP SHRINE | 5/15/1995 | 219,980 | $ 22,792.27 | LM436 | | | IMP SHRINE | RA |
| IMP SHRINE | 5/24/1995 | 62,718 | $ 6,773.85 | LD437 | | | IMP SHRINE | RA |
| IMP SHRINE | 6/30/1995 | 53,261 | $ 5,708.43 | LD437 | | | IMP SHRINE | RA |
| IMP SHRINE | 8/15/1995 | 207,422 | $ 21,698.41 | LM436 | 2,893,111 | $ 323,694.36 | IMP SHRINE | RA |
| IAFF | 12/1/1999 | 44,238 | $ 5,307.25 | LB2982.1 | | | IAFF | |
| IAFF | 12/9/1999 | 82,960 | $ 9,462.76 | LB2982.1 | | | IAFF | |
| IAFF | 12/7/1999 | 41,762 | $ 4,761.31 | LB2982.1 | | | IAFF | |
| IAFF | 12/9/1999 | 49,256 | $ 5,615.18 | LB2982.1 | | | IAFF | |
| IAFF | 6/6/2000 | 1,560 | $ 263.64 | LB2982.1 | | | IAFF | Invoice #29821-007 (diff. From 3602s) |
| IAFF | 2/24/2000 | 204,707 | $ 23,715.65 | LB2982.1 | 424,483 | $ 49,125.89 | IAFF | |
| LADIES FRA | 2/5/1998 | 23,990 | $ 2,425.24 | LM994 | | | LADIES FRA | |
| LADIES FRA | 3/31/1998 | 21,420 | $ 2,168.17 | LM994 | | | LADIES FRA | |
| LADIES FRA | 5/18/1998 | 23,566 | $ 2,390.96 | LB192 | | | LADIES FRA | |
| LADIES FRA | 12/3/1998 | 24,113 | $ 4,292.27 | PB377 | | | LADIES FRA | |
| LADIES FRA | 3/1/1999 | 20,912 | $ 2,470.06 | PB377 | 114,101 | $ 13,746.64 | LADIES FRA | |
| MA ELKS | 12/23/1997 | 52,029 | $ 4,650.06 | | | | MA ELKS | RA |
| MA ELKS | 2/11/1998 | 47,693 | $ 4,546.71 | | | | MA ELKS | RA |
| MA ELKS | 4/14/1998 | 44,365 | $ 4,231.65 | | | | MA ELKS | RA |
| MA ELKS | 10/13/1998 | 49,176 | $ 4,917.91 | | | | MA ELKS | RA |
| MA ELKS | 11/30/1998 | 45,475 | $ 4,549.32 | | | | MA ELKS | RA |
| MA ELKS | 1/25/1999 | 39,336 | $ 4,205.36 | | 278,074 | $ 27,100.41 | MA ELKS | RA |
| MN OES | 3/20/1995 | 17,952 | $ 1,720.36 | LM457 | | | MN OES | |
| MN OES | 3/16/1995 | 1,800 | $ 147.93 | LM457 | | | MN OES | |
| MN OES | 5/16/1995 | 12,779 | $ 1,342.32 | LM457 | | | MN OES | |
| MN OES | 1/29/1996 | 16,213 | $ 1,728.85 | NB543 | | | Randolph | Invoice #543-006 |
| MN OES | 3/26/1996 | 14,596 | $ 1,545.03 | NB543 | | | Randolph | Invoice #543-006 |
| MN OES | 10/16/1996 | 17,405 | $ 1,889.46 | NB543 | 80,745 | $ 8,474.93 | MN OES | Invoice #543-006 |
| SHRINERS HOSP. | 7/7/1999 | 38,165 | $ 4,515.81 | | | | Randolph | |
| SHRINERS HOSP. | 7/8/1999 | 38,179 | $ 4,522.53 | | | | Randolph | |
| SHRINERS HOSP. | 7/14/1999 | 11,425 | $ 1,344.16 | | | | Randolph | |
| SHRINERS HOSP. | 8/8/1999 | 984,123 | $ 91,281.28 | | | | Randolph | |
| SHRINERS HOSP. | 9/8/1999 | 59,989 | $ 7,051.33 | | | | Randolph | |
| SHRINERS HOSP. | 9/8/1999 | 7,152 | $ 802.69 | | | | Randolph | |
| SHRINERS HOSP. | 10/9/1999 | 8,785 | $ 1,055.97 | | | | Randolph | |
| SHRINERS HOSP. | 11/30/1999 | 4,369 | $ 524.91 | | | | Randolph | |

US Postal Inspection Service



Page 10

2/22/2001

| Seq. No. | Date | Number of pieces | Postage paid | Program No. | Pieces | Amount | Obtained | Comments | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SHRINERS HOSP. | 2/7/2000 | 86,205 | $ 7,547.37 | | | | Randolph | | | |
| SHRINERS HOSP. | 2/8/2000 | 86,764 | $ 7,875.93 | | | | Randolph | | | |
| SHRINERS HOSP. | 3/15/2000 | 26,445 | $ 3,014.73 | | | | Randolph | | | |
| SHRINERS HOSP. | 3/17/2000 | 84,816 | $ 9,892.00 | | | | Randolph | | | |
| SHRINERS HOSP. | 6/13/2000 | 56,067 | $ 7,740.83 | | | | Randolph | | | |
| SHRINERS HOSP. | 4/19/2000 | 133,748 | $ 15,511.68 | | | | Randolph | | | |
| SHRINERS HOSP. | 6/2/2000 | 125,981 | $ 24,192.21 | | | | Randolph | | | |
| SHRINERS HOSP. | 6/2/2000 | 82,990 | $ 13,059.92 | | | | Randolph | | | |
| SHRINERS HOSP. | 6/2/2000 | 82,989 | $ 13,048.25 | | | | Randolph | | | |
| SHRINERS HOSP. | 7/14/2000 | 45,000 | $ 5,191.40 | | | | Randolph | | | |
| SHRINERS HOSP. | 7/14/2000 | 20,000 | $ 2,260.00 | | | | Randolph | | | |
| SHRINERS HOSP. | 7/17/2000 | 42,990 | $ 5,093.91 | | | | Randolph | | | |
| SHRINERS HOSP. | 7/17/2000 | 17,990 | $ 2,182.80 | | | | Randolph | | | |
| SHRINERS HOSP. | 7/18/2000 | 125,981 | $ 14,614.52 | | | | Randolph | | | |
| SHRINERS HOSP. | 7/21/2000 | 13,671 | $ 1,636.35 | | | | Randolph | | | |
| SHRINERS HOSP. | 7/21/2000 | 13,671 | $ 1,637.23 | | | | Randolph | | | |
| SHRINERS HOSP. | 7/21/2000 | 13,671 | $ 1,638.23 | | | | Randolph | | | |
| SHRINERS HOSP. | 7/21/2000 | 13,671 | $ 1,637.23 | | | | Randolph | | | |
| SHRINERS HOSP. | 8/4/2000 | 55,694 | $ 11,697.01 | | | | Randolph | | | |
| SHRINERS HOSP. | 8/11/2000 | 55,694 | $ 6,539.33 | | | | Randolph | | | |
| SHRINERS HOSP. | 8/11/2000 | 27,848 | $ 6,249.02 | | | | Randolph | | | |
| SHRINERS HOSP. | 8/11/2000 | 27,848 | $ 6,240.12 | | | | Randolph | | | |
| SHRINERS HOSP. | 8/25/2000 | 27,848 | $ 3,312.58 | | | | Randolph | | | |
| SHRINERS HOSP. | 8/25/2000 | 27,848 | $ 3,310.51 | | | | Randolph | | | |
| SHRINERS HOSP. | 9/15/2000 | 10,441 | $ 2,432.75 | | | | Randolph | | | |
| SHRINERS HOSP. | 9/15/2000 | 5,221 | $ 1,216.49 | | | | Randolph | | | |
| SHRINERS HOSP. | 9/15/2000 | 5,219 | $ 1,216.03 | | 2,398,292 | $ 291,106.01 | Randolph | | | |
| SPCA SF | 10/3/1996 | 30,079 | $ 2,966.07 | ILD668 | | | SPCA SF | RA (site 4/26/96) | | |
| SPCA SF | 11/20/1996 | 27,949 | $ 2,498.38 | ILD668 | | | SPCA SF | RA (site 4/26/96) | | |
| SPCA SF | 1/21/1997 | 25,882 | $ 2,318.43 | ILD668 | 83,909 | $ 7,782.88 | SPCA SF | RA (site 4/26/96) | | |
| TSA | 11/3/1999 | 30,098 | $ 4,860.26 | CB2977.1 | | | TSA | RA | | |
| TSA | 1/7/2000 | 1,639 | $ 173.55 | CB2977.1 | | | TSA | RA (PO transaction history) | | |
| TSA | 1/7/2000 | 23,235 | $ 2,545.24 | CB2977.1 | | | TSA | RA (PO transaction history) | | |
| TSA | 2/8/2000 | 45,050 | $ 4,407.00 | | | | TSA | | | |
| TSA | 2/9/2000 | 6,408 | $ 749.92 | | | | TSA | | | |
| TSA | 2/9/2000 | 20,434 | $ 2,247.79 | | | | TSA | | | |
| TSA | 4/7/2000 | 5,880 | $ 691.21 | | | | TSA | | | |
| TSA | 4/17/2000 | 25,298 | $ 2,342.48 | | | | TSA | | | |
| TSA | 4/11/2000 | 35,068 | $ 3,799.82 | | | | TSA | | | |
| TSA | 7/10/2000 | 16,539 | $ 1,777.94 | | | | | PO transaction history | | |
| TSA | 7/11/2000 | 31,760 | $ 3,220.01 | | | | | PO transaction history | | |
| TSA | 7/11/2000 | 4,624 | $ 536.01 | | 245,999 | $ 27,351.23 | | PO transaction history | | |
| US Navy MEM | 1/17/1996 | 69,059 | $ 7,543.12 | LM451 | | | | Invoice #451-003 | | |
| US Navy MEM | 1/17/1996 | 74,359 | $ 7,822.54 | LM451 | | | | Invoice #451-003 | | |
| US Navy MEM | 11/23/1996 | 14,554 | $ 1,518.25 | LA677 | | | | Invoice #077-002 | | |
| US Navy MEM | 11/23/1996 | 94,851 | $ 9,957.75 | LL742 | 252,823 | $ 26,841.78 | | Invoice #742-002 | | |
| USTA Southern | 10/10/1996 | 54,301 | $ 4,980.30 | ILM725 | | | Randolph | | | |
| USTA Southern | 12/4/1996 | 51,426 | $ 4,763.37 | LM725 | | | USTA South | RA | | |
| USTA Southern | 1/16/1997 | 50,281 | $ 4,631.54 | LM725 | | | USTA South | | | |
| USTA Southern | 9/11/1998 | 3,691 | $ 392.64 | LS850 | | | USTA South | Invoice #850-005 | | |
| USTA Southern | 9/11/1998 | 4,233 | $ 427.78 | LS850 | | | USTA South | Invoice #850-005 | | |
| USTA Southern | 9/11/1998 | 4,877 | $ 623.15 | LS850 | 168,809 | $ 15,819.16 | USTA South | Invoice #850-005 | | |
| Totals | | 38,260,275 | $ 4,141,562.09 | | 38,260,275 | $4,141,562.09 | | | | |
| | | | | | | | | | | |
| Total Number of 3602's | | | 802 | | | | | | | |

 

### Explanation of "Documentation of mailings that violate Cooperative Mail Rule"

**Seq. No.** = Sequence number assigned to nonprofit organizations by the USPIS

**Date** = Date of the mailing or date on the document which provided evidence of the mailing

**Number of pieces** = Number of pieces of mail documented according to postal records (PS Forms 3602 or transaction histories), response analyses, or invoices.

**Postage paid** = Postage paid according to postal records (PS Forms 3602 or transaction histories), response analyses, or invoices.

**Program Number** = Number assigned by Vantage to individual fundraising programs. If the cell is blank, the program number assigned by Vantage could not be determined.

**Next Column** = Sum of Number of pieces of mail by nonprofit organization

**Next Column** = Sum of postage paid by nonprofit organization

**Obtained** = Where the document was obtained from (a nonprofit organization, a post office, or Vantage). If the cell is blank, the information was obtained from Vantage.

**Comments** = The type of document which provided evidence of the mailing: Response Analysis (RA); Invoice (Number designated by Vantage on the invoice); and Post Office transaction history (PO transaction history). If the cell is blank, the Postal Service Form 3602 is available in the file to support the mailing.