# Shriners Hospitals for children



Managing Attorney
  Jay Fleisher

Attorneys:
  Phyllis H. Drickman      Bradley K. Buethe
  Katherine D. Stoddard    Penny Lozon Crook
  Charlene S. Haynes       John P. McCabe
  Laurie A. Spieler        Thomas R. Vrecenak

LEGAL DEPARTMENT

P. O. Box 31356
Tampa, Florida  33631-3356

2900 Rocky Point Drive
Tampa, Florida  33607-1435

Telephone (813) 281-0300   Facsimile (813) 281-0943

Writer's Direct Telephone: (813) 281-8154
E-mail: jfleisher@shrinenet.org

September 7, 2000

Morris Goldings, Esquire
Mahoney, Hawkes & Goldings, LLP
The Heritage on the Garden
75 Park Plaza
Boston, Massachusetts   02116

  Re:   United States of America, ex rel. Laurence Saklad v. Henry R. Lewis
        and Vantage Travel Service, Inc.
        (Our File Ref. - HQ.V.001)

Dear Mr. Goldings:

Our Department represents Shriners Hospitals for Children, which has an agreement with Vantage Financial Services, Inc., for fundraising and consulting services. The Imperial Council, A.A.O.N.M.S., has Shriners Hospitals for Children as its official philanthropy and also has an agreement with Vantage for fundraising.

I have obtained copies of the various complaints that have been filed in the above-referenced matter, and your office was kind enough to provide me with a copy of the answer that had been filed on behalf of Vantage. I am also aware of the third-party claims that have been filed on behalf of Vantage against its own non-profit clients, apparently to recover from those clients funds equal in amount to any judgment which may be rendered against Vantage in the primary lawsuit.

Our Boards of Directors and Trustees have been advised of these third-party lawsuits at our most recent Board meetings in June.

At these Board meetings, Mr. Larry Lyon happened to be outside of the meeting room waiting to speak with several of our Board members. I mentioned to Mr. Lyon the existence of the third-party litigation and, without my prompting or request, Mr. Lyon assured me that no such third-party litigation would be brought against The Imperial Council or Shriners Hospitals for Children, advising that he would be happy for his company to execute releases to alleviate any concerns.

Morris Goldings, Esquire
Re:   United States of America, ex rel. Laurence Saklad v. Henry R. Lewis
      and Vantage Travel Service, Inc.
      (Our File Ref. - HQ.V.001)
September 7, 2000
Page Two


As no releases of The Imperial Council and Shriners Hospitals for Children in connection with the above-referenced lawsuit have been forthcoming, I would appreciate your finalizing same and forwarding them to me for our files, so that our charity and fraternity need not be concerned with becoming embroiled in this litigation as possible third parties.

Thank you for your anticipated assistance.

With kindest regards, I remain

                       Sincerely,

                       Joy Fleisher

JF/vlh

SHC 00949

Morris Goldings, Esquire
Re:   United States of America, ex rel. Laurence Saklad v. Henry R. Lewis
      and Vantage Travel Service, Inc.
      (Our File Ref. - HQ.V.001)
September 7, 2000
Page Two


As no releases of The Imperial Council and Shriners Hospitals for Children in connection with the above-referenced lawsuit have been forthcoming, I would appreciate your finalizing same and forwarding them to me for our files, so that our charity and fraternity need not be concerned with becoming embroiled in this litigation as possible third parties.

Thank you for your anticipated assistance.

With kindest regards, I remain

                Sincerely,



                Jay Fleisher

JF/vlh

cc:   Lawrence C. Lyon, Vantage, Senior Vice President

bcc:  Robert N. Turnipseed, Chairman of the Board of Directors
      John D. VerMaas, President and Chairman, Board of Trustees
      M. Burton Oien, Chairman, EWG Committee
      Terrance E. McGuire, Vice Chairman, EWG Committee
      Gene Bracewell, Major Donor Relations ← Charles G. Cumpston, Jr, EVP, Shrine of NA,
      Lewis K. Molnar, Executive Vice President, Shriners Hospitals
      Theodore Corsones, General Counsel
      Willard E. Fawcett, Controller
      Paul Gramblin, Director of Giving, Office of Development

SHC 00950