```
* * * COMMUNICATION RESULT REPORT ( SEP. 29. 2000 10:46AM ) * * *
                                              TTI  SHC LEGAL DEPARTMENT

ILE MODE        OPTION        ADDRESS (GROUP)           RESULT        PAGE
-----------------------------------------------------------------------------
137 MEMORY TX                 16174573125               OK            4/4

-----------------------------------------------------------------------------
REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL              E-2) BUSY
    E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# Shriners Hospitals for children

**Managing Attorney**
Jay Fleisher

Attorneys:
Phyllis H. Drickman      Bradley K. Buethe
Katherine D. Stoddard    Penny Lozon Crook
Charlene S. Haynes       John P. McCabe
Laurie A. Spieler        Thomas R. Vrecenak

LEGAL DEPARTMENT

P. O. Box 31356
Tampa, Florida  33631-3356

2900 Rocky Point Drive
Tampa, Florida  33607-1435

Telephone (813) 281-0300   Facsimile (813) 281-0943

Writer's Direct Telephone: (813) 281-8154
E-mail: jfleisher@shrinenet.org

September 29, 2000

**VIA FACSIMILE TRANSMISSION & MAIL-**      (FAX 617-457-3125)

Morris Goldings, Esquire
Mahoney, Hawkes & Goldings, LLP
The Heritage on the Garden
75 Park Plaza
Boston, Massachusetts    02116

SHC 00913

FILE COPY

Re:   United States of America, ex rel. Laurence Saklad v. Henry R. Lewis
      and Vantage Travel Service, Inc.

# Shriners Hospitals for children



Managing Attorney
Jay Fleisher

Attorneys:
Phyllis H. Drickman
Katherine D. Stoddard
Charlene S. Haynes
Laurie A. Spieler

Bradley K. Buethe
Penny Lozon Crook
John P. McCabe
Thomas R. Vrecenak

LEGAL DEPARTMENT

P. O. Box 31356
Tampa, Florida 33631-3356

2900 Rocky Point Drive
Tampa, Florida 33607-1435

Telephone (813) 281-0300   Facsimile (813) 281-0943

Writer's Direct Telephone: (813) 281-8154
E-mail: jfleisher@shrinenet.org

September 29, 2000

**VIA FACSIMILE TRANSMISSION & MAIL-**          (FAX 617-457-3125)

Morris Goldings, Esquire
Mahoney, Hawkes & Goldings, LLP
The Heritage on the Garden
75 Park Plaza
Boston, Massachusetts   02116

Re:   United States of America, ex rel. Laurence Saklad v. Henry R. Lewis
      and Vantage Travel Service, Inc.
      (Our File Ref. - HQ.V.001)

Dear Mr. Goldings:

Enclosed is a copy of my letter to you of September 7, 2000, in which I requested a release of both Shriners Hospitals for Children and The Imperial Council, A.A.O.N.M.S., from the litigation in which your client, Vantage Travel Service, is presently embroiled. I telephoned you on September 21 to follow up on my request, but have not received a return call. During the interim, however, I received an unsolicited telephone call from Mr. Larry Lyon, who assured me that the releases would be prepared, executed and sent to me.

In the near future, the Endowments, Wills and Gifts Committee of our charity will meet with Vantage personnel to discuss various matters concerning our mailing program. It would facilitate discussions at that meeting if the releases were forthcoming prior to its occurrence.

I look forward to your early reply.

With kindest regards, I remain

                              Sincerely,

                              Jay Fleisher

SHC 00914



JF/vlh - Enclosure
Copies furnished per list on next page.

Morris Goldings, Esquire
Re:   United States of America, ex rel. Laurence Saklad v. Henry R. Lewis
      and Vantage Travel Service, Inc.
      (Our File Ref. - HQ.V.001)
September 29, 2000
Page Two



cc's w/enc:   Robert N. Turnipseed, Chairman of the Board of Directors
              John D. VerMaas, President and Chairman, Board of Trustees
              M. Burton Oien, Chairman, EWG Committee
              Terrance E. McGuire, Vice Chairman, EWG Committee
              Gene Bracewell, Major Donor Relations
              Charles G. Cumpstone, Jr., Executive Vice President, Shrine of N.A.
              Lewis K. Molnar, Executive Vice President, Shriners Hospitals
              Theodore Corsones, General Counsel
              Willard E. Fawcett, Controller
              Paul Gramblin, Director of Giving, Office of Development

SHC 00915



# Shriners Hospitals for children

Managing Attorney
Jay Fleisher

Attorneys:
Phyllis H. Drickman
Katherine D. Stoddard
Charlene S. Haynes
Laurie A. Spieler
Bradley K. Buethe
Penny Lozon Crook
John P. McCabe
Thomas R. Vrecenak

LEGAL DEPARTMENT

P. O. Box 31356
Tampa, Florida 33631-3356

2900 Rocky Point Drive
Tampa, Florida 33607-1435

Telephone (813) 281-0300   Facsimile (813) 281-0943

Writer's Direct Telephone: (813) 281-8154
E-mail: jfleisher@shrinenet.org

September 7, 2000

Morris Goldings, Esquire
Mahoney, Hawkes & Goldings, LLP
The Heritage on the Garden
75 Park Plaza
Boston, Massachusetts  02116

Re:  United States of America, ex rel. Laurence Saklad v. Henry R. Lewis
     and Vantage Travel Service, Inc.
     (Our File Ref. - HQ.V.001)

Dear Mr. Goldings:

Our Department represents Shriners Hospitals for Children, which has an agreement with Vantage Financial Services, Inc., for fundraising and consulting services. The Imperial Council, A.A.O.N.M.S., has Shriners Hospitals for Children as its official philanthropy and also has an agreement with Vantage for fundraising.

I have obtained copies of the various complaints that have been filed in the above-referenced matter, and your office was kind enough to provide me with a copy of the answer that had been filed on behalf of Vantage. I am also aware of the third-party claims that have been filed on behalf of Vantage against its own non-profit clients, apparently to recover from those clients funds equal in amount to any judgment which may be rendered against Vantage in the primary lawsuit.

Our Boards of Directors and Trustees have been advised of these third-party lawsuits at our most recent Board meetings in June.

At these Board meetings, Mr. Larry Lyon happened to be outside of the meeting room waiting to speak with several of our Board members. I mentioned to Mr. Lyon the existence of the third-party litigation and, without my prompting or request, Mr. Lyon assured me that no such third-party litigation would be brought against The Imperial Council or Shriners Hospitals for Children, advising that he would be happy for his company to execute releases to alleviate any concerns.

SHC 00916

Morris Goldings, Esquire
Re: United States of America, ex rel. Laurence Saklad v. Henry R. Lewis and Vantage Travel Service, Inc.
(Our File Ref. - HQ.V.001)
September 7, 2000
Page Two

As no releases of The Imperial Council and Shriners Hospitals for Children in connection with the above-referenced lawsuit have been forthcoming, I would appreciate your finalizing same and forwarding them to me for our files, so that our charity and fraternity need not be concerned with becoming embroiled in this litigation as possible third parties.

Thank you for your anticipated assistance.

With kindest regards, I remain

Sincerely,

*[signature]*

Jay Fleisher

JF/vlh

SHC 00917