EXHIBIT_____O_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA )
EX REL. LAURENCE SAKLAD, )
)
Plaintiff, )
)
v. ) C.A. NO. 97-10052-MLW
)
HENRY R. LEWIS AND VANTAGE )
TRAVEL SERVICE, INC., )
)
Defendants. )
)

---

PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURE

Pursuant to Fed. R. Civ. P. 26(a)(1), the plaintiff, the United States of America, hereby

supplements its Initial Disclosure as follows. The individuals and representatives of the

organizations (identified where known) listed below are likely to have discoverable information

related to: secret side agreements between non-profit organizations and Vantage, including, but

not limited to, the nature and effect on Vantage's direct mail programs of oral representations by

Vantage to non-profit organizations; Vantage's knowledge of postal rules and regulations,

including, but not limited to, the cooperative mail rule; Vantage's representations with respect to

its expertise regarding direct mail programs, including, but not limited to, representations

regarding Vantage's expertise with respect to postal rules and regulations; the number of

mailpieces Vantage mailed or caused to be mailed under secret side agreements with non-profit

organizations; and the number of Forms 3602 that Vantage caused to be executed.

A.    <u>Individuals Likely to Have Discoverable Information</u>

Academy of Model Aeronautics
5151 E. Memorial Drive
Muncie, IN 47302
    Joyce Hagar

Air Safety Foundation
421 Aviation Way
Frederick, MD 21701
    Art Keefe

Amateur Trap Shooting Hall of Fame
601 W. National Road
Vandella, OH 45377
    Ted McHugh

American Ex-Prisoners of War
175114 147th Ave. SE
Renton, WA 98050
    Charles Minietta
    Clydie Morgan

American Federation of Musicians of the U.S.
1501 Broadway, Suite 600
New York, NY 10036
    Steve G. Young
    Mark Tully Massagli

American Film Institute
2021 North Western Avenue
Los Angeles, CA 90027
    Bruce Neiner

American Hellenic Educational Progressive Association
1909 Q Street NW, Suite 500
Washington, DC 20009
    Jack Georgalas
    Sam Nakis

Vantage 18470

American Legion Department of Tennessee
215 8th Avenue North
Nashville, TN 37203
    William Cain

American Numismatic Association
818 N. Cascade Avenue
Colorado Springs, CO 80903
    Robert Leuver

American Society for the Prevention of
Cruelty to Animals
424 E. 92nd Street
New York, NY 10128
    Jamie Cotel Altman

American Truck Historical Society
300 Office Park Drive, Suite 120
Birmingham, AL 35223
    Larry L. Scheef

American Youth Soccer Association
12501 South Isis Avenue
Hawthorne, CA 90250
    Dick Wilson

Ancient Egyptian Arabic Order Nobles Mystic Shrine
    David Holliman

Ancient Order of Hibernians in America
536 Theresa Street
Clayton, NY 13624
    Edward Wallace
    George Clogh
    Thomas Gilligan
    Thomas McNobb

Anti-Defamation League of B'nai B'rith
123 United Nations Plaza
New York, NY 10017
    Peter T. Willner

3

Vantage 18471

Arizona Elks Association
4732 North Oracle, #315
Tucson, AZ 85740
   Peter Gillespie

Arizona Grand Lodge
9457 N. 82nd Street
Scottsdale, AZ 85258
   Gerald H. Lankin
   Ron Allen
   Bob Henderson
   Larry Schaefer
   Don Monson
   William B. Jeffers

Arizona State University Alumni Association
601 E. Apache Street
Tempe, AZ 85287
   Susan Dolbert
   Stephen Gutmore

Arthritis Foundation
1330 West Peachtree Street
Atlanta, GA 30309
   Angie Moore

Association of Birth Defect Children
5400 Diplomat Circle
Orlando, FL 32810
   Betty Mekdeci

Association of Graduates, U.S. Air Force Academy
3116 Academy Drive, Suite 100
USAF Academy, CO 80840
   James A. Shaw

Bellsouth Communications – TPA Region 16
950 22nd Street, North, Suite 1040
Birmingham, AL 35203
   Bonnie Browning
   Mike Watson

4

Black Bass Foundation
260 Crest Road
Edgefield, SC 29624
    Thomas F. Rodgers

Bnai Zion Foundation, Inc.
136 East 139th Street
New York, NY 10016
    Mel Parness

*CANNOT HAD HIM*

Bridge of Love
1500 Norwood Drive, Suite 303
Hurst, TX 76054
    Michael D. Evans

BuckMasters, LTD
10350 Highway 80 East
Montgomery, AL 36117
    Rick Burley

California Columbian Charities, Inc.
20280 S. Vermont Avenue
Torrance, CA 90502
    Dominic Birgen

California Masonic Foundation
1111 California Street
San Francisco, CA 94106
    David Decker
    John L. Cooper, III
    Douglas A. Scott

California Order of the Eastern Star
870 Market Street, Suite 722
San Francisco, CA 94102
    Shirley Orth
    Diane Silva
    Sue McKinney

California Rifle and Pistol Association      *Buik*
12062 Valley View Street
Garden Grove, CA 92645
    James H. Erdman

5

Vantage 18473

California State Sheriffs' Association
1450 Halyard Drive, Suite 6
West Sacramento, CA 95691
    Joan L. Phillipe

Catholic Daughters of the Americas
10 West 71st Street
New York, NY 10023
    Edna Jane Nolte
    Grace Renaldi
    Lorraine McMahon
    Margaret O'Brien

*Good Luck*

Children's Aid International
3550 Afton Road
San Diego, CA 92123
    T. J. Grosser

Cincinnati Zoo
3400 Vine Street
Cincinnati, OH 45220
    Donna Oehler

City of St. Jude
2048 West Fairview Ave.
Montgomery, AL 36108
    Michael McCormack
    Thomas C. Logan

Columbia University Office of Alumni
2960 Broadway MC 7723
New York, NY 10027
    Roderick W. Dial

Concerned Women of America
370 L'Enfant Plaza Southwest #800
Washington, DC 20024
    Lee LaHaye

Coral Ridge Ministries
5554 North Federal Highway
Fort Lauderdale, FL 33308
    Clark Hollingsworth

6

Vantage 18474

Cryptic Mason's Medical Research Foundation
R.R. #4, Box 301
Nashville, IN 47448
    Marion Crum
    Debra Hallaway

Drag Racing Association of Women
4 Hance Drive
Charleston, IL 61920
    Rosalee Noble

Ducks Unlimited
One Waterfowl Way
Memphis, TN 38120
    Matthew Connolly

East Carolina University                    *P.O.*
Office for Institutional Advancement
200 E. 1st Street
Greenville, NC 27858
    Carolyn Harmon
    James L. Lanier

Enlisted Association of the National Guard          *Buck*
1219 Prince Street
Alexandria, VA 22314
    Michael P. Cline

Ex-Students' Association
2110 San Jacinto
P O Box 7278
Austin, TX 78713
    Rene Horowitz Walton

Federal Employee Education and Assistance Fund     *Buck*
8441 W. Bowles Ave, Suite 200
Littleton, CO 81023
    Steve Bauer

7

Fleet Reserve Association
1303 New Hampshire Ave., NW
Washington, DC 20036
    George Kaye
    Jerry L. Sweeney
    Charles Calkins

Florida Elks Children's Hospital
633 Umatilla Boulevard
Umatilla, FL 32784
    Ben Brown

Florida Order of the Eastern Star
117 7th Avenue East
PO Box 1056
Havana, FL 32333
    Audry Cleland
    Bobbie P. Davidson
    Margaret R. Nathurst

Florida Wildlife Federation
2545 Blairstone Pines Drive
Tallahassee, FL 32301
    Manley Fuller

Food for the Poor
550 SW 12th Avenue, #4
Deerfield Beach, FL 33442
    Janet Copland

Franciscan Friars of the Atonement
Graymoor
P O Box 301
Garrison, NY 10524
    Andrew W. Rivers

Full Gospel Business Men's Fellowship International
3150 Bear Street
Costa Mesa, CA 92626
    Ron Weinbender

8

Vantage 18476

Fund for Animals, Inc.
8121 George Ave. Suite 301
Silver Spring, MD 20910
    Michael Markarian
    Sean Hawkins

General Foundation of Women's Clubs
1734 N Street, NW
Washington, DC 20036
    Ann Holland
    Faye Dissinger
    Judith Maggrett

General Grand Chapter of Royal Arch Masons International
451 West Main Street
Danville, KY 40422
    Murray Cooke

General Grand Chapter of the Eastern Star
1618 New Hampshire Ave., NW
Washington, DC 20009
    Albert Stoddard
    Maxine Justice
    Betty Briggs

George Washington Masonic National Memorial Association
101 Callahan Drive
Alexandria, VA 22301
    Charles Brigham
    JoAnn Guthrie
    Donald M. Robey

Glenmary Home Missioners
4119 Glenmary Trace
Fairfield, OH 45014
    B. Susan Davis
    Robert J. Kneuver
    Betty Freeman
    Father Dominic Duggins

Vantage 18477

Gold Prospectors Assoc. of America
43445 Business Park Dr., Suite 113
Temecula, CA 92590
    Perry Massie

*Bulk*

Grand Chapter of Minnesota Order of the Eastern Star
6121 Excelsior Boulevard, Suite 210
Minneapolis, MN 55416
    Glen Carlson
    Maraline Keeling

Grand Chapter of Pennsylvania Order of the Eastern Star
25 Sheffield Drive
Chambersburg, PA 17201
    Arlene Flohr
    Jean D. Fey

Grand Chapter of Texas Order of the Eastern Star
Route 2, Box 165
Diboll, TX 75941
    Alma Lynn Bane
    Rosemary T. Swetland

Grand Commandery Knights Templar of Texas
1100 Henderson Street
Fort Worth, TX 76101
    John Gibson

Grand Lodge of Arkansas
700 Scott Street
Little Rock, AR 72201
    Bob Jackson

Grand Lodge of Illinois
P.O. Box 4147
Springfield, IL 62706
    L. Wayne Blair
    Robert Kalb

Grand Lodge of Kansas
6927 Grandview
Merrian, KS 66204
    Richard Overton

10

Grand Lodge of Kentucky
300 Masonic Home Drive
Masonic Home, KY 40041
    Joseph R. Conway

Grand Lodge of Massachusetts
186 Tremont Street
Boston, MA 02111
    David Lovering
    Arthur E. Johnson
    Fred K. Bauer

Grand Lodge of Michigan Free and Accepted Masons
233 E. Fulton Street
Grand Rapids, MI 49503
    Donald Van Kirk

Grand Lodge of New Hampshire
813 Beach Street
Manchester, NH
    Douglas L. Robertson, Sr.

Grand Lodge of Free and Accepted Masons of Minnesota
200 East Plato Blvd.
St. Paul, MN 55107
    Raymond E. Schlemmer

Grand Lodge of New Jersey
Grand Lodge Building
902 Jacksonville Road
Burlington, NJ 08016
    Leopold Otway
    Raymond Bellini
    Mike Radwan
    David. B. Littman, Esq.

Grand Lodge of Oklahoma
P O Box 1019
Guthrie, OK 73044
    Garry D. Odom
    Ronald E. Johnson
    Max Tatum

11

Vantage 18479

Grand Lodge of Pennsylvania F & AM
1 North Broad Street
Philadelphia, PA 19107
    George Hohenshildt
    Marvin G. Speicher

Grand Lodge of Rhode Island
178 High Street
Bristol, RI 02809
    Arthur Cole

Grand Lodge of South Dakota
415 South Main Street, P O Box 415
Sioux City, SD 57102
    Lowell Holmgren

Grand Lodge of Tennessee
P O Box 24216
Nashville, TN 37202
    John Palmer
    Walter E. Winninger

Grand Lodge of Texas Free and Accepted Masons
715 Columbus Avenue
Waco, TX 76701
    James Ward
    W. Vernon Burke, Jr.

Grand Lodge of Virginia
4115 Nine Mile Road
Richmond, VA 23223
    John Dean
    Werner H. Morlock

Grand Lodge of Washington
47 Saint Helens Avenue
Tacoma, WA 98402
    John Keliher

Grand Lodge of West Virginia
107 Hale Street, Room 435
Charleston, WV 25301
    Robert R. Edwards

12

Vantage 18480

Grand Lodge of Wisconsin
36275 Sunset Drive
Dousman, WI 53118
    Scott Graske
    Gary Beier
    Carl J. Wussow

Grand Lodge of Wyoming
P.O. Box 459
Casper, WY 82602
    Jimmy Dunlap

Greater Los Angeles Zoo
5333 Zoo Drive
Los Angeles, CA 90027
    Deborah Ives

Gun Owner's Action League
37 Pierce Street
Northboro, MA 01532
    Michael D. Yacino
    Nancy N. Snow

Heart Support of America
4873 North Broadway
Knoxville, TN 37918
    James Halliburton

Hillcrest Family Services
2005 Asbury Rd.
Dubuque, IA 52001
    Patrick Sheehy

Hofstra University Alumni Relations Office
150 Hofstra University
Hempstead, NY 11550
    Kim Cline

Houston Alumni Association
3100 Cullen Boulevard
Houston, TX 77004
    Steven A. Hall

13

Vantage 18481

Human Rights Charitable Foundation
1 City Hall Square
Boston, MA 02201
    David Scondras

Humane Society of the United States
2100 L Street, NW
Washington, DC 20037
    Paul Irwin
    Arthur T. Keefe III



IFBF Agricultural Leadership and Promotion Foundation
5400 University Avenue
West Des Moines, IA 50266
    Eugene Maahs
    James E. McCarthy, Esq., Morain, Burlinghame & Pugh, P.L.C.,
    5400 University Avenue, West Des Moines, Iowa 50266

Illinois Order of the Eastern Star
R.R. #1 Box 87
Loda, IL 60948
    Janet Niewold
    Eileen Cole

Illinois Retired Teachers
620 North Walnut Street
Springfield, IL 62702
    Blanche Erst
    Timothy R. Lee
    Howard M. Hamra

Illinois State Rifle Association
112 Eliasek Court
Streamwood, IL 60107
    James Valentino

Imperial Council, AAONMS
P O Box 31356
Tampa, FL 33631
    Charles Cumpstone
    Ralph Semb
    Richard L. Bukey
    John C. Nobles

14

Vantage 18482

Jack H. Jones

Independent Telephone Pioneer Association
1401 H Street, NW, Suite 600
Washington, DC 20005
    Elicia Magruder
    Lynda Williams
    James McCartney

Indiana Elks Association, Inc.
2715 Washington Avenue
Vincennes, IN 47591
    Harry G. Olsen
    Marvin Brula
    Terry M. Cooper
    Merle Bruner

Indiana Knights of Columbus
5638 York Road
Southbend, IN 46614
    Robert Wilcox

Indiana University Alumni Association
Virgil T. DeVault Alumni Center
1000 East 17th Street
Bloomington, IN 47408
    John Laskowski

Indianapolis Zoo
1200 West Washington Street
Indianapolis, IN 46222
Roy Shea

International Association of Fire Fighters
1750 New York Ave., NW
Washington, DC 20006
Vincent Bollon

International Order of Job's Daughters
P.O. Box 246
Seaford, VA 23696
    Sandi Gibson

15

Vantage 18483

Irish Educational Trust (Services)
1060 South Howel Street
St. Paul, MN 55116
    Eoin McKeirman

Irish National Caucus
413 E. Capital Street, SE
Washington, DC 20003
    Father Sean McManus

ISRA Political Victory Fund Affiliated
W/ Illinois State Rifle
P O Box 476
Chatsworth, IL 60921
    James M. Vinopal
    Richard Pearson

Kappa Kappa Gamma Foundation
530 East Town Street
Columbus, OH 43216
    J. Dale Brubeck

Kentucky Order of the Eastern Star
102 E. Washington Street
LaGrange, KY 40031
    Forest Taylor

Kiwanis International Foundation
3636 Woodview Trace
Indianapolis, IN 46268
    Donald R. Canaday

Knights of Columbus Charities
9 Harbor Street
Branford, CT 06405
    Charles Foos

Ladies' Auxiliary Fleet Reserve Association
22529 Dog Bar Road
Grass Valley, CA 95949
    Elizabeth Stepp
    Nita DeLesdernier

16

Vantage 18484

Lions of Illinois Foundation
1701 S First Ave., Suite 406
Maywood, IL 60153
    James Funk
    James Van Wyk

Lions of Illinois Foundation
4415 W. Harrison Street, Suite 200
Hillside, IL 60162

Marist Brothers
4200 W. 115th Street
Chicago, IL 60655
    Brother Hugh Turley
    Paulette Karas

Marist High School
4200 West 115th Street
Chicago, IL 60655

Masonic Children's Foundation, State of Missouri
800 North Highway 63
Columbia, MO 65201
    Jimmy D. Lee
    Ronald Miller

Massachusetts Elks Association, Inc.
143 Lovell Street
Worcester, MA 01603
    Robert Heman

Massachusetts Knights of Columbus
470 Washington Street
Norwood, MA 02062
    Paul Beaton
    Peter Giordano
    Philip Fougere
    James R. Sawyer

17

Vantage 18485

Massachusetts Order of the Eastern Star
302 Walnut Street
P.O. Box 302
Newtonville, MA 02160
    Patricia Simpson
    Anna Craig
    Elaine Wallace
    Pamela A. Blood
    Patricia S. Ingalls
    Wilma O'Keefe

Massachusetts Society for the Prevention of Cruelty to Children
399 Boylston Street
Boston, MA 02116
    Shelley Walker

MD, DE, DC State Elks Association
    Edgar Gore

Michigan Masonic Home Charitable Foundation
21300 Mack Avenue
Groose Point Woods, MI 48236
    Henry Wilson

Michigan Scottish Rite
22235 Nona Avenue
Dearborn, MI 48124
    Robert N. Osborne
    Robert Sale

Mike Evans Ministries
204 N. Ector Drive
Euless, TX 76039
    Michael D. Evans

Minnesota Masonic Foundation, Inc.
200 East Plato Boulevard
St. Paul, MN 55107
    Mark Campbell

Vantage 18486

Minnesota OES
6121 Excelsior Blvd., Suite 210
Minneapolis, MN 55415
    Rita Glazebrook

*repeat*

Missouri K of C
4319 South Liberty
Independence, MO 64050
    Lawrence Pearce

Missouri Masonic Foundation
800 Highway 63 North
Columbus, OH 65201
    James Cobban

Mono Lake Committee
51365 Highway 395
Lee Vining, CA 93541

Moose International, Inc.
Supreme Lodge Building, Route 31
Mooseheart, IL 60539
    Frank Sarnecki
    Len Solfa, Esq.

Morris Animal Foundation
45 Inverness Drive
East Englewood, CO 80112
    Maryann Sneed
    Sarah Harrison

Muscular Dystrophy Association
3300 East Sunrise Drive
Tucson, AZ 85718

National Anti-Vivisection Society
53 West Jackson Blvd.
Chicago, IL 60604
    Mary Cunniff

National Arbor Day Foundation
100 Arbor Avenue
Nebraska City, NE 68410

19

Vantage 18487

National Audubon Society
700 Broadway
New York, NY 10003

National Council of Senior Citizens
8403 Colesville Road, Suite 1200
Silver Spring, MD 20910
    Steve Protulis
    Joe Ervin

National Italian American Foundation
1860 19th Street, NW
Washington, DC 20009
    Gil Becker

National Model Railroad Association
4121 Cromwell Road
Chattanooga, TN 37421
    Robert Charles

National Parks and Conservation
1776 Massachusetts Avenue
Washington, DC 20036
    Terry Vines
    Kristianne Hansen

National Wild Turkey Federation
770 Augusta Road
Edgefield, SC 29824
    Gary L. West

National Wildlife Foundation
8925 Leesburg Pike
Vienna, VA 22184
    Patricia Najda

Naval Reserve Association
1619 King Street
Alexandria, VA 22314
    James E. Forrest

20

Vantage 18488

New Jersey Elks Association
1301 SW Central Avenue, Unit #3
Seaside Park, NJ
    James St. George
    John Galletta

New Jersey Knights of Columbus
172 Main Street
West Orange, NJ
    Bernard McGlone
    Joe Cummings

New Jersey Right to Life
49 Alden Street
Cranford, NJ 07016
    Daniel F. Clark

New Jersey Scottish Rite
315 White Horse Pike
Oaklyn, NJ 08107
    Edward Smith
    Jules Lodgek

New York Knights of Columbus
40-27 Douglaston Parkway
Douglaston, NY 11367
    Raymond Pfeiffer
    Harold Granger

New York Order of the Eastern Star
71 West 23rd Street
New York, NY
    Elizabeth Pounder
    Peggy M. Grupp
    Ruth E. Rucci
    Sally Clarke

New York State Conservation Council
107 Truberg Avenue
Long Island, NH 11777
    John Cushman

21

Vantage 18489

Ohio Elks Association
P. O. Box 84
Wellsville, OH 43968
   E. L. Gene Koeber
   Dane Dysert

Ohio Knights of Columbus
124 South Algonquin Avenue
Columbus, OH 43202
   Dennis Shonebarger
   Kenneth Toigo

Ohio Scottish Rite
1105 Alnetta Drive
Cincinnati, OH 45230
   Al Rice

Oklahoma Wildlife
3900 North Santa Fe Avenue
Oklahoma City, OK 73118
   Margaret Ruff

Order Sons of Italy in America
219 E Street, N.E.
Washington, DC 20002
   Philip Piccigalo
   Philip R. Boncore

Oregon Sheriffs' Association
364 12th Street, NE
Salem, OR 97308
   Paul D. Barnett

Pacific Telesis Group
Pacific Telesis Center
130 Kearny Street, Room 3225
San Francisco, CA 94108
   Robert L. Wenzel
   Donald J. McGee

Vantage 18490

Paisano Publications, Inc.
28210 Dorthy Drive
Agoura Hills, CA 91301
    Brian Wood

Parents Without Partners
401 North Michigan Avenue
Chicago, IL 60611
    Kathleen Bell

Pennsylvania Friends of Agriculture Foundation
510 S. 31st Street
Camp Hill, PA 17011
    Keith Eckel

Pennsylvania Knights of Columbus
130 Twin Oak Drive
Wexford, PA 15090
    Joseph A. Cummings
    Robert J. Cherenyack

Pennsylvania Order of the Eastern Star
208 Eighmy Road
Pittsburg, PA 15239
    Janet Harvey
    Mary Haas
    Joyce Ferguson

Pheasants Forever
1783 Buerkle Circle
St. Paul, MN 55110
    Howard Vincent

Physicians Committee for Responsible Medicine
1333 Balboa Street, #2
San Francisco, CA 94118
    Peggy Hilden

Pioneers Foundation
930 15th Street, Suite 1200
P O Box 13888
Denver, CO 80201
    J. Barry Clarke

23

Vantage 18491

Police Hall of Fame
3801 Biscayne Blvd.
Miami, FL 33137
    Gerald Arenberg

Polish National Alliance
6100 North Cicero Avenue
Chicago, IL 60646
    Teresa Abick

Polish Roman Catholic Union of America
984 N. Milwaukee Avenue
Chicago, IL 60622
    Edward D. Dykla

Polish Women's Alliance of America
205 S. Northwest Highway
Park Ridge, IL 60068
    Delphine Lytell

Project Inform
205 13th Street, No. 2001
San Francisco, CA 94103
    Annette Brands

Quail Unlimited
31 Quail Run
Edgefield, SC 29824
    Jerry Allen

Rainforest Action Network
221 Pine Street, Suite 500
San Francisco, CA 94104
    Kelly Quirke

Region 18 Pioneers
283 King George Road
Warren, NJ 07059
    Robert A. MacFarland

Vantage 18492

Retired Enlisted Association
1111 South Abilene Court
Aurora, CO 80012
    Dorothy W. Holmes
    John E. Muench
    Frederucj Athans
    Sharon Rhatican

Republican Party of Texas
211 E. 7th Street, Suite 260
Austin, TX 78701
    Jill Johnson

Rocky Mountain Elk Foundation
2291 W. Broadway
Missoula, MT 59802
    Robert W. Munson

Ruritan National Foundation
    Richard Ely

San Francisco SPCA
2500 16th Street
San Francisco, CA 94103

Shriners Hospitals For Children
2900 Rocky Point Drive
Tampa, FL 33607
    John D. VerMaas
    Gene Bracewell

Sigma Chi
1714 Hinman Avenue
Evanston, IL 60204
    Dan Shaver

Simon Foundation for Continence
P.O. Box 815
Wilmette, IL 60091
    Cheryle B. Gartley

Vantage 18493

Society of the Little Flower
1313 Frontage Road
Darien, IL 60561
    Donna Andrews
    Fr. Robert E. Colaresi

Soroptimist International
1528 John F. Kennedy Blvd., #1000
Philadelphia, PA 19102
    Leigh Wintz

Sovereign Grand Lodge, Independent Order of Odd Fellows
422 North Trade Street
Winston-Salem, NC 27101
    Carl Williams
    Lloyd Shelvey

St. Louis Zoo Friends Assoc.
1 Government Drive
St. Louis, MO 63110
    James O'Donnell

Telephone Pioneers of America
100 Perimeter Center Place Northeast
Atlanta, GA 30346

Telephone Pioneers of America
22 Cortlandt Street, #C2575
New York, NY 10007

Telephone Pioneers of America
3033 North 3rd Street
Phoenix, AZ 85012

26

Vantage 18494

Telephone Pioneers of America, Region 2
140 New Montgomery Street, Suite 111
San Francisco, CA 94105
    Robert R. Rezak

Telephone Pioneers of America, Region 3
930 15th Street, Floor 12
Denver, CO 80202
    Jack Shea

Telephone Pioneers of America, Region 4
3 Bell Plaza, Room 1015
Dallas, TX 75202
    John Buhl

Telephone Pioneers of America, Region 7
675 Peachtree NE
Atlanta, GA 30375
    George P. W. Harmon

Telephone Pioneers of America, Region 12
185 Franklin Street, B 119, Room 1602
Boston, MA 02110
    J. Barry Clark

Telephone Pioneers of America, Region 16
    Guy Hammond

Telephone Pioneers of America, Region 21
185 Franklin Street, Room 800
Boston, MA 02107
    Juan Rodriguez
    Tom Hutchinson

TPA Coronado Chapter #66
505 N. 51st Avenue
Phoenix, AZ 85043
    Frank C. Loomis

Temple Order Pythian Sisters
5425 E. Streetwater Avenue
Scottsdale, AZ 85254
    Geri Worley

27

Vantage 18495

Temple University
1601 North Broad Street
Philadelphia, PA 19122
    Martin Dorph

Tennessee Sheriffs' Association
2815 Patriot Way
Nashville, TN 37214
    William Thomas
    Lorrie Webb
    Buddy Lewis

Texas American Legion
709 East 10th Street
Austin, TX 78701
    Michael Palmquist

Texas Citizens Action
611 South Congress, Suite 120
Austin, TX 78704
    James Del Marston

Texas State Rifle
1131 Rockingham Drive
Richardson, TX 75080
    E. B. Reddoch, III

Texas State Rifle Association
4600 Greenville Avenue
Dallas, TX 75206
    Dave Edmonson

Texas Tennis Association Foundation
2111 Dickson, Suite 33
Austin, TX 78704
    Ken McAllister

TREA Senior Citizens League
    Michael Zabko

Trinity University
715 Stadium Drive
San Antonio, TX 78212

Vantage 18496

U.S. Shooting Foundation, Inc.
5745 Industrial Place #A-B
Colorado Springs, CO 80916
    Robert A. Eck

UNCG Excellence Foundation, Inc.
1000 Spring Garden Street
Greensboro, NC 27412
    Richard L. Moore

United Commercial Travelers of America
632 N Park Street
Columbus, OH 43215
    Mike Hammontree

United States Equestrian Team
Gladstone, NJ 07034
    Jeffrey L. Fuller

United States Merchant Marine Academy Foundation, Inc.
Babson Center
Kings Point, NJ 11024
    Virgil R. Allen

United States Naval Academy Alumni Association
247 King George Street
Annapolis, MD 21402
    H. A. Seymour

United States Tennis Association, Western Section
8720 Castle Creek Parkway, Suite 329
Indianapolis, IN 46250
    Patricia Freebody

United States Tennis Association, Southern Section (or Southern Tennis Patrons Foundation)
3850 Holcomb Bridge Road
Norcross, GA 30092
    John Callen

United States Tennis Association
70 West Red Oak Rd.
White Plains, NY 10604
    Patricia Freebody

29

Vantage 18497

United States Volleyball Association
3595 East Fountain Blvd.
Colorado Springs, CO 80910
    Kathy (Raymond) Dozer

University of Illinois Alumni Association
1401 West Green Street
227 Illini Union
Urbana, IL 61801
    Joseph S. Rank

University of Maryland
2105 Pocomoke Building
College Park, MD 20742
    Dan McCarthy
    Jerry Sigler
    William W. Destler

University of Minnesota Alumni Association
501 Coffman Memorial Union
300 Washington Avenue, SE
Minneapolis, MN 55455
    Diane Fisher
    Ekise Schadauer

U S Navy Memorial Foundation
    Roger Kyle-Keith

USA Foundation
1925 K Street, NW
Washington, DC 20006
    Joe Joseph

USA Hockey, Inc.
1775 Bob Johnson Drive
Colorado Springs, CO 80906
    Brian S. Petrovek

Vantage 18498

Veterans of Foreign Wars
VFW Building
406 West 34th Street
Kansas City, MO 64111
    John J. Senk, Jr.
    Joe L. Ridgley

Veterans of Foreign Wars – Florida
543 North East Sanchez Avenue
Ocala, FL 34470
    William R. Kirsop

Veterans of Foreign Wars – Texas
    Glen Gardner
    William D. Bell

Veterans of Foreign Wars Political Action Committee
200 Maryland Avenue, NE
Washington, DC 20013
    John M. Carney
    Gerald Jonas

Virginia Knights of Columbus Charities, Inc.
5501 Swift Current Court
Burke, VA 22015
    Donald R. Kehoe

Waterfowl U.S.A.
R.R. 3, Box 29B
Edgefield, SC 29824
    Roger White

West Virginia Order of the Eastern Star
1578 Kanawha Blvd., E
Charleston, WV 25311
    Barbara White

Western Youth Tennis Foundation
8720 Castle Creek Parkway
Indianapolis, IN 46250
    Mark Saunders

Vantage 18499

Wildlife Forever
12301 Whitewater Drive, Suite 210
Minnetonka, MN 55343
    Douglas Grann

Wisconsin Knights of Columbus
4297 Beltline Highway
Madison, WI 53713
    Lawrence E. Lanners

World Children's Fund/Nora Lam
5442 Thornwood Dr.
San Jose, CA 95123
    Joseph Lam

Zoo Atlanta
800 Cherokee Avenue
Atlanta, GA 30087
    Michele Eagan

Kate McQuillan
Custodian of Records
Outlook graphics
1180 American Drive
Neenah, WI 54957

Custodian of Records
W.A. Wilde Company
200 Summer Street
Holliston, MA 01746

Maurice Deprey
Custodian of Records
FDI Services
4845 Governors Way
Frederick, MD 21701

Dan Khouri
Custodian of Records
Unique Mailing Services, Inc.
1213 Butterfield Road
Downers Grove, IL 60515-1046

32

Vantage 18500

Donald Johnson
Custodian of Records
Century Mailing Co., Inc.
64 Teed Drive
Randolph, MA 02368

Melodie Charbonneau
Custodian of Records
PVA-EPVA, Inc.
19 Stoney Brook Drive
Wilton, NH 03086

*?*

*OUT OF BUSINESS*

Robert Pride
Custodian of Records
New England Mailing Services
56 Emery Street
Sanford, ME 04073

Custodian of Records
Dickinson Direct
120 Campanelli Drive
Braintree, MA 02184

Quebecor
P.O. Box 1007
St. Cloud, MN 56301

Ohio Press
3765 Sunnybrook Rd.
Bimfield, OH 44240

Mailing Services, Inc.
1319 N. Broad Street
Hillside, NJ 07205-2778

Danner Press
1250 Camden Ave., S.W.
P. O. Box 8349
Canton, OH 44711-8349

Creative Automation Company
220 Fence Lane
Hillside, IL 60162

33

Vantage 18501

Henry R. Lewis
Harry Melikian
Kim A. Segers
90 Canal Street
Boston, MA

*[handwritten: ? Let's get HIM]*

Dallas R. Graves
11020 Audelia Rd.
Dallas, TX 75243

Gary Bauer
52 Candlewood Park
Nashua, NH

*[handwritten: Boston Guy]*

Robert Fetterman
3 Cable Court
Montville, NJ 07045

Wendy Devenport
24 Asgood Road
Kensington, NH

Elaine Doucet
69 Dextger Avenue
Watertown, MA

Patrick Emanuele
16 Wilshire Street
Winthrop, MA

John Flebbe
21 Highland Road
Nahant, MA

Doug Frank
44 Old Forge Road
Weymouth, MA

Gail Hunter
766 Route 101
Peterborough, NH

34

Vantage 18502

Michael Blanchard
U. S. Postal Inspection Service
Boston, MA

James Degnan
U. S. Postal Inspection Service (retired)
Boston, MA

Beth Ann Irvine
U. S. Postal Inspection Service
Boston, MA

Helen Seweryn
U.S. Postal Inspection Service
Philadelphia, PA

Dan Grundig
Karen Tamascia
Portia Walker
Larry Lyon
Fred Chandler
Jay Gelb
Gerry Muller
Jim Mooney
Mike Swiezynski
Tara McLean
Trisha Casey
David Brodsky
Susan Jones
Kathy Kirby
David Caribino
Peter Petras
Peter Demakis
Marylou Newman
90 Canal Street
Boston, MA

EMPLOYEES

Frank Celani
580 Salem Street #23
Wakefield, MA 01880

EMPLOYEES

35

Vantage 18503

Larry Saklad
50 Watertown Street, #113
Watertown, MA

Ronald Lewis
2 Pumpkin Pine Road
Natick, MA 01760

Aaron Gilman
11 Wyndstone Way
Framingham, MA 01701

Thomas Ferrara
10600 Cloverbrook Drive
Potomac, MD

Kim Tanian (Szotfried)
258 W. Main Street
Avon, MA

George Kirshe
24 Concord Avenue
Cambridge, MA

Susan Coleman
7 Robbins Road
Arlington, MA

Vantage 18504

Respectfully submitted,

United States of America

By its attorney,

DONALD K. STERN

United States Attorney


By:  _____
PETER K. LEVITT
Assistant U.S. Attorney
United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3355


Dated:  October 18, 2000

Vantage 18505