EXHIBIT S

# MAHONEY HAWKES LLP
## ATTORNEYS AND COUNSELLORS AT LAW

April 18, 2001

Harry S. Melikian
Executive Vice President
Vantage Travel Service, Inc.
90 Canal Street
Boston, MA 02114

Re: Bill for Vantage Travel Service, Inc.

Dear Harry:

Enclosed please find a bill for services rendered through March 31, 2001 with respect to the following matter:

1. United States Post Office.

Please let me know if you have any questions.

Very truly yours,

Laurence M. Johnson

LJ/ddc/56844

Enclosures

Loyd M. Starrett
Mark Peters
Frances Allou Gershwin
Bruce Winthrop Edmunds
James B Cox
Laurence M. Johnson
Daniel J. Goldberg
Douglas L Jones
Brian W. LeClair
Richard S Jacobs
Matthew F. Zayotti
Brenda A. Buan
Alison J Little

Of Counsel
Diane Rubin

Direct Dial
(617) 210-1405
ljohnson@mhglaw.com

The Heritage on the Garden • 75 Park Plaza • Boston, Massachusetts 02116
Telephone: 617 457 3100 • Facsimile: 617 457 3125 • www.mahoneyhawkes.com

VANTAGE6400

Vantage 21762

# MAHONEY HAWKES LLP
ATTORNEYS AND COUNSELLORS AT LAW

IN ACCOUNT WITH

April 17, 2001

Vantage Travel Service Inc.
90 Canal Street
Boston, MA 02114

IN RE: Vantage – U.S Post Office
File No. 3729-1

| | |
|---|---:|
| LEGAL FEES | $10,984.50 |
| DISBURSEMENTS $242.38 | |
| TOTAL AMOUNT OF FEES AND DISBURSEMENTS | 11,226.88 |
| LESS 25% REDUCTION OF FEES | 2,746.13- |
| AMOUNT NOW DUE | $8,480.75 |
| PLUS PAST DUE AMOUNT | $29,694.27 |
| TOTAL AMOUNT NOW DUE | $38,175.02 |

IN RE: Barton-Cotton Qui Tam
File No. 3729-2

| | |
|---|---:|
| PLUS PAST DUE AMOUNT | $3,978.32 |
| TOTAL AMOUNT NOW DUE | $3,978.32 |

TOTAL AMOUNT DUE - ALL MATTERS   $42,153.34

All bills are due and payable within thirty (30) days.
If charges for additional disbursements are received after
the billing date, a bill will be rendered the following month.

LMJ/ddc

The Heritage on the Garden • 75 Park Plaza • Boston, Massachusetts 02116
Telephone. 617.457.3100 • Facsimile: 617 457 3125

VANTAGE6404

Vantage 21763

# MAHONEY HAWKES LLP
ATTORNEYS AND COUNSELLORS AT LAW

The Heritage on the Garden • 75 Park Plaza • Boston, Massachusetts 02116
Telephone: 617.457.3100 • Facsimile: 617.457.3125

IN ACCOUNT WITH

April 17, 2001

Vantage Travel Service Inc.
90 Canal Street
Boston, MA  02114

```
Bill    :   37656
Account :    3729
Matter  :       1
```

INTERIM BILL FOR LEGAL SERVICES RENDERED through
March 31, 2001 in connection with U.S. Post Office.

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 02/28/01 | LJ | .20 | E-mail from BWL; Speak with BWL |
| 03/02/01 | BWL | .30 | Damages calculation from Levitt and e-mail to L. Johnson; e-mail from L. Johnson and to H. Melikian |
| 03/06/01 | BWL | .30 | Outline issues |
| 03/07/01 | BWL | .50 | Memo to L. Johnson on schedule and status |
| 03/09/01 | BWL | .20 | Call from Levitt |
| 03/13/01 | BWL | 1.20 | Call to H. Melikian; call from Paula; call to Miller; e-mail to H. Melikian; draft possible schedule and e-mail to L. Johnson; e-mail from L. Johnson |
| 03/13/01 | LJ | .50 | Speak with BWL; E-mails from and to BWL regarding scheduling and strategy |
| 03/19/01 | BWL | 1.80 | Review Levy reply and call to Ed Mazlish; e-mail to L. Johnson; letter from Levitt and e-mail to L. Johnson; call from Ed Mazlish; fax to Ed Mazlish |
| 03/19/01 | LJ | 1.90 | E-mails from and to BWL; Review Government reply papers regarding motion to amend |
| 03/20/01 | BWL | .20 | E-mail to L. Johnson |
| 03/20/01 | LJ | .10 | E-mail from BWL |

VANTAGE6402

Vantage 21764

# MAHONEY HAWKES LLP

Vantage Travel Service Inc.
U.S. Post Office
April 17, 2001
Page 2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/21/01 | RSJ | 5.00 | Review file; draft Response to Government's Reply Memorandum to Opposition to Motion to Amend Complaint. |
| 03/21/01 | BWL | 1.30 | E-mail to and from L. Johnson; calls to H. Melikian and assistant; conference call with H. Melikian and Ed Mazlish, e-mail to L. Johnson |
| 03/22/01 | RSJ | 2.00 | Response to Government's Reply Memo; Motion for Leave to File Reply Memo. |
| 03/22/01 | BWL | .30 | Conferences with E. Wall and L. Johnson |
| 03/22/01 | LJ | .60 | E-mails from and to BWL regarding scheduling; Letter from Miller regarding House bill and related materials, review same |
| 03/22/01 | EBW | .90 | Conference with BWL regarding damages calculations and information for hearing |
| 03/23/01 | BWL | 1.30 | Call from Lyons and to Boncore; conference with R. Jacobs; fax from Miller; call from Boncore |
| 03/23/01 | RSJ | 7.00 | Response to Plaintiff's Reply Memorandum; meeting with Brian LeClair; research law on attorney-client privilege; amendment of pleadings to add defendant. |
| 03/23/01 | EBW | .40 | Conference with BWL; folder search regarding existence of Sons of Italy side letter |
| 03/24/01 | RSJ | 4.50 | Draft Response to Plaintiff's Reply Memorandum; research. |
| 03/25/01 | RSJ | 5.00 | Response to Reply Memorandum. |
| 03/26/01 | RSJ | 9.50 | Response to Reply Memorandum. |
| 03/26/01 | BWL | .60 | Edit response and e-mail to L. Johnson; e-mail to E. Wall |
| 03/26/01 | EBW | 3.90 | Comparison and analysis of USPS calculation of damages from 2/00-3/01 |

VANTAGE6403

Vantage 21765

# MAHONEY HAWKES LLP

Vantage Travel Service Inc.
U.S. Post Office
April 17, 2001
Page 3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 03/27/01 | BWL | .80 | Edit response; call from Mazlish; conference with L. Johnson and e-mail |
| 03/27/01 | EBW | .60 | Email from/to BWL regarding status of USPS damages calculation analysis; continued review of same |
| 03/28/01 | BWL | .30 | Call from Melikian and edit opposition |
| 03/29/01 | BWL | 2.20 | Calls from Collins and Mazlish; e-mail to H. Melikian and review documents from Levitt |
| 03/30/01 | BWL | 2.60 | Call to Mazlish; calls from Mazlish and Perlman (2), fax to them, review Levitt documents and e-mail to H. Melikian; review Mazlish response; e-mail to H. Melikian and L. Johnson, fax to Perlman |
| 03/30/01 | EBW | .30 | Conference with BWL; file review regarding volume of materials produced by DOJ and by Vantage |

Total Fees $ 10,984.50

## DISBURSEMENT SUMMARY

| Disbursements | Total |
|---|---|
| In House Copying | 154.20 |
| Fax Transmission | 87.00 |
| Outside Telephone Charges | 1.18 |
| Total | $ 242.38 |

VANTAGE6404

Vantage 21766

# MAHONEY HAWKES LLP

Vantage Travel Service Inc.
U.S. Post Office
April 17, 2001
Page 4

| | |
|---|---:|
| TOTAL AMOUNT OF BILL | 11,226.88 |
| LESS 25% REDUCTION OF FEES | 2,746.13- |
| TOTAL AMOUNT OF FEES AND DISBURSEMENTS | 8,480.75 |
| BALANCE DUE FROM PRIOR BILLS | 29,694.27 |
| TOTAL AMOUNT NOW DUE         $ | 38,175.02 |

ALL BILLS ARE DUE AND PAYABLE WITHIN THIRTY (30) DAYS. IF
CHARGES FOR ADDITIONAL DISBURSEMENTS ARE RECEIVED OR FEES
ARE INCURRED AFTER THE BILLING DATE, A BILL WILL BE RENDERED
THE FOLLOWING MONTH.

VANTAGE6405

Vantage 21767