Major Acquisition Program Outstanding Balance Summary

$US                                                                                                                        2/6/03

| Program | Cum Program Costs | Amount Paid to Vantage | Current A/R | Billings in Process | Outstanding Unbilled Bal. | Cum. GM | Net Out of Pocket Fav/(Unfav) | A/R Adjustments | Adjusted A/R Balance |
|---|---|---|---|---|---|---|---|---|---|
| Shrine | 36,525,763 | 30,092,346 | 6,424,064 | 875,000 | 5,549,064 | 12,271,283 | 6,722,219 | | 6,424,064 |
| SOI | 3,935,071 | 3,000,197 | 934,873 | | 934,873 | 1,374,208 | 439,335 | | 934,873 |
| CSPCA | 5,390,419 | 2,485,189 | 2,905,230 | 327,622 | 2,577,608 | 2,169,088 | (408,520) | (1,807,975) | 1,097,255 |
| BC Wildlife Total | 1,794,975 | 1,099,637 | 695,338 | 51,428 | 643,909 | 554,425 | (89,484) | (273,629) | 421,708 |
| Ontario Wildlife | 3,200,764 | 1,610,884 | 1,589,881 | 45,615 | 1,544,266 | 1,148,150 | (396,116) | (595,481) | 994,400 |
| New Brunswick Wildlife | 441,080 | 207,915 | 233,165 | 7,559 | 225,606 | 119,438 | (106,168) | (190,111) | 43,054 |
| Saskatchewan Wildlife | 706,561 | 302,117 | 404,443 | 45,001 | 359,442 | 223,525 | (135,917) | (337,357) | 67,087 |
| Quebec Wildlife Total | 836,272 | 307,265 | 529,007 | 34,691 | 494,316 | 233,874 | (260,442) | (409,782) | 119,225 |
| Subtotal Wildlife | 6,979,652 | 3,527,818 | 3,451,834 | 184,295 | 3,267,539 | 2,279,412 | (988,127) | (1,806,360) | 1,645,474 |
| Total Acquisition Programs | 52,830,904 | 39,105,550 | 13,716,001 | 1,386,917 | 12,329,084 | 18,093,991 | 5,764,907 | (3,614,335) | 10,101,666 |

Note: December GM not finalized. Does not include Jan 03 GM.

Company Confidential Information

Aqn Balance Summary6                                                                           2/17/03

**VANTAGE 22589**