```
                                                              106
 1                                        VOLUME:  II

 2     CERTIFIED ORIGINAL                 PAGES:    106 to 245
       LEGALINK BOSTON
 3                                        EXHIBITS: 8 to 37

 4

 5              UNITED STATES DISTRICT COURT

 6                DISTRICT OF MASSACHUSETTS

 7     - - - - - - - - - - - - - - - - - x

 8     VANTAGE FINANCIAL SERVICES, INC.,

 9                   Plaintiff,

10         v.                             Civil Action

11                                        No. 04-11686-WGY

12     NONPROFIT SERVICE GROUP, INC.,

13     and GEORGE E. MILLER,

14                   Defendants.

15     - - - - - - - - - - - - - - - - - x

16

17         CONTINUED DEPOSITION OF LAWRENCE C. LYON

18                    August 9, 2005

19                      10:20 a.m.

20                  Peabody & Arnold, LLP

21                     30 Rowes Wharf

22                  Boston, Massachusetts

23

24         Reporter:  Karen A. Interbartolo, RPR
```

1   A.   Exactly?

2   Q.   No.  Your best approximation.

3        MR. JOHNSON:  If you can answer the

4   question based upon knowledge, that's fine, but you're

5   not to speculate or guess about it.

6   A.   No, sir.

7   Q.   Can you give me your best approximation of

8   what the gross margin on the Shriners Hospitals for

9   Children program was?

10  A.   Gross margin?

11  Q.   Yes.

12       MR. JOHNSON:  Best approximation is not

13  the same as a guess.  It has to be based upon some

14  factual knowledge.

15  A.   $15 million.

16       MR. JOHNSON:  I'm sorry.  Could you read

17  the answer back, please?

18       (Record read.)

19  A.   Gross.

20  Q.   Do you know what Vantage's gross revenues in

21  terms of the total amount of money that was paid on

22  account of the Shriners program were?

23  A.   Again, this isn't an exact.

24  Q.   I'm asking for your best approximation based

194

1              (Exhibit 21 marked
2           for identification.)
3        Q.    I'll show you what's been marked as Exhibit
4    21.  It bears the heading "Major Acquisition Program,
5    Outstanding Balance Summary."  Do you recognize the
6    handwriting on that document?
7        A.    Yes, sir.
8        Q.    Whose handwriting is it?
9        A.    It looks like Mr. Melikian's.
10       Q.    Apart from the handwritten portions of the
11   document, is this a document that you're familiar with?
12       A.    It's an accounting document.
13       Q.    Is it a document that you've seen before
14   today?
15       A.    Yes.
16       Q.    Do you see the first line where it says,
17   "Shrine"?
18       A.    Yes.
19       Q.    And that's under a program heading.  Do you
20   see that?
21       A.    It says Shrine, yes.
22       Q.    Does that refer to the Shriners Hospitals for
23   Children program under the June 17, 1999 agreement?
24       A.    Yes, it looks like it.

2/19/03    WILDLIFES    2003 VDMS MEETING

## Major Acquisition Program Outstanding Balance Summary

$US    2/6/03

| Program | Cum Program Costs | Amount Paid to Vantage | Current A/R | Billings in Process | Outstanding Unbilled Bal. | Cum. GM | Net Out of Pocket Fav/(Unfav) | A/R Adjustments | Adjusted A/R Balance |
|---|---|---|---|---|---|---|---|---|---|
| Shrine | 36,525,763 | 30,092,346 | 6,424,064 | 875,000 | 5,549,064 | 12,271,283 | 6,722,219 | | 6,424,064 |
| SOI | 3,935,071 | 3,000,197 | 934,873 | | 934,873 | 1,374,208 | 439,335 | | 934,873 |
| CSPCA | 5,390,419 | 2,485,189 | 2,905,230 | 327,622 | 2,577,608 | 2,169,088 | (408,520) | (1,807,975) | 1,097,255 |
| BC Wildlife Total | 1,794,975 | 1,099,637 | 695,338 | 51,428 | 643,909 | 554,425 | (89,484) | (273,629) | 421,708 |
| Ontario Wildlife | 3,200,764 | 1,610,884 | 1,589,881 | 45,615 | 1,544,266 | 1,148,150 | (396,116) | (595,481) | 994,400 |
| New Brunswick Wildlife | 441,080 | 207,915 | 233,165 | 7,559 | 225,606 | 119,438 | (106,168) | (190,111) | 43,054 |
| Saskatchewan Wildlife | 706,561 | 302,117 | 404,443 | 45,001 | 359,442 | 223,525 | (135,917) | (337,357) | 67,087 |
| Quebec Wildlife Total | 836,272 | 307,265 | 529,007 | 34,691 | 494,316 | 233,874 | (260,442) | (409,782) | 119,225 |
| Subtotal Wildlife | 6,979,652 | 3,527,818 | 3,451,834 | 184,295 | 3,267,539 | 2,279,412 | (988,127) | (1,806,360) | 1,645,474 |
| Total Acquisition Programs | 52,830,904 | 39,105,550 | 13,716,001 | 1,386,917 | 12,329,084 | 18,093,991 | 5,764,907 | (3,614,335) | 10,101,666 |

Note: December GM not finalized. Does not include Jan 03 GM.

Company Confidential Information

Aqn Balance Summary6    2/17/03

**VANTAGE 22589**