UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VANTAGE FINANCIAL SERVICES, INC.
       Plaintiff,

v.

NONPROFIT SERVICE GROUP AND
GEORGE E. MILLER,
       Defendants.

C.A. No. 04-11686-WGY

**AFFIDAVIT OF LAURENCE M. JOHNSON IN SUPPORT OF PLAINTIFF'S MOTION TO RECONSIDER, IN PART, ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME FOR FILING OPPOSITION**

I, Laurence M. Johnson, being duly sworn, do hereby on oath state as follows:

1.    I am counsel for the plaintiff, Vantage Financial Services, Inc. ("Vantage"), in this action.

3.    This affidavit is offered in support of the Plaintiffs' Motion to Reconsider, In Part, Order on Plaintiff's Motion to Extend Time for Filing Opposition to Defendants' Motion for Summary Judgment.

4.    By order of the Court, Vantage's opposition to Defendants' Motion for Summary Judgment is presently due on October 5, 2005. While the Local Rules provide 14 days to respond to such a motion, this schedule provides Vantage with only seven (7) days. Included within these seven (7) days is the Jewish Holiday of Rosh Hashanah, which began at sunset Monday and concludes at sundown on October 5, 2005.

5.    I am of the Jewish faith and should not be forced to choose between my faith's observances and performing my professional responsibilities. Unless the Court grants counsel

some relief, I will have no alternative but to ignore the remainder of the Rosh Hashanah holiday and work all of today and tomorrow.

Signed under the pains and penalties of perjury this the 4th day of October, 2005.

_____
Laurence M. Johnson