UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| Vantage Financial Services, Inc. | |
| Plaintiff | |
| v. | CIVIL ACTION NO. 04-11686-WGY |
| Nonprofit Service Group, Inc. and George E. Miller | |
| Defendants | |

## DEFENDANTS' PRETRIAL DISCLOSURES

Defendants Nonprofit Service Group, Inc. and George E. Miller make the following pretrial disclosures[1]:

**A.** **Witnesses**

Defendants expect to call the following individuals as witnesses at trial:

| Name | Address and Telephone |
|---|---|
| George E. Miller | 1601 North Kent Street, Arlington, VA |
| Carolyn A. Emigh | 1601 North Kent Street, Arlington, VA |

---

[1] Defendants reserve the right to supplement these disclosures as necessary in light of further discovery and trial preparation.

| | |
|---|---|
| Laurence Johnson | Davis, Malm & D'Agostine, One Boston Place, Boston, MA; 617-367-2501 |
| Brian W. LeClair | 12 Fox Run Lane, Marblehead, MA |
| Harry Melikian | 90 Canal Street, Boston, MA 02114; 617-878-6000 |
| Lawrence Lyon | 90 Canal Street, Boston, MA 02114; 617-878-6000 |
| Henry Lewis | 90 Canal Street, Boston, MA 02114; 617-878-6000 |
| Lynn Edmonds | 90 Canal Street, Boston, MA 02114; 617-878-6000 |
| Peter DeMakis | 90 Canal Street, Boston, MA 02114; 617-878-6000 |
| Peter K. Levitt | Office of the United States Attorney, Boston, MA |
| Ralph Semb | Shriners Hospitals for Children, Tampa, FL |
| Jay Fleischer | Shriners Hospitals for Children, Tampa, FL |
| Bill Fawcett | Shriners Hospitals for Children, Tampa, FL |
| Paul Gramblin | Shriners Hospitals for Children, Tampa, FL |

Defendants may call the following individuals as witnesses if the need arises:

| | |
|---|---|
| Lawrence Saklad | unknown |
| Seth Perlman | 220 5th Avenue, 7th Floor, New York, NY |

| | |
|---|---|
| Frank Celani | Unknown |
| Helen Seweryn | Philadelphia, PA |
| Beth Ann Irvine | Unknown |
| Alan E. Douillette | Unknown |
| Kim Seegers | Cary, North Carolina |
| Susan Jones | Unknown |
| Richard Javis | Unknown |
| Douglas Morgan | Unknown |
| Sam Rosenberg | Unknown |
| Jean Bracewell | Shriners Hospitals for Children, Tampa, FL |

**B.     Witnesses Whose Testimony May Be Presented By Deposition or Declaration**

| | |
|---|---|
| Keeper of the Records, Shriners Hospitals for Children | Shriners Hospitals for Children, Tampa, FL |
| Ralph Semb | Shriners Hospitals for Children, Tampa, FL |
| Jay Fleischer | Shriners Hospitals for Children, Tampa, FL |
| Bill Fawcett | Shriners Hospitals for Children, Tampa, FL |
| Paul Gramblin | Shriners Hospitals for Children, Tampa, FL |
| Lawrence Saklad | unknown |
| Seth Perlman | 220 5th Avenue, 7th Floor, New York, NY |

| | |
|---|---|
| Frank Celani | Unknown |
| Helen Seweryn | Philadelphia, PA |
| Beth Ann Irvine | Unknown |
| Alan E. Douillette | Unknown |
| Kim Seegers | Cary, North Carolina |
| Susan Jones | Unknown |
| Richard Javis | Unknown |
| Douglas Morgan | Unknown |
| Sam Rosenberg | Unknown |
| Jean Bracewell | Shriners Hospitals for Children, Tampa, FL |

**C.    Trial Exhibits**

Defendants expect to offer or may offer the following documents as evidence at trial. Those documents that defendants may offer only if the need arises are identified in the shaded portions of the following table:

| **EXHIBIT** | **IDENTIFICATION** |
|---|---|
| April 13, 1999 Memorandum from Jay Fleisher to Ralph Semb | NSG0735-NSG0759 (Melikian Exhibit No. 1) |
| April 15, 1999 Fax from Ipswich Country Club | NSG0760-NSG0777 (Melikian Exhibit No. 2) |
| April 28, 1999 letter from George Miller to Larry Lyon | NSG0795-NSG0804 (Melikian Exhibit No. 3) |

4

| | |
|---|---|
| June 17, 1999 Agreement to Provide Fund Raising Consulting and Management Services | DOJ21929-DOJ21949 (Melikian Exhibit No. 4) |
| May 5, 2000 Memorandum from Harry Melikian to George Miller | NSG0850-NSG0856 (Melikian Exhibit No. 5) |
| May 30, 2001 Meeting Agenda | NSG1045 (Melikian Exhibit No. 11) |
| June 17, 1999 Agreement to Provide Fund Raising Consulting and Management Services | VANTAGE4864-VANTAGE4900 (Melikian Exhibit No. 6) |
| October 25, 2000 Letter from Laurence C. Lyon to John D. VerMaas, et al | SHC00872-SHC00886 (Melikian Exhibit No. 7) |
| May 3, 1999 Fax from Vantage Group Services "Schedule B Vantage Direct Marketing Services" | NSG0807 (Melikian Exhibit No. 8) |
| July 14, 2000 Letter from Jay Fleisher to Peter Demakis | SHC00996-SHC01000 (Melikian Exhibit No. 9) |
| August 9, 2001 Letter from Kenneth Smith to Henry Lewis | SHC01104-SHC01105 (Melikian Exhibit No. 12) |
| December 27, 2001 Spreadsheet "Company Confidential" | VA1636-VA1639 (Melikian Exhibit No. 13) |
| March 12, 2002 Letter from Brian LeClair to Peter Levitt | (Melikian Exhibit No. 14) |
| June 10, 2003 Spreadsheet | VANTAGE0448-VANTAGE0450 (Melikian Exhibit No. 15) |
| January 30, 2004 Vantage Direct Mail Program Summary with attached email | SHC01860-SHC01861 (Melikian Exhibit No. 16) |
| February 2, 1997 Shriners Hospital Pro Forma | NSG1221-NSG1224 (Melikian Exhibit No. 17) |
| June 10, 1999 Shriners with Assumptions without Interest | VANTAGE7771 (Melikian Exhibit No. 18) |
| Shriners Hospitals Summary Activity Acquisition Program as of 2/8/00 | VANTAGE8076 (Melikian Exhibit No. 19) |
| November 12, 2003 Spreadsheet "Shrine Product Pricing" | VANTAGE8104 (Melikian Exhibit No. 20) |

| | |
|---|---|
| November 12, 2003 Spreadsheet | VANTAGE8106 (Melikian Exhibit No. 21) |
| November 12, 2003 Spreadsheet | VANTAGE8105 (Melikian Exhibit No. 21A) |
| Spreadsheet | VANTAGE8107 (Melikian Exhibit No. 22) |
| June 10, 1999 Shriners Extra Ten M With Assumptions with Interest | VANTAGE7765 (Melikian Exhibit No. 23) |
| June 10, 1999 Shriners With Assumptions and Without Interest | VANTAGE7767-VANTAGE7768 (Melikian Exhibit No. 24) |
| May 1, 2003 Fax from Harry Melikian to Henry Lewis | VANTAGE5838-VANTAGE5841 (Melikian Exhibit No. 27) |
| October 24, 2003 Memorandum from Terry Ahearn from Ralph Semb | SHC02200-SHC02203 (Melikian Exhibit No. 28) |
| September 2, 2003 Agenda | VANTAGE4933 (Melikian Exhibit No. 29) |
| November 18, 2003 Shrine Meeting | VANTAGE5332-VANTAGE5333 (Melikian Exhibit No. 30) |
| Shrine Outstanding Balances | VANTAGE5217 (Melikian Exhibit No. 31) |
| August 25, 2003 Letter from Harry Melikian to Paul Gramblin | SHC02162 (Melikian Exhibit No. 32) |
| August 26, 2003 Letter from Jay Fleischer to Harry Melikian | VANTAGE6070-VANTAGE6071 (Melikian Exhibit No. 33) |
| December 11, 2003 Fax from Jay Fleischer to John Kenney, Jr. | SHC01907-SHC01913 (Melikian Exhibit No. 34) |
| March 1, 2001 Letter from Peter Levitt to Brian LeClair with attached spreadsheets and other attachments | (Melikian Exhibit No. 35) |
| December 4, 2003 Letter from Lawrence M. Johnson to Jay Fleischer | SHC01893-SHC01900 (Melikian Exhibit No. 36) |
| August 23, 2000 Letter from Laurence Lyon to Jay Fleischer | SHC00952-SHC00954 (Melikian Exhibit No. 37) |
| August 26, 2002 Fax from Harry Melikian to Henry Lewis | VANTAGE5081-VANTAGE5082 (Melikian Exhibit No. 38) |

| | |
|---|---|
| September 18, 2002 Letter from Jay Fleischer to George Miller | NSG0192-NSG0196 (Melikian Exhibit No. 39) |
| September, 2002 Indemnity Agreement | NSG061-NSG062 (Melikian Exhibit No. 40) |
| April 10, 2000 Joint Statement as to Settlement | SHC04402 (Melikian Exhibit No. 41) |
| October 2003 Settlement Agreement | VANTAGE4838-VANTAGE4862 (Melikian Exhibit No. 42) |
| Vantage Group Services-Unlock the Power | DOJ20604-DOJ20615 (Lyon Exhibit No. 2) |
| July 10, 2001 Fax from Vantage to George Miller | NSG001-NSG019 (Lyon Exhibit No. 5) |
| April 15, 1999 Fax to George Miller from Ipswich Country Club | (Lyon Exhibit No. 8) |
| November 8, 2000 Letter from M. Burton Oien to Laurence Lyon | SHC00861-SHC00862 (Lyon Exhibit No. 14) |
| April 27, 2000 Fax from Vantage to George Miller | NSG0861-NSG0864 (Lyon Exhibit No. 16) |
| Spreadsheet | NSG1216-NSG1220 (Lyon Exhibit No. 17) |
| May 11, 2001 Letter from Laurence Lyon to Robert Turnipseed | SHC01194-SHC01199 (Lyon Exhibit No. 19) |
| May 30, 2001 Meeting Agenda | NSG1045 (Lyon Exhibit No. 20) |
| February 17, 2003 Spreadsheet | VANTAGE22589 (Lyon Exhibit No. 21) |
| Spreadsheet Shriners Hospitals for Children-2003 | VANTAGE23861-VANTAGE23865 (Lyon Exhibit No. 37) |
| May 2, 2000 Fax from Carolyn Emigh to Matt Kaiser | NSG0865-NSG0868 (Lyon Exhibit No. 28) |
| March 28, 2003 Fax to Jay Fleischer from Larry Lyon | SHC01645-SHC01647 (Lyon Exhibit No. 32) |
| Shriners Plan | VANTAGE23945 (Lyon Exhibit No. 24) |
| February 19, 2003 Shriners Hospitals for Children-2003 | VANTAGE23858-VANTAGE23860 |

| | |
|---|---|
| September 6, 2002 Spreadsheet | VANTAGE24076-VANTAGE24077 |
| August 22, 2001 Vantage Acquisition Program Summary | VANTAGE24102-VANTAGE24133 |
| May 23, 2001 Shriners Hospital 2001 Forecast of Program Results | NSG1225 |
| January 25, 2001 Email from Paul Grambling to Robert Turnipseed | SHC01266 |
| November 17, 2003 Vantage Program Totals | VANTAGE23815 |
| Growth of Donor File | NSG1206-NSG1209 |
| October 15, 2002 Email from Jay Fleisher to Bert Oien | SHC01304-SHC01305 |
| November 26, 2003 Letter to John Kenney from Jay Fleischer | VANTAGE23816-VANTAGE23828 |
| July 25, 2001 Email from Bill Fawcett to Jay Fleischer | SHC01130 |
| January 31, 2003 Email from Scott Dumphy to Darlene Foley with Attachments | VANTAGE24029-VANTAGE24042 |
| March 15, 2001 Email from Jay Fleischer to Bill Fawcett | SHC01253-SHC01254 |
| October 2, 2003 Letter from Paul Grambling to Larry Lyon | VANTAGE4863 |
| December 4, 2002 Fax from Roger True (Elks) to George Miller | NSG0265-NSG0274 |
| October 30, 2003 Email from Jay Fleischer to Vanessa Heitzman with Attachment | SHC01565-SHC01567 |
| May 20, 1999 Memorandum from Jay Fleischer to John Nobles | SHC00236-SHC00237 |
| April 27, 1999 Letter from Theodore Corsones to Lewis Molnar | SHC00383-SHC00384 |
| August 26, 2003 Letter from Jay Fleischer from Harry Melikian | VANTAGE6070-VANTAGE6071 |

| | |
|---|---|
| November 5, 2003 Letter from Jay Fleischer to Terry Ahern | SHC02158-SHC02171 |
| Agreement to Provide Fund Raising Consulting and Management Services – "Copy Drafts" | NSG0584-NSG0595 |
| May 21, 1999 Fax from Jay Fleischer to George E. Miller | Unnumbered |
| May 24, 1999 Letter from Nonprofit Service Group to Jay Fleischer | NSG0812-NSG0814 |
| Agreement to Provide Fund Raising Consulting and Management Services – Draft 2 | NSG0596-NSG0612 |
| Agreement to Provide Fund Raising Consulting and Management Services – Draft 3 | NSG0613-NSG0627 |
| Agreement to Provide Fund Raising Consulting and Management Services – Draft 4 | NSG0628-NSG0643 |
| Agreement to Provide Fund Raising Consulting and Management Services – Draft 5 | NSG0644-NSG0664 |
| Agreement to Provide Fund Raising Consulting and Management Services – Draft 6 | NSG0672-NSG0690 |
| September 13, 2002 Third Amended Complaint of the United States | VANTAGE10421-VANTAGE10453 |
| Second Amended Complaint of the United States | VANTAGE10391-VANTAGE10420 |
| Complaint of the United States | VANTAGE10363-VANTAGE10390 |
| Complaint <u>Melikian v. Barton-Cotton</u> | VANTAGE10351-VANTAGE10362 |

| | |
|---|---|
| November 12, 1999 Letters from Brian LeClair to Third Party Defendants | VANTAGE9904-VANTAGE9944 |
| Memorandum of Harry Melikian Re: Settlement with Affinity Marketing Associates | VANTAGE9868-VANTAGE9878 |
| Cross Motion of Harry Melikian Re: Settlement with Affinity Marketing Associates | VANTAGE9532 |
| Motion of Harry Melikian Re: Affinity Marketing Associates Settlement | VANTAGE9533 |
| March 19, 2003 Email from Brian LeClair to Lawrence Johnson | VANTAGE9648 |
| August 30, 2002 Transcript of Hearing before Judge Mark Wolfe | VANTAGE8815-VANTAGE8849 |
| August 16, 2002 Transcript of Hearing of hearing before Judge Mark Wolfe | VANTAGE8721-VANTAGE8814 |
| June 14, 2002 Memorandum from Paul Grambling to Jay Fleischer | SHC01514-SHC01517 |
| July 17, 2001 Vantage Contract Bullets | SHC01141 |
| October 19, 2000 Email from Paul Grambling to Jay Fleischer | SHC00888 |
| March 12, 2001 Letter from Brian LeClair to Peter Levitt | Unnumbered |
| May 7, 2001 Vantage Direct Marketing Draw Schedule | SHC01142 |
| August 30, 2000 Memorandum from Jay Fleischer to Robert Turnipseed | SHC00951 |
| Vantage Contract Summary Combined | Unnumbered |
| June 26, 2001 letter from Charles Harrington, Jr. to Lawrence Lyon | VANTAGE7795 |
| June 21, 2001 Letter from David Ganz to Larry Lyon | VANTAGE7793 |

| | |
|---|---|
| May 5, 2000 Memorandum from Harry Melikian to George Miller | VANTAGE4741-VANTAGE4750 |
| November 24, 2003 Fax from Seth Pearlman to John Kenney | VANTAGE4918-VANTAGE4920 |
| June 15, 2000 Letter from Harry Melikian to Jay Fleischer | VANTAGE1209-VANTAGE1210 |
| 2003 Income Tax Return | VANTAGE4798-VANTAGE4818 |
| 2002 Income Tax Return | VANTAGE4819-VANTAGE4827 (Pages missing) |
| Press Releases | VANTAGE5749-VANTAGE5775 |
| October 2003 Affidavit of Henry Lewis | VANTAGE5592-VANTAGE5596 |
| June 24, 2003 Fax from Peter Levitt to Lawrence Johnson | VANTAGE9483-VANTAGE9487 |
| March 1, 2001 Letter from Peter Levitt to Brian LeClair | VANTAGE4639-VANTAGE4658 |
| Rules of Ethics and Practices Association of Direct Response Fund Raising Council | Unnumbered |
| August 13, 2003 Letter to Judge Mark Wolfe from Lawrence Johnson | VANTAGE9369-VANTAGE9371 |
| June 30, 1995 Letter to Scott Hamel from Anita J. Bizzotto | Unnumbered |
| November 5, 2003 Letter from Jay Fleischer to Terry Ahern | VANTAGE6086-VANTAGE6087 |
| November 21, 2003 Letter from Terry Ahern to Jay Fleischer | VANTAGE5271-VANTAGE5274 |
| November 19, 2003 Letter from Jay Fleischer to Terry Ahern | VANTAGE5270 |
| November 19, 2004 Memorandum from Terry Ahern to Henry Lewis | VANTAGE5265-VANTAGE5266 |
| November 20, 2004 Memorandum from Terry Ahern to Henry Lewis | VANTAGE5268-VANTAGE5269 |

| | |
|---|---|
| November 20, 2004 Memorandum from Terry Ahern to Henry Lewis | VANTAGE5267 |
| December 4, 2003 Letter from Lawrence Johnson to Jay Fleischer | VANTAGE5256-VANTAGE5259 |
| Vantage Group Vendor Ledger Inquiry | VANTAGE5222-VANTAGE5224 |
| August 21, 2002 Fax from Jay Fleischer to George Miller | NSG0063-NSG0071 |
| July 16, 2002 Letter from Jay Fleischer to George Miller | NSG0072 |
| Meeting Notes | NSG0076-NSG0118 (non-consecutive) |
| July 10, 2002 Letter from Jay Fleischer to Seth Pearlman | NSG0127-NSG0128 |
| July 1, 2002 Letter from Seth Pearlman to Jay Fleischer | NSG0172-NSG0173 |
| VFS-Elk's Draft Letter Agreement | NSG0242-NSG0243 |
| May 16, 2003 Emails from Will Weddleton to George Miller and related documents | NSG0490-NSG0507 |
| May 24, 1999 Fax from George Miller to Larry Lyon with Attachments | NSG0721-NSG0720 |
| May 24, 1999 Letter from Nonprofit Service Group to Jay Fleischer | NSG0812-NSG0814 |
| December 22, 2000 Email from Paul Grambling to Matt Kaiser | NSG0945 |
| Hand written notes | NSG1177-NSG1204 |
| Spreadsheets | NSG0986 |
| Hand written notes | NSG1004-NSG1005 |
| Nonprofit Service Group Billing Statements | NSG1262-NSG1274 |
| Brick Mills Studio Brief with attachments | NSG1809-NSG1905 |
| Press Releases | VANTAGE5749-VANTAGE5775 |

| | |
|---|---|
| May 25, 1997 Email from George Miller to Jay Fleischer with attachment | VANTAGE5616-VANTAGE5636 |
| Transcript of May 5, 2003 Hearing before Judge Mark Wolfe | VANTAGE5374-VANTAGE5412 |
| August 9, 2001 Letter from Kenneth Smith to Henry Lewis | VANTAGE5000-VANTAGE5001 |
| November 24, 2003 Fax from Seth Pearlman to John Kenney | VANTAGE4918-VANTAGE4920 |
| October 2, 2003 Letter from Paul Grambling to Larry Lyon | VANTAGE4863 |
| October 2003 Settlement Agreement | VANTAGE4838-VANTAGE4862 |
| 2002 Income Tax Return | VANTAGE4819-VANTAGE4837 |
| 2003 Income Tax Return | VANTAGE4798-VANTAGE4818 |
| Vantage Financial Statements 2003-2002 | VANTAGE4782-VANTAGE4797 |
| Transcript of March 13, 2003 Hearing before Judge Mark Wolfe | Unnumbered |
| May 2, 2000 Letter from Peter Levitt to Brian LeClair | Unnumbered |
| August 22, 2000 Letter from Peter Levitt to Morris Goldings | Unnumbered |
| October 13, 2000 Letter from Peter Levitt to Brian LeClair | Unnumbered |
| April 7, 2003 Motion for Summary Judgment and Statement of Undisputed Facts | Unnumbered |
| Reply Memorandum in Support of Motion for Leave to Amend Complaint with March 1, 2001 Attachment | Unnumbered |
| Shriners Hospitals for Children 2003 Calendar | VANTAGE21922-VANTAGE21949 |

| | |
|---|---|
| Memorandum from David Ganz to Larry Lyon | VANTAGE7779 |
| November 26, 2003 Letter from Jay Fleischer to John Kenney | VANTAGE8149-VANTAGE8155 |
| November 26, 2003 Letter from Jay Fleischer to Terry Ahern | VANTAGE8143-VANTAGE8148 |
| August 5, 2003 Transcript of Hearing Before Judge Mark Wolfe | VANTAGE5573-VANTAGE5578 |
| August 6, 2003 Transcript of Hearing Before Judge Mark Wolfe | VANTAGE5579-VANTAGE5591 |
| Shriners Mailing | VANTAGE12456-VANTAGE12457 |
| Print outs of Vantage Web Pages, including superseded material | |
| All Pleadings, Deposition Transcripts, Affidavits, Declarations, Affirmations, Motion, Discovery Documents, Hearing Transcripts, Orders, Memoranda, and Other Documents Filed and Served by the Parties in the Civil Action Entitled United States v. Henry Lewis | |
| All Documents Listed and Produced with Defendants Initial Disclosures | |
| All Documents Submitted in Support of Defendants Motion for Summary Judgment | |
| All Response Analysis Reports | Various |
| Affidavit of Willard Fawcett, Jr. | |
| Affidavit of Ralph Semb | |
| All Drafts and Amendments to the Agreement to Provide Fund Raising, Consulting and Management Services Between Plaintiff and Shriners Hospitals for Children | |
| All Income Tax Returns and Financial Statements of the Plaintiffs | Various |

| | |
|---|---|
| All Documents Produced by Shriners Hospitals for Children in Response to Defendant's Subpoena | |
| Documents Contained in Vantage's Supplemental Document Production | VANTAGE22294-VANTAGE24679 |

Respectfully submitted,

Nonprofit Service Group and
George E. Miller,
By their attorneys,

/s/Richard L. Nahigian
_____
Richard L. Nahigian, Esq., BBO#: 549096
Matthew J. Griffin, Esq., BBO#641720
PEABODY & ARNOLD LLP
30 Rowes Wharf, 6th Floor
Boston, MA  02110-3342
(617) 951-2100

624008_1