UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VANTAGE FINANCIAL SERVICES, INC.<br>Plaintiff,<br><br>v.<br><br>NONPROFIT SERVICE GROUP AND<br>GEORGE E. MILLER,<br>Defendants. | C.A. No. 04-11686-WGY |

## AFFIDAVIT OF NEAL J. BINGHAM

I, Neal J. Bingham, hereby depose and state the following under the pains and penalties of perjury:

1.   My name is Neal J. Bingham and I am a member of the bar of this Court and represent the Plaintiff, Vantage Financial Services, Inc., in this case.

2.   **PLEASE NOTE THAT THE EXHIBITS TO PLAINTIFF'S RULE 56.1 STATEMENT OF MATERIAL FACTS OF RECORD HAVE NOT BEEN SUBMITTED ELECTRONICALLY VIA THE ECF SYSTEM, BUT HAVE BEEN HAND DELIVERED TO THE COURT AND OPPOSING COUNSEL ON OCTOBER 12, 2005.**

Signed under the penalties of perjury this 12th day of October, 2005.

_/s/ Neal J. Bingham_
Neal J. Bingham

383607.1