UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>       Plaintiff<br><br>v.<br><br>Nonprofit Service Group, Inc. and George E. Miller<br>       Defendants | CIVIL ACTION NO. 04-11686WGY |

### AFFIDAVIT OF RICHARD L. NAHIGIAN IN REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Richard L. Nahigian, states as follows:

1. My name is Richard L. Nahigian. I am a member of the bar of this Court and represent the defendants in this case.

2. I submit this Affidavit in reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

3. Attached hereto as Exhibits A, B, C, and D are true and accurate copies of draft fundraising agreements that were identified and marked as exhibits to the deposition of defendant George E. Miller in this case.

4. Attached hereto as Exhibit E is a true and accurate copy of an excerpt from the transcript of the deposition of George E. Miller in this case.

2

5.	Attached hereto as Exhibit F is a true and accurate copy of an excerpt from the transcript of the deposition of Lawrence Lyon in this case.

Signed under the pains and penalties of perjury this 14th day of October, 2005.

　　　　　　　　　　　　　　　　　　　　　/s/ Richard L. Nahigian
　　　　　　　　　　　　　　　　　　　Richard L. Nahigian, Esquire

PABOS2:RNAHIGI:624456_1
14794-90433

2