UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VANTAGE FINANCIAL SERVICES, INC.
Plaintiff,

v.

NONPROFIT SERVICE GROUP AND
GEORGE E. MILLER,
Defendants.

C.A. No. 04-11686-WGY

## JOINT MOTION TO EXTEND TRIAL

The plaintiff, Vantage Financial Services, Inc. ("Vantage"), and the defendants, Nonprofit Service Group and George E. Miller ("Defendants"), hereby move to extend the trial in this matter to a date no earlier than the week of November 21, 2005. In support of this motion, the parties state as follows:

1. The discovery deadline in this case is October 30, 2005 and the case is set down for trial on November , 2005. On October 28, 2005, Vantage conducted the depositions of Jay Fleischer, corporate counsel to the Shriners Hospital for Children ("Shriners"), and Ralph Semb, the President of Shriners at the corporate offices of Shriners in Tampa, Florida.

2. Mr. Fleischer will be a critical witness in this case because he was primarily responsible for negotiating the terms of the contract that is at issue in this case on behalf of Shriners. However, due to time constraints, the parties were unable to complete the deposition of Mr. Fleischer by the end of the day on October 28, 2005. Mr. Fleischer and the parties agreed to continue his deposition, by way of telephone deposition, to Wednesday, November 9, 2005.

3. The Fleischer deposition will be completed on November 9, 2005. The court reporter will be preparing the deposition transcript for Mr. Fleischer's signature on an expedited basis and Mr. Fleischer has agreed to sign the transcript without delay. Nonetheless, under the

present schedule, the parties will not have the benefit of the Fleischer transcript for use at trial.

WHEREFORE, Vantage respectfully requests that the Court reschedule the trial in this case to a date no earlier than the week of November 21, 2005.

VANTAGE FINANCIAL SERVICES, INC.,
By its Attorneys,

/s/ Neal Bingham

Laurence M. Johnson (BBO #252720)
Neal J. Bingham (BBO #652029)
Davis, Malm & D'Agostine
One Boston Place
Boston, MA 02108
(617) 367-2500


NONPROFIT SERVICES GROUP AND
GEORGE E. MILLER,

/s/ Matthew Griffin (NJB)

Richard L. Nahigian (BBO #549096)
Matthew J. Griffin (BBO #641720)
Peabody & Arnold, LLP
30 Rowes Wharf
Boston MA 02110
(617) 951-2001

Dated: October 31, 2005

385585v.1

2