UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VANTAGE FINANCIAL SERVICES, INC.<br>Plaintiff,<br><br>v.<br><br>NONPROFIT SERVICE GROUP AND<br>GEORGE E. MILLER,<br>Defendants. | C.A. No. 04-11686-WGY |

### AFFIDAVIT OF LAURENCE M. JOHNSON

I, Laurence M. Johnson hereby depose and state the following under the pains and penalties of perjury:

1. My name is Laurence M. Johnson and I am a member of the bar of this Court and represent the Plaintiff, Vantage Financial Services, Inc. ("Vantage"), in this case.

2. I submit this affidavit in support of Vantage's Motion to Extend Date For Serving Expert Reports. This case is scheduled for a Final Pretrial Conference on November 14, 2005.

3. Vantage has retained an expert to testify on its behalf at trial. However, Vantage's expert will not be able to prepare an expert report in time to comply with the Scheduling Order deadline.

4. The reason for the delay is that I have been dealing a personal family tragedy over the last two weeks and have not been able to spend the time with Vantage's expert necessary for the expert to finalize the report. Specifically, my daughter suffered severe injuries when she was struck by a taxicab in New York City two weeks ago. I have been assisting in my daughter's care both during visits to New York and from here in Boston on a daily basis.

5. Although Defendants have already served their expert reports, they will not be prejudiced by the allowance of this motion. Due to my family obligations, I have not reviewed

Defendants' report and neither I nor Vantage's expert will do so in advance of service of Vantage's expert report.

Signed under the penalties of perjury this 1st day of November, 2005.

_____
Laurence M. Johnson

385870v.1