UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>            Plaintiff<br><br>v.<br><br>Nonprofit Service Group Inc. and George E. Miller<br>            Defendant | CIVIL ACTION NO. 04-11686WGY |

AFFIDAVIT OF MATTHEW J. GRIFFIN

I, Matthew J. Griffin, depose and state as follows:

1.     I am an attorney licensed to practice by the Commonwealth of Massachusetts.  I am counsel for the Defendants in the above-captioned case.  I submit this affidavit in support of Defendants' Motion for Summary Judgment Concerning Expert Testimony.

2.     Attached hereto as Exhibit "1" is a true and accurate copy of the Complaint in this action along with Exhibit A thereto, "Agreement to Provide Fund Raising Consulting and Management Services."

3.     Attached hereto as Exhibit "2" is a true and accurate copy of the transcript of the deposition of Jay Fleisher.

4.     Attached hereto as Exhibit "3" is a true and accurate copy of excerpts of the deposition of Ralph Semb.

5.     Attached hereto as Exhibit "4" is a true and accurate copy of a March 5, 2004

2

Memorandum and Order (Wolf, J.).

6. Attached hereto as Exhibit "5" is a true and accurate copy of excerpts from the deposition of Lawrence C. Lyon.

7. Attached hereto as Exhibit "6" is a true and accurate copy of excerpts from the deposition of Harry Melikian.

8. Attached hereto as Exhibit "7" copy of the expert report of Robert S. Tigner, Esquire.

Signed under the pains and penalties of perjury this 28th day of November, 2005.

/s/ Matthew J. Griffin
Matthew J. Griffin

PABOS2:MJGRIFF:626958_1
14794-90433