Page 176

1      A    They were two individuals who worked at
2    Shriners.
3    BY MR. JOHNSON:
4      Q    Right.  Two individuals.  You didn't have any
5    information from anybody else at Shriners as to whether
6    anybody else at Shriners had reviewed those materials
7    before they went out, did you?
8         MR. GRIFFIN:  Objection.
9      A    That's a correct statement.
10   BY MR. JOHNSON:
11     Q    Okay.  Let's pass on to Exhibit 24.  Just get
12   back to what my notes are about it, too.  Okay.
13     A    Which exhibit was that?
14     Q    Exhibit 24.  It starts with an e-mail from you
15   to Messrs. Fawcett and Gramblin dated February 13, and
16   it's SHC02910.
17     A    Yes, I have located that.
18     Q    Good.  Thank you.  I have in mind the questions
19   you were asked about the t-shirt promotion and about
20   whether Vantage would get more reimbursement for
21   higher-cost promotional items and whether that would
22   create -- be likely to create a larger shortfall.  Do you
23   have in mind those questions that Mr. Griffin asked you
24   earlier this afternoon?
25     A    Yes, I do.

Page 177

1      Q    Okay.  Now, is it fair to say, Mr. Fleisher,
2    that you haven't seen and aren't aware of any data which
3    attempts to compare the -- either the response rate or
4    the amount of average response with respect to various
5    promotional mailings and depending upon whether they have
6    included or promoted a more or less desirable or valuable
7    promotional item, have you?
8      A    I do not recall one way or the other whether I
9    did or did not.
10     Q    So I take it that as you sit here today you
11   have -- you cannot testify that you either have now or
12   had at the time any knowledge as to whether the use of a
13   more expensive promotional item such as a t-shirt,
14   whether there was some basis for believing that that kind
15   of a promotion and program had some tendency to
16   likelihood of resulting in larger -- either a larger
17   number of contributions or larger actual amount of
18   average contributions, do you?
19        MR. GRIFFIN:  Objection.
20     A    I personally reviewed the response rates that
21   we had received from prior campaigns, and the response
22   rates that we received, in my opinion, at that time would
23   not have justified the additional cost based on what we
24   had -- what I had personally seen as a response rate from
25   prior mailings.

Page 178

1    BY MR. JOHNSON:
2      Q    That wasn't my question, and I move to strike.
3      A    I'm sorry.  I thought it was.
4      Q    Let me put it again.  Is it fair to say that
5    you haven't seen and you are not aware of any data which
6    indicates one way or the other whether the use of a more
7    expensive promotional item such as a t-shirt as opposed
8    to some less expensive one, like a mailing label, has any
9    tendency to result in either a larger response rate or in
10   a larger average contribution from those persons who do
11   respond?
12        MR. GRIFFIN:  Objection.
13   BY MR. JOHNSON:
14     Q    Is that true?
15     A    That's a correct statement.
16     Q    Okay.  Now, we can turn -- well, I just want to
17   deal in general with some of these e-mails you have been
18   shown, and correspondence you have been shown between
19   other people.  Is it fair to say, sir, that except where
20   you have indicated where a communication was written by
21   you or where you've indicated that you made some personal
22   investigation into the matter yourself, is it fair to say
23   that your testimony about the communications between
24   other people which Mr. Griffin has shown to you today has
25   been based upon what is in those communications and what

Page 179

1    those people may have told you about them?
2         MR. GRIFFIN:  Objection.
3      A    Not may have told me.  The statements that I
4    made concern --
5    BY MR. JOHNSON:
6      Q    I'll modify the question in accordance with the
7    answer you're about to give.  Is it fair to say your
8    responses, excepting where you've indicated that you
9    personally were involved in something yourself, has been
10   based upon what's contained in the communications and
11   what other people, to the extent you testified about
12   that, did tell you about those matters?
13        MR. GRIFFIN:  Objection.
14     A    No, that's not a correct statement.
15   BY MR. JOHNSON:
16     Q    Are you saying that there are occasions which
17   you have identified and which are between third parties
18   where you haven't said that you had some personal
19   involvement where you nonetheless did?  If you did,
20   that's fine, but that means I have to go through each one
21   of them one by one and I will.
22        MR. GRIFFIN:  Objection.
23   BY MR. JOHNSON:
24     Q    Is that what you're telling me?
25     A    You tell me if this is the answer to the

Page 180

1  question you were looking for. If it's not, I'd
2  appreciate you rephrasing the question. As I understood
3  the question that you asked me, were my responses to
4  Mr. Griffin's questions that he asked based on my own
5  personal knowledge and the e-mails that had been sent to
6  me in the exhibits that are attached. Is that the
7  correct question?
8      Q  No, I'm afraid it's not. So let me back-track
9  and maybe we can get ourselves back on the same page
10  here.
11     A  Good.
12     Q  I'm referring particularly -- maybe it will
13  help if you have them before you. I'm referring
14  particularly to exhibits such as -- they are authored by
15  other people. Such as Exhibit 26, which is a memo from
16  Mr. Gramblin to you and Mr. Fawcett. And Exhibit 27,
17  part of which is a memo from Mr. Fawcett to somebody at
18  Vantage. And Exhibit 28 which is a memo from
19  Mr. Gramblin to Mike Andrews. Exhibit 29, which is a
20  memo from Mr. Gramblin to you and which attaches a memo
21  from Mr. Fawcett to Mr. Gramblin.
22         With respect to those communications -- oh, and
23  Exhibit 31, which is a letter from Mr. Gramblin to
24  Mr. Lyon. With respect to the testimony you have given
25  about those documents authored by other people, is it

Page 181

1  fair to say that your testimony about those documents and
2  the assertions made in them is either based upon what's
3  contained in those documents or what those other people
4  told you about them, excepting in the instances where you
5  told Mr. Griffin that you had made some personal
6  investigation or had some personal involvement?
7         MR. GRIFFIN: Objection.
8      A  That's a correct statement.
9  BY MR. JOHNSON:
10     Q  Okay. Now, we can move on to what occurred two
11  weeks ago at the last part of your deposition in Florida.
12  Incidentally, have you seen the transcript of the first
13  day of your deposition?
14     A  Yes, I have. I have read it.
15     Q  Okay. And is it available to you down there
16  this afternoon?
17     A  I don't have it personally. I don't know if
18  the court reporter has it. Court reporter's indicating
19  she does not have it.
20     Q  Okay. That's perfectly all right. You were
21  asked some questions, and the testimony appears at Pages
22  96 and 97 of the transcript to your deposition, about the
23  provisions which ultimately became Paragraphs 13.1 and
24  13.2 of the agreement as executed, and that you have in
25  mind, I take it, that those are the provisions that deal

Page 182

1  with Shriners' obligations regarding payment in the event
2  of termination of the agreement?
3      A  That's correct.
4      Q  Okay. And you testified, I believe, that you
5  wouldn't have advised Mr. VerMaas to enter into an
6  agreement that didn't have provisions like Paragraph 13.1
7  and 13.2; is that right? Do you remember that?
8      A  Yes, that's a correct statement.
9      Q  Am I correct in my understanding, Mr. Fleisher,
10  that what you were concerned about at that time was the
11  substance that we discussed during my examination of your
12  deposition, namely that Shriners was concerned it wasn't
13  going to have to pay for program cost in the event of a
14  shortfall out of its other assets that hadn't resulted
15  from the programs themselves?
16         MR. GRIFFIN: Objection.
17  BY MR. JOHNSON:
18     Q  Am I right?
19     A  That's correct.
20     Q  And that your concern was that you not have to
21  dip into the endowment or operating accounts or anything
22  of that sort to pay for the fundraising programs under
23  the Vantage agreement?
24         MR. GRIFFIN: Objection.
25     A  Yes. We wanted -- that's correct.

Page 183

1  BY MR. JOHNSON:
2      Q  And is my understanding correct that so long as
3  the provisions of the agreement satisfied you and your
4  colleagues that you weren't going to have to pay for
5  program costs out of the endowment or out of dipping into
6  your operating funds or, indeed, out of dipping into
7  anything other than funds that could be raised as a
8  result of programs that that satisfied that concern of
9  yours?
10         MR. GRIFFIN: Objection.
11     A  That's correct.
12  BY MR. JOHNSON:
13     Q  In giving Mr. Griffin the answers that you gave
14  him on this topic at the first day of your deposition, I
15  take it you weren't intending to communicate that you
16  were indelibly wedded to the precise language of
17  Paragraphs 13.1 and 13.2 of the agreement, but merely
18  that the substantive situation created by those
19  paragraphs, that it was essential to you that Shriners'
20  liability be limited in the way that you've just
21  testified to; is that right?
22         MR. GRIFFIN: Objection.
23     A  That's not really correct. Without the
24  provisions of 13.1 and 13.2 I would have not advised
25  Mr. VerMaas or anybody else to sign that contract.

14

Page 184

BY MR. JOHNSON:

1 BY MR. JOHNSON:
2   Q   Let me just put a for instance to you. I take
3 it -- are you telling me that if instead of Paragraphs
4 13.1 and 13.2 there had been some other provisions which,
5 in, fact, did satisfy you that Shriners was not going to
6 have to pay for program costs out of the endowment or out
7 of its operating funds or indeed out of any funds other
8 than the funds which were raised as a result of the
9 programs themselves, are you telling me that that
10 wouldn't have satisfied you?
11     MR. GRIFFIN: Objection.
12   A   The question you have asked has a number of
13 hypotheticals and speculation in it. I would have to see
14 the exact wording that you were talking about -- that you
15 are talking about.
16 BY MR. JOHNSON:
17   Q   I take it you would have wanted to see the
18 exact wording to satisfy yourself that that exact wording
19 did limit Shriners' liability in the way that I have just
20 suggested and you have just testified was important to
21 you; is that right?
22     MR. GRIFFIN: Objection.
23   A   Again, that's a hypothetical.
24 BY MR. JOHNSON:
25   Q   Well, you answered several hypotheticals about

Page 185

1 what you would have thought or would have done in
2 response to Mr. Griffin. Can't you do the same for me?
3     MR. GRIFFIN: Objection.
4   A   Let me see if I can rephrase. You tell me if
5 this is what you're asking. If there is other language
6 similar to what is in there or other language that
7 had -- that would have resulted in the exact same result
8 as the operation of that paragraph in my mind, whether I
9 would have accepted that other language which would have
10 had the exact same operative effect as the existing 13.1,
11 2, would I have accepted that language. Is that your
12 question?
13 BY MR. JOHNSON:
14   Q   Almost. Let me try it again and I will see if
15 we can't find some ground where we are communicating with
16 each other. What I'm asking you is if you had been
17 presented with a contract which, after you examined it,
18 satisfied you that it was effective to reach the result
19 that Shriners would never have to pay for program costs
20 excepting out of revenues that resulted from the programs
21 themselves, that would not have satisfied you, sir?
22     MR. GRIFFIN: Objection.
23   A   That's basically correct.
24 BY MR. JOHNSON:
25   Q   I only have a couple other matters that arose

Page 186

1 last Friday that I have to take up with you. Now, you
2 testified at the first session of your deposition that an
3 issue arose after the agreement was executed about -- at
4 some later point as to whether Vantage could make
5 mailings at for-profit rather than not-for-profit rates.
6 Do you recall being asked about that by Mr. Griffin?
7   A   I don't recall who asked the question. I
8 recall that I had testimony concerning that topic. I
9 don't exactly remember what it was.
10   Q   Now, at the time that came up, were you then
11 aware that a federal judge up here in Massachusetts had
12 ruled and told the parties to the case Vantage was then
13 involved in that the agreements between Vantage and
14 Shriners, in his view, probably violated the requirements
15 of the Cooperative Mail Rule?
16     MR. GRIFFIN: Objection.
17   A   Okay. You didn't say what time or when. Would
18 you repeat the question, please, and specify what --
19 BY MR. JOHNSON:
20   Q   I didn't give you a date timeframe. I gave you
21 an issue-oriented timeframe. At the time the issue
22 arose, when you became aware that Vantage was saying,
23 look, we think we may have to make some of these mailings
24 at for-profit rates and told Shriners about that and
25 asked for approval to do it, do you recall whether at

Page 187

1 that time you had become aware that the judge up in
2 Massachusetts had said that in his view mailings under
3 the Shriners/Vantage agreement at not-for-profit rates
4 very probably violated the Cooperative Mail Rule?
5   A   I can't recall --
6     MR. GRIFFIN: Objection.
7   A   I'm sorry. I cannot recall that. I can't
8 recall that one way or the other. That was a number of
9 years ago.
10 BY MR. JOHNSON:
11   Q   Had you been aware of that at that time -- and
12 I know you can't recall whether you were or not but you
13 wouldn't have wanted either yourselves or Vantage to be
14 in the position of having to do something illegal in the
15 course of performance of the Vantage/Shriners contract,
16 would you?
17     MR. GRIFFIN: Objection.
18   A   I never thought that Shriners Hospitals was
19 entering into anything illegal.
20 BY MR. JOHNSON:
21   Q   I understand that because the person you
22 consulted, Mr. Lehrfeld, had told you that, as I
23 understand it, that in his view the liability
24 restrictions under the Cooperative Mail Rule only
25 involved Shriners' unconditional liability to pay actual

15

Page 188

```
1   postage cost? That's what he had told you, wasn't it?
2       A  That's correct.
3       Q  And that at the time was what you understood
4   and believed to be the case?
5       A  That's correct.
6       Q  Of course, you have since learned that the
7   judge in Massachusetts took a very different view of
8   that? You know that, don't you?
9           MR. GRIFFIN:  Objection.
10      A  That the judge took a different view of what?
11  BY MR. JOHNSON:
12      Q  Of the extent of those restrictions on a
13  nonprofit's liability to pay program costs which would
14  render mailings subject to those restrictions ineligible
15  to be mailed at not-for-profit rates?
16          MR. GRIFFIN:  Objection.
17      A  Shriners Hospitals for Children was not a party
18  to that suit, and I don't know precisely what the judge
19  ruled or didn't rule, as I recall off the top of my head.
20  BY MR. JOHNSON:
21      Q  I quite understand that, sir, but the thrust of
22  my question is that had you been aware of that, it surely
23  wasn't your intentions or Shriners to put anybody in the
24  position of having to do anything illegal in connection
25  with performing under the Shriners/Vantage agreement?
```

Page 189

```
1   That wasn't your intention, was it, sir?
2           MR. GRIFFIN:  Objection.
3       A  That would be basically a correct statement.
4   BY MR. JOHNSON:
5       Q  Just got a couple more things I have to ask you
6   and then we'll be done. You were asked about the Fawcett
7   affidavit at the first session of your deposition and
8   about some of the statements made by Mr. Fawcett with
9   respect to profitability or nonprofitability of the
10  Shriners' agreement to Vantage. Do you recall that?
11      A  Yes, I do.
12      Q  Now, you didn't conduct any personal analysis
13  or investigation of the economic results of the Shriners'
14  agreement to Vantage, did you?
15      A  As far as counting the dollars and counting the
16  costs?
17      Q  Or looking at the records which document those.
18      A  No, I don't recall doing that.
19      Q  Okay. And whatever Mr. Fawcett said in his
20  affidavit, you don't have any personal knowledge of those
21  matters, do you?
22          MR. GRIFFIN:  Objection.
23      A  I don't recall everything that was said in
24  Mr. Fawcett's affidavit but if -- to the extent that he
25  was reciting that a precise dollar amount was allocated
```

Page 190

```
1   to this or a precise dollar amount was allocated to that,
2   any statements I made were based on Mr. Fawcett's
3   representations.
4   BY MR. JOHNSON:
5       Q  And whatever Mr. Fawcett said about his
6   estimate as to what profit Vantage would have made, you
7   don't -- you didn't look at any financial figures or data
8   to verify that yourself, did you?
9           MR. GRIFFIN:  Objection.
10      A  I don't recall doing that.
11  BY MR. JOHNSON:
12      Q  And you don't know, I take it, as you sit here
13  today, what, if anything, Mr. Fawcett looked at in coming
14  up with what he said in his affidavit, do you?
15      A  Not other than what Mr. Fawcett informed me
16  that he looked at.
17      Q  He didn't tell you that he looked at Vantage
18  internal financial documents, did he?
19      A  No, he did not.
20      Q  All right. And I take it you also don't know
21  whether in whatever he referred to in his affidavit as
22  what he supposed profits under the Vantage agreement
23  might have been, you don't know whether he was talking
24  about net profit or gross profit or something else, do
25  you?
```

Page 191

```
1       A  He was talking about whatever those numbers
2   show.
3       Q  But you don't know whether what he was talking
4   about referred to gross profit or whether it referred to
5   some profit figure after the deduction of general or
6   administrative or overhead expenses or anything of the
7   sort, do you?
8           MR. GRIFFIN:  Objection.
9       A  The numbers show the amount that Shriners
10  Hospitals ended up with after payment of all expenses
11  including those to Vantage.
12  BY MR. JOHNSON:
13      Q  Do you have in mind that Mr. Fawcett's
14  affidavit was concerned -- communicated some opinions or
15  conclusions of his about -- not about what Shriners made
16  but what Vantage made in that agreement? You have that
17  in mind, don't you, sir?
18      A  No.
19      Q  You don't?
20      A  I didn't think Mr. Fawcett had made any such
21  statements about what Vantage had made. I know how
22  much -- he knew how much -- okay. I'm going to presume
23  again from reviewing his financial records as the
24  controller of Shriners Hospitals for Children that he
25  knows how much was paid to Vantage in response to their
```

16

Page 192

1  invoices for the program.
2      Q   Do you remember testifying at the first session
3  of your deposition that you had heard people estimate --
4  and this was with specific reference to Mr. Fawcett's
5  affidavit in this case. Do you remember testifying that
6  you had heard board members estimate that approximately
7  50 percent of Vantage's gross payments received from
8  Shriners represented profit to Vantage?
9      A   No, that was a statement that I had made. Not
10  board members.
11      Q   That was a statement that you made at your
12  deposition that you had heard board members estimate
13  that; is that right?
14      A   No.
15      Q   Excuse me?
16      A   No, it is not.
17      Q   What do you think you said in your testimony
18  about this at the first session of your deposition?
19      A   Questions were asked about whether or not I had
20  any idea -- I think it was Mr. Griffin who said that any
21  idea of what amount of the gross proceeds that Vantage
22  received constituted their profit, and my response was
23  that I had obtained a copy of Henry Lewis' deposition, I
24  believe, in the case that the state -- government had
25  filed against Vantage and that part of that deposition, a

Page 193

1  question had been asked of Mr. Lewis, who I believe was a
2  president of Vantage at the time or some position like
3  that, approximately how much of each dollar was received
4  was profit, and his answer, to the best of my
5  recollection, was approximately 50 cents on the dollar.
6  Now that's what I testified as to.
7      Q   Now, other than whatever you read or remembered
8  or thought you had read in Mr. Lewis's testimony in the
9  prior case, you hadn't made any actual investigation or
10  review of Vantage's financial records to try to determine
11  what its profit rate actually was, had you?
12      A   No. I was prohibited under the contract. We
13  weren't allowed to do that.
14      Q   And whatever you read from Mr. Lewis's prior
15  testimony, you don't know whether he was referring to net
16  profit or gross profit or something else, do you?
17      A   Well, I recall -- all I recall, he was
18  referring that Vantage made 50 cents on every dollar that
19  it received. Whatever that means.
20      Q   You don't know whether he meant gross profit or
21  net profit or something else, do you?
22      MR. GRIFFIN: Objection.
23      A   I have no idea exactly what he meant other than
24  what I said.
25      MR. JOHNSON: That's all I have. Thank you.

Page 194

1      MR. GRIFFIN: Just some brief follow-up. This
2  is Mr. Griffin.
3      EXAMINATION
4  BY MR. GRIFFIN:
5      Q   Mr. Fleisher, would you agree that it is
6  speculation to say that the Shriners would have signed
7  the agreement in any form other than its final form?
8      MR. JOHNSON: Objection.
9      A   We would not have signed it if it was not in
10  that form.
11  BY MR. GRIFFIN:
12      Q   It's speculation to say that the Shriners would
13  have signed the agreement in any way other than it's
14  written, correct?
15      A   That's pure speculation. Certainly.
16      Q   And without being presented any actual
17  alternative contract provisions, you can't say what you
18  would have advised the Shriners to accept, correct?
19      A   That's correct.
20      Q   I just want to refer back to Exhibit Number 30
21  briefly. This concerns the incorrect telephone number.
22      A   Let me find that for a second here. Okay.
23  I've got 30.
24      Q   If you look at the last page, Vantage 8155.
25      A   Yes, I have that.

Page 195

1      Q   It's a series of e-mails. Do you see that?
2      A   Yes.
3      Q   Can you review those e-mails and tell me if it
4  refreshes your recollection as to the circumstances of
5  how that number was incorrectly placed into the mailing?
6      MR. JOHNSON: Objection to the form.
7      A   Yes, I do.
8  BY MR. GRIFFIN:
9      Q   Do you recall how that happened?
10      A   The person who made up the materials
11  transcribed the last zero in our phone number as a six.
12  So it ended up 0306 instead of 0300.
13      MR. GRIFFIN: That's all I have. Thank you.
14      MR. JOHNSON: Just one question and then we're
15  done.
16      EXAMINATION
17  BY MR. JOHNSON:
18      Q   Am I correct in my understanding, Mr. Fleisher,
19  that the only proposals which you did receive and which
20  you did consider were those that are reflected in the
21  various drafts of the agreements that were transmitted to
22  you?
23      MR. GRIFFIN: Objection. Mischaracterizes
24  prior testimony.
25      A   That's true.

17

Page 196

1   MR. JOHNSON: Thank you, sir.
2   MR. CANTER: Can we go off the record?
3   (Discussion off the record.)
4   MR. JOHNSON: It's agreed Mr. Fleisher should
5   read and sign the transcript. I assume we will
6   expedite this one as we did the first one. He
7   doesn't need to sign it before the reporter or a
8   notary as far as I'm concerned. The signed original
9   should be transmitted to our office.
10  Can we agree as with the prior one that if the
11  signature page has not been transmitted to us within
12  seven days of the date that the transcript is
13  supplied, then it will be deemed to have been
14  signed?
15  MR. GRIFFIN: That's fine.
16  (Deposition concluded at 2:55 p.m.)
17
18
19
20
21
22
23
24
25

Page 198

1   CERTIFICATE OF REPORTER
2
3   STATE OF FLORIDA
4   COUNTY OF HILLSBOROUGH
5
6   I, SHELLY NORIEGA, Registered Professional
7   Reporter, certify that I was authorized to and did
8   stenographically report the foregoing continued
9   deposition; that a review of the transcript was
10  requested; and that the transcript is a true record of
11  the testimony given by the witness.
12
13  I further certify that I am not a relative,
14  employee, attorney, or counsel of any of the parties, nor
15  am I a relative or employee of any of the parties'
16  attorney or counsel connected with the action, nor am I
17  financially interested in the action.
18
19  Dated: 11/10/2005.
20
21
22
23  _____
24  SHELLY NORIEGA, RPR
25

Page 197

1   CERTIFICATE OF OATH
2
3   STATE OF FLORIDA
4   COUNTY OF HILLSBOROUGH
5
6   I, the undersigned authority, certify that
7   JAY FLEISHER, ESQUIRE, personally appeared before me and
8   was duly sworn.
9
10
11  WITNESS my hand and official seal this date:
12  11/10/2005.
13
14
15
16
17
18
19  _____
20
     SHELLY NORIEGA, RPR
21   Notary Public
     State of Florida
22
23
24
25

Page 199

1          ERRATA SHEET
2   TO BE ATTACHED TO DEPOSITION OF JAY FLEISHER, ESQUIRE,
    TAKEN 11/9/05
3   IN THE CASE OF VANTAGE VS. NONPROFIT,
4
    INSTRUCTIONS: Please read this certified transcript of
5   your deposition and make note of any errors in
    transcription and the reason for same on this page.
6   Do not mark on the transcript itself. Sign and date this
    sheet. Then return both this sheet and the transcript to
7   the court reporter. Thank you.
8   (COUNSEL: Please attach the completed Errata Sheet to
    your copy of the transcript.)
9
    PAGE LINE ERROR OR AMENDMENT / REASON FOR CHANGE
10  __ __ _____
11  __ __ _____
12  __ __ _____
13  __ __ _____
14  __ __ _____
15  __ __ _____
16  __ __ _____
17  __ __ _____
18  __ __ _____
19  __ __ _____
20  __ __ _____
21  __ __ _____
22
    Under penalties of perjury, I declare that I have read my
23  deposition and that it is true and correct, subject to
    any changes in form or substance entered here.
24
25  _____
    DATE      JAY FLEISHER, ESQUIRE

Page 200

```
 1          JONES REPORTING COMPANY
                 617-451-8900
 2
 3          LETTER TO DEPONENT
 4
    11/10/2005
 5
    JAY FLEISHER, ESQUIRE
 6  Shriners Hospitals for Children
    2900 Rocky Pointe Drive
 7  Tampa, Florida 33607
 8  Re:  Vantage vs Nonprofit
 9  Dear Mr. Fleisher:
10  The transcript of your deposition taken in the
    above-styled case is now ready for signature via this
11  courtesy copy.  Please read the transcript, note any
    amendments or corrections on the errata sheet, and the
12  reason therefor, and sign it.  Once completed, forward it
    back to Jones Reporting Company and we will forward your
13  errata sheet to all counsel.
14  The Rules of Civil Procedure provide 30 days from receipt
    of this letter for you to exercise your right to read and
15  sign.  Failure to do so will constitute waiver of your
    right to read and sign.
16
    Our office is open Monday through Friday, 8:30 a.m. to
17  5:30 p.m.  If you have any questions, please don't
    hesitate to call us.  Thank you for your attention to
18  this matter.
19
    Sincerely,
20
21
    Shelly Noriega, RPR
22  Notary Public, State of Florida
23
24  cc:  L. Johnson, Esq.; M. Griffin, Esq.
25
```

19

## A

able 132:18
about 132:9 136:23
  137:22 139:23 140:1
  140:3 145:3 148:11
  149:6 159:10 162:23
  172:14,14 173:1,7
  174:2,11,14 175:3,17
  175:18 176:12,19,19
  178:23 179:1,7,11,12
  180:25 181:1,4,22
  182:10 184:14,15,25
  186:3,6,24 189:6,8
  190:5,24 191:1,4,15
  191:15,21 192:18,19
above-styled 200:10
absolutely 153:13
accept 194:18
accepted 185:9,11
accordance 179:6
According 145:17
account 159:20 162:2,7
  167:24
accounts 160:11
  182:21
accurate 145:24 171:12
action 198:16,17
actual 141:5 158:4
  160:18 168:12
  177:17 187:25 193:9
  194:16
actually 143:6 146:5
  148:14 157:19
  160:20,23 193:11
additional 137:13
  165:4 177:23
address 132:12 157:8
addressed 133:12
  137:22
administration 157:15
  170:1,11
administrative 191:6
advise 194:18
advised 134:3 143:13
  182:5 183:24 194:18
affidavit 189:7,20,24
  190:14,21 191:14
  192:5
afraid 180:8
after 132:21 138:18
  150:1 154:9 161:7
  185:17 186:3 191:5
  191:10
afternoon 167:9 174:14
  176:24 181:16
again 138:17 144:21
  157:1 161:20 174:8
  178:4 184:23 185:14
  191:23

against 135:19 192:25
ago 135:9 174:7 181:11
  187:9
agree 141:13 163:16
  194:5 196:10
agreed 136:5 172:22
  196:4
agreeing 156:6
agreement 156:9
  159:15 161:4,6 166:3
  166:10,17 168:6,14
  181:24 182:2,6,23
  183:3,17 186:3 187:3
  188:25 189:10,14
  190:22 191:16 194:7
  194:13
agreements 186:13
  195:21
ahead 155:6 158:22
  165:10
allocated 189:25 190:1
allowed 133:8 193:13
Almost 185:14
alternative 194:17
always 162:18
amended 136:16
AMENDMENT 199:9
amendments 200:11
among 135:15
amount 135:20 177:4
  177:17 189:25 190:1
  191:9 192:21
analysis 189:12
Andrews 150:17
  180:19
annual 140:9
another 149:1 153:5
answer 132:12 159:6
  171:7 175:10 179:7
  179:25 193:4
answered 184:25
answering 156:7
answers 134:13 183:13
anybody 176:5,6
  183:25 188:23
anyone 172:19
anything 132:17 149:6
  155:25 182:21 183:7
  187:19 188:24
  190:13 191:6
anyway 162:9
Apart 147:13
apiece 141:21
apologize 173:17
apparently 146:15
APPEARANCES
  129:1
appeared 129:7,13,20
  197:7

Appearing 129:2
appears 181:21
appreciate 180:2
approval 135:18,18
  136:11,22,25 137:13
  137:14 146:15,20
  186:25
approve 146:20
approved 143:8 157:24
  158:1
approving 145:25
approximately 155:3,3
  159:10 170:12 192:6
  193:3,5
April 150:16
Arnold 129:10
arose 185:25 186:3,22
arranged 156:2
arrangement 161:22
articles 148:3
ascertain 135:20
aside 154:16,17 159:14
asked 132:21 167:8,14
  171:8 172:18 173:21
  176:19,23 180:3,4
  181:21 184:12 186:6
  186:7,25 189:6
  192:19 193:1
asking 145:12 174:14
  185:5,16
assertions 181:2
assets 182:14
assume 196:5
assumed 162:18
attach 199:8
attached 132:1 163:2
  166:17 168:21 180:6
  199:2
attaches 180:20
attachments 139:2
attempt 164:9
attempts 177:3
attention 200:17
attorney 166:4,7
  198:14,16
authored 180:14,25
authority 197:6
authorization 171:2
authorized 198:7
available 181:15
average 177:4,18
  178:10
aware 177:2 178:5
  186:11,22 187:1,11
  188:22
away 134:4
a.m 200:16

## B

back 152:17 154:15
  159:23 163:7,8
  168:23 176:12 180:9
  194:20 200:12
back-track 180:8
bad 157:3
balances 160:17
bank 159:20,22 160:15
  160:18,20,24,25
  161:3,5,9,24,25
  162:7 163:5,7,8,12
  164:8
banking 160:14
banks 161:11,18
  163:10 164:3
based 177:23 178:25
  179:10 180:4 181:2
  190:2
basically 160:14
  185:23 189:3
basis 142:22,23 170:18
  175:4,17 177:14
batch 153:5 156:22
Bates 134:22 137:18
  139:19 146:25
  148:20 150:18
  154:11,12 157:6,12
Bear 167:12
became 181:23 186:22
become 187:1
before 131:4 132:11,15
  132:22 138:20
  144:22 171:24 172:6
  172:10,15,15,20
  173:14 174:2,3,18,23
  175:6,19,22 176:7
  180:13 196:7 197:7
begins 131:14 134:22
  137:18 139:1,19
  143:13 144:18
  146:25 151:21
  159:13
behalf 129:7,13,20
  140:24 148:11
  150:10 158:19
being 136:8 140:17
  145:7 148:8 149:7
  150:14 151:8,12
  166:4 171:3 186:6
  194:16
belief 175:18
believe 132:4 161:21
  164:5 170:24 182:4
  192:24 193:1
believed 170:20 188:4
believing 177:14
bequests 169:18
Besides 159:17
best 141:3,13,17 163:9

193:4
between 178:18,23
  179:17 186:13
beyond 134:8 168:5
big 137:12
Bill 139:18 140:15,16
  140:17 143:12,18
  146:24 151:20 153:1
  153:11,17 159:13
  160:12 172:11
billed 159:25 162:8
billing 162:19,22
Bill's 139:22 140:1,3
board 133:22,25 134:1
  134:1 192:6,10,12
bogus 149:16
bold 157:13
Boston 129:4,5,11
both 139:22 140:1
  169:10,17 172:11
  199:6
bottom 133:17 135:23
  155:7
break 165:8
brief 194:1
briefly 194:21
budget 140:9 169:7,9
  170:2,8,10
built 162:19
Burt 134:3,5 143:13,19
business 161:24 171:3
  171:22

## C

caging 167:16,17 168:7
calendar 156:17
calendars 156:23
call 200:17
called 136:10
calls 155:12,18 156:4
  174:13
came 149:17 186:10
campaign 136:11,22
campaigns 177:21
Canter 129:16,16
  131:20 154:11,14
  158:8,8,14 165:1,2,7
  165:10,16 196:2
card 135:13 137:7
  153:5,17,21 154:2
cards 134:24 135:21
  137:14,22 152:21
care 140:9
case 128:6 148:4
  186:12 188:4 192:5
  192:24 193:9 199:3
  200:10
categories 162:19,22
  162:25

caught 171:25
Cause 166:21
cc 150:18 151:20 153:2
    156:13 200:24
celebrities 174:6
celebrity 171:1
cent 163:5,12 171:3
cents 140:11,18 148:11
    148:15 157:14
    160:15 161:1 163:17
    169:25 170:12 193:5
    193:18
certain 138:12 141:9
    145:9 146:20 151:11
Certainly 194:15
Certificate 130:5 197:1
    198:1
certified 199:4
certify 197:6 198:7,13
chance 131:17 141:23
    150:24 151:3
chances 142:10
change 161:14,17
    164:4 199:9
changed 161:7,11,15
changes 164:19 199:23
charge 159:18 160:15
    162:8 163:5,12
    164:15,16
charged 152:18 159:20
    159:23
charges 160:18 163:1,1
    163:3 164:10,19
checks 149:16
Children 136:11 142:4
    151:6 152:18 169:18
    169:19 188:17
    191:24 200:6
Children's 151:4
circumstances 149:7
    152:4 156:19 195:4
Civil 200:14
claiming 140:11
clarity 158:15
clear 133:10 158:14
colleagues 183:4
collected 148:11
collection 160:25
    161:24
come 158:3
coming 154:15 190:13
commencing 131:3
committee's 145:25
communicate 173:19
    183:15
communicated 191:14
communicating 185:15
communication 178:20
communications

178:23,25 179:10
    180:22
companies 169:22
company 148:8 200:1
    200:12
compare 177:3
comparison 148:8
compensation 169:12
competent 133:14
    149:13 152:9
complaints 139:5
completed 199:8
    200:12
compliance 145:1
comply 145:5,6
concern 179:4 182:20
    183:8
concerned 182:10,12
    191:14 196:8
concerning 134:6,23
    147:4 172:12 186:8
concerns 194:21
concluded 196:16
conclusion 147:19
    162:11 163:20,24
conclusions 147:14
    191:15
conduct 189:12
confused 136:2
connected 198:16
connection 171:1
    188:24
consider 195:20
considered 148:5 170:1
consist 169:15,20
consisted 169:10,16
consists 136:11
constitute 200:15
constituted 192:22
consulted 187:22
consumer 139:5
contain 165:3
contained 136:19
    171:24 173:7 179:10
    181:3
containing 157:19
content 147:4
context 167:17 170:2
    174:8
continued 128:11
    131:1 149:20,23,25
    198:8
contract 133:8 136:17
    146:21 163:2 183:25
    185:17 187:15
    193:12 194:17
contribute 140:18
contributed 148:7
contribution 157:11

178:10
contributions 167:23
    169:3,11 177:17,18
control 160:14
controller 191:24
conversations 147:13
    153:16
Cooperative 186:15
    187:4,24
copies 133:5
Copievitz 129:16
copy 133:20 140:15
    192:23 199:8 200:11
Corliss 173:4
correct 134:24 135:20
    137:2 142:24 143:1
    145:18,19 146:1,6
    150:19 151:9,24
    154:21,22,22 157:24
    158:20 159:2 161:12
    166:6,11,12,14,15,21
    166:24 168:1 169:14
    171:14,19,19 174:4
    174:19,24 175:1,8,14
    175:14,20 176:9
    178:15 179:14 180:7
    181:8 182:3,8,9,19
    182:25 183:2,11,23
    185:23 188:2,5 189:3
    194:14,18,19 195:18
    199:23
corrections 200:11
correspondence 178:18
cost 136:18,18 140:12
    140:20 141:23,24
    142:7,7,9,11,13,16
    142:17,18,22,23,23
    145:7 150:5,9 152:19
    159:14 177:23
    182:13 188:1
costs 136:15 141:1
    142:4,12 148:12
    159:15 183:5 184:6
    185:19 188:13
    189:16
counsel 128:13 131:2
    198:14,16 199:8
    200:13
counting 189:15,15
COUNTY 197:4 198:4
couple 185:25 189:5
course 142:9 187:15
    188:6
court 128:1 132:12,18
    148:4 181:18,18
    199:7
courtesy 200:11
cover 141:24 142:6,11
    142:12

create 176:22,22
created 151:4 159:1
    183:18
creation 159:18
credit 153:5,17,21
    154:2
credits 160:17
cropped 131:20
crossed 137:10
customer 132:10,21
cut 131:22 173:5

**D**

data 177:2 178:5 190:7
date 128:14 186:20
    196:12 197:11 199:6
    199:25
dated 160:12 176:15
    198:19
Davis 129:4
day 181:13 183:14
days 196:12 200:14
DC 129:18
deal 178:17 181:25
dealt 148:5
Dear 200:9
deception 135:6
Deckman 138:25
declare 199:22
decreased 139:14
deduction 191:5
deemed 196:13
Defendants 128:9
    129:13
deficiencies 135:15
definitely 158:23
department 138:14
    151:5
depending 177:5
DEPONENT 131:22
    131:25 200:3
deposited 167:23
deposition 128:11
    131:1,10 144:22
    158:7 165:19 166:1
    181:11,13,22 182:12
    183:14 186:2 189:7
    192:3,12,18,23,25
    196:16 198:9 199:2,5
    199:23 200:10
describe 155:1
described 156:24
desirable 177:6
determine 193:21
development 138:14
differed 168:13
different 160:5 161:25
    188:7,10
difficult 136:13

difficulty 136:7
dip 182:21
dipping 183:5,6
direct 140:9,19 160:16
    168:5 171:9
directions 138:15
disagree 163:23
discern 132:18
discussed 149:7 162:14
    182:11
discussion 134:5 147:3
    196:3
distinctly 136:9 170:25
DISTRICT 128:1,1
document 132:6 135:3
    135:5 136:10,16
    137:19 139:1,4,20
    147:1 148:13,24
    149:1 150:21 151:21
    154:23 157:7,18
    165:14 189:17
documentation 164:18
documents 139:4 165:2
    165:3,5 180:25 181:1
    181:3 190:18
doing 132:13 161:3,23
    189:18 190:10
dollar 140:11,18,25
    148:11,15 157:14
    158:4 159:7 169:25
    170:10,12 189:25
    190:1 193:3,5,18
dollars 168:24 169:6
    170:3,9 189:15
donation 158:4
donations 139:14
    141:23 142:6,10
    153:5,18,21 163:11
    163:17 169:19
done 155:25 156:3
    185:1 189:6 195:15
donors 133:5 148:10
    155:13
doubt 153:13
down 143:11 152:25
    160:12 181:15
draft 166:3,10,16
drafts 195:21
drawn 147:22
Drive 128:16 131:4
    200:6
duly 197:8
during 169:3 170:8
    182:11
D'Agostine 129:4

**E**

each 135:17 146:4,6
    179:20 185:16 193:3

**earlier** 154:19 166:1 170:24 174:14 175:5 176:24
**economic** 189:13
**effect** 185:10
**effective** 173:18 185:18
**either** 142:22 174:24 177:3,11,16 178:9 181:2 187:13
**employee** 198:14,15
**enclosed** 167:21
**end** 134:2 146:3 158:5 166:5
**ended** 191:10 195:12
**endowment** 169:18 182:21 183:5 184:6
**engaging** 147:7,15
**enter** 182:5
**entered** 199:23
**entering** 187:19
**envelope** 157:10
**errata** 130:6 191:8 200:11,13
**erroneous** 173:1,3,7,12 173:22 174:1,11,18
**error** 139:11 199:9
**errors** 199:5
**Esq** 200:24,24
**ESQUIRE** 128:12 129:3,9,16 131:1 197:7 199:2,25 200:5
**essential** 183:19
**estimate** 190:6 192:3,6 192:12
**even** 145:8
**event** 182:1,13
**events** 132:22 133:1
**ever** 145:15 147:6,9 158:3
**every** 140:11,18,25 148:11,15 157:14 159:7 163:6 169:25 170:12 193:18
**everything** 144:14 189:23
**Evidence** 141:3
**exact** 184:14,18,18 185:7,10
**exactly** 140:16 142:3 154:3 155:4 186:9 193:23
**examination** 130:3,4 131:7 167:4 182:11 194:3 195:16
**examined** 185:17
**example** 136:22 139:4 141:20 149:1
**except** 178:19
**excepting** 179:8 181:4

185:20
**excess** 153:11 155:20
**Excuse** 165:16 192:15
**executed** 168:6 181:24 186:3
**exercise** 200:14
**exhibit** 131:12 132:3 133:16 134:20 135:23 136:20 137:16 138:2,24 139:17 144:18,19,20 144:25 145:11 146:23 148:17 150:16 152:25 154:23 158:7 159:12 160:11 165:20,22 166:13 167:9,15 168:19 169:24 171:21 176:11,13,14 180:15,16,18,19,23 194:20
**exhibits** 130:9 165:24 180:6,14
**existing** 185:10
**expected** 138:18 152:23
**expedite** 196:6
**expenses** 141:7 191:6 191:10
**expensive** 141:14 177:13 178:7,8
**explanation** 164:14
**extent** 150:11 168:8 179:11 188:12 189:24
**extra** 137:6
**e-mail** 130:15,16,18,19 130:20,24 139:18 141:20 143:11,11,16 143:17 144:13 145:11,17 148:18 149:8 150:17,19 151:8,19,23 153:1 159:13 160:12 165:7 173:4 176:14
**e-mailed** 165:4
**e-mails** 178:17 180:5 195:1,3

### F

**fact** 134:14 140:10 170:4 184:5
**failing** 149:2
**failure** 138:5 139:5 200:15
**fair** 134:13 177:1 178:4 178:19,22 179:7 181:1
**far** 132:19 141:14

144:14 145:6 189:15 196:8
**favorable** 151:6
**Fawcett** 139:18 140:15 140:16 143:12,18 146:24 151:20 153:1 153:9,11,17 155:6 159:13 160:12,13 162:5,17 167:10 172:11,20 176:15 180:16,17,21 189:6,8 189:19 190:5,13,15 191:20
**Fawcett's** 141:8 162:11 163:20 189:24 190:2 191:13 192:4
**fax** 130:25 164:24 166:17
**faxed** 166:4,10
**February** 138:24 139:18 144:13 176:15
**federal** 186:11
**fee** 159:22,25 160:24
**fees** 159:20 160:15,20 160:25
**fellow** 149:15
**female** 155:11
**few** 167:6
**figure** 157:15 163:12 168:25,25 169:2 191:5
**figures** 190:7
**figuring** 136:7
**file** 161:16
**filed** 192:25
**fill** 132:21
**filled** 134:14 136:12
**final** 156:9 166:3,4 194:7
**financial** 128:4 190:7 190:18 191:23 193:10
**financially** 198:17
**find** 158:3 165:10 173:18 185:15 194:22
**fine** 175:13 179:20 196:15
**first** 138:2 139:22 150:3 153:4 161:9 167:8 181:12 183:14 186:2 189:7 192:2,18 196:6
**Fleisher** 128:12 131:1 131:14 132:6 133:16 134:21,23 137:17 148:18 150:18 151:20 154:6 156:13

157:6 158:18 159:13 164:25 165:19 167:6 171:8 173:19 177:1 182:9 194:5 195:18 196:4 197:7 199:2,25 200:5,9
**Florida** 128:16,19 131:4,5 174:13 181:11 197:3,21 198:3 200:7,22
**folks** 135:16 138:11,12 138:12 140:7 160:3
**followed** 136:8 168:13
**follow-up** 194:1
**foregoing** 198:8
**form** 132:11 133:2,11 134:10,16,25 135:8 135:14,18,18 136:23 136:25 137:3,8,24 138:9 139:7,12,25 140:13 141:2,16 142:2,19,25 143:25 144:4,12 145:20,22 146:10,18 147:8,16 147:24 149:3,11,22 150:7 151:1,16,25 152:6 153:7,22,25 155:14,19 156:20 157:25 158:23 159:3 159:9 160:6,21 161:19 162:10,24 163:19,25 164:11,20 167:1 170:24 194:7,7 194:10 195:6 199:23
**forma** 135:19 136:4,8 136:16 144:9,11 145:1,8,18 146:21 163:1,2
**forming** 175:18
**forms** 146:16,20
**forth** 136:15,18 159:19
**forward** 138:15 200:12 200:12
**forwarded** 133:20
**for-profit** 186:5,24
**foundation** 133:13 135:15 137:9 138:10 140:14 141:3 144:5 146:11 147:17 149:12 151:2 152:1,7 153:8,8 156:21 160:22 163:14 164:21
**fourth** 145:10
**fraud** 147:7,15
**Friday** 186:1 200:16
**from** 131:9,14 132:10 132:24 134:21 135:18 137:11,17

138:6,15,25 139:6,18 140:7,15 143:4,11 146:24 147:13 148:18 149:2,18 150:17 151:19 152:10 153:1,12 154:6 155:13 156:13 159:13,14 160:12,18 162:17 164:16,25 165:21 166:2 167:20 168:13 169:2,13,13 169:17,18,21 170:23 170:24 173:4 174:21 176:5,14 177:21,24 178:10 180:15,17,18 180:20,21,23 182:15 185:20 191:23 192:7 193:14 200:14
**front** 165:12
**fulfilled** 152:22
**fulfillment** 152:15
**function** 167:25
**fund** 169:18
**fundraising** 140:12,20 141:1,9 157:14 167:18 169:25 170:11 182:22
**funds** 148:7 159:21 162:6 167:21 183:6,7 184:7,7,8
**furnished** 170:14
**further** 152:25 160:12 198:13

### G

**gather** 174:20
**gave** 175:4 183:13 186:20
**general** 139:13 153:24 178:17 191:5
**generated** 162:3
**generic** 158:9
**George** 128:8 164:25 166:7,10
**gets** 142:24
**give** 131:15,25 179:7 186:20
**given** 180:24 198:11
**giving** 183:13
**glad** 158:12
**go** 161:16 165:9,10 168:19 170:11 179:20 196:2
**goes** 140:19,20 157:14 169:25
**going** 131:13,23 141:6 142:12 143:11 148:12 152:25 161:23 164:15 165:6

182:13 183:4 184:5
191:22
**Good** 176:18 180:11
**government** 169:22
192:24
**Gramblin** 131:14
134:4,22 135:5
138:25 143:12,18
146:24 147:3,21
150:17 151:20 153:1
155:6 156:13 170:23
170:25 172:11,21
176:15 180:16,19,20
180:21,23
**Gramblin's** 141:8
143:16 156:24
**greater** 141:23 142:6
**Griffin** 129:9 130:3
131:8,23 132:3,5,25
133:15 134:12,19
135:2,11,22 137:5,15
138:1,23 139:9,16
140:4,22 141:12,19
142:14,21 143:2
144:2,8,16 145:23
146:13,22 147:12,20
148:1 149:5,19 150:4
150:15 151:7,18
152:3,12,24 153:15
154:4,12,17,18
155:16,21 156:25
158:2,12,16,17 159:5
159:11 160:10 161:2
162:1,13 163:4,15,22
164:2,13,23 165:4,8
165:13,18 167:2,14
168:15 170:5,22
171:13,18 174:14,25
175:4,7,12,25 176:8
176:23 177:19
178:12,24 179:2,13
179:22 181:5,7
182:16,24 183:10,13
183:22 184:11,22
185:2,3,22 186:6,16
187:6,17 188:9,16
189:2,22 190:9 191:8
192:20 193:22 194:1
194:2,4,11 195:8,13
195:23 196:15
200:24
**Griffin's** 180:4
**gross** 190:24 191:4
192:7,21 193:16,20
**ground** 185:15
**GROUP** 128:7

**H**

**half** 131:22

**hand** 197:11
**handled** 167:25
**handwriting** 133:19
135:24
**handwritten** 133:17
**happened** 195:9
**having** 132:13 134:1
136:7 153:16 187:14
188:24
**head** 188:19
**heading** 166:20
**headquarters** 155:9
156:5
**healthcare** 169:13
**hear** 175:10
**heard** 192:3,6,12
**help** 180:13
**Henry** 192:23
**her** 131:16,25
**hesitate** 200:17
**higher** 141:22 142:22
142:23
**higher-cost** 176:21
**HILLSBOROUGH**
197:4 198:4
**him** 149:17 162:14
171:1 183:14
**holding** 159:20
**holiday** 134:24 135:13
135:20 137:7,22
**home** 156:7
**hopefully** 174:8
**Hospital** 128:15 129:20
131:4 140:20
**hospitals** 133:7 136:11
141:7 142:4 151:4,5
152:18 155:9 157:11
169:8,10,18,19 170:2
187:18 188:17
191:10,24 200:6
**house** 164:4,17 167:15
167:19 168:3
**humorous** 132:9
**hypothetical** 184:23
**hypotheticals** 184:13
184:25

**I**

**idea** 136:3 141:17
147:21 155:17
163:10 192:20,21
193:23
**identified** 197:17
**identify** 132:15
**III** 129:16
**illegal** 187:14,19
188:24
**impact** 139:10,14
**important** 184:20

**inaccurate** 154:20
**INC** 128:4
**incident** 174:17
**Incidentally** 181:12
**included** 170:20 171:10
173:12 177:6
**including** 142:8 191:11
**income** 169:2,11,15,16
169:17
**incongruous** 132:20
**incorrect** 171:4,22,24
172:22,25 194:21
**incorrectly** 140:8 195:5
**increase** 143:3
**increased** 142:16
164:16
**incredibly** 157:15
**indeed** 183:6 184:7
**indelibly** 183:16
**INDEX** 130:1,9
**indicate** 137:4 152:21
**indicated** 132:22
178:20,21 179:8
**indicates** 136:25
140:16 178:6
**indicating** 181:18
**individual** 149:7,21,24
150:1,6,12 152:16
155:11,12,22
**individuals** 152:20
159:21 167:21 176:1
176:4
**individual's** 156:7
**ineligible** 188:14
**inform** 148:5
**information** 148:8
160:9 170:13 171:12
171:23 174:21 176:5
**informed** 143:19
149:15 190:15
**initially** 161:6
**install** 156:6
**instance** 157:21 184:2
**instances** 138:21 181:4
**instead** 184:3 195:12
**INSTRUCTIONS**
199:4
**insurance** 169:21
**intake** 142:12
**intending** 183:15
**intention** 189:1
**intentions** 188:23
**interest** 141:14,18
162:3
**interested** 198:17
**internal** 190:18
**investigate** 160:8
**investigation** 178:22
181:6 189:13 193:9

**investment** 169:11
**invoices** 150:11,11
192:1
**involved** 179:9 186:13
187:25
**involvement** 179:19
181:6
**issue** 138:5 151:23
153:24 155:1 186:3
186:17
**issues** 135:12 143:23
144:20
**issue-oriented** 186:21
**item** 141:15,22 142:3,5
142:8 154:8,9 160:16
161:1 177:7,13 178:7
**items** 142:9 145:7,9
176:21

**J**

**J** 129:9
**Jay** 128:12 131:1 154:6
164:25 197:7 199:2
199:25 200:5
**JF** 133:20
**jobs** 143:21
**John** 154:6 165:21
**Johnson** 129:3 130:4
132:11 133:2,10
134:10,16,25 135:8
135:14 137:3,8,24
138:9 139:7,12,25
140:13 141:2,16
142:2,19,25 143:25
144:4,12 145:20,22
146:10,18 147:8,16
147:24 149:3,11,22
150:7 151:1,16,25
152:6 153:7,22,25
154:15 155:14,19
156:20 157:25 159:3
159:9 160:6,21
161:19 162:10,24
163:14,19,25 164:11
164:20 167:1,5
168:18 170:7 171:6
171:15,20 175:2,9,13
175:15 176:3,10
178:1,13 179:5,15,23
181:9 182:17 183:1
183:12 184:1,16,24
185:13,24 186:19
187:10,20 188:11,20
189:4 190:4,11
191:12 193:25 194:8
195:6,14,17 196:1,4
200:24
**Jones** 200:1,12
**judge** 186:11 187:1

188:7,10,18
**July** 134:3
**June** 131:13 134:3
151:19 153:1
**just** 131:12 133:10
136:1 137:22 144:21
158:14,14 160:11
162:17 166:13
171:14 172:4 173:6
174:16 175:23
176:11 178:16
183:20 184:2,19,20
189:5 194:1,20
195:14
**justified** 177:23

**K**

**keep** 167:7
**Kenney** 154:6
**kind** 131:20 177:14
**knew** 171:11 191:22
**know** 131:16 132:19
135:6 137:10 138:18
141:7 145:15 149:23
149:25 151:14 153:6
153:9 160:7 162:2,22
167:17 170:13,17,18
171:4 173:15,16
175:11 181:17
187:12 188:8,18
190:12,20,23 191:3
191:21 193:15,20
**knowledge** 133:13
149:12 152:8 158:18
163:9 168:2,4,5,12
170:15,19 171:9,10
171:17 172:3,3,5,8
172:18 177:12 180:5
189:20
**known** 135:19
**knows** 191:25

**L**

**L** 129:17 200:24
**label** 178:8
**labels** 130:23 157:5,9
168:20
**lack** 133:12 135:14
137:8 138:9 140:13
141:2 144:4 146:10
147:16 149:11 151:1
151:25 152:6 153:7,8
156:20 160:21
164:20
**Lalak** 138:25
**language** 183:16 185:5
185:6,9,11
**Large** 128:19 131:6
**larger** 176:22 177:16

177:16,17 178:9,10
**Larry** 156:13
**last** 146:14 162:16,16
165:5,5 181:11 186:1
194:24 195:11
**later** 186:4
**LAURENCE** 129:3
**Lawrence** 137:17
**learn** 158:3
**learned** 188:6
**least** 132:16 138:20
174:21
**Lehrfeld** 187:22
**less** 136:5 160:25 177:6
178:8
**let** 131:16 132:19
138:24 144:21
150:22 158:8 165:16
166:1 178:4 180:8
184:2 185:4,14
194:22
**letter** 130:7,13,14,21
130:22 137:17,21
138:25 154:5 156:12
156:14,16,24 180:23
200:3,14
**letters** 145:12
**letting** 138:18
**Let's** 144:17 168:19
171:21 176:11
**Lewis** 192:23 193:1
**Lewis's** 193:8,14
**liability** 183:20 184:19
187:23,25 188:13
**light** 151:6
**like** 131:12 132:14
134:20 148:17
150:16 152:17 153:4
178:8 182:6 193:2
**likelihood** 177:16
**likely** 176:22
**Likewise** 142:15
**limit** 184:19
**limited** 183:20
**line** 139:22 146:14
153:4 160:13 199:9
**list** 138:6,12,17,20
139:6 140:8 149:2,18
163:3
**listing** 154:20
**literature** 171:11
**Ljohnson@davismal...**
129:6
**LLC** 129:16
**LLP** 129:10
**located** 161:25 176:17
**long** 135:9 183:2
**longer** 161:24 167:7
**look** 131:17 132:6

136:19 138:3,3
145:10 160:11 165:9
165:11 166:16
186:23 190:7 194:24
**looked** 190:13,16,17
**looking** 133:16 138:4
144:13 180:1 189:17
**low** 157:15
**Lyon** 137:18,21 156:13
180:24

_____

**M**

**M** 129:3 200:24
**Mac** 158:8,12 165:2
**Maccanter@aol.com**
129:19
**MACKENZIE** 129:16
**Madam** 132:14
**made** 136:13 141:5,10
143:6 145:15 147:10
147:10,11 148:8
150:3,9,12 152:16
157:19 159:15,18
164:9 171:14 172:22
178:21 179:4 181:2,5
189:8 190:2,6 191:15
191:16,20,21 192:9
192:11 193:9,18
195:10
**mail** 137:1,22 140:19
141:14 152:16
158:11 186:15 187:4
187:24
**mailed** 135:21 137:14
138:13 141:21 142:5
151:10,11 152:19
155:4 163:6 188:15
**mailing** 133:7 134:23
135:13,17 138:6,12
138:17,19,21 139:6
140:7 141:6 142:8,11
142:24 143:4,6,21
145:12,15,17,25
149:2,18 150:8,9
151:24 152:5 155:2
158:19 164:4,17
167:15,19 168:3
178:8 195:5
**mailings** 136:17 137:7
140:23 142:15
143:24 144:3,10,25
148:14 149:20,24,25
150:5,8 154:20 155:4
155:5 157:19 159:15
169:1 177:5,25 186:5
186:23 187:2 188:14
**mail-out** 133:6 152:15
**mail-outs** 146:20
**Mainly** 133:4

**make** 142:8 157:11
158:15 186:4,23
199:5
**making** 140:6,23,24
172:23
**Malm** 129:4
**many** 134:17 136:17
138:11,11 163:11
**March** 146:23 148:18
148:19,21,22 149:24
159:12 160:13
**mark** 131:16 134:20
137:16 138:24
139:17 144:17
146:23 148:17
150:16 151:19 154:5
156:12 157:5 159:12
164:24 199:6
**marked** 160:11 165:20
166:13
**marking** 131:12
**Massachusetts** 128:1
129:5,11 186:11
187:2 188:7
**match** 136:14
**material** 133:4 138:13
138:16 154:7 172:6,9
172:15,20,21,22
173:7,11,14,22 174:1
174:17,23 175:5,19
175:22
**materials** 133:3 137:11
141:9 144:7,22
148:10 159:18
168:21,24 170:21,23
174:11 176:6 195:10
**Matt** 165:1
**matter** 133:14 149:14
152:8 178:22 200:18
**matters** 179:12 185:25
189:21
**MATTHEW** 129:9
**may** 147:13 164:24
165:20 166:9,17
168:19 172:4 179:1,3
186:23
**maybe** 180:9,12
**mean** 142:11 143:9
173:16
**means** 142:1 173:15,16
179:20 193:19
**meant** 133:25 146:16
146:19 193:20,23
**meeting** 133:22,25
172:12
**meetings** 134:1,1
**members** 192:6,10,12
**memo** 130:11,12,17
166:2 167:10 170:24

180:15,17,18,20,20
**memorandum** 131:14
134:21,23 146:24
147:4,14 165:21
**mentioned** 174:6,7
**mentioning** 148:4
**merely** 183:17
**Merkle** 164:6,9,15
167:13,14,16
**Merkle's** 164:10
**message** 140:15
**Messrs** 176:15
**met** 172:20
**method** 168:12
**might** 153:9 190:23
**Mike** 150:17 180:19
**Miller** 128:8 164:25
166:7,10
**million** 133:5 155:4
168:24 169:6 170:3,9
170:10
**mind** 132:13 173:2,6,8
176:18,23 181:25
185:8 191:13,17
**mine** 133:22,23
**Mischaracterizes**
195:23
**mistake** 140:6
**Mjgriffin@peabody...**
129:12
**Mmm-hmm** 143:22
**modify** 179:6
**moment** 143:7,9 144:6
150:22 167:13
168:19 174:7
**Monday** 200:16
**money** 142:9,23 162:2
**more** 133:7 136:4
142:4,7,9,12,15,23
145:12 173:13,18
176:20 177:6,13
178:6 189:5
**most** 141:14
**move** 171:21 178:2
181:10
**much** 144:14 170:8,10
191:22,22,25 193:3
**multiple** 150:5
**multiplied** 163:16
**myself** 143:18 155:6
156:22 170:25

_____

**N**

**name** 149:18 150:1,3
150:13
**namely** 182:12
**names** 138:6 139:6
149:2
**necessarily** 158:10

**need** 196:7
**negative** 139:13,14
**Negatively** 157:3
**Neither** 169:4
**net** 190:24 193:15,21
**never** 185:19 187:18
**new** 154:7
**next** 137:16 138:21
139:17 143:21
144:17 146:2,14
148:17 150:16
151:19 154:5,8
156:12 157:5 159:12
164:24
**nine** 170:12
**Nobles** 165:21
**nonetheless** 179:19
**nonprofit** 128:7 167:18
199:3 200:8
**nonprofitability** 189:9
**nonprofit's** 188:13
**Noriega** 128:18 131:5
197:20 198:6,24
200:21
**notary** 128:19 131:5
196:8 197:21 200:22
**note** 133:17,24 134:9
135:23 136:1 158:8
199:5 200:11
**notes** 133:23 176:12
**nothing** 170:18
**notice** 128:13 131:2
**noticed** 158:12
**not-for-profit** 186:5
187:3 188:15
**November** 128:14
131:3 137:17 154:5
154:10
**number** 130:10 131:13
132:3 133:6 134:20
134:22 137:18
139:19 144:18,19
145:7,11 146:23,25
148:20 150:2 151:11
152:20 154:20 155:7
155:8,10 156:4 157:6
163:16 165:20 171:3
171:22,24 173:2,3,8
173:12,23 174:2,12
174:18 177:17
184:12 187:8 194:20
194:21 195:5,11
**numbers** 133:7 136:15
191:1,9
**numerous** 162:25
**NW** 129:17

_____

**O**

**oath** 131:9 197:1

**Object** 132:11 137:24
   150:7
**objected** 175:12
**objection** 133:2,11
   134:10,16,25 135:8
   135:14 137:3,8 138:9
   139:7,12,25 140:13
   141:2,16 142:2,19,25
   143:25 144:4,12
   145:20,22 146:10,18
   147:8,16,24 149:3,11
   149:22 151:1,16,25
   152:6 153:7,22,25
   155:14,19 156:20
   157:25 159:3,9 160:6
   160:21 161:19
   162:10,24 163:19,25
   164:11,20 168:15
   170:5,22 171:13,18
   174:25 175:7,11,25
   176:8 177:19 178:12
   179:2,13,22 181:7
   182:16,24 183:10,22
   184:11,22 185:3,22
   186:16 187:6,17
   188:9,16 189:2,22
   190:9 191:8 193:22
   194:8 195:6,23
**obligations** 182:1
**obtained** 192:23
**occasion** 157:9
**occasions** 179:16
**occur** 138:22
**occurred** 161:21
   181:10
**October** 134:21 156:12
   156:24
**off** 131:20,22 136:5
   138:16,19,20 173:5
   188:19 196:2,3
**office** 196:9 200:16
**official** 197:11
**oh** 146:5 154:10 174:4
   180:22
**Oien** 134:3,5,8
**okay** 133:23 140:5
   143:15 148:23
   154:14,14 158:16
   167:6,12 168:5,11
   169:9,23 170:13
   172:8 173:11,18
   174:16,20 175:16
   176:11,12 177:1
   178:16 181:10,15,20
   182:4 186:17 189:19
   191:22 194:22
**Once** 200:12
**one** 129:4 133:5,23
   135:16 143:15 147:9

150:12 154:15 165:5
165:16 173:12,24
174:4,5,6 177:8
178:6,8 179:20,21,21
187:8 195:14 196:6,6
196:10
**ones** 167:20
**only** 140:11 157:13
163:6,8 169:24
185:25 187:24
195:19
**open** 200:16
**operate** 169:7,10
**operating** 140:9 141:7
169:7,9,15,16 170:2
170:8,10 182:21
183:6 184:7
**operation** 185:8
**operative** 185:10
**opinion** 139:10 147:6
157:1 177:22
**opinions** 191:14
**opposed** 141:1 178:7
**order** 131:24
**organization** 167:22
**organizations** 167:18
**original** 144:11 145:18
196:8
**originally** 161:3
**other** 135:15 142:9
147:9 159:15 162:22
164:17 166:24 171:3
172:5,9,14,19 173:3
174:21 175:16,17,20
177:8 178:6,19,24
179:11 180:15,25
181:3 182:14 183:7
184:4,7 185:5,6,9,16
185:25 187:8 190:15
193:7,23 194:7,13
**others** 139:19 165:21
**otherwise** 171:25
**ourselves** 180:9
**out** 132:21 133:4,7
134:14 136:4,7,12
137:1,6,10,14 140:11
140:18 141:14,21
142:5,15 143:23
144:14 145:7,8,9
146:3 148:9,10,14,15
149:17 150:9 151:10
151:11 155:4 156:23
157:9 158:3,19,22,23
159:19,25 163:6
165:17 171:2,25
172:6,10,15,20,24
173:14 174:2,3,18,24
175:6,19,22 176:7
182:14 183:5,5,6

184:6,6,7 185:20
**outweigh** 160:18
**over** 140:7,7 154:13
164:3
**overhead** 191:6
**own** 160:24 167:12
170:14,19 171:9
180:4

**P**
**package** 165:3
**page** 129:2,10 136:15
138:2 157:12 166:16
166:20,23 169:24
174:9 180:9 194:24
196:11 199:5,9
**pages** 128:21 132:1
136:12 181:21
**paid** 142:4 150:14
159:7,24 191:25
**paragraph** 138:3
141:22 145:10 146:2
146:14 153:12
162:16,17 166:20,23
182:6 185:8
**paragraphs** 181:23
183:17,19 184:3
**parallels** 147:22
**part** 135:6 136:9 150:9
152:19 156:9,22
180:17 181:11
192:25
**particular** 133:6
138:19 142:5 149:6
150:12 152:7 172:21
174:4
**particularly** 153:8
180:12,14
**parties** 169:21 179:17
186:12 198:14,15
**party** 188:17
**pass** 176:11
**passage** 166:2
**patient** 140:9
**patients** 169:13,20
**Paul** 131:14 134:3,21
136:2 138:25 143:12
143:16,18 146:24
147:21 150:17
151:20 153:1 156:13
170:23,25 171:4
172:11
**Paul's** 139:22 140:1,2
**pay** 150:11 162:7
182:13,22 183:4
184:6 185:19 187:25
188:13
**paying** 160:15,20,23
**payment** 182:1 191:10

**payments** 169:20,21
192:7
**pays** 168:7
**Peabody** 129:10
**penalties** 199:22
**people** 132:16 138:16
145:12 148:6 151:12
151:13 157:9 172:14
174:21 175:21,23
178:19,24 179:1,11
180:15,25 181:3
192:3
**per** 158:4 160:16
**percent** 140:8 141:6
148:6 159:7,10 192:7
**percentage** 140:25
158:4
**percentages** 139:23
140:2,3
**perfectly** 181:20
**performance** 187:15
**performing** 188:25
**Perhaps** 171:7
**period** 169:3 170:9
**perjury** 199:22
**permitted** 145:8
**persistent** 136:14
**person** 138:19,20
155:11 187:21
195:10
**personal** 133:13 149:13
152:8 168:11,17
170:15 171:9,16
172:3,5,8,18 178:21
179:18 180:15 181:5,6
189:12,20
**personally** 162:4
172:23 177:20,24
179:9 181:17 197:7
**persons** 172:5,9 173:13
178:10
**pertaining** 158:11
**pertains** 140:6
**per-item** 142:22
**phone** 133:6 156:2,4
195:11
**photocopy** 131:21
**piece** 163:6
**pieces** 163:7
**pile** 154:8
**place** 128:15 129:4
132:22
**placed** 195:5
**Plaintiff** 128:5,13
129:7 131:2
**please** 136:1 138:3
173:9 186:18 199:4,8
200:11,17
**point** 128:16 131:4

135:16 136:2 158:15
161:11 186:4
**Pointe** 200:6
**pointing** 172:24
**portion** 169:24
**portray** 151:5
**position** 187:14 188:24
193:2
**positive** 134:15,17
**possibility** 142:6
**possible** 141:15
**postage** 159:14,17
188:1
**practiced** 168:13
**precise** 156:3 183:16
189:25 190:1
**precisely** 159:5 155:24
165:23 188:18
**prefix** 154:12
**preparation** 163:1
**prepared** 148:9 166:3
**presence** 132:17
**present** 168:10
**presented** 158:24
185:17 194:16
**president** 193:2
**presume** 191:22
**pretty** 144:14
**previous** 158:6
**previously** 165:19
**primarily** 133:8 139:15
141:10
**print** 165:17
**printing** 133:5 159:19
163:1
**prior** 131:10 159:6
163:10 177:21,25
193:9,14 195:24
196:10
**pro** 135:19 136:3,8,16
144:9,11 145:1,8,18
146:21 162:25 163:2
**probably** 186:14 187:4
**problem** 132:19 136:14
137:12 138:8,11
144:15 152:14,20
154:2,19
**problems** 144:3 153:20
153:23 156:23
**Procedure** 200:14
**proceeds** 192:21
**processing** 153:17,21
154:2 161:3 162:8
**Professional** 198:6
**profit** 141:14 160:16
162:19 163:18 190:6
190:24,24 191:4,5
192:8,22 193:4,11,16
193:16,20,21

profitability 189:9
profits 190:22
program 140:19 158:5
    158:11 159:8 162:2,7
    169:1 177:15 182:13
    183:5 184:6 185:19
    188:13 192:1
programs 182:15,22
    183:8 184:9 185:20
prohibited 193:12
promoted 177:6
promotion 176:19
    177:15
promotional 168:20,23
    170:21 171:11,23
    176:21 177:5,7,13
    178:7
property 169:11
proposals 195:19
proposing 137:6 143:3
prospective 133:5
    148:10 155:13
proud 157:16
provide 200:14
provided 133:4 146:21
    164:18 168:14
providers 169:13
provisions 168:6
    181:23,25 182:6
    183:3,24 184:4
    194:17
public 128:19 131:5
    139:13,15 151:4,6
    197:21 200:22
publicity 139:15 157:3
pure 163:17 194:15
purpose 167:24
pursuant 128:13 131:2
put 154:16,17 155:7
    174:7 178:4 184:2
    188:23
P.C 129:4
p.m 128:17,17 131:3
    196:16 200:17

——————————
Q
——————————
quantity 137:1
question 132:12 133:12
    158:25 159:7 167:14
    171:7,8 173:5,10,15
    173:16 178:2 179:6
    180:1,2,3,7 184:12
    185:12 186:7,18
    188:22 193:1 195:14
questions 167:2,6
    176:18,23 180:4
    181:21 192:19
    200:17
quite 188:21

quote 146:3,3 166:2,5

——————————
R
——————————
raise 164:10
raised 144:20 169:1
    183:7 184:8
random 146:15
rate 177:3,24 178:9
    193:11
rates 177:20,22 186:5
    186:24 187:3 188:15
rather 146:14 186:5
Re 200:8
reach 147:6,14,18
    185:18
read 130:7 133:24
    136:1 140:2 144:21
    166:2 167:12 181:14
    193:7,8,14 196:5
    199:4,22 200:11,14
    200:15
reading 137:11 152:11
    162:17
ready 200:10
reality 160:4
realized 169:17
really 173:16 183:23
reason 151:14 161:17
    163:23 166:24 199:5
    199:9 200:12
recall 134:8 135:12
    136:9 141:5 143:3,8
    143:9,10 144:6,10
    145:16 146:12 147:5
    147:9 149:6 152:14
    153:16,23 154:1,1,3
    155:23,24 156:6,19
    158:21 160:23,24
    161:15 164:6,22
    165:22 168:10,16
    172:12,23 174:13
    177:8 186:6,7,8,25
    187:5,7,8,12 188:19
    189:10,18,23 190:10
    193:17,17 195:9
receipt 200:14
receive 138:14 152:17
    152:21 155:12
    195:19
received 138:16 142:10
    155:18 160:17 163:7
    163:8,11 167:20,23
    170:23 174:20
    177:21,22 192:7,22
    193:3,19
receiving 132:9 146:19
    156:16 169:13
recipient 156:16
recite 151:12

reciting 189:25
recognize 132:7 135:3
    137:19 139:1,20
    146:25 148:24
    150:21 151:21
    156:14 165:14
recollection 137:12
    144:19,24 146:8
    148:13 149:10
    152:10 157:18,22
    160:19 168:17 193:5
    195:4
record 133:10 145:24
    196:2,3 198:10
records 189:17 191:23
    193:10
rectify 155:25
refer 140:10 154:23
    163:6 166:7 194:20
reference 144:9 145:11
    146:2 167:13,15
    168:24 192:4
referred 144:25 154:19
    190:21 191:4,4
referring 133:1 135:7
    140:8 147:22 153:10
    153:13 158:9 165:2
    180:12,13 193:15,18
refers 135:5 139:24
    141:20 143:21 151:8
    151:23 153:6 156:16
    170:9
reflect 149:1 157:1
reflected 134:9 144:10
    166:13 195:20
refresh 144:19,24
    148:13 152:10
    157:18,21 160:19
refreshed 137:11
refreshes 195:4
regard 167:9
regarding 138:5 139:5
    140:7 147:14 151:23
    153:17 172:21 182:1
Registered 198:6
reimbursed 142:24
    150:6 159:16,17
    160:1 168:9
reimbursement 176:20
related 162:11 163:21
relations 139:15 151:5
relative 198:13,15
relayed 171:4
remaining 140:20
remarkably 157:13
remember 135:9 143:7
    144:22 145:3 170:25
    182:7 186:9 192:2,5
remembered 193:7

remove 138:6 139:6
    149:2 150:3
removed 141:11
    149:18 150:2
removing 140:7
render 188:14
repeat 173:9 186:18
rephrase 185:4
rephrasing 180:2
replaced 137:2
report 198:8
REPORTED 128:18
reporter 130:5 131:15
    132:13,14,18 181:18
    196:7 198:1,7 199:7
reporter's 181:18
Reporting 200:1,12
representations 140:24
    190:3
represented 160:2
    161:20 163:17 169:6
    192:8
request 149:17 150:3
    152:15
requested 141:11 150:1
    150:13 152:16
    198:10
requests 138:15
required 135:17
requirements 186:14
reroute 156:4
respect 133:11 153:20
    163:5 164:10 167:8
    168:13 169:1,2
    173:11 174:16 177:4
    180:22,24 189:9
respects 134:18 145:4
    145:6
respond 178:11
response 142:10
    149:16 166:6 177:3,4
    177:20,21,24 178:9
    185:2 191:25 192:22
responses 167:20 179:8
    180:3
rest 132:1
restrictions 187:24
    188:12,14
result 174:12 178:9
    183:8 184:8 185:7,18
resulted 182:14 185:7
    185:20
resulting 177:16
results 189:13
retained 158:5
return 157:8,10 199:6
returned 151:9,12,15
revenues 158:10,10
    185:20

review 135:17 141:8,8
    141:8,10 144:7
    150:22 163:2 166:5
    193:10 195:3 198:9
reviewed 155:5 158:22
    171:23 172:6,9,14,19
    173:14,22 174:1,3,5
    174:17,23 175:5,19
    175:22 176:6 177:20
reviewing 135:18
    191:23
revised 136:3
right 143:7,9 144:6,17
    154:10 165:12
    167:25 171:17 172:1
    173:23 174:10,18
    176:4 181:20 182:7
    182:18 183:21
    184:21 190:20
    192:13 200:14,15
right-hand 157:13
    169:24
Rocky 128:16 131:4
    200:6
roll 146:3
Rowes 129:10
RPR 128:18 131:5
    197:20 198:24
    200:21
rule 141:4 186:15
    187:4,24 188:19
ruled 186:12 188:19
Rules 200:14

——————————
S
——————————
same 140:6 174:9
    180:9 185:2,7,10
    199:5
satisfaction 132:10,21
satisfied 183:3,8
    184:10 185:18,21
satisfy 184:5,18
saw 156:22
saying 172:13,16,17
    179:16 186:22
says 133:20,22 139:22
    140:16,17 141:22
    142:3,3 146:5 148:21
    148:22 157:13
scanned 144:21
screen 165:11
screwed 153:5
seal 197:11
second 138:2 141:21
    143:16,19 150:24
    151:3 157:12 160:13
    165:16 169:24
    194:22
second-to-last 141:22

see 133:17 141:24
  143:14 145:13 146:4
  146:6,15 153:2
  156:17 157:16
  162:20 166:5 184:13
  184:17 185:4,14
  195:1
seen 160:16 177:2,24
  178:5 181:12
selected 161:8,9
selections 146:15
send 142:15 149:20,23
  149:25 157:9
sending 133:4,7 136:4
  143:23
sent 131:24 137:6,21
  141:9 145:7,9 148:9
  148:10,14 152:20
  158:19,21,23 159:21
  175:6 180:5
sentence 141:22 143:13
  143:19,21 162:16
series 195:1
service 128:7 132:23
  156:7
services 128:4 164:10
  168:7
session 133:21 186:2
  189:7 192:2,18
set 145:7 167:24
  168:20
sets 144:14
settlement 156:9
seven 196:12
several 142:9 184:25
SHC01253 159:14
SHC01514 131:15
SHC01615 151:21
SHC01620 150:18
SHC01667 148:20
SHC01670 146:25
SHC01682 139:1
SHC01727 137:18
SHC02029 156:14
SHC02909 164:18
SHC02910 139:19
  176:16
SHC03053 134:22
SHC03058 136:19
sheet 130:6 157:5
  199:1,6,6,8 200:11
  200:13
Shelly 128:18 131:5
  197:20 198:6,24
  200:21
shortfall 176:22 182:14
show 191:2,9
shown 178:18,18,24
Shriners 128:15 129:20

131:3 136:10 139:11
  140:19,24 141:1
  142:4 151:4,5,9
  152:18 155:8 157:2
  157:11,24 158:10,20
  159:25 162:8 164:18
  166:21 167:24 168:8
  169:2,8,10,12,12,17
  169:19 170:8,10
  171:1 173:13 174:22
  175:6,23 176:2,5,6
  182:1,12 183:19
  184:5,19 185:19
  186:14,24 187:18,25
  188:17,23 189:10,13
  191:9,15,24 192:8
  194:6,12,18 200:6
Shriners/Vantage
  187:3 188:25
side 157:13
sign 130:7 146:16
  183:25 196:5,7 199:6
  200:12,15,15
signature 196:11
  200:10
signed 194:6,9,13
  196:8,14
signing 136:5
similar 156:23 185:6
since 160:14 188:6
Sincerely 200:19
sir 131:11 167:7 168:14
  169:15 171:21 172:1
  173:8 178:19 185:21
  188:21 189:1 191:17
  196:1
sit 170:17 177:10
  190:12
situation 156:1 160:4
  183:18
six 195:11
skipped 154:13
sloppy 133:4 157:4
small 150:13
solicitations 149:16
solicited 138:17 151:13
  167:21
soliciting 148:6
some 133:4 138:21
  143:21 145:4,6,7
  153:20 161:11 165:3
  167:8 169:3 174:12
  174:21,21 175:23
  177:14,15 178:8,17
  178:21 179:18 181:5
  185:15 186:4,23
  189:8 191:5,14 193:2
  194:1

somebody 172:4
  180:17
something 132:9,16
  146:3,6,9 152:17
  156:2,3 157:23 159:1
  160:4 161:21 172:14
  179:9 187:14 190:24
  193:16,21
sometimes 138:14
somewhere 174:13
sorry 145:21 178:3
  187:7
sort 182:22 191:7
sounds 153:4
speak 155:22
speaker 132:15
specific 153:23 192:4
specifically 133:12
specify 186:18
speculation 184:13
  194:6,12,15
stack 132:1
start 131:12
started 173:21
starts 176:14
state 128:19 131:5
  156:17 161:5,8,22,22
  161:23 192:24 197:3
  197:21 198:3 200:22
stated 141:6 148:14
statement 141:10,11
  147:10 157:20 158:9
  166:5 169:23 170:19
  171:10,14 172:24
  175:14 176:9 178:15
  179:14 181:8 182:8
  189:3 192:9,11
statements 139:23
  140:1,3 172:23 179:3
  189:8 190:2 191:21
states 128:1 146:14
stenographically 198:8
stickers 157:10
sticking 136:3
still 131:9
stopped 160:15
Street 129:17 161:5,8
  161:22,22,23
strike 178:2
subject 163:11 173:4
  188:14 199:23
submit 150:10
submitted 158:6
subsequent 134:2
  149:17,24 150:2
subsequently 166:9
substance 174:22
  182:11 199:23
substantially 160:18,25

substantive 183:18
sufficient 162:6
suggested 184:20
suggesting 162:6
suit 188:18
Suite 129:17
supplied 196:13
supposed 140:21
  190:22
supreme 148:4
sure 152:13 156:5
  158:15
surely 188:22
surrounded 135:12
survey 132:10,21
  134:13
Susan 173:4
switch 164:6,8
switched 164:3,8
switching 163:10
sworn 197:8

T

take 131:23 165:9
  167:22 168:12 169:9
  170:17 171:1,22,25
  173:8 177:10 181:25
  183:15 184:2,17
  186:1 190:12,20
taken 128:13 131:2
  132:22 138:16,19,20
  160:14 199:2 200:10
talked 137:22
talking 136:23 162:23
  173:1,6 174:11
  184:14,15 190:23
  191:1,3
Tampa 128:16 131:4
  155:11 200:7
telemarketers 148:5,7
telephone 129:2 132:14
  154:20 155:8,10,12
  155:18 171:22,24
  173:1,3,7,12,22
  174:1,12 194:21
tell 132:7,17 136:4
  139:23 140:21 142:1
  146:16 150:24 152:4
  157:7 158:25 160:7
  179:12,25 185:4
  190:17 195:3
telling 171:1 179:24
  184:3,9
tendency 177:15 178:9
termed 149:16
termination 166:21,24
  182:2
test 143:4
testified 179:11 182:4

183:21 184:20 186:2
  193:6
testify 133:14 149:13
  152:9 170:19 177:11
testifying 192:2,5
testimony 152:7 154:24
  175:4 178:23 180:24
  181:1,21 186:8
  192:17 193:8,15
  195:24 198:11
text 155:5
Thank 154:17 167:3
  173:20 176:18
  193:25 195:13 196:1
  199:7 200:17
their 138:17 159:17
  160:15 161:21,21
  162:7 164:4 191:25
  192:22
themselves 182:15
  184:9 185:21
therefor 200:12
they'd 152:17
thing 165:17
things 136:2 167:8
  171:3 189:5
think 140:17 155:23
  156:3,4 159:6 161:5
  161:22 167:14
  186:23 191:20
  192:17,20
thinking 159:19 174:5
third 136:15 169:21
  179:17
though 158:25 159:1
thought 132:20 173:25
  178:3 185:1 187:18
  193:8
three 135:16 136:12
  157:13 169:25 171:3
through 140:19 148:7
  150:2 157:6 161:16
  179:20 200:16
Throw 134:4
thrust 188:21
time 128:17 155:6
  158:22,25 168:10
  169:3,16 171:10
  173:24 177:12,22
  182:10 186:10,17,21
  187:1,11 188:3 193:2
timeframe 152:22
  186:20,21
times 150:2
today 165:24 166:4
  170:17 175:5 177:10
  178:24 190:13
together 135:17
told 172:4,13 173:13

173:23 174:16,22
175:3,17,20,21 179:1
179:3 181:4,5 186:12
186:24 187:22 188:1
**tone** 153:12
**top** 148:22,22 188:19
**topic** 183:14 186:8
**torn** 156:17
**total** 136:18 142:17,18
142:23 169:2 170:2
**transcribed** 195:11
**transcript** 181:12,22
196:5,12 198:9,10
199:4,6,6,8 200:10
200:11
**transcription** 199:5
**transmitted** 195:21
196:9,11
**trash** 134:4
**true** 139:23 140:2
170:4,6,20 178:14
195:25 198:10
199:23
**truth** 140:21
**try** 131:23 167:7
173:18 185:14
193:10
**trying** 137:13 167:12
**turn** 166:1 178:16
**two** 132:1 165:4 176:1
176:4 181:10
**type** 139:10 157:8
161:23
**typical** 157:8
**t-shirt** 143:4 152:5,17
176:19 177:13 178:7
**t-shirts** 141:20 145:13
151:24 152:15,19

_____ U _____
**ultimately** 181:23
**unconditional** 187:25
**under** 131:9 146:21
159:8,15 161:4
162:25 182:22 187:2
187:24 188:25
190:22 193:12
199:22
**underlying** 152:5
**undersigned** 197:6
**understand** 131:9
187:21,23 188:21
**understanding** 148:2,3
159:24 162:5 168:25
169:5 170:1,3 182:9
183:2 195:18
**understood** 180:2
188:3
**UNITED** 128:1

**unrealized** 169:17
**use** 140:18 157:10
165:6 177:12 178:6
**used** 162:7

_____ V _____
**valuable** 177:6
**Vantage** 128:4 132:10
132:24 135:6 136:3
136:14 137:6,13,18
138:13,13,18 139:5
140:10,17,23 141:9
142:24 143:3,23
147:6,15,23 148:9,14
149:2,20,23,25 150:6
150:10,13 153:14
154:12,19 155:5
156:6,10 157:6,9,19
158:5,19 159:1,8,16
159:23,24 160:1,3,16
160:20 161:8,10,20
162:8 163:18 164:9
166:4 168:8,9,21
170:14,20 171:5,11
171:11 172:24 173:4
175:6 176:20 180:18
182:23 186:4,12,13
186:22 187:13
189:10,14 190:6,17
190:22 191:11,16,21
191:25 192:8,21,25
193:2,18 194:24
199:3 200:8
**Vantage's** 138:5
141:13,17 148:12
153:21 166:6 192:7
193:10
**Vantage/Shriners**
187:15
**various** 163:3 177:4
195:21
**vendor** 167:16,17
168:7
**verify** 190:8
**VerMaas** 182:5 183:25
**very** 136:13 148:22
157:16 187:4 188:7
**via** 200:10
**videos** 150:24 151:3,3
151:14
**view** 186:14 187:2,23
188:7,10
**violated** 186:14 187:4
**violation** 141:3
**volume** 128:20 155:17
**vs** 128:6 199:3 200:8

_____ W _____
**waiting** 175:11

**waiver** 200:15
**want** 131:25 137:16
139:17 146:23
151:19 152:21 154:5
156:12 157:5 158:14
159:12 164:24 165:8
173:5 178:16 194:20
**wanted** 145:13 182:25
184:17 187:13
**Washington** 129:18
**wasn't** 171:2 178:2
182:12 188:1,23
189:1
**way** 131:21 136:10
142:8 147:9 173:19
177:8 178:6 183:20
184:19 187:8 194:13
**wedded** 183:16
**weeks** 181:11
**well** 133:3 140:16
150:8 155:3 159:10
166:1 173:3 178:16
184:25 193:17
**went** 140:9,25 148:7
156:23 160:24
171:24 172:6,10,15
172:20 173:14 174:2
174:3,18,23 175:19
175:22 176:7
**were** 134:1 135:17
136:7,23 138:12
140:3,24 141:21
142:10 143:23 144:3
144:10,20,20 146:19
146:20 148:6 150:25
151:3,3,10,11,12,13
151:14 152:5,19
153:20 159:16,17,18
159:21 160:8,23,25
163:7,8,11,11 164:18
167:8,19,20,22 168:3
172:24 175:22 176:1
176:19 179:9 180:1,3
181:20 182:10
183:16 184:8,14
186:10 187:12 189:6
190:2 192:19 195:20
195:21
**weren't** 175:23 183:4
183:15 193:13
**we'll** 189:6
**we're** 132:13 158:14
173:1,6 195:14
**Wharf** 129:10
**whole** 132:1
**witness** 133:13 149:12
152:8 153:9 197:11
198:11
**woman** 174:12

**wording** 184:14,18,18
**work** 157:4
**worked** 153:11 175:23
176:1
**wouldn't** 134:14 182:5
184:10 187:13
**wrinkled** 156:17
**writes** 160:13 162:18
**writing** 149:15 167:12
**written** 178:20 194:14
**wrong** 133:6 174:2

_____ X _____
**X'd** 137:1

_____ Y _____
**yeah** 131:22 133:25
144:21 146:6 148:23
165:11 166:6 173:25
**years** 153:12 187:9
**Yesterday** 165:8

_____ Z _____
**zero** 195:11

_____ $ _____
**$4.50** 141:21

_____ 0 _____
**01514** 131:19
**02108** 129:5
**02110-3342** 129:11
**0300** 195:12
**03028** 154:11,13
**0306** 195:12
**04-11686-WGY** 128:6

_____ 1 _____
**1:15** 128:17 131:3
**10** 148:21
**10,000** 143:4 151:8,10
**11** 146:23
**11/10/2005** 197:12
198:19 200:4
**11/9/05** 199:2
**12** 165:20
**12456** 157:6
**12457** 157:6,12 168:21
**128** 128:21
**13** 140:11,18 148:18,19
148:22 149:24
176:15
**13th** 143:12
**13.1** 166:20 181:23
182:6 183:17,24
184:4 185:10
**13.2** 166:23 181:24
182:7 183:17,24
184:4

**131** 130:3
**132** 130:11
**134** 130:12
**137** 130:13
**138** 130:14
**139** 130:15
**14** 131:13 166:16,20
**144** 130:16
**146** 130:17
**148** 130:18
**15** 153:11 159:12
160:13 166:23
**150** 130:19
**150,000** 137:7,14
145:12
**151** 130:20
**154** 130:21
**156** 130:22
**157** 130:23
**159** 130:24
**164** 130:25
**167** 130:4
**17** 134:21
**18** 144:13 160:15,25
163:5,12,17
**1900** 129:17
**194** 130:3
**195** 130:4
**198** 130:5
**199** 130:6
**1999** 164:24 165:20
166:9,17

_____ 2 _____
**2** 128:20 134:3 156:12
156:24 185:11
**2.95** 146:4,6
**2:55** 128:17 196:16
**20** 130:11 131:13 132:4
133:16 151:19
155:20 165:20
174:13
**200** 128:21 130:7
**2001** 159:13 160:13
**2002** 131:13 134:21
137:17
**2003** 138:25 139:18
146:24 148:18,22
149:25 150:17
151:19 153:1 154:5
156:12
**20036** 129:18
**2005** 128:14 131:3
**202-861-0740** 129:18
**21** 130:12 134:20
135:23 164:24 166:9
166:17
**215** 129:17
**2152** 131:18

**22** 130:13 137:16 169:7
**23** 130:14 138:24
**24** 130:15 139:17
   144:20,25 176:11,14
**25** 130:16 144:18,19
   145:11
**26** 130:17 146:23 154:5
   180:15
**27** 130:18 180:16
**28** 130:19 180:18
**29** 130:20 180:19
**2900** 128:16 131:4
   200:6

_____
**3**
**3** 138:24 139:18
**30** 129:10 130:21
   150:17 154:23
   171:21 194:20,23
   200:14
**31** 130:22 180:23
**32** 130:23 168:20
   169:24
**33** 130:24 167:9
**33607** 200:7
**34** 130:25

_____
**4**
**4** 137:17

_____
**5**
**5:30** 200:17
**50** 192:7 193:5,18
**50,000** 146:5
**500,000** 146:3,5
**516** 168:24 169:5 170:3
   170:9,10

_____
**6**
**6** 153:1
**60,000** 143:4,6
**600,000** 137:1,10
**617-451-8900** 200:1
**617-589-3810** 129:5
**617-951-2009** 129:11

_____
**7**
**750,000** 137:1,11

_____
**8**
**8:30** 200:16
**813-281-0306** 155:8
**8149** 154:12
**8155** 194:24
**85** 148:6

_____
**9**
**9** 128:14 131:3
**93** 140:8 141:6 148:11

   148:15 159:10
**96** 181:22
**97** 181:22