UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VANTAGE FINANCIAL SERVICES, INC.<br>Plaintiff,<br><br>v.<br><br>NONPROFIT SERVICE GROUP AND<br>GEORGE E. MILLER,<br>Defendants. | C.A. No. 04-11686-WGY |

**AFFIDAVIT OF NEAL J. BINGHAM IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
CONCERNING EXPERT TESTIMONY**

I, Neal J. Bingham, hereby depose and state the following under the pains and penalties of perjury:

1. My name is Neal J. Bingham and I am a member of the bar of this Court and represent the Plaintiff, Vantage Financial Services, Inc., in this case.

2. The Appendix of Exhibits in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment Concerning Expert Testimony consists of true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| A. | Defendants' bills to Vantage dated November 22, 2003, January 19, 2004, January 30, 2004 and February 12, 2004 and Vantage's checks in payment of same |
| B. | Affidavit of Harry Melikian in Opposition to Defendants' Motion for Summary Judgment |
| C. | Excerpts from the Deposition Transcript of Harry Melikian |
| D. | Affidavit of George Miller dated February 13, 2002 |
| E. | Supplemental Affidavit of George Miller dated May 17, 2002 |
| F. | Hearing Transcript dated August 30, 2002 |
| G. | Hearing Transcript dated May 5, 2003 |
| H. | Excerpts from the Deposition Transcript of George E. Miller |
| I. | Draft Fundraiser Contracts |
| J. | Excerpts from the Deposition Transcript of Lawrence C. Lyon |

| K. | Memorandum and Order of Judge Wolf dated March 5, 2004 |
| --- | --- |
| L. | Excerpts from the Deposition of Jay Fleischer |
| M. | Excerpts from the Deposition Transcript of Ralph W. Semb |

3.  These documents are true and accurate copies of (1) documents produced by the parties during discovery, (2) documents marked as exhibits during depositions, (3) excerpts from the transcripts of depositions, (4) transcripts of hearings by the United States District Court for the District of Massachusetts in <u>United States v. Lewis, et al.</u>, (the <u>Qui</u> <u>Tam</u> case) or (5) the Court's opinion of March 5, 2004 in the <u>Qui</u> <u>Tam</u> case.

**PLEASE NOTE THAT THE APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT CONCERNING EXPERT TESTIMONY HAVE NOT BEEN SUBMITTED ELECTRONICALLY VIA THE ECF SYSTEM, BUT HAVE BEEN HAND DELIVERED TO THE COURT AND OPPOSING COUNSEL ON DECEMBER 12, 2005.**

Signed under the penalties of perjury this 12th day of December, 2005.

/s/ Neal Bingham
Neal J. Bingham

390396v.1