# United States District Court
# District of Massachusetts

VANTAGE FINANCIAL SERVICES, INC.,
    Plaintiff,

v.                                                              CIVIL ACTION NO. 2004-11686-WGY

NONPROFIT SERVICES GROUP,
GEORGE E. MILLER,
    Defendants.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On January 4, 2006, I held the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION     __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL     \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

Plaintiff's counsel, defendants' counsel, a representative of the plaintiff and defendant Miller were present.

[X]    There was some progress. Counsel wish to keep the lines of communication open, and will file a Joint Status Report with the mediator on or before cob 1/31/2006. The case will be retained by the mediator until then.

<u>January 4, 2006</u>                                                *Robert B. Collings*
DATE                                                                          ROBERT B. COLLINGS
                                                         United States Magistrate Judge

Copy to:    Judge Young
                   Rebecca Tyler, Esquire,
                   Counsel for the parties.