UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VANTAGE FINANCIAL SERVICES, INC.
Plaintiff,

v.

NONPROFIT SERVICE GROUP AND
GEORGE E. MILLER,
Defendants.

C.A. No. 04-11686-WGY

**PLAINTIFF'S OBJECTIONS TO
DEFENDANTS' PROPOSED TRIAL EXHIBITS**

Pursuant to Paragraph 11 of the Court's Procedural Order dated November 1, 2005, as modified by the Court's orders at the Final Pretrial Conference of November 14, 2005 (indicating that specification of the grounds for objections is unnecessary, except with respect to objections based upon authenticity), Plaintiff submits the following list of exhibits to which he objects, following the numbers set forth in the list of Defendants' Proposed Exhibits appearing on pages 22 through 28, inclusive of the parties' Joint Pretrial Memorandum.

Objected to on grounds other than authenticity: Proposed Exhibits 1, 22, 23, 24, 26, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 77, 78, 79, 81 (except as to the portions of the transcript dealing expressly with Shriners, to which there is no objection), 82, 83, 84, 85 (except for Fleisher dep exhibits, 1 and 2), 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113 and114-152 inclusive which are objected to on the additional specific ground that they were not included in the Defendants' Proposed Exhibits

required, pursuant to the Pretrial Order, to be submitted as a part of the Joint Pretrial Memorandum and are therefore designated to late for offer at trial.

Objected to, lack of foundation as to authenticity: 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 44, 45, 46, 47, 48, 57, 82, 83, 84, 100, 105, 109, 110, 111, 112, 113.

VANTAGE FINANCIAL SERVICES, INC.

By its Attorneys,

_____
Laurence M. Johnson
BBO #252720
Davis, Malm & D'Agostine
One Boston Place
Boston, MA 02108
(617) 367-2500
ljohnson@davismalm.com

394109v.1