UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>　　　　　Plaintiff<br><br>v.<br><br>NonProfit Service Group, Inc and George E. Miller<br>　　　　　Defendants | CIVIL ACTION NO. 04-11686-WGY |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PROPOSED TRIAL EXHIBITS**

Pursuant to Paragraph 11 of the Court's Procedural Order dated November 1, 2005, as modified by the Court's orders at the Final Pretrial Conference on November 14, 2005, Defendants submit the following list of exhibits to which they object, following the numbers set forth in the list of Plaintiffs' Proposed Exhibits appearing on pages 17-22 of the parties' Joint Pretrial Memorandum:

Objected to on grounds other than authenticity: Proposed Exhibits 1, 2, 3, 6, 7, 8, 10,12, 14, 15, 41.

Objected to as to authenticity: Proposed Exhibits 10.

The defendants also object to the extent that plaintiff's proposed exhibit list contains multiple references to identical documents and state that any failure to object to a duplicate exhibit is not to be considered a waiver of objection to that exhibit.

          Respectfully submitted,

          NonProfit Service Group, Inc. and
          George E. Miller,

          By their attorneys,

          /s/ Matthew J. Griffin
          Richard L. Nahigian, Esq., BBO#: 549096
          Matthew J. Griffin, Esq., BBO#641720
          PEABODY & ARNOLD LLP
          30 Rowes Wharf, 6th Floor
          Boston, MA  02110-3342
          (617) 951-2100

Dated:  January 26, 2006

## CERTIFICATE OF SERVICE

      I, Matthew J. Griffin, Esq. hereby certify that on this 26th day of January 2006, I served the foregoing document on the following attorney of record via electronic service:

    Laurence M. Johnson Esq.
    Davis, Malm & D'Agostine, P.C.
    One Boston Place
    Boston, MA  02108

          /s/ Matthew J. Griffin
          Matthew J. Griffin, Esq.