UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>　　　　　Plaintiff<br><br>v.<br><br>Nonprofit Service Group, Inc. and George E. Miller<br>　　　　　Defendants | CIVIL ACTION NO. 04-11686-WGY |

## DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

### Statute of Limitations

1. Did the plaintiff know that it had suffered appreciable harm as a result of defendant's actions prior to July 13, 2001?

    YES_____        NO_____

If your answer is "Yes," proceed to Question 2. If your answer is "No," proceed to question 7.

### Legal Malpractice

2. Did the defendants owe a duty of professional care to the plaintiff?

    YES_____        NO_____

If your answer is "Yes," proceed to Question 3.   If your answer is "No," proceed to question 7.

3. Did the defendants breach a duty of care to the plaintiff?

    YES_____        NO_____

If your answer is "YES", proceed to Question 4.  If your answer is "NO," proceed to question 7.

4.  Did the defendants' breach of duty cause the plaintiff damages?

YES_____        NO_____

If your answer is "Yes," proceed to Question 5.   If your answer is "No," proceed to question 7.

5. What percentage was the defendants' conduct a contributing factor in causing the plaintiffs' loss?    _____%

If the answer to the proceeding question was more than 50% or more, proceed to number 6.  If the answer to the preceding question was less than 50%, than proceed to question 7.

6. Please state in words and numbers the amount of money you find will fairly and reasonably compensate the plaintiff, if any, caused by the breach of duty of the defendants.

_____
Amount in Words

_____
Amount in Numbers

**Negligent Misrepresentation**

7.  Did the defendants make a negligent misrepresentation to the plaintiffs?

YES_____            NO_____

If your answer is "Yes," proceed to Question 8.   If your answer is "No," proceed no further.

8. Did the plaintiff justifiably rely on the defendants' negligent misrepresenatation?

If your answer is "Yes," proceed to Question 9.   If your answer is "No," proceed no further.

9. Did the plaintiff suffer a loss of money as a result of defendant's negligent misrepresentation?

If your answer is "Yes," proceed to item 10.   If your answer is "No," proceed no further.

10. Please state in words and numbers the amount of money you find will fairly and reasonably compensate the plaintiff, if any, caused by the defendants' negligent misrepresentation.

_____
Amount in Words

_____
Amount in Numbers

         I certify that the above answers represent the answers of at least 10 of the 12 deliberating jurors.

_____
Foreperson of the Jury

DATED: January ____, 2006

Respectfully submitted,

Nonprofit Service Group, Inc. and
George E. Miller,

By their attorneys,

/s/ Matthew J. Griffin
Richard L. Nahigian, Esq., BBO#: 549096
Matthew J. Griffin, Esq., BBO#641720
PEABODY & ARNOLD LLP
30 Rowes Wharf, 6th Floor
Boston, MA  02110-3342
(617) 951-2100

**CERTIFICATE OF SERVICE**

I, Matthew J. Griffin, Esq. hereby certify that on this 27th day of January 2007 I electronically served the foregoing document on the following counsel of record:

Laurence M. Johnson Esq.
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA  02108

Matthew J. Griffin
Matthew J. Griffin, Esq.

PABOS2:MJGRIFF:630213_1
14794-90433

3