# EXHIBIT B

Exhibit "B"

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VANTAGE FINANCIAL SERVICES, INC.
    Plaintiff,

v.

NONPROFIT SERVICE GROUP AND
GEORGE E. MILLER,
    Defendants.

C.A. No. 04-11686-WGY

## JURY VERDICT ON SPECIAL QUESTIONS

1. Did Defendant George E. Miller commit malpractice by misrepresenting to Vantage material facts in connection with Defendants' representation of Vantage in the negotiation of the Shriners' Agreement?   Yes_____   No_____

[if you answer "yes" to question No. 1, proceed to Question 2.]

2. Was Defendants' malpractice the proximate cause of loss or harm to Vantage?

    Yes_____   No_____

[if you answer "yes" to Question No. 2, proceed to Question 3.]

3. What is the dollar amount of the harm or loss incurred by Vantage?

    $_____

_____
Foreperson of the Jury