UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vantage Financial Services, Inc.<br>    Plaintiff<br><br>v.<br><br>Nonprofit Service Group, Inc. and George E. Miller<br>    Defendants | CIVIL ACTION NO. 04-11686-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate under Fed. R. Civ. P. 41(a)(1) that the above-entitled action be dismissed with prejudice and without costs.

Respectfully submitted,
Vantage Financial Services, Inc.
By its attorneys,

/s/Laurence M. Johnson
_____
Laurence M. Johnson BBO # 252720
Neal J. Bingham BBO # 652029
Davis, Malm & D'Agostine
One Boston Place
Boston, MA  02108
(617) 367-2500


Nonprofit Service Group, Inc. and
George E. Miller,
By their attorneys,

/s/Matthew J. Griffin
_____
Richard L. Nahigian, Esq., BBO # 549096
Matthew J. Griffin, Esq., BBO # 641720
PEABODY & ARNOLD LLP
30 Rowes Wharf, 6th Floor
Boston, MA  02110-3342
617- 951-2100

Dated:  March 8, 2006