UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

─────────────────────────────────────X

VANTAGE FINANCIAL SERVICES, INC.,

       Plaintiff,                       Index No. 04-11686 (WGY)

       -against-

NON-PROFIT SERVICE GROUP AND
GEORGE E. MILLER,

       Defendants.

─────────────────────────────────────X

## NOTICE OF APPEARANCE

      Pursuant to LR 83.5.2, the attorneys set forth below hereby appear on behalf of Plaintiff Vantage Financial Services, Inc. in the above-entitled action:

Dated: March 21, 2007                    Respectfully submitted,

                                          /s/ Joseph J. Koltun
                                          William F. Macauley (BBO# 310060)
                                          Joseph J. Koltun (BBO #641117)
                                          CRAIG AND MACAULEY
                                            PROFESSIONAL CORPORATION
                                          Federal Reserve Plaza
                                          600 Atlantic Avenue
                                          Boston, MA 02210
                                          (617) 367-9500

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and accurate copy of the foregoing *Notice of Appearance,* to be served electronically and by first-class United States mail postage prepaid on March 21, 2007 to the following address:

Matthew J. Griffin, Esq.
Richard L. Nahigian
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

/s/ Joseph J. Koltun
Joseph J. Koltun (BBO #641117)