UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

——————————————————X

VANTAGE FINANCIAL SERVICES, INC.,

              Plaintiff,                    Index No. 04-11686 (WGY)

              -against-

NON-PROFIT SERVICE GROUP, INC. AND
GEORGE E. MILLER,

              Defendants.

——————————————————X

## AFFIDAVIT OF HARRY MELIKIAN

Harry Melikian being duly sworn deposes and says:

1.      I am the Executive Vice-President of Vantage Financial Services, Inc.

("Vantage"), and submit this affidavit in support of Vantage's Motion to Vacate Order of

Dismissal and to Enter Judgment in the amount of $250,000.  The statements made herein are

based upon my own personal knowledge, unless made upon information and belief, and as to

those statements, I believe them to be true.

2.      At the end of January, 2006, on the eve of trial, Vantage agreed to settle this

matter with defendants Non-Profit Service Group and George E. Miller (collectively,

"Defendants") for $250,000.  A copy of the settlement agreement (the "Settlement Agreement")

between the parties is attached hereto as Exhibit A.  As a result of the settlement, the Court

entered an order of dismissal on January 30, 2006 (the "Order of Dismissal").

3.      The Settlement Agreement requires the Defendants to pay Vantage $250,000 at

the latest one year from the date of the Settlement Agreement.  Defendants signed the Settlement

Agreement on March 1, 2006, and Vantage signed the Settlement Agreement on March 13, 2006.

4.     The Settlement Agreement also provides that if the Defendants default in their

obligations thereunder, Vantage could apply to this Court for an order (i) vacating the Order of

Dismissal, and (ii) entering a judgment jointly and severally against the Defendants in the

amount of $250,000.

5.     To date, Vantage has not received a single penny from either of the Defendants.

To add insult to injury, upon information and belief, defendant Miller appears to have significant

real estate holdings in New Jersey, Maryland, and Virginia with a net worth believed to be in

excess of $1.3 Million.  In addition, Defendants continue to derive significant income through its

business operations.

6.     Accordingly, Vantage respectfully requests that this Court (i) vacate the Order of

Dismissal, (ii) enter judgment in the amount of $250,000, and (iii) grant such other relief as the

Court deems just and proper.

Sworn to under the pains and penalties of perjury this 21st day of March, 2007

By: Harry Melikian
Executive Vice-President

2

CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and accurate copy of the foregoing

*Affidavit of Harry Melikian,* to be served electronically and by first-class United States mail

postage prepaid on March 21, 2007 to the following address:

Matthew J. Griffin, Esq.
Richard L. Nahigian
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110


/s/ Joseph J. Koltun
Joseph J. Koltun (BBO #641117)