UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VANTAGE FINANCIAL SERVICES, INC.,<br>    Plaintiff<br>v.<br><br>NONPROFIT SERVICE GROUP, INC. and<br>GEORGE E. MILLER,<br>    Defendants | CIVIL ACTION NO. 04-11686WGY |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned counsel for the DEFENDANTS, NONPRIFIT SERVICE GROUP, INC. and GEORGE E. MILLER, hereby give notice of their change of address effective October 26, 2007. Counsel request that all pleadings, orders and other correspondence in this matter be served on them at the below address.

        For the Defendants,

        Respectfully submitted,
        Nonprofit Service Group Inc. and
        George E. Miller,

        By their attorneys

        /s/ *Richard L. Nahigian*
        Richard L. Nahigian, BBO #549096
        Matthew J. Griffin, BBO#641720
        Peabody & Arnold LLP
        Federal Reserve Plaza
        600 Atlantic Avenue
        Boston, MA 02210-2261
        (617) 951-2100

## CERTIFICATE OF SERVICE

      I, Richard L. Nahigian, hereby certify that on this 26th day of October, 2007, I served the within Notice of Change of Address, by causing a copy thereof to be sent electronically to the registered participants in this case, and paper copies mailed via first class, postage prepaid to the non-registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF).

                                                /s/ Richard L. Nahigian
                                                Richard L. Nahigian

PABOS2:RNAHIGI:669630_1

14794-90433